UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN GUARANTEE AND LIABILITY ) <br> INSURANCE COMPANY and ZURICH ) <br> AMERICAN INSURANCE COMPANY, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:21-cv-11902 |

**STEWARD HEALTH CARE SYSTEM LLC'S STATEMENT OF CLARIFICATION**

With respect to its Notice of Suggestion of Bankruptcy (Dkt. 67), Plaintiff Steward Health Care System LLC ("Steward") clarifies that it is not seeking to have the above-captioned matter stayed as it is an affirmative claim by Steward.

Respectfully submitted,

STEWARD HEALTHCARE SYSTEM LLC,

By its attorneys,

 /s/ Matthew S. Furman
Howard M. Cooper (BBO No. 543842)
David H. Rich (BBO No. 634275)
Matthew S. Furman (BBO No. 679751)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel :   (617) 720-2626
Email : hcooper@toddweld.com
drich@toddweld.com
mfurman@toddweld.com

Dated:  May 24, 2024

- 2 -

**CERTIFICATE OF SERVICE**

      I, Matthew S. Furman, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by mail and/or email on May 24, 2024, at the addresses listed below:

                                        /s/ Matthew S. Furman
                                        Matthew S. Furman, Esq.