## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Plaintiff and Counterclaim-Defendant, | |
| v. | Civil Action No. 21-cv-11621-PBS |
| MEDICAL PROPERTIES TRUST, INC., | |
| Defendant and Counterclaim-Plaintiff. | |
| STEWARD HEALTH CARE SYSTEM LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 21-cv-11902-PBS |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendants. | |

### ORDER OF ADMINISTRATIVE STAY/CLOSING

Saris, D.J.

On December 19, 2023, the United States Court of Appeals for the First Circuit certified questions to the Massachusetts Supreme Judicial Court in this case. It is hereby **ORDERED** that the above-entitled matter is administratively closed without prejudice to the right of any party to restore it to the active docket pending resolution of the appeal.

By the Court,
Robert Farrell, Clerk

7/16/2024                     /s/ Clarilde Karasek
Date                          Deputy Clerk