**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                                      )
STEWARD HEALTH CARE SYSETM LLC        )
                                      )
            Plaintiff,                )
                                      )   Civil Action
v.                                    )   No. 21-cv-11902-PBS
                                      )
AMERICAN GUARANTEE AND LIABILITY      )
INSURANCE COMPANY and ZURICH AMERICAN )
INSURANCE COMPANY,                    )
            Defendants.               )
                                      )
                                      )
_____ )
```

**SCHEDULING ORDER**

January 6, 2025

Saris, D.J.

The Court adopts the following Scheduling Order:

| Deadline Description | Deadline |
|---|---|
| Fact Discovery Deadline (all discovery other than expert discovery completed by) | June 10, 2025 |
| Party with Burden of Proof Must Designate Trial Experts and Disclose Information Contemplated by Fed. R. Civ. P. 26(a)(2) by | June 24, 2025 |
| Rebuttal Experts | July 24, 2025 |
| Expert Depositions by | August 24, 2025 |
| Dispositive Motions by | September 24, 2025 |
| Status Conference and Hearing on Summary Judgment Motions | November, 1 2025 |

| Trial Begins | January 2026 (TBD) |

The parties shall confer and propose a date for mediation before a magistrate judge or a privately retained mediator.

SO ORDERED.

/s/ PATTI B. SARIS
Hon. Patti B. Saris
United States District Judge