UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION EXTEND SCHEDULING ORDER**

Pursuant to Local Rule 7.1(b)(3), Defendants American Guarantee and Liability Insurance Company ("AGLIC") and Zurich American Insurance Company ("Zurich") hereby seek leave to file a Reply, appended hereto as Exhibit 1, in support of the Defendants' Motion to Extend Scheduling Order [ECF Doc. 84] (herein "Defendants' Motion") and in response to the Plaintiff, Steward Health Care System LLC's ("Plaintiff" or "Steward Health") Opposition. [ECF Doc. 85] (herein "Plaintiff's Opposition"). The Reply is necessary to respond to certain incorrect assertions of facts and arguments asserted in Plaintiff's Opposition. In support of this Motion, Defendants state:

1. Steward Health admits in Plaintiff's Opposition that it has still not produced all of its documents, and it still has not identified a specific day by which it will complete its document production. The "31,000 pages" of discovery that Steward Health has produced were not produced until April 9, 2025.

2. Further, non-party document production – largely by Steward Health's consultants – also remains incomplete. Many of Steward Health's key representatives and consultants involved with its insurance claim have not yet produced responsive documents.

3. Defendants require sufficient time to review documents before they can conduct depositions, and the current discovery schedule needs to be significantly expanded to allow the parties to discover their claims and defenses.

4. The attached [Proposed] Reply Memorandum addresses several incorrect assertions of fact stated in Plaintiff's Opposition, namely, that Defendants have engaged in "dilatory" conduct, that Defendants do not need the benefit of full discovery to defend against Plaintiff's "bad faith" claims, and that Plaintiff will somehow be prejudiced if sufficient time is allowed to conduct full discovery in this case.

5. The attached [Proposed] Reply Memorandum demonstrates that the extension of the Scheduling Order respectfully requested by the Defendants in their Motion is necessary so that discovery may proceed in an orderly manner.

WHEREFORE, Defendants respectfully request that this Court allow this Motion and grant it leave to file the attached Reply.

          Respectfully submitted,

          */s/ Jonathan D. Mutch*
          Jonathan D. Mutch, Esq. (BBO No. 634543)
          Timothy Wenger (BBO No. 674087)
          ROBINS KAPLAN LLP
          800 Boylston Street, 25th Floor
          Boston, MA 02199
          Tel: (617) 267-2300
          Email: JMutch@RobinsKaplan.com
                 TWenger@RobinsKaplan.com

          *Attorneys for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

Dated: May 14, 2025

## Local Rule 7.1(a)(2) Certification

I hereby certify that the undersigned conferred with counsel for Plaintiff and that Plaintiff does not oppose this Motion for Leave to File Reply.

          */s/ Jonathan D. Mutch*
          Jonathan D. Mutch

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2025, a copy of the foregoing motion was filed with the Court via the ECF filing system.  As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

          */s/ Jonathan D. Mutch*
          Jonathan D. Mutch