UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

### DEFENDANTS' MOTION TO EXTEND SCHEDULING ORDER

Defendants American Guarantee and Liability Insurance Company ("AGLIC") and Zurich American Insurance Company ("Zurich") respectfully request that the Court extend the deadlines set forth in the current Scheduling Order entered on January 6, 2025 (ECF No. 79) by approximately eleven (11) months.

### Summary of Request

As currently set, fact discovery must be completed by June 10, 2025. While the parties are diligently engaged in written discovery and document production, significant additional time is necessary because of the volume of documents involved in this matter and the time needed to obtain, produce, and review those documents. The parties, combined, have issued approximately forty-three (43) subpoenas, which have been primarily directed to the technical and construction-related consultants hired both by Defendants and by Steward Health immediately after the loss and during the subsequent adjustment and investigation of the claim. Many subpoena recipients

5/12/25

DENIED. This is an old case and a one year delay is unwarranted.

Patti B Saris