UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>           Plaintiff,<br><br>           v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>           Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**DEFENDANTS' MOTION TO COMPEL STEWARD HEALTH CARE SYSTEM, LLC TO PRODUCE DOCUMENTS BY MAY 28, 2025**

Pursuant to Fed. R. Civ. P. 37, Defendants American Guarantee and Liability Insurance Company ("AGLIC") and Zurich American Insurance Company ("Zurich"), (collectively "Defendants") respectfully request that the Court order Plaintiff, Steward Health Care System, LLC ("Steward Health") to serve all documents in response to Defendants' Requests for Production of Documents by Thursday, May 28, 2025. As grounds therefore, Defendants state as follows:

Defendants served their Requests for Production of Documents on November 5, 2023. The case was subsequently administratively closed pending an interlocutory appeal. Steward Health only recently first produced any documents in response to the Requests, on April 9, 2025. Steward Health has provided supplemental productions (most recently yesterday May 21, 2025) but Steward Health has represented that it will serve additional documents, but has not indicated when (or even how many documents will be produced).

Given that fact discovery concludes on June 10, 2025, Defendants respectfully request that the Court enter an Order requiring Steward Health produce all documents in response to Defendants November, 2023 Requests to Produce by May 28, 2025.

Plaintiff's delay in producing documents has prejudiced Defendants given the impending June 10, 2025 fact discovery cutoff. Allowing Defendants' Motion will reduce further prejudice. The basis for Defendants' Motion is set forth in the Memorandum of Law filed herewith.

**WHEREFORE**, Defendants respectfully request that the Court order Steward Health to produce all supplemental document productions by May 28, 2025 and that Defendants be given 30 days from Steward's final document production to complete depositions of Steward employees or former employees.

Respectfully submitted,

  /s/ Jonathan D. Mutch
Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
Email: JMutch@RobinsKaplan.com
          TWenger@RobinsKaplan.com

*Attorneys for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

Dated: May 22, 2025

**Local Rule 7.1(a)(2) and 37.1 (a) Certification**

I hereby certify that the undersigned conferred and attempted in good faith to resolve or narrow the issue presented in this Motion with counsel for Steward Health on May 22, 2025 but counsel was unable to state when Steward Health would be serving its remaining documents.

*/s/ Jonathan D. Mutch*

Jonathan D. Mutch

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2025, a copy of the foregoing motion was filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Jonathan D. Mutch*

Jonathan D. Mutch

96144261.1