UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**DEFENDANTS' MOTION TO SHORTEN TIME FOR PLAINTIFF TO OPPOSE MOTION TO COMPEL TO MAY 27, 2025**

Pursuant to Rule 6(c) of the Federal Rules of Civil Procedure 6(c) and Local Rule 7.1, Defendants American Guarantee and Liability Insurance Company ("AGLIC") and Zurich American Insurance Company ("Zurich"), (collectively "Defendants") respectfully request that the Court shorten the time period for Plaintiff, Steward Health Care System, LLC ("Steward Health") to oppose Defendants' Motion to Compel to May 27, 2025. As grounds therefore, Defendants state as follows:

**I.	INTRODUCTION**

Defendants served Requests for Production of Documents on Steward Health on November 5, 2023. [Ex. 1.] Steward Health represents (in response to Defendants' inquiries) that it has not completed its production of documents in response to those Requests to Produce. Fact discovery is scheduled to conclude on June 10, 2025. While Steward Health has produced some documents on a rolling basis, its production began only last month, on April 9, 2025. Steward Health has

trickled out documents – it produced more documents only yesterday, on May 21, 2025 – but again has not indicated when it will conclude its document production. Steward Health's continuing failure to complete its document production is causing prejudice to Defendants given the June 10, 2025 fact discovery deadline.

On May 22, 2025, Defendants filed a Motion to Compel requesting that this Court order Steward Health to complete its production of documents in response to Defendants' Requests to Produce by May 28, 2025. Given the looming fact discovery deadline of June 10, 2025, allowing Steward Health 14 days to oppose Defendants' Motion to Compel is untenable.

## II.     ARGUMENT

The Local Rules for the District of Massachusetts contemplate the Court ordering a shortened time for filing any Opposition to a Motion. LR 7.1(b)(2) ("[a] party opposing a motion shall file an opposition within 14 days after the motion is served, unless . . . (2) another period is fixed by . . . order of the court"). Defendants respectfully request that, given the impending fact discovery cutoff, an Order directing Steward to file any Opposition to this Motion to Compel no later than May 27, 2025 is warranted.

## III.    CONCLUSION

Given the fact discovery deadline of June 10, 2025, allowing Steward Health 14 days to oppose Defendants' Motion to Compel is not tenable in this situation. In this circumstance, a shortened time period for Steward Health to file any opposition will not be onerous upon Steward Health. Conversely, allowing Steward Health a full 14 days in which to oppose Defendants' Motion will compound the prejudice faced by Defendants due to Steward Health's continued delay in producing documents.

**WHEREFORE**, Defendants respectfully request that the Court order Steward Health Care file any opposition to Defendants' Motion to Compel no later than May 27, 2025.

Respectfully submitted,

 /s/ Jonathan D. Mutch
Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
Email: JMutch@RobinsKaplan.com
       TWenger@RobinsKaplan.com


*Attorneys for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*


Dated: May 22, 2025

**Local Rule 7.1(a)(2) and 37.1 (a) Certification**

I hereby certify that the undersigned conferred and attempted in good faith to resolve or narrow the issue presented in this Motion with counsel for Steward Health.

*/s/ Jonathan D. Mutch*

Jonathan D. Mutch

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2025, a copy of the foregoing motion was filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Jonathan D. Mutch*

Jonathan D. Mutch

96144409.1