UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA – NATIONAL FIRE ADJUSTMENT CO., INC.**

Pursuant to Federal Rule of Civil Procedure 45, Defendants American Guarantee and Liability Insurance Company ("AGLIC") and Zurich American Insurance Company ("Zurich") (Collectively "Defendants") hereby move to compel compliance with Defendants' Rule 45 subpoena served on non-party National Fire Adjustment Co., Inc. ("NFA") on March 31, 2025 (the "Subpoena") by May 30, 2025. [Ex. A].

Non-party NFA, a public adjusting firm, prepared estimates of the damage to the Norwood Hospital following the June 28, 2020 water event at the hospital. The work performed by NFA is relevant to the basis of Steward's claims against Defendants. As such, NFA possesses documents directly relevant to Steward Health's claim for coverage.

During discussions concerning NFA's compliance with the Subpoena, NFA requested an extension to comply with the Subpoena. Defendants afforded a three-week extension. However, when the extended deadline approached, NFA indicated it could not meet the extended deadline.

96146661.1

NFA was asked to produce on a rolling basis, but it declined. An additional extension was provided with NFA promising to deliver hard copy documents by May 22, 2025 and electronic documents by May 30, 2025. But, NFA did not deliver hard copy documents by the promised date; no documents have been provided, and NFA has declined to produce any electronic documents on a rolling basis. The impending fact discovery deadline requires that NFA be ordered to produce all responsive materials – hard copy and electronic – by May 30, 2025.

WHEREFORE, Defendants AGLIC and Zurich respectfully request that the Court grant this Motion to Compel and order non-party National Fire Adjustment Co., Inc. to produce all hard copy and electronic documents responsive to Defendants' Subpoena by May 30, 2025

Respectfully submitted,

 /s/ Jonathan D. Mutch
Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
JMutch@RobinsKaplan.com
TWenger@RobinsKaplan.com

*Attorneys for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

Dated: May 23, 2025

96146661.1

**Local Rule 7.1(a)(2) and 37.1 (a) Certification**

I hereby certify that the undersigned conferred and attempted in good faith to resolve or narrow the issue presented in this Motion with counsel for NFA.

/s/ Jonathan D. Mutch
Jonathan D. Mutch

**CERTIFICATE OF SERVICE**

I, Jonathan D. Mutch, hereby certify that on this day, I electronically filed the within document with the Clerk of the Court using the CM/ECF system that will send notification of such filing(s) to all counsel of record. The document is available for viewing and downloading through the ECF system. A copy of this document was also sent via E-mail and United States First Class Mail, Postage Prepaid, to:

Christopher D. Porter, J.D.
Attorney at Law, Licensed Adjuster
NFA - National Fire Adjustment Co., Inc.
One NFA Park
Amherst, NY 14228-1187
cporter@nfa.com

Dated: May 23, 2025

/s/ Jonathan D. Mutch
Jonathan D. Mutch

96146661.1