UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**DEFENDANTS' MOTION TO SHORTEN TIME FOR NON-PARTY NATIONAL FIRE ADJUSTMENT CO., INC. TO OPPOSE MOTION TO COMPEL TO MAY 29, 2025**

Pursuant to Rule 6(c) of the Federal Rules of Civil Procedure 6(c) and Local Rule 7.1, Defendants American Guarantee and Liability Insurance Company ("AGLIC") and Zurich American Insurance Company ("Zurich"), (Collectively "Defendants") respectfully request that the Court shorten the time period for non-party National Fire Adjustment Co., Inc. ("NFA") to oppose Defendants' Motion to Compel to May 29, 2025. As grounds therefore, Defendants state as follows:

### I. INTRODUCTION

Defendants served a Subpoena to Produce Documents on NFA on March 31, 2025 (the "Subpoena"). The original deadline to comply with the Subpoena was approximately three weeks from the date of service, April 24, 2025. However, NFA requested, and Defendants agreed to multiple extensions. As detailed in the accompanying Motion to Compel directed to NFA, NFA has not produced hard copy documents by the promised date and declined to make any rolling

production of electronic documents.

On May 23, 2025, Defendants filed a Motion to Compel requesting that this Court order NFA to complete its production of documents in response to the Subpoena by May 30, 2025. Given the fact discovery deadline of June 10, 2025, Defendants request that NFA be required to file any Opposition to that Motion to Compel by May 29, 2025.

## II.    ARGUMENT

The Local Rules for the District of Massachusetts contemplate the Court ordering a shortened time for filing any Opposition to a Motion. LR 7.1(b)(2) ("[a] party opposing a motion shall file an opposition within 14 days after the motion is served, unless . . . (2) another period is fixed by . . . order of the court"). Defendants respectfully request that, given the impending fact discovery cutoff, an Order directing NFA to file any Opposition to this Motion to Compel no later than May 29, 2025 is warranted.

## III.   CONCLUSION

Given the fact discovery deadline allowing NFA 14 days to oppose Defendants' Motion to Compel is not tenable. A shortened time period for NFA to file any opposition will not be onerous upon NFA.

**WHEREFORE**, Defendants respectfully request that the Court order NFA file any opposition to Defendants' Motion to Compel no later than May 29, 2025.

Respectfully submitted,

 /s/ Jonathan D. Mutch
Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
Email: JMutch@RobinsKaplan.com
          TWenger@RobinsKaplan.com

*Attorneys for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

Dated: May 23, 2025

## Local Rule 7.1(a)(2) and 37.1 (a) Certification

I hereby certify that the undersigned conferred and attempted in good faith to resolve or narrow the issue presented in this Motion with counsel for NFA.

*/s/ Jonathan D. Mutch*
Jonathan D. Mutch

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2025, a copy of the foregoing motion was filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. A copy of this document was also sent via E-mail and United States First Class Mail, Postage Prepaid, to:

    Christopher D. Porter, J.D.
    Attorney at Law, Licensed Adjuster
    NFA - National Fire Adjustment Co., Inc.
    One NFA Park
    Amherst, NY 14228-1187
    cporter@nfa.com

                                            */s/ Jonathan D. Mutch*
                                            Jonathan D. Mutch

96147900.1