UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**DEFENDANTS' MOTION TO SHORTEN TIME FOR PLAINTIFF
TO OPPOSE DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(c) and Local Rule 7.1, Defendants American Guarantee and Liability Insurance Company ("AGLIC") and Zurich American Insurance Company ("Zurich," and together with AGLIC, "Defendants") respectfully request that the Court shorten the time for Plaintiff Steward Health Care System LLC ("Steward Health") to respond to Defendants' Motion for Extension of Time (herein "Motion for Extension") filed concurrently.

Specifically, Defendants respectfully request that the Court direct any opposition be filed by **Friday, May 30, 2025**. Defendants further state as follows:

**I.    INTRODUCTION**

Defendants request that Plaintiff be ordered to file any Opposition to the Motion for Extension on an expedited basis because substantial and necessary discovery remains outstanding that cannot be completed ahead of the impending June 10, 2025 fact discovery cutoff. Absent such an order, Defendants' time to file any Opposition would fall after the fact discovery cutoff date.

This case was filed in 2021, however, fact discovery has been ongoing for only a relatively short period of time. The case was administratively closed with only limited discovery permitted during an interlocutory appeal. Shortly after the case reopened, discovery was stayed pending a mediation that occurred in January 2025. Steward Health did not begin producing documents until April 2025, and that production remains ongoing with Steward intending to finish its document production on or about June 5, 2025, mere days before the fact discovery cutoff date. Both parties have served supplemental written discovery. No depositions have taken place. Defendants recently noticed depositions and anticipate seeking leave to notice additional ones. Steward Health, on May 27, 2025, served two Rule 30(b)(6) deposition notices containing over 70 (seventy) topics.

As matters stand now, there is simply not enough time for Defendants to develop their defenses, conduct necessary expert discovery, prepare and brief a summary a judgment motion, and allow the Court sufficient time to evaluate such a motion, all ahead of the January 2026 trial date. Despite working diligently, Defendants cannot complete necessary discovery under the current schedule. Accordingly, in their Motion for Extension of Time, Defendants request a three-month extension of the deadlines set forth in the Court's January 6, 2025 Scheduling Order (Doc. No. 79).

**II.    ARGUMENT**

The Local Rules for the District of Massachusetts contemplate the Court ordering a shortened time for filing any Opposition to a Motion. *See* LR 7.1(b)(2) ("[a] party opposing a motion shall file an opposition within 14 days after the motion is served, unless . . . (2) another period is fixed by . . . order of the court"). Here, for the reasons noted above in light of the

2

impending June 10, 2025 fact discovery cutoff, Defendants respectfully request that the Court order a shortened time to respond to Defendants six-page Motion to Extend.

### III.   CONCLUSION

A shortened response period is reasonable under the circumstances set out above. **WHEREFORE,** Defendants respectfully request that the Court order Steward to file any Opposition to the Motion to Extend by this **Friday May 30, 2025**.

Respectfully submitted,

 /s/ Jonathan D. Mutch
Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
Email: JMutch@RobinsKaplan.com
           TWenger@RobinsKaplan.com

*Attorneys for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

Dated: May 28, 2025

**Local Rule 7.1(a)(2) Certification**

I hereby certify that the undersigned conferred and attempted in good faith to resolve or narrow the issue presented in this Motion with counsel for Steward Health.

*/s/ Jonathan D. Mutch*
Jonathan D. Mutch

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2025, a copy of the foregoing motion was filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Jonathan D. Mutch*
Jonathan D. Mutch

96151955.1