UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Steward Health Care System LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>American Guarantee and Liability Insurance Company and Zurich American Insurance Company,<br><br>  Defendants. | Civil Action No. 1:21-cv-11902 |

**STEWARD HEALTH CARE SYSTEM LLC'S MOTION TO COMPEL COMPLIANCE WITH RULE 45 DOCUMENT SUBPOENAS TO EIGHT THIRD PARTIES REPRESENTED BY DEFENDANTS' COUNSEL**
(L.R. 7.1(d) Oral Argument Requested)

Plaintiff Steward Health Care System LLC ("Steward") hereby moves, pursuant to Fed. R. Civ. P. 45(d)(2)(A)(i), for this Court to enter an order compelling the production of documents requested in subpoenas to eight third parties[1]—all represented by counsel for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company (collectively, "Zurich").

As detailed in the accompanying Memorandum of Law, the third parties have engaged in a coordinated pattern of delay and non-compliance. Six have produced only a limited subset of documents while asserting identical, boilerplate objections that improperly attempt to restrict the subpoenas' scope. Two have failed to respond entirely.

---

[1] These third parties are: Shawmut Woodworking & Supply, Inc. d/b/a Shawmut Design and Construction ("Shawmut"), Sedgwick Claims Management Services, Inc. ("Sedgwick"), Matson, Driscoll & Damico, LLP ("MDD"), J.S. Held LLC ("J.S. Held"), DBI Construction Consultants LLC ("DBI"), Thornton Tomasetti ("TT"), Ruddy, Cassidy & Foster, LLC ("RCF"), and Meridian Restoration Consultants LLC ("Meridian") (collectively, the "Third Parties").

1

In further support of the Motion, Steward states:

1. This action, filed in 2021, concerns Zurich's refusal to properly adjust and pay Steward's insurance claim stemming from the catastrophic storm that devastated Norwood Hospital on June 28, 2020.

2. Between February and April 2025, Steward served subpoenas on eight outside consultants for Zurich, each possessing critical information regarding Zurich's investigation and adjustment of the claim.

3. With fact discovery set to close on July 10, 2025, the Third Parties—months after service—have failed to meaningfully comply with their respective subpoenas.

4. The requested documents are essential to resolving whether Zurich and its agents conducted a fair investigation or deliberately minimized the extent of the loss. Absent full compliance, key issues cannot be properly adjudicated.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order compelling the Third Parties to:

(i) produce all documents responsive to the subpoenas in the form requested within five (5) days; and

(ii) find that Shawmut and Merdian have waived any objections they may have had by failing to timely respond.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to L.R. 7.1(d), Steward Health Care System LLC respectfully requests an oral argument on the issues presented in this Motion.

STEWARD HEALTH CARE SYSTEM LLC,

By its Attorneys,

*/s/ Seth J. Robbins*
Howard M. Cooper (BBO No. 543842)
Seth J. Robbins (BBO No. 655146)
Samuel M. Myers (BBO No. 711471)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
srobbins@toddweld.com
smyers@toddweld.com

Dated: June 11, 2025

**RULE 7.1 CERTIFICATION**

I, Seth J. Robbins, hereby certify, pursuant to Local Rule 7.1(a)(2), that I have conferred with counsel for the third parties in a good-faith effort to resolve or narrow the issues raised in this motion, but those efforts have been unsuccessful. Specifically, on May 28, 2025, I conferred with counsel regarding the subject matter of this motion. Despite counsel's assurances, no meaningful updates or resolutions followed. A second Rule 7.1 conference was held on June 11, 2025, during which we again attempted to reach an accord to obviate the Court's intervention, but no agreement or narrowing of the disputed issues was achieved. These efforts are described in further detail in the accompanying Memorandum.

*/s/ Seth J. Robbins*
Seth J. Robbins

## **CERTIFICATE OF SERVICE**

      I, Seth J. Robbins, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on June 11, 2025.

                                     */s/ Seth J. Robbins*
                                     Seth J. Robbins