# **Exhibit H**

**From:** Robbins, Seth <srobbins@toddweld.com>
**Sent:** Wednesday, May 28, 2025 5:32 PM
**To:** Mutch, Jonathan D. <JMutch@RobinsKaplan.com>; Wenger, Timothy D. <TWenger@RobinsKaplan.com>
**Cc:** Menapace, Michael <MMenapace@wiggin.com>; Gildea, William <wgildea@toddweld.com>; Cooper, Howard <hcooper@toddweld.com>; Rich, David H. <drich@toddweld.com>; Furman, Matthew <mfurman@toddweld.com>; Gardon, Elizabeth <egardon@toddweld.com>; Myers, Samuel <smyers@toddweld.com>
**Subject:** [EXTERNAL] RE: Steward/AGLIC-Zurich

Tim,

Thank you for your call earlier today.  That said, I was disappointed that you were not prepared to address the issues raised in the attached letter, which I had flagged in a separate thread in advance of our discussion.

I was also disappointed to learn that Zurich's response to the April 10 discovery deficiency letter—promised by your office for today—has been delayed yet again and will now be served tomorrow.  This is merely the latest in a series of extensions that have slowed an already drawn-out process.

When I asked about the timing of Zurich's outstanding document production, you indicated it would be completed by next Wednesday, June 4.  As a result, it appears that Defendants intend to proceed with Monday's hearing on the parties' cross-motions to compel, even though both sides have agreed to complete their respective productions—subject to objections—just four days later.  That approach is inefficient and, in my view, counterproductive.  To address this, I proposed that the parties submit a joint stipulation and agreed order to clarify the production schedule and reschedule the hearing accordingly.  You indicated you would discuss the proposal with Jon, and I look forward to a prompt response.

Thanks,
Seth

Seth J. Robbins



Todd & Weld LLP
One Federal Street, Boston, MA  02110
Tel:  617.624.4775   Fax:  617.624.4895
www.toddweld.com