# EXHIBIT D



**Steward Health Care System LLC    North Division**

October 11, 2024

<u>**VIA EMAIL**</u>

Stephen Davis, Director
Division of Health Care Facility Licensure and Certification
Department of Public Health
67 Forest Street
Marlborough, MA 01752

Re:    <u>Norwood Hospital – Notice of Hospital Closure</u>

Dear Mr. Davis:

This letter is submitted on behalf of Steward Health Care System LLC ("SHC") regarding Norwood Hospital, located at 800 Washington Street, Norwood, MA 02062 (the "Hospital"). Pursuant to 105 CMR 130.122 and made necessary by the ongoing bankruptcy filing by SHC in the United States Bankruptcy Court for the Southern District of Texas Houston Division, the Hospital hereby informs the Department of Public Health ("Department") that the Hospital intends to formally close on November 5, 2024. The proposed closure will include the following: 121 Medical/Surgical beds, 11 Intensive Care Unit beds, 3 Pediatric Service beds, all ambulatory care services at the Hospital, and closure of the following satellite campuses: Foxboro, located at 70 Walnut Street, Foxborough, MA 02035; Norwood Hospital Cancer Care Center at Foxboro, located at 70 Walnut Street, 1st Floor, Foxborough, MA 02035; Guild Imaging Center of Norwood Hospital, located at 825 Washington Street, Suites #170 and #210, Norwood, MA 02062; and Norwood Performance Therapy located at 1343 Providence Highway, Norwood, MA 02062. SHC tried to find alternatives for keeping the Hospital and satellites open but given the Chapter 11 Bankruptcy, no Determination of Need extension to construct the Hospital, and Hospital license expiring on November 5, 2024, SHC made the difficult decision to close the Hospital.

In further compliance with applicable requirements at 105 CMR 130.122(B), the Hospital provides the following information regarding the Hospital's closure for review by the Department:

**1.  Current and historical utilization rates for the Hospital.**

As you are aware, the Hospital has been out of service since June 2020 due to catastrophic flooding, however, certain outpatient satellite locations have continued to operate. The following table details patient volume at the satellite locations.

Stephen Davis, Director
Division of Health Care Facility Licensure and Certification
Bureau of Health Care Safety and Quality
Department of Public Health
October 11, 2024
Page 2

| Facility | Patient Volume FY2022[1] | Patient Volume FY2023 | Patient Volume FY2024[2] |
|---|---|---|---|
| Foxboro CT | 15,980 | 14,561 | 9,488 |
| Norwood Hospital Cancer Care Center at Foxboro | 3,282 | 2,945 | 2,206 |
| Guild Imaging Center of Norwood Hospital | 15,858 | 14,427 | 9,344 |
| Norwood Performance Therapy[3] | 0 | 0 | 1,600 |

**2. A description of the anticipated impact on individuals in the Hospital's service area following the closure of the Services.**

This is a challenging and unfortunate situation, and the effect it will have on the Hospital's patients, employees, and the community served is regrettable. SHC's overwhelming priority is to our patients, their families and our dedicated employees. We are committed to facilitating a smooth transition for those affected, while continuing to provide quality care to our patients. Among other things, SHC will work closely with the Hospital's patients to help them find the best possible care alternative and with our valued employees and health care professionals to assist during this difficult transition.

Other facilities in the region which are available to the patients currently served by the Hospital, include the following:

Alternative facilities for services provided at Norwood Hospital Cancer Care Center at Foxboro:

**Dana Farber**
22 Patriot Place
Foxboro, MA 02035

**Sturdy Hematology Oncology**
19 Sturdy Street
Attleboro, MA 02703

**Brigham and Women's Sturdy Health Radiation Oncology**
89 Forbes Boulevard

---

[1] The Hospital's fiscal year runs on the calendar year, January 1 to December 31.
[2] Through September 2024.
[3] Norwood Performance Therapy was on the Good Samaritan Hospital license until 2024. SHC will provide the patient volume for FY2022 and FY2023 as soon as possible.

