# EXHIBIT G

**From**: Pink, Kelly A. [kelly.pink@steward.org]
**Sent**: 2/5/2021 3:39:55 PM
**To**: Mark Graves [mark.graves@zurichna.com]
**CC**: Crowley, Michael [michael.crowley@steward.org]; Gendron, Robert (Bob) [robert.gendron@steward.org]; Kenyon, Scott [scott.kenyon@steward.org]; Hibble, Nathalie [nathalie.hibble@steward.org]; Larry Portal [lportal@medicalpropertiestrust.com]; Chrissy McCreary [cmccreary@medicalpropertiestrust.com]; rpapa@nfa.com; robert.i.grider@marsh.com; Hyde, Cliff [cliff.hyde@sedgwick.com]; O'Rorke, Amy [amy.ororke@sedgwick.com]; brian.rushlau@zurichna.com; jimmy.johnson@zurichna.com; lynne.grinsell@zurichna.com; steven.richards@optisure.com; sarah.finnegan@optisure.com
**Subject**: [EXTERNAL] On behalf of John M Doyle // Steward Norwood Hospital
**Attachments**: 2021-02-05 Steward Health Care Claim Summary As Distributed.pdf; Steward Health Care Letter as distributed.pdf

Dear Mr. Graves,

Attached please find an Interim Proof of Loss. In addition, the supporting documentation can be accessed at the following link:

The Password: Norwood2020
SharePoint link:
https://stewardhealthcaresystem.sharepoint.com/teams/admin/NorwoodClaimSub/Shared%20Documents/Forms/AllItems.aspx

Steward remains prepared to move this matter forward immediately.

Sincerely,

John M Doyle

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you. NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

ZUR0080727

## SWORN STATEMENT IN PROOF OF LOSS
## INTERIM

$850,000,000 (All Risks of Physical Loss or Damage)

| $150,000,000 Sublimit FLOOD | ZMD 1393138-00 |
|---|---|
| AMOUNT OF POLICY AT TIME OF LOSS | POLICY NUMBER |
| November 1, 2019 | Optisure Risk Partners LLC |
| DATE ISSUED | AGENT |
| November 1, 2020 | Manchester, NH |
| DATE EXPIRES | AGENCY AT |

To the ___ American Guarantee & Liability Insurance Company ___

of ___ Schaumburg, IL ___

At time of loss, by the above indicated policy of insurance you insured ___ Steward Health Care System LLC ___

against loss by ___ Flood & Storm ___ , to the property described under Schedule "A," according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** ___ A Flood & Storm – All Risks of Physical Loss or Damage ___ loss occurred about the hour of -- o'clock --.M. on the _28_ day of ___ June ___ ,_2020_. The cause and origin of the said loss were: ___ Flood & Storm ___

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: ___ Hospital / Medical Facility ___

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was ___ Owner ___ No other person or persons had any interest therein or incumbrance thereon, except: ___ No Exceptions ___

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: ___ None ___

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, $ [ $850,000,000 / $150,000,000 Sublimit FLOOD ] at the time of the loss, besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. **Actual Cash Value** of said property at the time of the loss was ..................................$ Not Determined

7. The **Whole Loss and Damage** was ..................................$ 220,693,373.00

8. **Less Amount of Deductible** and/or participation by the insured ..................................$ Absorbed

   Less Prior Payments..$ ( 32,000,000.00)

9. The **Amount Claimed** under the above numbered policy is ..................................$ 188,693,373.00

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

**"Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjcts a person to criminal and civil penalties."**

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

STEWARD HEALTH CARE SYSTEM LLC

State of ___ TEXAS ___ (Insured)

County of ___ DALLAS ___ (Insured)

BY: X ___ John M ___

Subscribed and sworn before me this _4th_ day of ___ February ___ 20_21_

Notary Public ___

GINA FLORES
Notary Public, State of Texas
Comm. Expires 10-11-2021
Notary ID 131312248

NFAEd. 10/02

ZUR0080728

Claim Summary
Steward Health Care
Date of Loss: June 28, 2020

| | Total Loss/Claim Amount | | |
| --- | --- | --- | --- |
| | Amount | Flood | Storm |
| Property Damage | | | |
| Remediation and Clean-Up | $ 561,315 | $ 449,052 | $ 112,263 |
| Building | 9,588,280 | 5,205,225 | 4,383,055 |
| Code Requirements | - | - | - |
| Business Personal Property | 47,331,474 | 7,502,679 | 39,828,795 |
| Total Property Damage | 57,481,069 | 13,156,956 | 44,324,113 |
| Time Element Losses | | | |
| Business Interruption - thru Jan 2021 | 27,296,827 | 19,100,569 | 8,196,258 |
| Business Interruption - Feb 2021 thru June 2023 | 120,191,000 | 84,070,700 | 36,020,300 |
| Business Interruption - Extended Period | 5,000,000 | 3,500,000 | 1,500,000 |
| Extra Expenses | 10,324,777 | 4,886,785 | 5,437,992 |
| Total Time Element Losses | 162,712,304 | 111,558,054 | 51,154,250 |
| Claim Preparation / Professional Fees | 500,000 | 250,000 | 250,000 |
| Total | $ 220,693,373 | $ 124,965,010 | $ 95,728,363 |

ZUR0080729

CONFIDENTIAL