# EXHIBIT I

| | |
|---|---|
| From: | Crowley, Michael [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59042F84F1DF46CFBDC64756433ECC44-MICHAEL CRO] |
| Sent: | 10/14/2020 4:21:40 PM |
| To: | VanNess, Steve [Steve.VanNess@steward.org]; Kenyon, Scott [Scott.Kenyon@steward.org]; Davis, Scott [Scott.Davis@steward.org] |
| CC: | Gendron, Robert (Bob) [Robert.Gendron@steward.org]; Kidney, Chris [Chris.Kidney@steward.org] |
| Subject: | RE: Norwood Reactivation Schedule for CMS |

Steve—this requires a call to discuss. Can you coordinate with Dana.

Thanks,

Michael


Michael J. Crowley
SVP, Global Corporate Real Estate & Facilities
Steward Health Care
2 Copley Place, Suite 101, Boston MA 02116
C: 617-314-5999
Michael.Crowley@steward.org



---

**From:** VanNess, Steve <Steve.VanNess@steward.org>
**Sent:** Wednesday, October 14, 2020 11:11 PM
**To:** Crowley, Michael <Michael.Crowley@steward.org>; Kenyon, Scott <Scott.Kenyon@steward.org>; Davis, Scott <Scott.Davis@steward.org>
**Cc:** Gendron, Robert (Bob) <Robert.Gendron@steward.org>; Kidney, Chris <Chris.Kidney@steward.org>
**Subject:** Norwood Reactivation Schedule for CMS

Hi,
As a reminder, CMS requested Steward (JP) provide a schedule for reactivation of Norwood, based on the original phased approach we developed back in July before we knew the extent of the damage to infrastructure. That schedule is due October 26; I have already had preliminary conversations with Consigli and Array about this, and would like to distribute the draft outline below to the A/E/CM Team, along with the July ELT presentation, before tomorrow's AEC Meeting. Spoke with Bob this afternoon, and he thinks we should use this approach, then adjust to whatever model we settle on once we have visibility into the claim, and into Steward's long term vision for the facility. If we develop a new facility, expect that the construction duration will be 6-8 months longer, and Phase 2 might be omitted. Note the target durations that JP originally gave CMS had Phase 1 at 12 months, no duration for Phase 2, and Phase 3 at 24-30 months; I have stuck within those durations, although I set the start date at November 1. All 3 phases run simultaneously.
I expect there will be some apprehension from the team that we are committing to the reactivation of Lorusso, and they will be held to the high level scope and pricing they are currently developing, but will stay on message. Please take a look and let me know if you have any comments – format I expect will be a MicroSoft Project Schedule.
Thanks,
Steve.

CONFIDENTIAL                                                                                                                    STEWARD00073589

*Team,*
*We have been asked to develop a high level schedule for the phased reactivation of Norwood Hospital, based on our current knowledge of the scope of work required. While we are still looking at the most feasible options for the Norwood of the Future", we need to have this schedule developed by early next week. Once we have a final direction on the future Norwood, we can go back and rework the schedule to fit the appropriate model. Below I have outlined an approach that is based on our very early assumptions about what scope would be required for reactivation, with my first take on durations. Consigli has agreed to help with the schedule format, but I would specifically like the A/E Design team to provide input on both scope and design durations, and the CM team to provided input on scope and construction durations, taking into account what we now know about the extent of the damage.*
*Thanks for your help on this, and look forward to hearing your comments by the end of the week, which will allow Consigli to develop the schedule early next week. Need to have for review by our leadership by EOD Wednesday, October 21.*

Phase 1: Reactivate the ED
- Scope:
    - Replace finishes and materials in ED to AS-Was condition – replacement of wall finishes, ceilings, and floors
    - Replace roof
    - Designate exiting rooms for a Stat Lab, small sterile supply room, and enlarged med room; modify existing Imaging Reception/Waiting room as an X-Ray Room
    - Provide mobile CT Unit under Lorusso overhang
    - Develop "trailer park for temp services while new CUP is developed:
        - MEP infrastructure: med gas pumps, O2 manifold, other MEP?
        - Provide CPD services in temp trailer
- Schedule:

| Task – Phase 1 | Duration | Start | Complete |
|---|---|---|---|
| Design/CD's | 3 months | 11/01/20 | 02/01/21 |
| Permitting | 1 month | 02/01/21 | 03/01/21 |
| Construction | 7 months | 03/01/21 | 09/01/21 |
| Occupancy/Licensing | 1 month | 09/01/21 | 10/01/21 |
| **Total Duration** | **12 months** | | |

Phase 2: Activate some inpatient units in Draper; Activate Outpatient Surgery in Draper
- Scope:
    - Convert one room in Cath Lab to Outpatient OR; other room remains Cath Lab
        - Replace water damaged finishes
        - Remove Cath equipment from one room
        - Miscellaneous minor room reconfigurations
    - Convert Draper Maternity to Inpatient Unit (with mini-ICU)
        - Cosmetic work; reconfiguration of rooms at temp ICU; HVAC upgrades?
    - Convert Draper 2 Med/Psych to Inpatient Unit
        - Cosmetic work; additional med gases; HVAC upgrades?
    - New CUP to serve Draper and future Lorusso Infrastructure needs
    - Draper Infrastructure Work as outlined in Code Compliance Scenario?

- Schedule:

| Task – Phase 2 | Duration | Start | Complete |
|---|---|---|---|
| Design/CD's | 5 months | 11/01/20 | 04/01/21 |
| Permitting | 1 month | 04/01/21 | 05/01/21 |

CONFIDENTIAL
STEWARD00073590

| | | | |
|---|---|---|---|
| Construction | 10 months | 05/01/21 | 03/01/22 |
| Occupancy/Licensing | 1 month | 03/01/22 | 04/01/22 |
| **Total Duration** | **17 months** | | |

Phase 3: Reactivate entire Hospital
- Scope:
  - Full renovation of Lorusso to Code Compliant Model
  - Full Renovation of Draper to meet code compliant model (includes demo of one story Admin addition; sitework
  - Expand equipment/capacity of CUP constructed in Phase 2 to cover the entire campus
- Schedule:

| Task – Phase 3 | Duration | Start | Complete |
|---|---|---|---|
| Design/CD's | 10 months | 11/01/20 | 09/01/22 |
| Permitting | 1 month | 09/01/22 | 10/01/22 |
| Construction | 16 months | 10/01/22 | 02/01/23 |
| Occupancy/Licensing | 1 month | 02/01/23 | 03/01/23 |
| **Total Duration** | **28 months** | | |

*Stephen W. Van Ness, AIA*
*Vice President – Planning & Design, Steward Health Care*
*Corporate Real Estate and Facilities*
*2 Copley Place, Suite 101, Boston, MA 02116*
*(M) 617.821.4606*
*steve.vanness@steward.org*

