# EXHIBIT J

| | |
|---|---|
| **From:** | Gendron, Robert (Bob) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C09B598D591144FFA62893979916E48B-ROBERT GEND] |
| **Sent:** | 10/14/2020 1:18:20 PM |
| **To:** | Steve Van Ness (steve.vanness@steward.org) [steve.vanness@steward.org] |
| **CC:** | Crowley, Michael [Michael.Crowley@steward.org]; Scott Kenyon (scott.kenyon@steward.org) [scott.kenyon@steward.org] |
| **Subject:** | FW: due date approaching- October 26, 2020 RE: [EXTERNAL] Norwood Hospital follow-up re: discussion 09/18/2020 |

**From:** Polanowicz, John <John.Polanowicz@steward.org>
**Sent:** Wednesday, October 14, 2020 1:08 PM
**To:** Rocco, Roxanne (CMS/CCSQ) <Roxanne.Rocco@cms.hhs.gov>; Martin, Lisa N. (CFO) <Lisa.Martin2@steward.org>
**Cc:** Reinertsen, Lauren (CMS/CCSQ) <Lauren.Reinertsen@cms.hhs.gov>; Hannah, Nancy (CMS/CCSQ) <Nancy.Hannah@cms.hhs.gov>; Mackin, Kathy L. (CMS/CCSQ) <Kathy.Mackin@cms.hhs.gov>; Abril, Victoria (CMS/OPOLE) <Victoria.Abril@cms.hhs.gov>; Fantaousakis, George (CMS/OPOLE) <George.Fantaousakis@cms.hhs.gov>; Lohnes, Sherman (DPH) <sherman.lohnes@state.ma.us>; Kristola, Daniel M. (CMS/CCSQ) <Daniel.Kristola@cms.hhs.gov>; Gendron, Robert (Bob) <Robert.Gendron@steward.org>; Weinstein, Joseph <Joseph.Weinstein@steward.org>
**Subject:** Re: due date approaching- October 26, 2020 RE: [EXTERNAL] Norwood Hospital follow-up re: discussion 09/18/2020

Thank you Rocki,
Glad to work with Dan and Kathy on the submission.
Tx

**From:** "Rocco, Roxanne (CMS/CCSQ)" <Roxanne.Rocco@cms.hhs.gov>
**Date:** Wednesday, October 14, 2020 at 2:06 PM
**To:** John Polanowicz <John.Polanowicz@steward.org>, Lisa Martin <Lisa.Martin2@steward.org>
**Cc:** "Reinertsen, Lauren (CMS/CCSQ)" <Lauren.Reinertsen@cms.hhs.gov>, "Hannah, Nancy (CMS/CCSQ)" <Nancy.Hannah@cms.hhs.gov>, "Mackin, Kathy L. (CMS/CCSQ)" <Kathy.Mackin@cms.hhs.gov>, "Abril, Victoria (CMS/OPOLE)" <Victoria.Abril@cms.hhs.gov>, "Fantaousakis, George (CMS/OPOLE)" <George.Fantaousakis@cms.hhs.gov>, Sherman Lohnes <sherman.lohnes@state.ma.us>, "Kristola, Daniel M. (CMS/CCSQ)" <Daniel.Kristola@cms.hhs.gov>, "Rocco, Roxanne (CMS/CCSQ)" <Roxanne.Rocco@cms.hhs.gov>
**Subject:** due date approaching- October 26, 2020 RE: [EXTERNAL] Norwood Hospital follow-up re: discussion 09/18/2020

Hi, John and Lisa,

Hope all is well. I am emailing you to let you know that the due date for the timeline/plan is approaching; and to let you know that Dan Kristola (who is copied on this email) and Kathy Mackin will be your main points of contact for the next few months while I am working on another assignment.

