# EXHIBIT K

| | |
|---|---|
| **From:** | O'Rorke, Amy [amy.ororke@sedgwick.com] |
| **Sent:** | 7/1/2020 10:56:45 PM |
| **To:** | Doncaster, Ronald [ronald.doncaster@steward.org] |
| **CC:** | Mercer, Tim [tim.mercer@sedgwick.com]; Embree, Larry [larry.embree@sedgwick.com]; Steven Richards [steven.richards@optisure.com]; Mark Graves [mark.graves@zurichna.com]; Kidney, Chris [chris.kidney@steward.org] |
| **Subject:** | [EXTERNAL] UPDATE - REQUEST FOR INFO - Insured: Steward Health Care - Location: Norwood Hospital, Norwood, MA - Loss Type: Water/Flood - DOL: 6/28/2020 - Zurich Ref TBD - Sedgwick Ref: CHI20400590 |
| **Attachments:** | image001.png |

Hello Ron,

In follow up to our telephone conversation earlier today in addition to data relayed by Larry while on site, we offer the following update with a request for information that will assist in the next steps of the investigation/survey of damages process.

One of the equipment experts from J.S. Held, specifically Jeremy Nolen, will be on site tomorrow (Thursday), to view the kitchen equipment and other equipment in the basement. It would be helpful if **MEP drawings** were available as he commences his evaluation.

On Monday morning (7/6/2020), Scott Armstrong from J.S. Held will arrive to the site in the morning to focus on the medical equipment. The points below outline the specific focus for the assessment of that equipment, noting the current work plan is to first focus on the Diagnostic Imaging equipment then review the BioMed equipment and Information Technology systems. Scott currently plans to be on site Monday and Tuesday.

1)    As noted above, Scott will first concentrate on the **Diagnostic Imaging Equipment** (i.e, MRIs, CT Scans, CATH Labs, R&F Systems) and the operating rooms. We would like someone familiar with the equipment available to walk through the initial viewing with him. In addition, if available, please provide a list of the Diagnostic Imaging (DI) Equipment which specifies the location (floor, room), manufacturer, description, and model number. The list does not have to be perfect but can be used as a working document. If you have a list of damaged equipment, please provide same.

2)    After the initial review of the DI Equipment, Scott would like to meet with a hospital representative/employee that is familiar with the **BioMed Equipment** (i.e. anesthesiology machines, ventilators, blood pressure monitors, incubators, infusion pumps). We would also need for the hospital to identify any known damages to date. If you have a list of damaged equipment, please provide same.

3)    After meeting the BioMed Group, Scott would like to meet with the hospital representatives/employees who may be familiar with the **Information Technology** systems. If you have a list of damaged equipment, please provide same.

**In addition to the specific detail requested above, please provide copies of Steward's asset list(s).**

As you know, we will have a need to request certain additional information as we proceed. We will send requests for information (RFI) accordingly as we progress with our inspections, investigation and the adjustment of this matter.

If you have questions or would like to discuss, Larry will be on site again tomorrow. You can also reach me on my mobile phone at 773-551-0584.

Please be advised all, including coverage, is subject to review, approval and determination by Zurich Insurance.

Best Regards,

Amy O'Rorke, CPCU, AIC, ARM, SCLA, GRP | Executive General Adjuster
Sedgwick – MCL Global
10 S. Riverside Plaza, Suite 1550 | Chicago, IL 60606
DIRECT 312.380.3914 | FAX 312.454.1930
CELL 773.551.0584 | EMAIL Amy.ORorke@sedgwick.com
www.sedgwick.com | Caring counts®



---

**From:** O'Rorke, Amy
**Sent:** Monday, June 29, 2020 9:53 PM
**To:** Doncaster, Ronald <ronald.doncaster@steward.org>
**Cc:** Mercer, Tim <Tim.Mercer@sedgwick.com>; Embree, Larry <Larry.Embree@sedgwick.com>; Steven Richards <steven.richards@optisure.com>; Mark Graves <mark.graves@zurichna.com>
**Subject:** NEW CLAIM - Insured: Steward Health Care - Location: Norwood Hospital, Norwood, MA - Loss Type: Water/Flood - DOL: 6/28/2020 - Zurich Ref TBD - Sedgwick Ref TBD

Hello Ron,

In follow up to our brief conversation & communication exchanges yesterday and earlier today, as you know, we are the adjusters for Steward Health Care, as appointed on behalf of Zurich.

While I await receipt of the file reference data from Zurich, I understand Mark Graves will be appointed as the examiner for Zurich. I have cc'd Mark here.

We have received notification of your claim for water/food damage at the location referenced above.

I have appointed my local colleague, Larry Embree, who is based in the Boston area, to investigate/inspect the involved locations. Larry is cc'd on this email. My colleague who is assisting me with this matter, Tim Mercer, is also cc'd.

As you know, Larry was on site today, and will return to the site tomorrow to continue to evaluate damages.

We will send requests for information (RFI) as we progress with our inspections, investigation and the adjustment of this matter. For now we are noting you as the primary contact. When this changes, please advise.

As we discussed earlier today, we have appointed a number of experts for the building evaluation (under the Medical Properties Trust policy) in addition to experts to address the loss for Steward, including equipment, BPP/contents (furniture, fixtures, inventories) and loss of income/extra expenses.

This email will address the experts for the Steward Health Care claim. If you would like me to cc others going forward to revise this communication distribution list, please advise.

To date the following experts have been appointed and will be contacting you:

1)      Inventory specialist  - RCF
Tomorrow (Tuesday) you will receive a call from Howie Nickerson who will be on site in the morning. Kevin Dause will join Howie later in the week as will other staff as needed. We will obtain and provide RFI from this expert as needed.
Howie can be reached on his cell phone at 781-771-5435.
Kevin can be reached on his cell phone at 847-682-0006

2)      Equipment specialist – J.S. Held
Chris Antinora will be assessing equipment. I await an update on his schedule.

CONFIDENTIAL                                                                                                                    ZUR0001253

3)      Forensic accountant – MDD
Glenn Ricciardelli to assist with business interruption, extra expenses, etc.  We will obtain the RFI from the accounting expert and understand there might be a different contact for Steward for this aspect of the claim.

---

My full contact information is below.  Per usual, if you would like to discuss, the best way to reach me is on my mobile phone at 773-551-0584.

Please be advised all, including coverage, is subject to review, approval and determination by Zurich Insurance.

Best Regards,

Amy O'Rorke, CPCU, AIC, ARM, SCLA, GRP | Executive General Adjuster
Sedgwick – MCL Global
10 S. Riverside Plaza, Suite 1550 | Chicago, IL 60606
DIRECT 312.380.3914 | FAX 312.454.1930
CELL 773.551.0584 | EMAIL Amy.ORorke@sedgwick.com
www.sedgwick.com | Caring counts®



Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.

CONFIDENTIAL                                                                                                                                               ZUR0001254