# EXHIBIT L

| | |
|---|---|
| **From:** | Doncaster, Ronald [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AA2BB95ED11849778FB44BFBDA384134-RONALD DONC] |
| **Sent:** | 7/21/2020 2:17:54 PM |
| **To:** | Doncaster, Ronald [ronald.doncaster@steward.org]; rpapa@nfa.com; O'Rorke, Amy [Amy.ORorke@sedgwick.com]; Kenyon, Scott [Scott.Kenyon@steward.org]; Kidney, Chris [Chris.Kidney@steward.org]; Champey, Arlene [Arlene.Champey@steward.org]; Howie Nickerson (HNickerson@RCFsalvage.com) [HNickerson@RCFsalvage.com]; JMcCoulf@nfa.com; somara@nfa.com; jwilliams@continentalmachinery.com; JCharrier@nfa.com; Erin Higgins [ehiggins@eheinc.com]; Soucy, David [David.Soucy@steward.org]; Merkle, Alyssa [Alyssa.Merkle@steward.org]; Embree, Larry [Larry.Embree@sedgwick.com]; robert.l.grider@marsh.com [robert.L.Grider@marsh.com]; Glenn Ricciardelli [gricciardelli@mdd.com]; jroof@nfa.com; Mercer, Tim [Tim.Mercer@sedgwick.com]; bvanderhoff@jsheld.com; Chuck@meridian-consultants.net; tdodd@jsheld.com; sarmstrong@jsheld.com; jshorr@jsheld.com; Josh Manchester [jmanchester@eheinc.com]; Wallace, Sheila [Sheila.Wallace@steward.org]; Wagner, Laura [Laura.Wagner@steward.org] |
| **CC:** | Petricca, Leonard [Leonard.Petricca@steward.org]; Jeremy Nolen [jnolen@jsheld.com] |
| **Subject:** | Canceled: 7:30 AM Daily Huddle-NORWOOD |
| **Attachments:** | Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment |
| **Location:** | Norwood BoardRoom |
| **Start:** | 7/22/2020 6:30:00 AM |
| **End:** | 7/22/2020 7:00:00 AM |
| **Show Time As:** | Free |
| **Importance:** | High |
| **Recurrence:** | Daily<br>every weekday from 7:30 AM to 8:00 AM |
| **Required Attendees:** | rpapa@nfa.com; O'Rorke, Amy; Kenyon, Scott; Kidney, Chris; Champey, Arlene; Howie Nickerson; JMcCoulf@nfa.com; somara@nfa.com; jwilliams@continentalmachinery.com; JCharrier@nfa.com; Erin Higgins; Soucy, David; Merkle, Alyssa; Embree, Larry; Grider, Robert L; Glenn Ricciardelli; jroof@nfa.com; Mercer, Tim; bvanderhoff@jsheld.com; Chuck@meridian-consultants.net; tdodd@jsheld.com; sarmstrong@jsheld.com; jshorr@jsheld.com; Josh Manchester; Wallace, Sheila; Wagner, Laura |
| **Optional Attendees:** | Petricca, Leonard; Jeremy Nolen |

**Changed to week days only: APOLOGIES if I missed anyone. Please forward to peers I may have left off.**

**Agenda**: Day look ahead huddle. In an effort to make the most efficient use of our time (with so many players), Id like to propose an agenda reflecting immediate focus of getting NFA/Sedgewick Team oriented and up to speed for determination of next steps;

1. MEP coordination: NFA/Sedgwick
2. IH Coordination: EH&E/JS Held
3. Clin Engineering/Imaging: Steward and JS Held
4. Inventory Coordination: RCF/
5. Round Table General Discussion

\*\*\*This is proposed: Feel free to adjust.

Number:
Dial-in Number: (712) 451-0813
Access Code: 103788

CONFIDENTIAL                                                                                                                                          STEWARD00000758

Lead: 5160

CONFIDENTIALSTEWARD00000759