UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

### DEFENDANTS' LIMITED OPPOSITION TO PLAINTIFF'S MOTION TO SHORTEN TIME AND CROSS-MOTION TO SET JOINT RESPONSE DEADLINE FOR PENDING MOTIONS TO COMPEL

Plaintiff Steward Health Care System, LLC ("Steward") and Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company (collectively, "Defendants") each filed Motion to Compel on June 17, 2025.[1] Doc. Nos. 122, 126. On the same day, Steward also filed a Motion to Shorten Time, seeking to require Defendants to respond to its Motion to Compel within three days, by June 20, 2025. Doc. No. 124.

Defendants oppose that request insofar as it seeks responses by this Friday June 20, 2025, but pursuant to Fed. R. of Civ. P. 6(c) and Local Rule 7.1(b)(2), respectfully cross-move for entry of an Order setting a joint deadline of Tuesday **June 24, 2025** for the parties to file their respective responses to the pending Motions to Compel.

---

[1] Defendants' Memorandum of Law in support of their Motion to Compel was filed on June 18, 2025. Doc. No. 127.

In further opposition to Steward's Motion to Shorten Time, and in support of their Cross-Motion, Defendants state as follows:

1. Steward's Motion to Compel spans seventeen (17) pages, exclusive of exhibits. Defendants agree that an expedited time to respond is appropriate given impending deadlines in this matter, but preparing a complete and thorough response for the benefit of the Court will require more than the abbreviated three-day window Steward proposes.

2. Steward also should respond to Defendants' Motion to Compel and Extend Deadlines in less than the full fourteen days afforded under the Local Rules. Defendants suggest that the parties respond at the same time.

WHEREFORE, Defendants respectfully request that the Court deny Steward's Motion to Shorten Time, grant Defendants' Cross-Motion, and enter an order establishing a joint deadline of June 24, 2025 for both parties to file their respective responses to the pending Motions to Compel.

Respectfully submitted,

 /s/ Jonathan D. Mutch
Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
Email: JMutch@RobinsKaplan.com
          TWenger@RobinsKaplan.com

*Attorneys for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

Dated: June 19, 2025

## RULE 7.1 CERTIFICATION

I, Jonathan D. Mutch, hereby certify, pursuant to Local Rule 7.1(a)(2), that I conferred with Steward's counsel on June 19, 2025, in a good-faith effort to resolve or narrow the issue raised in this motion

/s/ Jonathan D. Mutch
Jonathan D. Mutch

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June 2025, a copy of the foregoing motion was filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Jonathan D. Mutch
Jonathan D. Mutch

96219765.1