UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM, LLC )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>AMERICAN GUARANTEE AND LIABILITY )<br>INSURANCE COMPANY )<br>And )<br>ZURICH AMERICAN INSURANCE COMPANY )<br>  Defendants, )<br> ) | Civil Action No. 1:21-CV-11902 |

**NON-PARTY, SHAWMUT WOODWORKING & SUPPLY, INC. D/B/A SHAWMUT DESIGN AND CONSTRUCTION, OPPOSITION TO THE PLAINTIFF'S, STEWARD HEALTHCARE SYSTEMS, MOTION TO COMPEL RESPONSE TO SUBPOENA PURSUANT TO FED. R. CIV. P. 45(D)(2)(A)(I)**

NOW COMES Non-Party, Shawmut Woodworking & Supply, Inc. d/b/a Shawmut Design and Construction ("Shawmut"), by and through its counsel, McDonough, Hacking & Lavoie, LLC, and respectfully requests that this Honorable Court deny the Plaintiff's Motion to Compel response to subpoena pursuant to Fed. R. Civ. P. 45(d)(2)(A)(i). As grounds therefor, Shawmut states:

> A. **The Motion To Compel Should Be Denied As To Shawmut Where The Plaintiff Failed To Meet And Confer With Counsel For Shawmut As Required By Local Rule 7.1 & 37.1, Despite Having Notice As Of June 3, 2025 That Shawmut Was Represented By McDonough, Hacking & Lavoie, LLC, Well Before Filing The Motion To Compel On June 11, 2025.**
>
> B. **The Motion To Compel Should Be Denied As To Shawmut Where The Scope Of The Subpoena Is Overly Broad, Unduly Burdensome And Seeks To Have Shawmut, A Non-Party, Divulge Confidential Business Information That Appears Irrelevant To The Claims At Issue In The Plaintiff's Litigation**. **As A Result Shawmut Reserves Its Rights To Seek Protective Orders, If The Scope Of The Subpoena Cannot Be Narrowed By Agreement.**

Shawmut further refers to and incorporates herein the Affidavit of Mark B. Lavoie, Esq. with Appendix A and to its Memorandum of Law, submitted herewith.

**WHEREFORE,** Non-Party, Shawmut Woodworking & Supply, Inc. d/b/a Shawmut Design and Construction, respectfully requests that the Plaintiff's, Steward Healthcare Systems LLC, Motion to Compel be denied.

Respectfully submitted,

The Plaintiff,
Shawmut Woodworking & Supply Inc. d/b/a
Shawmut Design and Construction,
By its Attorneys,

/s/ Mark B. Lavoie
_____
Mark B. Lavoie, BBO# 553204
Matthew C. Mastromauro, BBO#679049
McDonough, Hacking & Lavoie, LLC
27 Congress Street, Suite 404
Salem, MA 01970
617-367-0808
mlavoie@mhlattys.com
mmastromauro@mhlattys.com

**CERTIFICATE OF SERVICE**

I, Mark B. Lavoie, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 20th day of June, 2025.

/s/ Mark B. Lavoie
_____