Stephen Davis, Director
Division of Health Care Facility Licensure and Certification
Bureau of Health Care Safety and Quality
Department of Public Health
October 11, 2024
Page 3

| |
|---|
| Mansfield, MA 02048 |
| **Good Samaritan Medical Center**<br>Medical Office Building<br>830 Oak Street<br>Brockton, MA 02301<br><br>Oncology infusion clinic to be opened on a date to be determined |

Alternative facilities for services provided at Foxboro CT and Guild Imaging Center of Norwood Hospital:

| |
|---|
| **Shields MRI Dedham**<br>40 Allied Drive<br>Dedham, MA 02026 |
| **Rayus Radiology**<br>200 Providence Highway, Suite 210<br>Dedham, MA 02026 |
| **Inview Diagnostic Imaging**<br>200 Providence Highway<br>Dedham, MA 02026 |
| **Westwood Radiology at MGB Healthcare Center**<br>100 Brigham Way<br>University Station<br>Westwood, MA 02090 |
| **Beth Israel Deaconess Hospital**<br>148 Chestnut Street<br>Needham, MA 02492 |
| **Good Samaritan Medical Center**<br>235 N Pearl Street<br>Brockton, MA 02301<br>24 Miles Highway |

Stephen Davis, Director
Division of Health Care Facility Licensure and Certification
Bureau of Health Care Safety and Quality
Department of Public Health
October 11, 2024
Page 4


Alternative facilities for services provided at Norwood Performance Therapy:

| |
|---|
| **Power Physical Therapy, LLC**<br>58 Bellevue Ave.<br>Norwood, MA 02062 |
| **Highbar Physical Therapy**<br>115 Norwood Park South, Suite #100<br>Norwood, MA 02062 |
| **Bay State Physical Therapy (formerly known as MA Sports and Spine)**<br>940 High Street<br>Westwood, MA 02090 |
| **Lifespan Morton Hospital**<br>88 Washington St.<br>Taunton, MA 02780 |
| **Beth Israel Deaconess Needham**<br>148 Chestnut St.<br>Needham, MA 02492 |


3. **Date for the closure of the Service.**

The Hospital anticipates closing on or around November 5, 2024.

4. **Names and addresses of any organized health care coalitions and community groups known to the Hospital when the notice is issued to DPH that would have an interest in the closure of the Services.**

- Norwood Board of Health
  566 Washington St.
  Norwood, MA 02062

- ARC of South Norfolk d/b/a Harbor Counseling Center
  789 Clapboardtree St.
  Westwood, MA 02090

- HESSCO Elder Services
  545 South St., Suite 3
  Walpole, MA 02081

Stephen Davis, Director
Division of Health Care Facility Licensure and Certification
Bureau of Health Care Safety and Quality
Department of Public Health
October 11, 2024
Page 5


- Norwood Senior Center
  275 Prospect St.
  Norwood, MA 02062

- Riverside Community Care Outpatient Center at Norwood
  190 Lenox St.
  Norwood, MA 02062

5. **A detailed account of any community engagement and planning which has occurred prior to filing notice of the closure of the Services.**

The Hospital has and will continue to engage the community to identify concerns with the closure of the Hospital and determine how they will be addressed. SHC senior leadership is engaged in ongoing conversations with the Department to discuss the planned closure.

The following communications have occurred:

- SHC representatives contacted Representative Stephen Lynch.
- SHC representatives notified State Representative John Rogers and State Senator Michael Rush.
- SHC representatives discussed with Town General Manager Tony Mazzucco.
- SHC leadership notified Directors, Chairman of the Board, Chief of Medical Staff, and Chair of Credentials Committee.

In addition, SHC provided notice to each staff member of the Hospital, and labor organizations that represents the Hospital's workforce during the period of the essential services closure process. Notice was also provided to the members of the General Court, as well as local elected officials. The Hospital continues to engage with patients, staff, and community members to maintain open and ongoing communication regarding the closure process.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

**Octavio (Tavi) Diaz MD, MPH**
**President, North Region &**
**System Chief Medical Officer**
**Steward Health Care System**

Stephen Davis, Director
Division of Health Care Facility Licensure and Certification
Bureau of Health Care Safety and Quality
Department of Public Health
October 11, 2024
Page 6

cc:     Walter Mackie, DPH
        Antonio Sousa, DPH
        Judy Bernice, DPH
        Beth McLaughlin, DPH
        Torey McNamara, DPH
        Center for Health Information and Analysis
        Executive Office of Labor and Workforce Development
        Health Policy Commission
        Office of the Attorney General