Please follow-up with them accordingly-

Thank you (and hope the rebuild/renovations moves along smoothly),
Rocki

*Roxanne Rocco*

Manager, Northeast Acute & Continuing Care Branch
Northeast Survey & Enforcement Division, Survey & Operations Group
Centers for Medicare & Medicaid Services
801 Market Street, Suite 9400
Philadelphia, PA 19107-3134.
Phone: (215) 861-4180
Fax: (443)-380-7539

---

**From:** Polanowicz, John <John.Polanowicz@steward.org>
**Sent:** Sunday, September 20, 2020 3:06 PM
**To:** Rocco, Roxanne (CMS/CCSQ) <Roxanne.Rocco@cms.hhs.gov>; Martin, Lisa N. (CFO) <Lisa.Martin2@steward.org>
**Cc:** Reinertsen, Lauren (CMS/CCSQ) <Lauren.Reinertsen@cms.hhs.gov>; Hannah, Nancy (CMS/CCSQ) <Nancy.Hannah@cms.hhs.gov>; Mackin, Kathy L. (CMS/CCSQ) <Kathy.Mackin@cms.hhs.gov>; Abril, Victoria (CMS/OPOLE) <Victoria.Abril@cms.hhs.gov>; Fantaousakis, George (CMS/OPOLE) <George.Fantaousakis@cms.hhs.gov>; Lohnes, Sherman (DPH) <sherman.lohnes@state.ma.us>
**Subject:** Re: [EXTERNAL] Norwood Hospital follow-up re: discussion 09/18/2020

Received. Thank you.
jp

---

**From:** "Rocco, Roxanne (CMS/CCSQ)" <Roxanne.Rocco@cms.hhs.gov>
**Date:** Friday, September 18, 2020 at 2:05 PM
**To:** John Polanowicz <John.Polanowicz@steward.org>, Lisa Martin <Lisa.Martin2@steward.org>
**Cc:** "Reinertsen, Lauren (CMS/CCSQ)" <Lauren.Reinertsen@cms.hhs.gov>, "Hannah, Nancy (CMS/CCSQ)" <Nancy.Hannah@cms.hhs.gov>, "Mackin, Kathy L. (CMS/CCSQ)" <Kathy.Mackin@cms.hhs.gov>, "Rocco, Roxanne (CMS/CCSQ)" <Roxanne.Rocco@cms.hhs.gov>, "Abril, Victoria (CMS/OPOLE)" <Victoria.Abril@cms.hhs.gov>, "Fantaousakis, George (CMS/OPOLE)" <George.Fantaousakis@cms.hhs.gov>, Sherman Lohnes <sherman.lohnes@state.ma.us>
**Subject:** [EXTERNAL] Norwood Hospital follow-up re: discussion 09/18/2020

Hi, John and Lisa,

This email is in follow-up to our discussion earlier this morning regarding CMS determination to continue to keep Norwood Hospital certified- which will enable the two provider based locations to remain in the Medicare program- during the rebuild process of the hospital. It was conveyed that this determination is not for an indefinite amount of time and will be reviewed should any issues arise impacting the rebuild, or rebuild in a timely manner as deemed satisfactory to CMS, of Norwood hospital.

During the discussion, I asked that you send me the following rebuild timelines/plan by **October 26, 2020**:

Emergency Department (expected rebuild/opening 12 month)
Adding Inpatient units & some outpatient surgical procedures
Hospital – full rebuild & full open (expected 24-30 months)

Please include the information you provided to us regarding the insurance estimate situation as well as any other information you deem relevant to the reopening timeline/plan for the hospital.

Also, once we receive the timelines/plan- we would like you to submit quarterly (3 month interval) progress reports to our office. Please copy the State Agency (SA) on your submission of these reports. *This can be in a format that is convenient to the facility- but will need to be clear and should demonstrate progress (ex. percentage of completed items, items that are complete, items still outstanding, etc.) of the rebuild of Norwood Hospital. In addition, please notify us, along with the SA, of any issues that would or are impacting the rebuild/reopening of Norwood Hospital.

Please let me know if you have any questions-

Thank you,
Rocki


*Roxanne Rocco*
Manager, Northeast Acute & Continuing Care Branch
Survey & Operations Group, Northeast Survey & Enforcement Division
Centers for Medicare & Medicaid Services
801 Market Street, Suite 9400
Philadelphia, PA 19107-3134.
Phone: (215) 861-4180
Fax: (443)-380-7539

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.