## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| STEWARD HEALTH CARE SYSTEM, LLC ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-CV-11902 |
| ) | |
| AMERICAN GUARANTEE AND LIABILITY ) | |
| INSURANCE COMPANY ) | |
| And ) | |
| ZURICH AMERICAN INSURANCE COMPANY ) | |
| Defendants, ) | |
| _____ ) | |

### <u>AFFIDAVIT OF MARK B. LAVOIE, ESQ</u>

NOW COMES Mark B, Lavoie, who, being duly sworn, depose and says:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts. I am the principal partner at McDonough, Hacking & Lavoie, LLC in Salem, Massachusetts.

2. I am an attorney for the Non-Party Witness, Shawmut Woodworking & Supply, Inc. d/b/a Shawmut Design and Construction, in connection with a Rule 45 Subpoena served by the Plaintiff, Steward Healthcare System, LLC.

3. On June 3, 2025, Shawmut contacted my office and provided information regarding the subject Subpoena.

4. On that same day, June 3, 2025, I emailed counsel for Steward, Attorney Gildea, and advised him of our retention earlier that same day. <u>See</u> App. A

5. I spoke with Atty. Gildea twice thereafter and discussed the scope and timing of the Shawmut objections and response to the Subpoenas that had been served on Shawmut - one for documents and another for a Rule 30(b)(6) witness. In addition, we discussed the scheduling of the Rule 30(b)(6) Deposition of Shawmut and whether it would be necessary since Shawmut did not win the bid for the Steward Project and that their input, other than their estimate, seemed of little value. Attorney Gildea indicated that Shawmut, he thought, had communicated with Zurich on a timeline for the repairs and that Steward was interested in testimony about any such communications. I told him that I would need to speak with Shawmut, but that we would likely need to significantly limit the scope of the deposition and document request. Despite two conversations, there was, however, never a mention of his intent to file a Motion to Compel and there was never a request for a Rule 7.1 conference.

6. On June 17, 2025, I emailed counsel for Steward to advise that my office was gathering documents to respond to the Subpoena, while noting Shawmut's objection to the overly broad scope of the categories of documents requested. <u>See</u> App. A

7. Despite my earlier communications with counsel for Steward, on June 18, 2025, Attorney Gildea advised by email that a Motion to Compel had <u>already</u> been filed against Shawmut. <u>No Local Rule 7.1 Conference was ever requested or conducted</u>. The Motion to Compel was not served on my office until 5:36 p.m. on the night before a Federal Holiday (Juneteenth).

8. Steward knew before the Motion to Compel was filed that Shawmut was represented by McDonough, Hacking & Lavoie, LLC and was not represented by another firm, Robins Kaplan, LLP.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF June, 2025

*/s/ Mark B. Lavoie*

_____

Mark B. Lavoie, Esq.

# APPENDIX A

| From: | Mark Lavoie |
|---|---|
| To: | Gildea, William |
| Cc: | Robbins, Seth; Rose Caranfa; Mastromauro, Matthew |
| Subject: | RE: Steward/Shawmut |
| Date: | Tuesday, June 17, 2025 3:22:00 PM |

Bill- I am waiting for the client to forward to me the documents for production. We will agree to produce relevant documents that we can locate concerning the subject project. As many of these documents relate to Shawmut's process of estimating and valuing a job, we would like to have a confidentiality agreement in place. In addition, Shawmut is not planning to produce any documents concerning the projects identified in paragraph 12 (and thereafter) of the subpoena as follows:


a. Beth Israel Deaconess Medical Center, Feldberg Building – Inpatient Unit Renovation;
b. Boston University – Goldman School of Dental Medicine Addition and Renovations;
c. Beth Israel Deaconess Medical Center, East Campus Morgue Renovations;
d. Beth Israel Deaconess Medical Center – OR 19 Renovation;
e. Boston Medical Center – Moakley Building Addition
f. University of Massachusetts Medical School/UMBA New Education and Research Building;
g. Brigham and Women's Hospital – BLI Level 4 Renovation;
h. New England Baptist Hospital, Phased Renovations; and
i. The Miriam Hospital/Lifespan – Emergency Department Renovation.


None of these projects are related to the subject project in time, location or scope of work . They appear to be irrelevant to Shawmut's bid for work that it was ultimately not hired to perform at Norwood Hospital. I hope to have the relevant documents sent out early next week after receipt and review and after the pertinent confidentiality agreement is in place.
Please feel free to reach out with any questions. Thanks, Mark


**Mark B. Lavoie, Esq.**
**McDonough, Hacking & Lavoie, LLC**
Address: 27 Congress St., Suite 404 Salem, MA 01970
Dir: (617) 367-3816 | Tel: (617) 367-0808 | Fax:(617) 367-8307
mlavoie@mhlattys.com | www.mhlattys.com

FIRM OFFICE LOCATIONS:

**BOSTON    |    SALEM    |    FALL RIVER**

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

**From:** Gildea, William <wgildea@toddweld.com>
**Sent:** Tuesday, June 17, 2025 12:16 PM
**To:** Mark Lavoie <mlavoie@mhlattys.com>
**Cc:** Robbins, Seth <srobbins@toddweld.com>; Rose Caranfa <rcaranfa@mhlattys.com>; Mastromauro, Matthew <mmastromauro@mhlattys.com>
**Subject:** RE: Steward/Shawmut

Mark,

Just following up on the below.

Let us know what dates work for Shawmut's Rule 30(b)(6) deposition before July 10th.

Thank you.

William Gildea



Todd & Weld LLP
One Federal Street, Boston, MA  02110
Tel:  617.624.4783
www.toddweld.com

**From:** Mark Lavoie <mlavoie@mhlattys.com>
**Sent:** Thursday, June 5, 2025 5:39 PM
**To:** Gildea, William <wgildea@toddweld.com>
**Cc:** Robbins, Seth <srobbins@toddweld.com>; Rose Caranfa <rcaranfa@mhlattys.com>; Mastromauro, Matthew <mmastromauro@mhlattys.com>
**Subject:** RE: Steward/Shawmut

Bill- good to speak with you these last few days. I will be in touch soon after speaking with my contact at Shawmut after the information that you forwarded is reviewed. Please feel free to reach out with any questions in the interim. Thanks, Mark

**Mark B. Lavoie, Esq.**
**McDonough, Hacking & Lavoie, LLC**
Address: 27 Congress St., Suite 404 Salem, MA 01970
Dir: (617) 367-3816 | Tel: (617) 367-0808 | Fax:(617) 367-8307
mlavoie@mhlattys.com | www.mhlattys.com

FIRM OFFICE LOCATIONS:
**BOSTON     |     SALEM     |     FALL RIVER**

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

**From:** Gildea, William <wgildea@toddweld.com>
**Sent:** Wednesday, June 4, 2025 2:15 PM
**To:** Mark Lavoie <mlavoie@mhlattys.com>
**Cc:** Robbins, Seth <srobbins@toddweld.com>
**Subject:** Steward/Shawmut

Mark,

Nice to talk to you earlier.

Attached is:

1. The subpoena for documents to Shawmut dated February 7, 2025; and
2. Jon Mutch's February 27th email stating Robins Kaplan is representing Shawmut in responding to the documents subpoena.

To date, Steward has not received any objections to the documents subpoena, nor has Shawmut produced any documents in response.

This will also confirm that Shawmut's Rule 30(b)(6) deposition noticed for June 9th will not proceed on that date. But I do want you to be aware that the fact discovery deadline in this case is July 10th and Steward will need to depose Shawmut before the fact discovery deadline.

Thank you.

William Gildea

Todd & Weld LLP
One Federal Street, Boston, MA  02110
Tel:  617.624.4783
www.toddweld.com

| From: | Mark Lavoie |
|---|---|
| To: | Gildea, William |
| Cc: | Robbins, Seth; Rose Caranfa; Mastromauro, Matthew; Christopher Costello |
| Subject: | RE: Steward/Shawmut |
| Date: | Wednesday, June 18, 2025 5:46:00 PM |

Bill- I am not sure what you are referring to concerning Robbins Kaplan. My contact at Shawmut is unaware of any communications from that firm on this issue. I have just provided you with an update on our documents. You make no mention of moving to compel compliance in our communications and I advised you I expected to receive information to get you early next week. The motion that you no forward to me does not appear to mention any of this information from my quick review.

**Mark B. Lavoie, Esq.**
**McDonough, Hacking & Lavoie, LLC**
Address: 27 Congress St., Suite 404 Salem, MA 01970
Dir: (617) 367-3816 | Tel: (617) 367-0808 | Fax:(617) 367-8307
mlavoie@mhlattys.com | www.mhlattys.com

FIRM OFFICE LOCATIONS:
**BOSTON    |    SALEM    |    FALL RIVER**

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

**From:** Gildea, William <wgildea@toddweld.com>
**Sent:** Wednesday, June 18, 2025 5:34 PM
**To:** Mark Lavoie <mlavoie@mhlattys.com>
**Cc:** Robbins, Seth <srobbins@toddweld.com>; Rose Caranfa <rcaranfa@mhlattys.com>; Mastromauro, Matthew <mmastromauro@mhlattys.com>
**Subject:** RE: Steward/Shawmut

Mark,

I understand from your email below that your office will be representing Shawmut in responding to the keeper of record subpoena and the Rule 30(b)(6) deposition notice.

At no point has Robins Kaplan informed Todd & Weld that they will no longer representing Shawmut in responding to the keeper of record subpoena that was served in February.

Shawmut has not served any timely objections to the keeper of record subpoena. Recently, on June 6th, Robins Kaplan informed Todd & Weld - in response to an inquiry about the status of Shawmut's document production - that "[w]e'll also provide an update on Shawmut early next week."

Having not received the promised update, Steward moved to compel compliance with the keeper of record subpoena on June 11th. Attached are the papers.

Happy to discuss at your convenience.

Thank you.

William Gildea



Todd & Weld LLP
One Federal Street, Boston, MA  02110
Tel:  617.624.4783
www.toddweld.com

---

**From:** Mark Lavoie <mlavoie@mhlattys.com>
**Sent:** Tuesday, June 17, 2025 3:23 PM
**To:** Gildea, William <wgildea@toddweld.com>
**Cc:** Robbins, Seth <srobbins@toddweld.com>; Rose Caranfa <rcaranfa@mhlattys.com>; Mastromauro, Matthew <mmastromauro@mhlattys.com>
**Subject:** RE: Steward/Shawmut

Bill- I am waiting for the client to forward to me the documents for production. We will agree to produce relevant documents that we can locate concerning the subject project. As many of these documents relate to Shawmut's process of estimating and valuing a job, we would like to have a confidentiality agreement in place. In addition, Shawmut is not planning to produce any documents concerning the projects identified in paragraph 12 (and thereafter) of the subpoena as follows:

a. Beth Israel Deaconess Medical Center, Feldberg Building – Inpatient Unit Renovation;
b. Boston University – Goldman School of Dental Medicine Addition and Renovations;

c. Beth Israel Deaconess Medical Center, East Campus Morgue Renovations;
d. Beth Israel Deaconess Medical Center – OR 19 Renovation;
e. Boston Medical Center – Moakley Building Addition
f. University of Massachusetts Medical School/UMBA New Education and
Research Building;
g. Brigham and Women's Hospital – BLI Level 4 Renovation;
h. New England Baptist Hospital, Phased Renovations; and
i. The Miriam Hospital/Lifespan – Emergency Department Renovation.

None of these projects are related to the subject project in time,
location or scope of work . They appear to be irrelevant to
Shawmut's bid for work that  it was  ultimately not hired to
perform at Norwood Hospital. I hope to have the relevant
documents sent out early next week after receipt and review and
after the pertinent confidentiality agreement is in place.
Please feel free to reach out with any questions. Thanks, Mark

**Mark B. Lavoie, Esq.**
**McDonough, Hacking & Lavoie, LLC**
Address: 27 Congress St., Suite 404 Salem, MA 01970
Dir: (617) 367-3816 | Tel: (617) 367-0808 | Fax:(617) 367-8307
**mlavoie@mhlattys.com | www.mhlattys.com**

FIRM OFFICE LOCATIONS:
**BOSTON    |    SALEM    |    FALL RIVER**

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

**From:** Gildea, William <wgildea@toddweld.com>
**Sent:** Tuesday, June 17, 2025 12:16 PM
**To:** Mark Lavoie <mlavoie@mhlattys.com>
**Cc:** Robbins, Seth <srobbins@toddweld.com>; Rose Caranfa <rcaranfa@mhlattys.com>;
Mastromauro, Matthew <mmastromauro@mhlattys.com>
**Subject:** RE: Steward/Shawmut

Mark,

Just following up on the below.

Let us know what dates work for Shawmut's Rule 30(b)(6) deposition before July 10th.

Thank you.

William Gildea



Todd & Weld LLP
One Federal Street, Boston, MA  02110
Tel:  617.624.4783
www.toddweld.com

---

**From:** Mark Lavoie <mlavoie@mhlattys.com>
**Sent:** Thursday, June 5, 2025 5:39 PM
**To:** Gildea, William <wgildea@toddweld.com>
**Cc:** Robbins, Seth <srobbins@toddweld.com>; Rose Caranfa <rcaranfa@mhlattys.com>;
Mastromauro, Matthew <mmastromauro@mhlattys.com>
**Subject:** RE: Steward/Shawmut

Bill- good to speak with you these last few days. I will be in touch
soon after speaking with my contact at Shawmut after the
information that you forwarded is reviewed. Please feel free to
reach out with any questions in the interim. Thanks, Mark

**Mark B. Lavoie, Esq.**
**McDonough, Hacking & Lavoie, LLC**
Address: 27 Congress St., Suite 404 Salem MA 01970
Dir: (617) 367-3816 | Tel: (617) 367-0808 | Fax:(617) 367-8307
**mlavoie@mhlattys.com | www.mhlattys.com**

FIRM OFFICE LOCATIONS:
**BOSTON    |    SALEM    |    FALL RIVER**

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named
herein and may contain legally privileged and/or confidential information. If you are not the
intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or
copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received
this e-mail in error, please immediately notify me by return e-mail and permanently delete the
original and any copy of this e-mail message and any printout thereof.

---

**From:** Gildea, William <wgildea@toddweld.com>
**Sent:** Wednesday, June 4, 2025 2:15 PM
**To:** Mark Lavoie <mlavoie@mhlattys.com>
**Cc:** Robbins, Seth <srobbins@toddweld.com>
**Subject:** Steward/Shawmut

Mark,

Nice to talk to you earlier.

Attached is:

1. The subpoena for documents to Shawmut dated February 7, 2025; and
2. Jon Mutch's February 27th email stating Robins Kaplan is representing Shawmut in responding to the documents subpoena.

To date, Steward has not received any objections to the documents subpoena, nor has Shawmut produced any documents in response.

This will also confirm that Shawmut's Rule 30(b)(6) deposition noticed for June 9th will not proceed on that date. But I do want you to be aware that the fact discovery deadline in this case is July 10th and Steward will need to depose Shawmut before the fact discovery deadline.

Thank you.

William Gildea



Todd & Weld LLP
One Federal Street, Boston, MA  02110
Tel:  617.624.4783
www.toddweld.com

# APPENDIX B

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC | ) |
| *Plaintiff* | ) |
| v. | ) |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY | ) ) ) |
| *Defendant* | ) |

Civil Action No. 1:21-CV-11902

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: **Keeper of Records**
Shawmut Woodworking & Supply, Inc. c/o CT Corporation System, 155 Federal St., Ste. 700, Boston, MA 02110

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Attached.

| Place: TODD & WELD LLP<br>One Federal Street, 27th Floor<br>Boston, MA 02110 | Date and Time:<br><br>03/10/2025 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/07/2025

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | /s/ William E. Gildea |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Steward Health Care System LLC , who issues or requests this subpoena, are:

William Gildea, Todd & Weld LLP, One Federal Street, 27th Floor, Boston, MA 02110, 617-624-4783, wgildea@toddweld.com

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## RETURN OF SERVICE

2/10/25

I hereby certify and return, that I this day summoned the within named:

**KOR Shawmut Woodworking and Supply c/o CT Corp**

To appear as within directed on the subpoena, by delivering the document(s) to:

Ashley Richardson, agent for CT authorized to accept to service.

Service was made at: 155 Federal St, Boston MA

The following was served:

An attested copy of the subpoena together with: $0.00 fees for attendance and travel. ( no witness fee required).

Signed under the penalties of perjury

Server_____

Jon Pollack

Process Server & Disinterested Person

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) For Other Discovery.** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) Command to Produce Materials or Permit Inspection.**
    **(A)** Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) Quashing or Modifying a Subpoena.**
    **(A)** When Required. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** When Permitted. To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** Specifying Conditions as an Alternative. In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
    **(A)** Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.
    **(D)** Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) Claiming Privilege or Protection.**
    **(A)** Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SCHEDULE A

### Instructions

1.      You are requested to state separately for each of the following numbered requests which documents will be produced for inspection and copying.

2.      The following instructions and definitions apply to each request and are incorporated by reference into each request.  The requests must be read in light of these instructions and definitions, and your answers must be responsive to the requests as so defined.

3.      Unless otherwise noted, **the requests seek information from the time period June 28, 2020 to the present**.

4.      You shall produce all documents within your custody, possession or control, including documents in the possession of your insurers, attorneys, agents, employees, companies, trusts, representatives, servants, consultants, accountants, partners, trustees, advisors or investigators, regardless of the location of such document.

5.      All documents should be produced in single page TIFF black and white format at a resolution of at least 300 dpi.  For each document, a text file shall be provided along with the TIFF images.  The text of native files shall be extracted directly from native files, one text file per document.  The filenames of both the text and image files should correspond to the Bates number of the document.  The Bates number should have a prefix and contain 6 digits and no spaces, for example SAMPLE000001. All documents should be produced as a loadable export, with a corresponding 'DAT' or meta-data load file that includes both the text and native links.

6.      For documents maintained electronically, the following metadata fields should be included, at a minimum: Bates Begin, Bates End; Bates Begin Attach; Bates End Attach; Attachment Document; Pages; Author; Custodian/Source; Date Created; Date Last Modified; Date

Received; Date Sent; Time Sent; Document Extension; Email BCC; Email CC; Email From; Email Subject/Title; Email To; Original Filename; File Size; Original Folder Path; MD5 Hash; Parent Document ID; Document Title; Time Zone; Text Link; Native Link.  Additionally, parent-child relationship should be indicated in the metadata, and document(s) attached to an email sequentially shall be produced after the parent email.

7.    For any electronically stored documents that cannot be interpreted in TIFF format (including, but not limited to, spreadsheets, presentations, databases, logs, video and audio files), you should produce a Bates numbered TIFF placeholder and a native version of that file, with the native version named by its Bates numbers.

8.    If you object to any document request, you shall so state, including your basis for the objection, in answer to the specific question you found objectionable.  If only part of any document request is objectionable, you will answer the document request as fully as possible in addition to stating the objection, and its basis, to any remaining part.

9.    Rules of Construction:

   a.    The singular shall include the plural and the plural shall include the singular;

   b.    A masculine, feminine, or neutral pronoun shall be construed to refer to all other gender pronouns;

   c.    "And" and "or" shall be construed conjunctively and disjunctively so as to bring within the scope of these document requests any documents that might otherwise be construed to be outside their scope;

   d.    "Any" shall be understood to include and encompass one or more and "all"; and

   e.    The present tense shall include the past tense, for example "are" shall include "were."

10.     With respect to any document responsive to any of these requests that is withheld from production on the grounds that the document or any of its contents is privileged or otherwise not subject to production, Steward Health Care System LLC requests that you produce within thirty (30) days of service of these document requests a list:

a.     Identifying each particular document request to which you object and each specific ground upon which such objection is based; and

b.     Specifying each withheld document or thing or portion thereof as follows:

(i)     its date;

(ii)     the general nature of the document or thing (e.g., whether it is a letter, chart, pamphlet, memorandum, etc.);

(iii)     a summary of the contents or the general subject matter of the document or thing;

(iv)     the identity of each other document or other thing transmitted with or attached to that allegedly privileged or discovery-immune document or thing;

(v)     its present location and the identity of its current custodian;

(vi)     the identity of each person who authored, prepared, or signed the document or thing;

(vii)     a list identifying each person, including, but not limited to, addressees and designated copy recipients, to whom either the original or a copy of the document or thing has been disclosed, including the date and means of such disclosure;

(viii)     the nature of the privilege, immunity, or other rule of law relied upon to withhold the information, document, or thing and the facts supporting your asserted reliance; and

(ix)     any purportedly privileged or discovery-immune information or document that contains matter that is not privileged or immune from discovery must be produced with the purportedly privileged or discovery-immune portion excised.

11.     Qualification of Responses.  If your response is in any way qualified, please state the exact nature and extent of the qualification.

12.     Unavailability of Documents:  To the extent that any documents falling within the requests below have been destroyed, lost, or misplaced, please identify those documents by type, author, date, number of pages and the date and manner in which the document was destroyed, lost, or misplaced.

13.     If no documents exist which are responsive to a request, please state that no documents exist.

## Definitions

For the purposes of these Requests, the meaning of all terms shall be in accordance with their ordinary and accepted English language usage and LR 26.5(c), and in addition:

1.     The term "AGLIC" means American Guarantee and Liability Insurance Company and/or its affiliates in the Zurich family of companies that engage in insurance or insurance-related activities, and any employee, officer, director, attorney, agent or representative of the foregoing, including, without limitation, Zurich American Insurance Company, Mark A. Graves and Brian Rushlau.

2.     The term "Zurich" means Zurich American Insurance Company and/or its affiliates in the Zurich family of companies that engage in insurance or insurance-related activities, and any employee, officer, director, attorney, agent or representative of the foregoing, including, without limitation, AGLIC, Mark A. Graves and Brian Rushlau.

3.     The term "Steward" means Steward Health Care System LLC, and any of its employees, officers, directors, attorneys, agents or representatives.

4.     The term "MPT" means Medical Properties Trust, Inc., and any of its employees, officers, directors, attorneys, agents or representatives.

4

5.      The term "Sedgwick" means Sedgwick, Inc. and/or its affiliates in the Sedgwick Alliance group of companies that provide claims management and loss adjusting services, and any employee, officer, director, attorney, agent or representative of the foregoing, including, without limitation, Clifford W. Hyde, Jr., Larry Embree, Tim Mercer and Amy O'Rorke.

6.      The term "Investigation" means any fact-finding effort related to any claims, activity, business, the actual or potential risk-exposure of any person or property, the value of any insured property, or the existence and amount of damage to any insured property, including but not limited to any survey, inspection, testing, research, or analysis of any kind whatsoever.

7.      The term "communication" means the transmittal and/or receipt of information (in the form of facts, ideas, inquiries, or otherwise).

8.      The term "concerning" means referring to, describing, evidencing, involving, regarding or constituting.

9.      The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a).  A draft or non-identical copy is a separate document within the meaning of the term "document."

10.      "Identify" and "identity," when used in reference to a natural person, mean to state the person's full name and present or last-known residence and employment address, his present or last-known title or position and business affiliation and present business telephone number. "Identify" and "identity," when used in reference to a person other than a natural person, such as a corporation, means to state its proper name or designation, and the address of its principal office. "Identify" and "identity," when used in reference to documents, means to state the type of document, general subject matter, date of the document, and the author(s), addressee(s), and recipient(s).

11.     The terms "and" and "or" shall mean and/or.

12.     The term "Norwood Hospital" means the buildings comprising the hospital facility at 800 Washington Street in Norwood, Massachusetts.

13.     The term "Storm" means the severe thunderstorms that passed through Norwood, Massachusetts on June 28, 2020, causing damage to the Norwood Hospital.

14.     The term "Shawmut" means Shawmut Design and Construction and any of its employees, officers, directors, attorneys, agents or representatives.

## REQUESTS

1.     All documents and communications concerning the renovation, construction schedule, and any related activities for Norwood Hospital, including any documents reviewed or consulted in the preparation of the "Shawmut Design and Construction Experience Overview & Cost Proposal For Norwood Hospital" dated November 12, 2020 (attached as *Exhibit A*), and any drafts of said proposal.

2.     All documents and communications concerning Shawmut's assessment of external factors (such as regulatory approvals, code upgrades, supply chain issues, or staffing shortages) that could have affected the timeline for construction of Norwood Hospital and resumption of hospital operations, and how those factors were incorporated into Shawmut's determination of the business interruption period for Norwood Hospital.

3.     All communications between Shawmut and any third-party contractors, vendors, or subcontractors regarding delays, supply chain issues, staffing shortages, or disruptions in the construction industry after March 1, 2020.

4.     All documents, communications, and reports evaluating potential delays, cost overruns, or factors that could extend the construction period at Norwood Hospital, and their implications for Steward's business interruption claim.

5.     All documents relating to any disputes or disagreements regarding the estimated duration of business interruption or the resumption of hospital operations at Norwood Hospital, including but not limited to disputes or disagreements between Shawmut and Sedgwick and/or J.S. Held.

6.     All documents related to Shawmut's methodology for calculating business interruption periods at Norwood Hospital, including any internal memos, reports, or communications that detail the factors considered in determining the length of business interruption.

7.     All drafts, proposals, and communications concerning the period of liability for business interruption related to the construction at Norwood Hospital, including any revisions made to Shawmut's initial assessments.

8.     All documents and communications concerning Shawmut's understanding of how business interruption is measured in construction projects within the healthcare sector, including industry standards, best practices, or benchmarks used to determine the length of such interruptions.

9.     All documents related to Shawmut's standard practices or protocols for calculating business interruption in similar healthcare projects, including any internal policies, procedures, or guidelines used to estimate the impact of construction on hospital operations.

10.    All documents and communications received or exchanged by Shawmut regarding Norwood Hospital after November 12, 2020, including those exchanged with DBI Construction Consultants, J.S. Held, Zurich, Sedgwick, Kate Twomey, or any other entity related to the project.

11.    All documents referencing or concerning the "Chapter 34 Existing Building Investigation & Evaluation Code Report" prepared by Code Red Consultants, as well as any communications regarding Code Red Consultants' involvement with Norwood Hospital.

12.    All documents and communications reflecting Shawmut's understanding of the term "conceptual," as applied to construction schedules, and any final drafts of construction or conceptual schedules prepared by Shawmut for the following projects:

      a. Beth Israel Deaconess Medical Center, Feldberg Building – Inpatient Unit Renovation;
      b. Boston University – Goldman School of Dental Medicine Addition and Renovations;
      c. Beth Israel Deaconess Medical Center, East Campus Morgue Renovations;
      d. Beth Israel Deaconess Medical Center – OR 19 Renovation;
      e. Boston Medical Center – Moakley Building Addition
      f. University of Massachusetts Medical School/UMBA New Education and Research Building;
      g. Brigham and Women's Hospital – BLI Level 4 Renovation;
      h. New England Baptist Hospital, Phased Renovations; and
      i. The Miriam Hospital/Lifespan – Emergency Department Renovation.

13.    All documents concerning Shawmut's standard practices and/or standard operating procedures related to compliance with building code upgrades during the renovation or construction of medical care facilities.

14.    All documents and communications related to any bid or proposal from Shawmut regarding any project where Zurich, AGLIC, and Sedgwick are the insurer or claims adjuster.

15.    All documents and communications exchanged between and among Shawmut and Kate Twomey.

8

16.     All documents and communications exchanged between and among Shawmut and J.S. Held concerning Norwood Hospital.

17.     All invoices, requests for payment, contracts, and agreements submitted or entered into by Shawmut in relation to Norwood Hospital.

18.     All calendar invitations, meeting minutes, and notes from internal and external meetings involving Shawmut concerning Norwood Hospital, including communications exchanged with any involved parties regarding the project.

19.     All documents and communications concerning Shawmut's methodology for calculating and preparing any construction schedules for healthcare facilities and hospitals.

20.     All construction schedules, reports, and estimates generated by Shawmut since April 1, 2020 for any construction project.

21.     All documents that Shawmut authored concerning the impact of construction delays and supply chain issues in the construction industry resulting from COVID-19.

22.     In any legal proceeding where Shawmut has been retained as an expert witness or provided testimony, please produce all related pleadings, orders, discovery responses, deposition transcripts, trial transcripts, trial exhibits, settlement agreements, and judgments concerning Shawmut.

# EXHIBIT A



| Line # | Description | Shawmut Total | Addendum | Leveled Total | Comment |
|---|---|---|---|---|---|
| A | B | C | D | E | F |
| 1 | **Project Requirements :** Site Labor, Cleanup, Dumpsters, Temp Conditions | $ 544,642 | $ 1,627,095 | $ 2,171,737 | Addendum includes demolition and asbestos abatement in Basement per JS Held, excluded from Shawmut original. |
| 2 | **Building Finishes** | | | | |
| 3 | Ceiling | $ 287,518 | $ - | $ 287,518 | |
| 4 | Walls | $ 1,132,904 | $ - | $ 1,132,904 | |
| 5 | Framing | $ - | $ 673,670 | $ 673,670 | Line item hidden in Shawmut PDF proposal. Line item added to reflect accurate cost summary. |
| 6 | Insulation | $ 36,162 | $ - | $ 36,162 | |
| 7 | Flooring | $ 1,048,459 | $ - | $ 1,048,459 | |
| 8 | Cabinetry | $ 2,165,645 | $ - | $ 2,165,645 | |
| 9 | Doors & Hardware | $ 161,350 | $ - | $ 161,350 | |
| 10 | Windows | $ 96,300 | $ - | $ 96,300 | |
| 11 | Mechanical | $ 197,050 | $ - | $ 197,050 | |
| 12 | Electrical - Low Voltage Wiring and Fixtures | $ 1,026,931 | $ - | $ 1,026,931 | |
| 13 | Plumbing Fixtures | $ 276,500 | $ - | $ 276,500 | |
| 14 | Paint | $ 537,744 | $ 34,549 | $ 572,293 | Original square footage excluded 3rd Fl. Addendum includes quantity update. |
| 15 | Walk-in Coolers | $ 50,000 | $ - | $ 50,000 | |
| 16 | **Mechanical, Electrical, Plumbing Equipment** | | | | |
| 17 | Mechanical | $ 1,220,280 | $ - | $ 1,220,280 | |
| 18 | Electrical | $ 2,345,700 | $ - | $ 2,345,700 | |
| 19 | Plumbing | $ 59,890 | $ - | $ 59,890 | |
| 20 | Fire Suppression Systems | $ 177,000 | $ - | $ 177,000 | |
| 21 | **Roof** | | | | |
| 22 | Roof | $ 73,400 | $ 1,379,475 | $ 1,452,875 | Addendum based on DBI Roof Memorandum dated 10/27/20 at the Shawmut rate. |
| 23 | **Land Improvements** | | | | |
| 24 | Land Improvements | $ - | $ 250,000 | $ 250,000 | |
| 25 | **Additional Items** | | | | |
| 26 | Concrete stairs, loading dock, etc. | $ - | $ 77,500 | $ 77,500 | Addendum based on JS Held estimate. |
| 27 | Kitchen Tile Floor/Concrete Slab | $ - | $ 426,750 | $ 426,750 | Addendum based on JS Held estimate. |
| 28 | Security System/Card Read System - Test & Check | $ - | $ 20,000 | $ 20,000 | Addendum based on JS Held estimate. |
| 29 | IT/AV - Test & Check | $ - | $ 20,000 | $ 20,000 | Addendum based on JS Held estimate. |
| 30 | **Subtotal** | **$ 11,437,473** | **$ 4,509,039** | **$ 15,946,512** | |
| 31 | General Conditions | $ 914,998 | $ 360,723 | $ 1,275,721 | |
| 32 | Permits | $ 148,230 | $ 58,437 | $ 206,667 | |
| 33 | Insurance | $ 172,935 | $ 68,177 | $ 241,111 | |
| 34 | Overhead & Profit | $ 380,209 | $ 149,891 | $ 530,100 | |
| 35 | Construction Contingency | $ 979,038 | $ 385,970 | $ 1,365,008 | |
| 36 | Escalation | $ 561,315 | $ 221,289 | $ 782,605 | |
| 37 | **Total** | **$ 14,594,198** | **$ 5,753,527** | **$ 20,347,725** | |
| 38 | Architects & Engineers at 5% | $ 729,710 | $ 287,676 | $ 1,017,386 | Note: not included in Shawmut original. |
| 39 | Kitchen Equipment | $ - | $ - | $ - | Steward Health Care |
| 40 | Terminal Cleaning | $ - | $ 85,420 | $ 85,420 | Per JS Held |
| 41 | Owner's Rep at 3% | $ 437,826 | $ 172,606 | $ 610,432 | Note: not included in Shawmut original. |
| 42 | **Total** | **$ 15,761,734** | **$ 6,299,229** | **$ 22,060,962** | |

*Original Shawmut proposal assumes all demolition completed by others except for MEP systems and roof.

SHAWMUT DESIGN AND CONSTRUCTION
EXPERIENCE OVERVIEW & COST PROPOSAL FOR

# NORWOOD HOSPITAL

November, 12, 2020





Submitted by:
Kevin Sullivan
Executive Vice President
(617) 839-6293



**Builders and**
**Construction Managers**

**Shawmut Design and Construction**
560 Harrison Avenue
Boston, MA 02118
Telephone  617-622-7000
Facsimile  617-622-7001

November 12, 2020

Mr. Nicholas J. Bencivenga
DBI Construction Consultants
1261 Broadway, 9th Floor
New York, NY 10001
nb@dbi-cc.com

**RE:    Norwood Hospital Building Repair Project**



Dear Nicholas,

Shawmut Design and Construction is pleased to present our construction cost estimate and preliminary schedule for the Norwood Hospital Building Repair project based on drawings and scope forwarded by your office on October 8, 2020.

We have also included a brief summary outlining our extensive experience working on complex and varied healthcare projects. Current and past clients include Beth Israel Deaconess Medical Center, Brigham & Women's Hospital, New England Baptist Hospital, and Boston Medical Center, to name a few.

Please review and let us know if you have any questions or comments.

Sincerely,

Kevin Sullivan, Executive Vice President
617-839-6293 | kms@shawmut.com

SHAWMUT DESIGN AND CONSTRUCTION

**1**   FIRM PROFILE

**2**   RELEVANT EXPERIENCE

**3**   SCHEDULE

**4**   BUILDING REPAIR ESTIMATE



SHAWMUT DESIGN AND CONSTRUCTION

# 01
# FIRM PROFILE



SHAWMUT DESIGN AND CONSTRUCTION

# FIRM PROFILE

## HISTORY AND OVERVIEW

Shawmut Design and Construction was founded in Boston in 1982 with a unique vision to specialize in building projects with complex and difficult conditions. As a 100% employee-owned company (ESOP) each employee has a vested interest in Shawmut's success. The company was founded on the guiding principle of exceeding clients' expectations and creating valued long-term partnerships.

With the vast majority of our annual volume performed with repeat clients, Shawmut has become a major force in the local construction market. Superior client service, quality craftsmanship, dedicated people, strong alliances with architects and engineers, and a "can do attitude" are essential characteristics of Shawmut. These qualities allow us to continuously deliver a certainty of outcome to every project, from small, fast-track renovations to complex multi-year new construction projects.

### Annual Dollar Volume

| 2019 | 2018 | 2017 |
|------|------|------|
| $1.5B | $1.44B | $1.15B |

### By The Numbers

OVER **200** | **HEALTHCARE PROJECTS COMPLETED IN NORTHEAST**

**31%** | **FEMALE EMPLOYEES** 9% INDUSTRY AVERAGE

**2** MILLION | **SQUARE FEET OF LEED SPACE**



**93% OF OUR CLIENTS** say we met or exceeded their expectations

**80% OF ANNUAL REVENUE COMES** from repeat clients

Shawmut is licensed to **BUILD IN 45 STATES**

We build, on average, **12-14,000,000 SQUARE FEET ANNUALLY**

Shawmut has been named **A "BEST PLACE TO WORK" 65 TIMES**

Our average employee spends **14 HRS VOLUNTEERING ANNUALLY**

Annually build **OVER 600 PROJECTS** nationally each with a dedicated project team

Our emergency response team is available **365 DAYS A YEAR**

**OVER 250 ON-CALL SHAWMUT CERTIFIED™** subcontractors across the country

A reputation for delivering the most challenging projects on time and on budget

Over 90% of Shawmut projects encompass a comprehensive pre-construction phase

W. Springfield · Boston
North Haven · Providence
Chicago · New York City
Las Vegas
Los Angeles
Miami

● Office locations
■ States we have worked in



SHAWMUT
Design and Construction

# 02
## RELEVANT EXPERIENCE



# BETH ISRAEL DEACONESS MEDICAL CENTER
## FELDBERG BUILDING - INPATIENT UNIT RENOVATION – *BOSTON, MA*



**UNDER CONSTRUCTION**





This project is for renovations to create a new 26 bed Medical Surgical/Bone Marrow Transplant Unit at Beth Israel Deaconess Medical Center in Boston, MA. It is located on the 8th floor of the Feldberg Building and will occupy 13,448 gross square feet. The new unit, which was previously a research center comprised of sleep rooms (CRC), will be converted to (10) protective environmental patient rooms, (6) intermediate care patient rooms, (8) patient rooms, (2) airborne infection isolation rooms, (1) on-call room, and patient and staff support service areas.

The existing public elevator lobby will remain as is. New patient rooms will be built out of the existing CRC reception. Each patient room will have a dedicated toilet and shower, a patient lift and a wardrobe for patient belongings. Hand washing sinks are also provided in each patient room. The solarium will be renovated to become the Family/Visitor Lounge of the unit.

One of the unique project conditions is working in a Class IV designated space on the floor below in support of work on the 8th floor. Plumbing work on the 8th floor requires coring into rooms on the 7th floor, which are occupied by Bone Marrow Transplant patients. This work requires a high level of coordination and phasing as the floor is fully occupied. We have implemented stringent containment plans to ensure the safety of all patients and staff located on the floor. This includes anterooms with air scrubbers, large HEPA filters, and Starc Wall systems.

**ARCHITECT**
Isgenuity

**CONSTRUCTION VALUE**
$8M

**DURATION**
In Progress



**SHAWMUT**
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# BOSTON UNIVERSITY - GOLDMAN SCHOOL OF DENTAL MEDICINE ADDITION AND RENOVATIONS *– BOSTON, MA*





## UNDER CONSTRUCTION



In 2009, the Goldman School of Dental Medicine (GSDM) developed a strategic plan that outlined a vision to make the GSDM the premier institution promoting excellence in dental education, research, oral health care, and community service to improve the overall health of the global population. After careful exploration of numerous possibilities, an expansion of the School's current building emerged as the best opportunity to pursue this vision.

Shawmut has been engaged to provide a program of 53,100 sf phased renovations and a new addition of approximately 41,900 sf to the existing 84,200 sf facility. The phasing of the work will optimize use of the classroom and patient treatment spaces by the Dental School during the course of construction.

The addition, which requires the removal of the existing one-story cafeteria, extends seven levels along the NW edge of the existing building and one level along the NE edge. The one-level portion will have a basement addition.

The renovated and expanded building program includes office, instructional, clinical, and student collaborative spaces on seven existing levels, plus support spaces, including mechanical, electrical, telcom, and storage areas.

Offices, classrooms, and student spaces will be available 24/7. The interior renovation of the existing structure will reconfigure the layout of the patient and student/faculty entry, the clinical space, as well as, classroom and student spaces.

**ARCHITECT**
SmithGroup

**OWNER'S PROJECT MANAGER**
Compass Project Management

**EST. CONSTRUCTION VALUE**
$91 M

**EST. DURATION**
30 Months

53,100 sf - Reno / 41,900 sf - Addition



**SHAWMUT**
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# BETH ISRAEL DEACONESS MEDICAL CENTER
# EAST CAMPUS MORGUE RENOVATIONS  *– BOSTON, MA*



This project consists of a minor interior renovation with MEP upgrades to approximately 1,090 square feet of an existing Morgue located in the basement of the Gryzmish Building at 330 Brookline Avenue in Boston, Massachusetts.

Upon completion the space will accommodate renovated support space, an autopsy area with two tables, a teaching area, and a new family visiting room, as shown in the drawings. The renovation will be completed in two separate construction phases to allow the autopsy facility and support spaces to remain operational during construction. The project is a Level 2 Alteration, and does not change the current Use Group (I-2: Institutional).

Work will include, but is not limited to: selective demolition, concrete, metal fabrications, new interior wall assemblies, new millwork, new wall and floor finishes, new doors, door hardware, specialty items, new suspended ceilings, plumbing fixtures and fittings, and revisions to HVAC, plumbing, electrical, fire alarm and fire protection systems. .

**ARCHITECT**
Morrisswitzer Environments for Health Architecture

**DURATION**
5 Months (In-Progress)

**PROJECT SIZE**
1,090 sf



SHAWMUT DESIGN AND CONSTRUCTION

# BETH ISRAEL DEACONESS MEDICAL CENTER
# OR 19 RENOVATION *- BOSTON, MA*







This project is a consolidation and renovation of space into a new Hybrid OR and support spaces on the 5th Floor of the Rosenberg Building. This project include a very complex logistics that involved renovating a former sterile storage area to a Hybrid OR. A Hybrid OR is the combination of an operating room and a Catheterization Lab. This room will mostly be used for cardiac procedures.

The project area was situated in between an active operating room and the Trauma/Surgery Intensive Care Unit. Shawmut was challenged with bringing all the new M/E/P services to the room on a floor that was already at maximum capacity. This required a major effort to thread the new mechanical systems through an already dense floor plan. This also meant workers had off-

hours shifts to minimize the impact to the hospital and shutdowns.

The room highlights include six structurally-supported booms for OR equipment. A structural race track was installed above the ceiling to carry the 3,000-lb. C-arm which provides live cardiac images to the doctors as they operate. Seamless floors and walls were included for ease in cleaning purposes and a sophisticated air control system to maintain sterility. The lighting in the room can be changed to green which allows the surgeons better visibility when reading the cath images.

**ARCHITECT**
JACA Architects

**DURATION**
6 Months

**PROJECT SIZE**
3,000 sf



SHAWMUT
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# BOSTON MEDICAL CENTER
# MOAKLEY BUILDING ADDITION - *BOSTON, MA*







The scope encompassed a four-story-plus penthouse vertical out of the ground building totaling 31,438 sf. The new building was constructed as a stand-alone structure, adjacent to the existing Moakley Building and once completed, we connected the two and provided minor renovations to existing spaces totaling 3,545 sf. This Institutional Master Plan-enabling project facilitated the critical expansion of Emergency, Trauma and Centralized Surgical units located elsewhere on the BMC campus.

The addition houses the Audiology and Digestive Disorder Departments being displaced by those expansions and created shell space in the basement, on the 2nd floor, and in a penthouse unit. This project utilized Highly Collaborative Project Delivery (HCPD) delivery method.

**ARCHITECT**
Tsoi Kobus Design

**CONSTRUCTION VALUE**
$28 M

**DURATION**
16 Months

**PROJECT SIZE**
35,000 sf



SHAWMUT
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL/UMBA NEW EDUCATION AND RESEARCH BUILDING - *WORCESTER, MA*



TARGETING

LEED Silver



IN PRECONSTRUCTION



The UMass Medical School plans to construct a new nine story biomedical research and medical education facility on the Worcester Campus to support the School's strategic plan in regard to biomedical wet lab research growth and medical education class size increases.

The biomedical research portion of the program includes space for wet lab research to support 70-80 biological safety level 2 principal researcher space to include wet labs, benches, write-up space, hood/cabinet alcove, linear equipment rooms, environmental rooms, procedure space, office and conference rooms. The basement level program will include a vivarium.

The program for the academic portion of the building will include an extension of the Campus Learning Communities. Associated office suites and conferencing facilities will also be included. The New Education and Research Building will be located near adjacent biomedical research buildings and academic buildings on the current site of a parking garage. The interconnection of the buildings will be enhanced with sky bridges and a below-grade connection to a walkable tunnel to support logistics, animal movement and utilities distribution.

While the requirement is to meet a minimum LEED Silver certification, the project team is striving to attain net-zero and achieve the highest certification possible from the U.S. Green Building Council (USGBC).

**ARCHITECT**
ARC|ZGF

**OWNER'S PROJECT MANAGER**
Terva|Trident

**EST. CONSTRUCTION VALUE**
$236 M

**EST. DURATION**
7/2020-12/2023

**PROJECT SIZE**
335,000 sf



**SHAWMUT**
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# BRIGHAM AND WOMEN'S HOSPITAL
# BLI LEVEL 4 RENOVATION *– BOSTON, MA*







Renovation to the offices, labs, corridors and common spaces within the
Boston Lying-In (BLI) Building at 221 Longwood Avenue.

**ARCHITECT**
Tsoi Kobus Design

**DURATION**
10 Months



SHAWMUT
Design and Construction

# NEW ENGLAND BAPTIST HOSPITAL
## PHASED RENOVATIONS *– BOSTON, MA*







Responding to an increase in growth and demand, the hospital turned to Shawmut to refurbish the main lobby, corridor, and new gift shop as part of a comprehensive, multi-year renovation plan. This phased, occupied renovation required a hand-dug and hand-poured foundation and modern installations such as new millwork, hand rails, carpet, and an innovative color scheme quickly revitalized the hospital.

Maintaining the highest health and safety standards, the team instituted meticulous infectious controls. HEPA filters, negative air pressure and full-height partitions, and optimum indoor air quality, provided the sterility and dust-free air that a hospital necessitates. Other phased projects involved a new HVAC system in the cafeteria, audio/visual, and lighting upgrades in conference rooms and updated finishes in patient rooms. Working on fast-track schedules, which required some 24 hour shifts, within an operational hospital required extensive planning and flexible approaches.

Due to our above and beyond efforts, Shawmut was invited to complete the next phases of the masterplan, including an overhauled Endoscopy unit, Cancer Center, and expansion of the O.R.

**ARCHITECT**
Tsoi Kobus Design

**OWNER'S REPRESENTATIVE**
Baker Young Corporation

**CONSTRUCTION VALUE**
$7 M

**DURATION**
Multi-phased Project



SHAWMUT DESIGN AND CONSTRUCTION

# MCLEAN HOSPITAL
## DEMARNEFFE BUILDING RENOVATIONS *- BELMONT, MA*







Renovation of existing library to create clinical space, including steel infill of atrium, roof replacement, MEP and HVAC system upgrades, as well as interior improvements such installation of new millwork, flooring, and finishes; challenges include working above an occupied cafeteria and on a sensitive, occupied medical campus

**ARCHITECT**
Linea 5 Inc.

**CONSTRUCTION VALUE**
$1.5 M

**DURATION**
5 Months

**PROJECT SIZE**
9,500sf



**SHAWMUT**
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# TUFTS UNIVERSITY SCHOOL OF DENTAL MEDICINE
# VERTICAL EXPANSION *– BOSTON, MA*



The Building America
Award
Gold Medal

LEED Silver





This landmark project involved the vertical addition of five levels onto a 10-story high-rise building in downtown Boston. The new space features clinical patient floors, administrative offices, an expanded simulation lab, teaching facilities, and a Continuing Education Center.

The first phase of work consisted of relocating six rooftop cooling towers to an adjacent building while maintaining constant service to the multiple buildings—including the operational medical center.

Located adjacent to Tufts Medical Center and bound by heavily trafficked city streets, this project posed a number of significant logistical obstacles including laydown area and crane placement.

The scope of work involved a large mechanical and electrical component, including the expansion of passenger elevators, installation of a new generator, and significant M/E/P system tie-ins. Construction required coordination with all city agencies, in addition to the FAA.

The project achieved LEED® Silver certification.

**ARCHITECT**
ARC/Architectural Resources Cambridge

**CONSTRUCTION VALUE**
$56 M

**DURATION**
20 Months

**PROJECT SIZE**
105,000 sf



**SHAWMUT**
Design and Construction

# CODMAN SQUARE HEALTH CENTER
# EXPANSION & PHARMACY PROJECTS - *DORCHESTER, MA*







**Expansion Project**
To accommodate its growing patient services the Health Center decided to expand and renovate its current space, which is located on a constricted urban site in the center of a busy residential and commercial district. The existing dental suite was renovated to create a larger dental department, and 24,000 sf was added onto the occupied facility to accommodate additional patient services and community outreach. In addition to the challenging site logistics and Design/Build M/E/P systems, the complex scope of work had to be performed on a 10-month schedule while the center remained fully operational. Coordination with Boston City utilities allowed Shawmut to employ the use of switchovers to avoid the interruption of any electric, gas, or water service. Shawmut completed the project one month ahead of schedule and without disruption to ongoing operations. Coming in under budget, Shawmut was also able to return a percentage of the contingency to the owner.

**Pharmacy Project**
The renovation of 2,400 square feet of existing ground floor space created a pharmacy with offices and reception/waiting areas. The existing building systems were integrated with the base building, and work was completed off-hours to minimize disruption to ongoing operations.

**ARCHITECT**
MDS/Miller Dyer Spears

**DURATION**
10 Months - Exp. / 6 Weeks - Pharmacy

**PROJECT SIZE**
24,000 sf addition, 7,000 sf renovation - Expansion / 2,400 sf - Pharmacy



SHAWMUT
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# PARTNERS HEALTHCARE – NEWTON-WELLESLEY PHYSICIANS-PRIMARY CARE *– WELLESLEY, MA*







To create this new medical office building, Newton-Wellesley Hospital leased 18,000 sf of space in an existing two-story building that had formerly housed a restaurant on the first floor and had no prior tenants on the second floor.

The first floor was fit out with a Phlebotomy Lab, an X-ray room and several exam rooms. The second floor program includes exam rooms and support spaces. The lab on the first floor will be a licensed space.

The center utilizes the Ambulatory Hub model, which features team-based care, greater efficiencies, maximum convenience for patients and enhanced collaboration among caregivers.

The layout provides additional spaces for nurses, nurse practitioners and medical assistants, minimizing the amount of travel needed for members of the care team to confer with one another.

The center's exam rooms surround the core office area, which includes a back function off-stage area for physician assistants, triage within reach for care planning and private in-person conversations. Flow stations are designed to allow PCPs to sit next to a medical assistant, and open up into the exam rooms through an adjacent sliding door. The center also features robust telemedicine resources.

**ARCHITECT**
E4H (Environments for Health Architecture)

**OWNER'S PROJECT MANAGER**
Leggatt McCall Properties

**CONSTRUCTION VALUE**
$5 M

**DURATION**
6 Months

**PROJECT SIZE**
18,000 sf


SHAWMUT
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# SOUTHCOAST HEALTH - ST. LUKE'S HOSPITAL
# ICU RENOVATION *- NEW BEDFORD, MA*







Southcoast Hospitals Group engaged Shawmut to renovate an existing vacant Psychiatric Ward on the 4th Floor of the Jones Building to create a modern, state-of-the-art, 16-bed Intensive Care Unit, on an accelerated schedule. The new Level II trauma space doubles the size of their facility

The renovated space required an upgrade to the Exterior Generator Building including the removal of an existing generator and installation of a new underground fuel tank system, and a rooftop generator. Shawmut's in-house VDC/BIM team performed full M/E/P coordination and BIM modeling in support of these systems.

In response to the COVID-19 outbreak, the Shawmut team accelerated work enabling St. Luke's Hospital to open their all-new ICU one month ahead of schedule, to immediately handle the increased patient volume due to the pandemic.

**ARCHITECT**
Lavallee Brensinger Architects

**CONSTRUCTION VALUE**
$10.6 M

**DURATION**
10 Months

**PROJECT SIZE**
15,000 sf



**SHAWMUT**
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# YALE UNIVERSITY - SCIENCE AREA
# CHILLED WATER PLANT SHELL – *NEW HAVEN, CT*





**ARCHITECT**
Charney Architects LLC

**CONSTRUCTION VALUE**
$12 M

**DURATION**
14 Months

Shawmut constructed the shell of the building to house all the equipment to supply Yale's campus with chilled water. The project included a basement below the water table on a brownfield site, a two-foot thick mat slab to counteract the lifting power of the water table, over sixty foot high concrete screen walls and two thirty-six inch chilled water supply and return pipes.

The project challenges included tight logistical constraints with the New Haven greenway bordering one side of the site and an existing parking garage on the other. The plant provides an additional 20,000 tons of cooling capacity to Yale's Science Hill area.





SHAWMUT DESIGN AND CONSTRUCTION

# THE MIRIAM HOSPITAL/LIFESPAN
# EMERGENCY DEPARTMENT RENOVATION - *PROVIDENCE, RI*







This project entailed a complete renovation of the Hospital's Emergency Department, which remained operational throughout the duration of work. Private exam areas replaced existing curtained bays to help promote infection control, reduce noise and improve patient confidentiality.

As part of the new configuration, a section of the Emergency Department was dedicated to more critical patients while a new triage area made it easier and more convenient for emergency medical services personnel bringing patients via ambulance. The ED has its own new, dedicated 64-slice CT-scanner to diagnose patients quickly without having to rely on equipment being used by the rest of the Hospital.

The scope required five separate phases in order to keep sections of the Hospital fully functioning while performing work in other areas. This process included multiple temporary barriers, lighting, etc. A high-degree of close coordination with the owner and Hospital staff was an essential element to success to ensure that the existing Hospital environment is not disrupted or compromised.

**ARCHITECT**
The Miriam Hospital

**CONSTRUCTION VALUE**
$11 M

**DURATION**
15 Months

**PROJECT SIZE**
50,000 sf



**SHAWMUT**
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# CONFIDENTIAL MEDICAL CENTER
# PAIN MEDICINE FIT-OUT *– NEW YORK, NY*







Shawmut partnered with a Medical Center to complete an office suite for the Pain Medicine group of physicians. The three month renovation consisted of new offices, conference rooms, treatment rooms and ancillary spaces. The Pain Medicine Center's new office suite allows them to build on their tradition of providing first class clinical care with state-of-the-art cutting edge approaches to pain management in new offices, many of which feature Central Park views.

**ARCHITECT**
Jeffrey Berman

**DURATION**
13 weeks

**PROJECT SIZE**
11,000 sf



**SHAWMUT**
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# DAVITA
# DIALYSIS CENTER *– ENGLEWOOD, NJ*









DaVita is one of the largest patient kidney services organization in the United States with over 180 locations, in addition to servicing thousands of hospitals and community health centers. This project entails a tenant fit-out on the first floor of an existing 1 story masonry and steel building.  The fit-out includes 19 dialysis chairs (18 open with privacy curtains and 1 private) and 2 home training chairs.

The space will also include lounge areas, nurse stations, huddle rooms, toilet rooms, storage with high density storage, conference rooms and clinical and exam rooms. Additionally, the scope of the project includes all mechanical, plumbing, HVAC  and electrical systems to integrate and service the entire suite as a stand-alone space from the rest of the property inclusive of an on-site generator.  Essential to the suite is the RO, Bi-Carb and Concentrates piping throughout the space. These systems must be heavily coordinated, integrated, tested and commissioned at every point of use to ensure FDA clinical standards are met.

**ARCHITECT**
Tecton Architect

**DURATION**
17 weeks

**PROJECT SIZE**
10,500 sf



SHAWMUT DESIGN AND CONSTRUCTION

# INSTITUTE FOR FAMILY HEALTH
## 230 WEST 17TH STREET *– NEW YORK, NY*







Shawmut has partnered twice with the Institute for Family Health. Our first project, completed at 300 Cadman Plaza West in Brooklyn, was an occupied renovation to 17th floor creating two tenant spaces from one tenant space and involved layout changes. Two WON Doors were installed to comply with The New York State Department of Health guidelines.

The second project was 17,000 sf of renovations to 6th, 7th and 8th floors at 230 West 17th Street to create a family health center. This scope included waiting rooms on the 6th and 7th floors, examination rooms, consultation rooms and offices. Challenges included working around an active health care center and protecting the existing finishes throughout the project.

**ARCHITECT**
S. Rejeili Architect PLLC

**DURATION**
3 Months

**PROJECT SIZE**
17,000 sf



**SHAWMUT**
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# CONFIDENTIAL HEALTHCARE CLIENT
# 74 KENT STREET – *NEW YORK, NY*





Shawmut is currently performing a physical therapy and imaging center fit-out on the ground floor and lower level of a landmarked former pencil factory in Greenpoint Brooklyn. The scope of work includes demolition and roof work, MRI rooms, CT rooms, exam/treatment rooms, waiting area, staff lounge, and offices. It is a fast-paced fit-out with significant Covid-19 planning and logistically challenging MEP coordination. The team is coordinating street closures for multiple picks to land chillers into place on the rooftop dunnage steel. Riser work will require construction inside the neighboring tenant's office.

There is also significant coordination with the owner and equipment vendors to properly schedule the delivery of medical devices. The MRI unit requires a precise delivery in a partially built MRI room with an aggressive build out of the surrounding MRI equipment rooms. It will require the removal of existing storefront and temporary shoring in the basement to prepare for MRI magnet transportation and installation.

**ARCHITECT**
Cannon Design

**EST. CONSTRUCTION VALUE**
$8.6 M

**PROJECT SIZE**
11,500 sf



SHAWMUT DESIGN AND CONSTRUCTION

# CONFIDENTIAL HEALTHCARE CLIENT
## OPHTHALMOLOGY, REPRODUCTIVE MEDICINE & STUDENT HEALTH SUITES – NEW YORK, NY







Shawmut renovated three Medical Suites totaling 4,660 sf. The project included brand new Medical/Exam Suites for Ophthalmology, Reproductive Medicine, and Student Health. The three suites function to see patients, as well as for presentation to prospective students to the college. The project scope included gut renovation of three existing medical suites on the first floor of an occupied luxury apartment building located on the Upper East Side. Renovation included new framing, walls, ceilings, floors, doors, Corian millwork throughout and installation of new MEPs.

**ARCHITECT**
Ewing Cole

**DURATION**
16 weeks

**PROJECT SIZE**
4,660 sf



**SHAWMUT**
Design and Construction

SHAWMUT DESIGN AND CONSTRUCTION

# CONFIDENTIAL HEALTHCARE CLIENT
## MEN'S HEALTH CENTER *– NEW YORK, NY*







Shawmut completed the 18,000 sf interior fit-out of a medical office and exam space on the 3rd floor of an existing building to increase space for the medical practice. The scope included exam, consult, clean hold, soil hold, nurse stations, toilet rooms, locker/shower rooms and PT area.

After a successful fit-out of the 3rd floor, the client engaged Shawmut to replicate the expansion to the 4th floor with the addition of an internal staircase connecting three floors. There is also an additional optical retail space in the waiting area.

**ARCHITECT**
Perkins + Will

**DURATION**
6 months (3rd Fl)
6 months (4th Fl)

**PROJECT SIZE**
18,000 sf (3rd Fl)
18,000 sf (4th Fl)



# COLUMBIA UNIVERSITY IRVING MEDICAL CENTER
# HAVEN PLAZA *– NEW YORK, NY*







Shawmut worked with Quennell Rothschild & Partners to create 60,000 square feet of open public space as part of the New York City Department of Transportation (NYCDOT) Plaza Program. The open public space allows students, faculty and the community to enjoy the outdoors in a plaza environment that stimulates engagement and collaboration. The site is located along the existing Haven Avenue Right of Way between the south side of 169th Street and Ft. Washington as well as private property immediately adjacent to the Allen Rosenfield Building and the Neurological Institute Building. Construction of the plaza was completed in several phases to minimize the impact on patient care and nearby building operations. The plaza is ADA accessible and new curb cuts were created to increase ease of access.

**ARCHITECT**
Quennell Rothschild & Partners

CONSTRUCTION VALUE
Withheld at client's request

**DURATION**
7 months

**PROJECT SIZE**
60,000 sf



SHAWMUT DESIGN AND CONSTRUCTION

# HEALTHCARE EXPERIENCE
## Project List



Beth Israel Deaconess Medical Center
Pre-Admission Testing (PAT) Relocation



Boston Medical Center
Moakley Building Addition



Columbia University Medical Center
Pain Doctors Medical Suite



Partners HealthCare - Newton-Wellesley
Physicians- Primary Care

**Bay Cove Small Wonders**
The Daniel C. Boyton Center for Early Childhood Development

**Beth Israel Deaconess Medical Center**
Baker Restroom Upgrade
Bowdoin Street Health Center Addition Deferred Work
East Campus Chemistry Analyzers- Phase 2
East Campus Morgue Renovations
ETO Sterilizer Replacement
Farr Building Emergency Generator Exhaust Stack Extension
Farr Building Stairwell Upgrades
Feldberg 8th Floor Inpatient Renovation
Feldberg-Reisman FD-RS Stairwell Upgrades
Integrated BreastCare Center
Kirstein & Feldberg Buildings Fall Protections
Kitchen Equipment Upgrade SV-1
Lank Building Cafeteria Window Replacement
LM-07 Transplant Renovation
Maternal Fetal Medicine Exam Room
Medical Care Center North
OR 19 Renovation
Pain Clinic Fit-Out and Renovation
Pre-Admission Testing (PAT) Relocation
RO-03 Neonatology Renovations
Rosenberg 5 OR 1 Hybrid Upgrade
Shapiro Center 449 MRI Replacement
Shapiro Clinical Center - Retail Pharmacy and Café Renovation
Shapiro Clinical Center - Retail Pharmacy and Café Renovation - Phase 2
Shapiro Clinical Center - 5th Floor Exam Rooms & Office Renovations
Yamins Building Anesthesiology Office Renovation

**Boston Children's Hospital**
Eye Lane Scope, Lexington, MA
Washer Upgrades, Lexington, MA

**Boston Medical Center**
4th Floor Enabling Work
CT Scanner Upgrade
Crosstown Center - 5th, 6th & 7th Floor Renovations
Food Bank Renovation
H Building 3rd Floor Renovation
Menino 7 Isolation Rooms Renovation
Menino PRV Station
Moakley Building Addition
Moakley Linear Accelerator
Phlebotomy Relocation
Shapiro Ambulatory Care Center MRI Suite
Yawkey 1st Floor and Mezzanine Renovations
Yawkey 3rd Floor Obstetrical Unit, Nursery and NICU Relocation
Yawkey Slab Infill

**Bradley Hospital**
Kitchen Modifications

**Brigham and Women's Hospital**
850 Boylston Street 5th Floor OBGYN Upgrade
850 Boylston Street MRI Replacement*
AALAC at Main Campus

AALAC Accreditation Balancing Scope
Air Handling Unit (AHU) Replacement
Brigham Building for the Future Research Backfill Phase 1 Construction
BLI 4 Floor 3 Enabling Work
BLI 4 Preconstruction and Renovation
BLI Roof Replacement Assoc. Work Phase II
Brigham Building for the Future Research Backfill Phase 1 Demo Package
Brigham Building for the Future Research Backfill Phase 2
Brigham Circle OBC3 Call Center
Cardiology Office Renovation
EBRC Exhaust System Replacement
EBRC Level 1 CALGB Renovation
ECare Tele Data Conduits Demo
Epic Training Room Relocation
Freezer Farm
Kitchen
Liquid Nitrogen Bulk Tank Project
Medical Office Space, 900 Commonwealth Avenue, Boston, MA
MRB 2 Office Conversion
MRB 207 Refresh
MRI Research Center 221 Longwood
OBC 2 and 3 Enabler Work
OBC 3rd Floor Vice Chair Suite
OBC-4 Project Coordination
RF-477 Suite Renovation
Shapiro Cardiology Office Renovation
Third Floor Renovations/Ourgenes Renovation
Thorne Building Floor Replacement

**Brookline Medical Physicians**
Office Renovation

**Brookside Community Health Center**

**Codman Square Health Center**
Expansion and Pharmacy
Great Hall Renovation
Lobby Renovation
The Rose Kennedy Pediatric Wing Addition
The William J. Walczak Health and Education Center

**Columbia University Medical Center**
Pain Doctors Medical Suite

**Confidential Client, New York, NY**
Cart Wash Facility
Conference Room Renovation
Lighting Replacement
Men's Health Center Expansion
Lighting Replacement
OB-GYN Renovations
Ophthalmology, Medical Suite
Patient Monitor Installations
Reproductive Medicine Medical Suite
Student Health Medical Suite

**DaVita Dialysis Center**
Englewood, NJ

**Dorchester House Multi-Service Center**
The Doctor Can See You NOW!

**Franciscan Children's Hospital**



SHAWMUT DESIGN AND CONSTRUCTION

# HEALTHCARE EXPERIENCE
## Project List *cont'd*



Tufts University School of Dental Medicine - Vertical Expansion



Yale School of Nursing
West Campus Renovation/Relocation



Miriam Hospital
Emergency Department Renovation



New England Baptist Hospital
Central Sterile Unit

Building 4 Renovations

**Institute for Family Health**
300 Cadman Plaza, Brooklyn, NY

**Lifespan**
Aramark- Coro East POD Micro Market
Dudley Café - Providence, RI
Middletown Urgent Care
Warwick Urgent Care

**Massachusetts General Hospital**
Lunder Building Proton Unit

**McLean Hospital**
DeMarneffe Building Renovations

**Miriam Hospital**
Emergency Department Renovation

**MSPCA-Angell Animal Medical Center**
Cape Cod Animal Care and Adoption Center
Exam Room & R.E.D (Recovery/Endoscopy/
Dental)
MRI and Renovation Project
Necropsy Lab

**National Health Care Associates**
SNF Renovation, Bethel, CT*

**New England Baptist Hospital**
Admissions Pre-screening Unit
Atrium Infill
Boiler Stack Demolition
Brigham Roof Replacement
Building Envelope
Carpentry Work
Central Sterile Enabling
Central Sterile Services
Chiller Replacement
CT Scan/Cath Lab Suites Renovation
General Stores Renovation
ICU Finish Upgrades
Kitchen Mechanical Upgrade
Locker Rooms
Main Building Finish Upgrades
Master Plan Interior Renovations
Misc. Office Moves
New Ambulance Court
Operating Room 10
OR Expansion
Oxygen System Upgrade
PACU / Pre-Op Tenant Fit-Out
Radiology Sanitary Repairs
Small Projects 2009 - 2013

**New York Presbyterian**
Cooling Tower Platform, Annex Building
HMAP Wind Bracing, Annex Building

**Northwell Health**
Cohen Children's Medical Center Renovations

**Oak Street Health**
Multiple Medical Centers

**Partners HealthCare**
Newton-Wellesley Physicians-Primary Care

**Pomfret School**
New Infirmary/Wellness Studio

**Rhode Island Department of Administration**

Mathias Ward 1 Renovations

**Rhode Island Hospital/Lifespan**
Aramark -  Simple Spoon Dining
Bridge Building Overbuild
Davol/Hasbro Chiller Connection
Davol Sterilizer Replacement
ETO Sterilizer
Jane Brown Building Phase 1
Jane Brown 2 Building Interior
Kitchen Modifications
Main 8 Bone Marrow
Main 10 A
Southwest Pavilion Building Facilities
Improvements

**Sanitas Medical Center**
Multiple Medical Centers

**South Boston Community Health Center**

**Southcoast Health**
Charlton Memorial Hospital EP Lab and
Support Spaces
Charlton Memorial Hospital Signage
Southcoast Cardiovascular Testing Center
St. Luke's Hospital ICU Renovation
Tobey Hospital - Emergency Room (Precon)

**Trinity Health of New England/Johnson
Memorial Hospital**
Inpatient & Outpatient Geri-Psych Unit*

**Tufts University School of Dental Medicine**
8th Floor Pediatrics/Implant Center
Dental Lobby Renovation & Elevator Addition
Electrical Upgrades
Second Floor Renovation
Vertical Expansion

**Tufts University School of Medicine**
Arnold Building Basement
Misc Facility Work - Amalgam
Pre-Clinic Ceiling Renovations
Sackler 5th Floor Elevator Lobby Lounge
Sackler Bathroom Renovation
Stearns Electrophysiology ST 702
Suite 416
Suite 504

**UMass Memorial Medical Center**
Central Sterile
EP Lab Renovation
H2 Endoscopy Renovation
Ronald McDonald Room

**Whittier Street Health Center**
New Health Center

**Yale School of Nursing**
Conference Room and Bathroom Renovation
Project
Innovation Lab
Simulation Center
West Campus Renovation/Relocation

*\* In Progress*



# 03

## SCHEDULE



**CONCEPTUAL SCHEDULE - SUMMARY**
**Norwood Hospital**
Date: 11/12/20



**SHAWMUT**
Design and Construction

| ID | Task Name | Duration | Start |
|----|-----------|----------|-------|
| 1 | Document Development | 120 days | 12/21/20 |
| 5 | Pricing & Sub Buyout | 35 days | 5/10/21 |
| 9 | Permitting & Approvals | 40 days | 5/10/21 |
| 11 | Long Lead Procurement Items | 80 days | 6/28/21 |
| 18 | Enabling Work [Abatement] | 20 days | 7/2/21 |
| 20 | Construction | 151 days | 8/6/21 |
| 21 | Mobilize | 4 days | 8/6/21 |
| 24 | Basement | 130 days | 9/6/21 |
| 31 | Ground | 80 days | 8/9/21 |
| 41 | 1st Floor | 38 days | 9/20/21 |
| 51 | 2nd Floor | 38 days | 10/4/21 |
| 61 | 3rd Floor | 38 days | 10/18/21 |
| 71 | Roof / Exterior Areas | 40 days | 8/23/21 |
| 73 | Closeout / Inspections / CX & DPH | 50 days | 3/7/22 |

# CONCEPTUAL SCHEDULE
## Norwood Hospital
Date: 11/12/20



| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 1 | **Document Development** | **120 days** | **12/21/20** | **6/4/21** |
| 2 | Finalize Scope & Existing Conditions Survey | 20 days | 12/21/20 | 1/15/21 |
| 3 | Develop Permit / Construction Set | 4 mons | 1/18/21 | 5/7/21 |
| 4 | Develop NFPA 241 Impairment Plan | 20 days | 5/10/21 | 6/4/21 |
| 5 | **Pricing & Sub Buyout** | **35 days** | **5/10/21** | **6/25/21** |
| 6 | Develop Cost Proposal | 20 days | 5/10/21 | 6/4/21 |
| 7 | Review / NTP | 5 days | 6/7/21 | 6/11/21 |
| 8 | Subcontractor Buyout | 10 days | 6/14/21 | 6/25/21 |
| 9 | **Permitting & Approvals** | **40 days** | **5/10/21** | **7/2/21** |
| 10 | Norwood ISD/BFD Review & Approvals | 40 days | 5/10/21 | 7/2/21 |
| 11 | **Long Lead Procurement Items** | **80 days** | **6/28/21** | **10/15/21** |
| 12 | Procure Millwork | 10 wks | 6/28/21 | 9/3/21 |
| 13 | Procure Flooring | 10 wks | 6/28/21 | 9/3/21 |
| 14 | Procure Walk-In Cooler | 12 wks | 6/28/21 | 9/17/21 |
| 15 | Procure Kitchen Equipment | 12 wks | 6/28/21 | 9/17/21 |
| 16 | Procure Pharmacy / Lab Equipment | 16 wks | 6/28/21 | 10/15/21 |
| 17 | Procure, Coordinate & Plan for Mechanical Equipment | 16 wks | 6/28/21 | 10/15/21 |
| 18 | **Enabling Work** | **20 days** | **7/2/21** | **7/29/21** |
| 19 | Abatement [by Others] | 4 wks | 7/2/21 | 7/29/21 |
| 20 | **Construction** | **151 days** | **8/6/21** | **3/4/22** |
| 21 | Mobilize Jobsite | 1 day | 8/6/21 | 8/6/21 |
| 22 | Establish Partitions, Signage, etc | 3 days | 8/9/21 | 8/11/21 |
| 23 | **Basement** | **130 days** | **9/6/21** | **3/4/22** |
| 24 | Common Space | 8 wks | 9/6/21 | 10/29/21 |
| 25 | Building Maintenance / Engineering / Storage | 10 wks | 9/6/21 | 11/12/21 |
| 26 | Café and Kitchen | 18 wks | 9/20/21 | 1/21/22 |
| 27 | Mechanical Area | 20 wks | 10/18/21 | 3/4/22 |
| 28 | Sterilization | 12 wks | 10/18/21 | 1/7/22 |
| 29 | Pharmacy | 12 wks | 10/18/21 | 1/7/22 |
| 30 | **Ground** | **80 days** | **8/9/21** | **11/26/21** |
| 31 | Remove & Inventory All Furniture / Wall Mounted Items | 3 wks | 8/9/21 | 8/27/21 |
| 32 | Replace & Patch Drywall | 5 wks | 8/23/21 | 9/24/21 |
| 33 | Test/Clean Panelboards & Circuits [Minor Repair/Replace Allowance] | 2 wks | 8/30/21 | 9/10/21 |
| 34 | Demo & Replace Flooring | 4 wks | 9/6/21 | 10/1/21 |
| 35 | Reinstall Plumbing Fixtures | 2 wks | 9/27/21 | 10/8/21 |
| 36 | Painting Throughout | 2 wks | 9/27/21 | 10/8/21 |
| 37 | Replace Millwork & Wall Hung Items | 6 wks | 10/4/21 | 11/12/21 |
| 38 | Reinstall Furniture / Wall Mounted Items | 2 wks | 11/8/21 | 11/19/21 |
| 39 | Finish Paint | 2 wks | 11/15/21 | 11/26/21 |
| 40 | **1st Floor** | **38 days** | **9/20/21** | **11/10/21** |
| 41 | Remove & Inventory All Furniture / Wall Mounted Items | 1 wk | 9/20/21 | 9/24/21 |
| 42 | Replace & Patch Drywall | 2 wks | 9/27/21 | 10/8/21 |
| 43 | Test/Clean Panelboards & Circuits [Minor Repair/Replace Allowance] | 1 wk | 9/27/21 | 10/1/21 |
| 44 | Demo & Replace Flooring | 2 wks | 10/1/21 | 10/14/21 |
| 45 | Reinstall Plumbing Fixtures | 1 wk | 10/15/21 | 10/21/21 |
| 46 | Painting Throughout | 1 wk | 10/15/21 | 10/21/21 |
| 47 | Replace Millwork & Wall Hung Items | 2 wks | 10/21/21 | 11/3/21 |
| 48 | Reinstall Furniture / Wall Mounted Items | 1 wk | 11/4/21 | 11/10/21 |
| 49 | Finish Paint & Carpet | 1 wk | 11/4/21 | 11/10/21 |
| 50 | **2nd Floor** | **38 days** | **10/4/21** | **11/24/21** |
| 51 | Remove & Inventory All Furniture / Wall Mounted Items | 1 wk | 10/4/21 | 10/8/21 |



SDC - MASTER

C:\Users\ksimons\OneDrive - Shawmut Design and Construction\Desktop\Norwood Hospital.mpp

**CONCEPTUAL SCHEDULE**
**Norwood Hospital**
Date: 11/12/20



**SHAWMUT**
Design and Construction

| ID | Task Name | Duration | Start | Finish |
|----|-----------|----------|-------|--------|
| 52 | Replace & Patch Drywall | 2 wks | 10/11/21 | 10/22/21 |
| 53 | Test/Clean Panelboards & Circuits [Minor Repair/Replace Allowance] | 1 wk | 10/11/21 | 10/15/21 |
| 54 | Demo & Replace Flooring | 2 wks | 10/15/21 | 10/28/21 |
| 55 | Reinstall Plumbing Fixtures | 1 wk | 10/29/21 | 11/4/21 |
| 56 | Painting Throughout | 1 wk | 10/29/21 | 11/4/21 |
| 57 | Replace Millwork & Wall Hung Items | 2 wks | 11/4/21 | 11/17/21 |
| 58 | Reinstall Furniture / Wall Mounted Items | 1 wk | 11/18/21 | 11/24/21 |
| 59 | Finish Paint & Carpet | 1 wk | 11/18/21 | 11/24/21 |
| 60 | **3rd Floor** | **38 days** | **10/18/21** | **12/8/21** |
| 61 | Remove & Inventory All Furniture / Wall Mounted Items | 1 wk | 10/18/21 | 10/22/21 |
| 62 | Replace & Patch Drywall | 2 wks | 10/25/21 | 11/5/21 |
| 63 | Test/Clean Panelboards & Circuits [Minor Repair/Replace Allowance] | 1 wk | 10/25/21 | 10/29/21 |
| 64 | Demo & Replace Flooring | 2 wks | 10/29/21 | 11/11/21 |
| 65 | Reinstall Plumbing Fixtures | 1 wk | 11/12/21 | 11/18/21 |
| 66 | Painting Throughout | 1 wk | 11/12/21 | 11/18/21 |
| 67 | Replace Millwork & Wall Hung Items | 2 wks | 11/18/21 | 12/1/21 |
| 68 | Reinstall Furniture / Wall Mounted Items | 1 wk | 12/2/21 | 12/8/21 |
| 69 | Finish Paint & Carpet | 1 wk | 12/2/21 | 12/8/21 |
| 70 | Roof / Exterior Areas | 8 wks | 8/23/21 | 10/15/21 |
| 71 | Closeout / Inspections / Commissioning | 4 wks | 3/7/22 | 4/1/22 |
| 72 | DPH [Review] | 6 wks | 4/4/22 | 5/13/22 |

# 04
# BUILDING REPAIR ESTIMATE





**Norwood Hospital**
800 Washington St. Norwood  MA 02062
**Building Repair Estimate**

| | |
|---|---|
| **Name of Contractor:** | **Shawmut Design and Construction** |
| **Date of Proposal Figures:** | **11/12/2020** |

| Line # | Description | Total | Comment |
|---|---|---|---|
| A | B | C | D |
| | **Project Requirements**, Site Labor, Cleanup, Dumpsters, Temp Conditions | $ 544,641.60 | 5% of Sub Contractor Costs |
| 1 | **Building Finishes** | | |
| 2 | Ceiling | $ 287,518.00 | |
| 3 | Walls | $ 1,132,903.56 | |
| 4 | Insulation | $ 36,162.00 | |
| 5 | Flooring | $ 1,048,458.50 | |
| 6 | Cabinetry | $ 2,165,645.00 | |
| 7 | Doors & Hardware | $ 161,350.00 | |
| 8 | Windows | $ 96,300.00 | |
| 9 | Mechanical | $ 197,050.00 | |
| 10 | Electrical - Low Voltage Wiring and Fixtures | $ 1,026,930.50 | |
| 11 | Plumbing Fixtures | $ 276,500.00 | |
| 12 | Paint | $ 537,744.50 | |
| 13 | Walk-in Coolers | $ 50,000.00 | |
| 14 | **Mechanical, Electrical, Plumbing Equipment** | | |
| 15 | Mechanical | $ 1,220,280.00 | |
| 16 | Electrical | $ 2,345,700.00 | |
| 17 | Plumbing | $ 59,890.00 | |
| 18 | Fire Suppression Systems | $ 177,000.00 | |
| 19 | **Roof** | | |
| 20 | Roof | $ 73,400.00 | |
| 21 | **Subtotal** | **$ 11,437,473.67** | |
| 22 | General Conditions | $ 914,997.89 | |
| 23 | Permits | $ 148,229.66 | |
| 24 | Insurance | $ 172,934.60 | General Liability-  Builders Risk by Owner |
| 25 | Overhead & Profit | $ 380,209.07 | |
| 26 | Construction Contingency | $ 979,038.37 | Carried at 7.5% |
| 27 | Escalation | $ 561,315.33 | Carried at 4% overall |
| 26 | **Total** | **$ 14,594,198.59** | |

**Qualifications**

*Assumes all demolition completed by others except for MEP systems and roof.-  No Abatement is included

Shawmut used the majority of DBI takeoffs for this pricing-  Any added or revised scope is highlighted in yellow

Does not include FF&E, Signage, Soft Costs, Architectural and Engineering Fees

We include construction contingency however assume Owner includes Design contingency

Moving of equipment and loose furniture is assumed by others

We include escalation at 4%, as well as provide a schedule of expected duration and commencement of this project.  We assume the building will not be occupied during construction and exclude any phasing



Norwood Hospital
800 Washington St. Norwood  MA 02062
Ceiling Repairs

| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | D | E | F | G | H |
| 1 | | Acoustic Tiles - 2' x 2' | 3016 | SF | $  4.00 | $   12,064.00 | includes demo |
| 1 | | Acoustic Tiles - 2' x 2' & Grid | 842 | SF | $  8.00 | $   6,736.00 | includes demo |
| 2 | | 2' x 4' Acoustic Tile & Grid | 19627 | SF | $  6.00 | $   117,762.00 | No demo |
| 3 | | Vinyl-Faced 2' x 4' Acoustic Tile & Grid | 8527 | SF | $  6.00 | $   51,162.00 | No demo |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 |  | 2' x 4' Acoustic Tile | 1674 | SF | $ | 3.00 | $ | 5,022.00 | includes demo |
| 5 |  | Drywall Ceiling | 1444 | SF | $ | 13.00 | $ | 18,772.00 | includes demo |
| | | Allowance for Cage Decorative ceiling at Restaurant | 3000 | sf | $ | 20.00 | $ | 60,000.00 | At Dining area |
| 6 | | Allowance for ceiling tile and grid repairs throughout Ground, First, Second, and Third Floors | 4000 | SF | $ | 4.00 | $ | 16,000.00 | Approximately 1,000 SF of tile per floor. |
| 7 | | | 42130 | | | | $ | 287,518.00 | |



| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | D | E | F | G | H |
| 1 |  | Drywall 2' Cut Replace | 1395 | SF | $ 6.00 | $ 8,370.00 | |
| 2 | | Double Layer Drywall 2' Cut Replace | 507 | SF | $ 9.00 | $ 4,563.00 | |
| 3 | | Drywall 4' Cut Replace | 45545 | SF | $ 6.00 | $ 273,270.00 | |
| 4 | | Double Layer Drywall 4' Cut Replace | 10816 | SF | $ 9.00 | $ 97,344.00 | |
| 5 | | Drywall Full Height Replace | 18835 | SF | $ 4.50 | $ 84,757.50 | Assuming 8' drywall height |
| 6 | | Double Layer Drywall Full Height Replace | 1169 | SF | $ 7.50 | $ 8,767.50 | Assuming 8' drywall height. SF is representative of first layer of drywall. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 |  | Drywall Full Height - To Deck Replace | 40148 | SF | $ | 4.50 | $ | 180,666.00 | Assumes 12' deck height - varying- just basement |
| 8 |  | Full Height Lead-Lined Drywall Replace | 678 | SF | $ | 33.00 | $ | 22,374.00 | |
| 9 |  | Fiber-reinforced polymer (FRP) paneling Replace | 3682 | SF | $ | 11.50 | $ | 42,343.00 | |
| 10 |  | Vinyl Cove Base Replace | 4188 | LF | $ | 4.50 | $ | 18,846.56 | |
| 11 | | Replace Wood Base | 464 | LF | $ | 35.00 | $ | 16,240.00 | |
| 12 | | Replace ceramic wall tile | 527 | SF | $ | 35.00 | $ | 18,445.00 | |
| 13 | | Replace Clean Room Wall System | 366 | SF | $ | 25.00 | $ | 9,150.00 | |
| 14 | | Replace CMU wall | 1755 | SF | $ | 35.00 | $ | 61,425.00 | |
| 15 | | Vinyl Wall Covering Replace | 1316 | SF | $ | 22.00 | $ | 28,952.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 |  | Detach & Reset Wood Hallway Handrail | 8000 | lf | $ 25.00 | $ 200,000.00 | Allowance for common areas hallways This is two carpenters per hour- suggest this is done per lf |
| 17 | | Peg Board Wall | 45 | SF | $ 30.00 | $ 1,350.00 | |
| 18 | | White Board | 28 | SF | $ 30.00 | $ 840.00 | |
| 19 |  | Metal Corner Guard | 1 | LS | $ 25,000.00 | $ 25,000.00 | Allowance for all hallways |
| 20 |  | Plastic Corner Cover | 1 | ls | $ 10,000.00 | $ 10,000.00 | Allowance for all hallways |
| 21 | | Labor allowance to clean track for CMU wall demolition | 32 | HR | $ 75.00 | $ 2,400.00 | |
| 22 | | Material allowance to clean track for CMU wall demolition | 1 | LS | $ 5,000.00 | $ 5,000.00 | Allowance for the above line item |
| 23 | | Soffit Repair | 671 | SF | $ 10.00 | $ 6,710.00 | |
| 24 | | Replace 4' Height Plaster Section | 27 | SF | $ 15.00 | $ 405.00 | |
| 25 | | Replace Full Height Plaster - to Ceiling | 91 | SF | $ 15.00 | $ 1,365.00 | |
| 26 | | Drywall Repair | 713 | SF | $ 3.00 | $ 2,139.00 | |
| 27 | | Scrape & Prep Block Wall for paint | 727 | SF | $ 3.00 | $ 2,181.00 | |
| 28 | | | | | | $ 1,132,903.56 | |



| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | D | E | F | G | H |
| 1 | | Metal Framing | 2,691 | LF | $    150.00 | $    403,650.00 | Assumes 12' deck height |
| 2 | | Steel Framing | 1,058 | LF | $    250.00 | $    264,500.00 | Assumes 12' deck height |
| | | Wood Framing with chicken wire | 69 | LF | $    80.00 | $    5,520.00 | Assume 8' ceiling height |
| 4 | | | | | | $    673,670.00 | |



Norwood Hospital
800 Washington St. Norwood  MA 02062
Insulation Repairs

| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | | E | F | G | H |
| 1 | | Wall batt insulation | 7,374 | SF | $   3.00 | $   22,122.00 | Assume average height of 4' insulation |
| 2 | | Monokote fireproof spray - labor | 64 | HR | $   110.00 | $   7,040.00 | Labor allowance to reapply fireproof spray on all columns in Basement and affected areas on Ground Floor. See diagram for locations. Assume spray on 10 columns on Ground Floor. Note 6' scrape and replace on steel columns |
| 3 | | Monokote fireproof spray - Material | 1 | LS | $   7,000.00 | $   7,000.00 | |
| 4 | | | | | | $   36,162.00 | |

Norwood Hospital
800 Washington St. Norwood  MA 02062
Flooring Repairs

| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | D | E | F | G | H |
| 1 |  | Replace Vinyl Tile Floor | 72,176 | SF | $ 5.00 | $ 360,880.00 | Demo by others includes floor prep |
| 2 |  | Sheet Vinyl - Standard | 3,309 | SF | $ 12.00 | $ 39,708.00 | |
| 3 |  | Sheet Vinyl with Cove Flashing | 8,496 | SF | $ 23.00 | $ 195,408.00 | |
| 4 |  | Carpet | 11,589 | SF | $ 10.00 | $ 115,890.00 | |
| 5 |  | Carpet Tile | 5,493 | SF | $ 12.00 | $ 65,916.00 | |
| 6 |  | VCT Stair Treads - Basement | 1 | ls | $ 22,000.00 | $ 22,000.00 | Allowance for all stairwells |
| 7 | | Replace Vinyl Plank | 10,764 | SF | $ 15.00 | $ 161,460.00 | |
| 8 | | Mosaic Tile - Replace | 210 | SF | $ 25.00 | $ 5,250.00 | |
| 9 | | Quarry Tile - Replace | 856 | SF | $ 22.00 | $ 18,832.00 | |
| 10 | | Ceramic Tile - Replace | 76 | SF | $ 25.00 | $ 1,900.00 | |
| 11 | | Clean & Regrout Quarry Tile | 5,690 | SF | $ 5.00 | $ 28,450.00 | |
| 12 | | Clean & Wax Vinyl Tile Floor | 57,289 | SF | $ 0.50 | $ 28,644.50 | |
| 13 | | Clean Ceramic Tile Floor | 4,120 | SF | $ 1.00 | $ 4,120.00 | No grout replacement |
| 14 | | | 180069 | | | $ 1,048,458.50 | |



| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | D | E | F | G | H |
| 1 | | Replace Lower Cabinets + Laminate Countertop | 1256 | LF | $ 925.00 | $ 1,161,800.00 | |
| 2 | | Cabinet - Upper | 608 | LF | $ 750.00 | $ 456,000.00 | |
| 3 | | Cabinet - Full Height | 139 | LF | $ 1,050.00 | $ 145,950.00 | |
| 4 | | Shelves - Full Height | 16 | LF | $ 450.00 | $ 7,200.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | | Replace Lab Bench w/ Epoxy Resin Countertop | 186 | LF | $ 500.00 | $ 93,000.00 | |
| 6 | | Laminate Countertop | 68 | LF | $ 300.00 | $ 20,400.00 | |
| 7 | | Replace Medicine Cabinets | 11 | EA | $ 1,300.00 | $ 14,300.00 | |
| 8 | | Replace Wall-hung Glass Display Cabinet | 22 | LF | $ 1,300.00 | $ 28,600.00 | |
| 9 | | Replace Built-in Bookcase | 96 | LF | $ 1,000.00 | $ 96,000.00 | |
| 10 | | Replace metal handrail | 209 | LF | $ 175.00 | $ 36,575.00 | |
| 11 | | Replace Full-Height Lockers | 10 | ea. | $ 1,200.00 | $ 12,000.00 | |
| 12 | | Replace Vanity | 12 | LF | $ 735.00 | $ 8,820.00 | |
| | | Casework at Café, not included above | 1 | ls | $ 85,000.00 | $ 85,000.00 | |
| 13 | | | | | | $ 2,165,645.00 | |



| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | D | E | F | G | H |
| 1 | | Replace Double Door and Frame | 5 | EA | $ 2,500.00 | $ 12,500.00 | Steel door, frame and allowance for hardware |
| 2 | | Replace Double Door and Frame - Swing Opposite | 4 | EA | $ 2,500.00 | $ 10,000.00 | Steel door, frame and allowance for hardware |
| 3 | | Replace Wood Fire-Rated Door & Frame | 5 | EA | $ 3,250.00 | $ 16,250.00 | Wood door, steel frame and allowance for hardware |
| 4 |  | Replace Metal Door & Frame | 56 | EA | $ 2,000.00 | $ 112,000.00 | |
| 5 | | Replace Wood Door & Frame | 2 | EA | $ 2,300.00 | $ 4,600.00 | Wood door, steel frame and allowance for hardware |
| 6 | | Overhead Doors - Test, Check, Repair as Needed | 4 | EA | $ 1,500.00 | $ 6,000.00 | |
| 7 | | | | | | $ 161,350.00 | |



Norwood Hospital
800 Washington St. Norwood  MA 02062
Window Repairs

| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | D | E | F | G | H |
| 1 |  | Storefront Windows | 642 | SF | $ 150.00 | $ 96,300.00 | includes temp barricade |
| 2 | | | | | | $ 96,300.00 | |



DBI

Norwood Hospital
800 Washington St. Norwood MA 02062
Mechanical Repairs

HIDE

| Line # | Field Photo | Description | DBI Measurement Qty | Unit | Rate | Total | Comment |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| 1 |  | Replace HVAC register | 63 | EA | $ 350.00 | $ 22,050.00 | No diagram, allowance based on ceiling replacement |
| 2 | | Controls wiring and device repair | $ 1.00 | ls | $ 75,000.00 | $ 75,000.00 | |
| 3 | | Additional ductwork drops in basement | $ 1.00 | ls | $ 100,000.00 | $ 100,000.00 | |
| | | | | | | $ 197,050.00 | |



**SCOPE OF WORK INVENTORY**
REV. 1, 8/28/2020

**NORWOOD**
800 Washington St, Norwood, MA
Scope of Work - Inventory

| Item # | Building | Location | *Plan Area # | Code | Item | Loss | Quantity | Unit | Rate | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | H | I | J |
| | | | | | **NORWOOD** | | | | | | |
| | | | | | **Electrical** | | | | | | |
| 1 | Lorusso | Mech/Building Utilities | 1 | ELE | Primary High Voltage Switch 13.8kV, "Feeder Bline 481-1, Norwood Power" | Replace | 1 | EA | $ 35,500.00 | $ 35,500 | |
| 2 | Lorusso | Mech/Building Utilities | 1 | ELE | Primary Transformer 2000 KVA, 13800V to 480Y/277V | Replace | 1 | EA | $ 113,000.00 | $ 113,000 | |
| 3 | Lorusso | Mech/Building Utilities | 1 | ELE | Switchboard, 480Y/277V, 3ph, 4w 3000A, (13) Sections with: (1) Metering and CT Cabinet (4) 1000AF/1000AT feeder circuit breakers (1) 500AF/500AT feeder circuit breaker (20) 225AF/225AT feeder circuit breakers (19) 100AF/100AT feeder circuit breakers | Replace | 1 | EA | $ 130,000.00 | $ 130,000 | |
| 4 | Lorusso | Mech/Building Utilities | 1 | ELE | Generator Paralleling Switchgear ASCO Synchro power Control System - 3 section: (1) Gen 1 Section - 410kW/513kVA (1) Gen 2 Section - 410kW/513kVA (1) Total Section - 820kW/1026kVA | Replace | 1 | EA | $ 40,000.00 | $ 40,000 | |
| 5 | Lorusso | Mech/Building Utilities | 1 | ELE | ATS TFP Fire Pump Automatic Transfer Switch 800A, 480V | Replace | 1 | EA | $ 17,000.00 | $ 17,000 | |
| 6 | Lorusso | Mech/Building Utilities | 1 | ELE | ATS TE Equipment Branch Automatic Transfer Switch 800A, 480V | Replace | 1 | EA | $ 17,000.00 | $ 17,000 | |
| 7 | Lorusso | Mech/Building Utilities | 1 | ELE | ATS TSC Life Safety & Critical Branch Automatic Transfer Switch 800A, 480V | Replace | 1 | EA | $ 17,000.00 | $ 17,000 | |
| 8 | Lorusso | Mech/Building Utilities | 1 | ELE | Disconnect Switch 30A, 600V | NA | 1 | | $ 450.00 | $ 450 | No damage observed at time of site visit. |
| 9 | Lorusso | Mech/Building Utilities | 1 | ELE | PANELBOARD LB2S-SS 100A, 208Y/120V, MLO, 66 CKT | Replace | 1 | EA | $ 4,000.00 | $ 4,000 | |
| 10 | Lorusso | Mech/Building Utilities | 1 | ELE | Disconnect Switch 30A, 240V | Replace | 1 | EA | $ 450.00 | $ 450 | |
| 11 | Lorusso | Mech/Building Utilities | 1 | ELE | PANELBOARD PB4E SEC. 1 225A, 480V, MLO, 38 CKT | Replace | 1 | EA | $ 4,500.00 | $ 4,500 | |
| 12 | Lorusso | Mech/Building Utilities | 1 | ELE | PANELBOARD PB4E SEC. 2 225A, 480V, MLO, 34 CKT | Replace | 1 | EA | $ 4,500.00 | $ 4,500 | |
| 13 | Lorusso | Mech/Building Utilities | 1 | ELE | Automatic Power Factor Corrections System 300 kVAR, 60 Hz, 480V, 3 Phase | Replace | 1 | EA | $ 18,000.00 | $ 18,000 | |
| 14 | Lorusso | Mech/Building Utilities | 1 | ELE | Reset / Switch - PF #5 | NA | 1 | EA | $ 1,500.00 | $ 1,500 | No damage observed at time of site visit. |
| 15 | Lorusso | Mech/Building Utilities | 1 | ELE | Reset / Switch - HV #2 | NA | 1 | EA | $ 1,500.00 | $ 1,500 | No damage observed at time of site visit. |
| 16 | Lorusso | Mech/Building Utilities | 1 | ELE | Reset / Switch - SF #2 | NA | 1 | EA | $ 1,500.00 | $ 1,500 | No damage observed at time of site visit. |
| 17 | Lorusso | Mech/Building Utilities | 1 | ELE | Reset / Switch - EF #7 | Replace | 1 | EA | $ 1,500.00 | $ 1,500 | |
| 18 | Lorusso | Mech/Building Utilities | 1 | ELE | Reset / Switch - PF #24 | Replace | 1 | EA | $ 1,500.00 | $ 1,500 | |
| 19 | Lorusso | Mech/Building Utilities | 1 | ELE | Reset / Switch - PF #23 | Replace | 1 | EA | $ 1,500.00 | $ 1,500 | |
| 20 | Lorusso | Mech/Building Utilities | 1 | ELE | Reset / Switch -RA #5 | Replace | 1 | EA | $ 1,500.00 | $ 1,500 | |
| 21 | Lorusso | Mech/Building Utilities | 1 | ELE | Generator - Tank Monitoring System | NA | 1 | EA | $ - | $ - | No damage observed at time of site visit. |
| 22 | Lorusso | Mech/Building Utilities | 1 | ELE | Generator - (3) MS Starter Switches | NA | 1 | EA | $ - | $ - | No damage observed at time of site visit. |
| 23 | Lorusso | Mech/Building Utilities | 2 | ELE | Disconnect Switch 100A, 600V | Replace | 1 | EA | $ 650.00 | $ 650 | |
| 24 | Lorusso | Mech/Building Utilities | 2 | ELE | Disconnect Switch 200A, 600V | Replace | 1 | EA | $ 1,200.00 | $ 1,200 | |
| 25 | Lorusso | Mech/Building Utilities | 2 | ELE | Transformer 75 kVA, 480V to 208Y/120V | Replace | 1 | EA | $ 5,500.00 | $ 5,500 | |
| 26 | Lorusso | Mech/Building Utilities | 2 | ELE | Generator 1 Standby Generator Diesel, open set with remote radiator, 410 kW, 513 kVA, 0.8 pf, 480/277V, 616A | Replace | 1 | EA | $ 301,500.00 | $ 301,500 | |



SCOPE OF WORK INVENTORY
REV. 1, 8/28/2020

**NORWOOD**
800 Washington St, Norwood, MA
Scope of Work - Inventory

| Item # | Building | Location | *Plan Area # | Code | Item | Loss | Quantity | Unit | Rate | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | H | I | J |
| 27 | Lorusso | Mech/Building Utilities | 2 | ELE | Generator 2 Standby Generator Diesel, open set with remote radiator - 410 kW, 513 kVA, 0.8 pf, 480/277V, 616A | Replace | 1 | EA | $ 301,500.00 | $ 301,500 | |
| 28 | Lorusso | Mech/Building Utilities | 2 | ELE | Generator - Diesel Pump Station | Replace | 1 | EA | $ 3,500.00 | $ 3,500 | |
| 29 | Lorusso | Mech/Building Utilities | 2 | ELE | Disconnect | Replace | 1 | EA | $ 2,500.00 | $ 2,500 | |
| 30 | Lorusso | Mech/Building Utilities | 2 | ELE | Generator - (2) Ignition Protected Battery Maintenance Charger | Replace | 1 | EA | $ 2,500.00 | $ 2,500 | |
| 31 | Lorusso | Central Sterilization Services | 4 | ELE | Transformer 30 kVA, 480V to 208Y/120V | Replace | 1 | EA | $ 3,200.00 | $ 3,200 | |
| 32 | Lorusso | Central Sterilization Services | 4 | ELE | PANELBOARD LB4A 100A, 480/277V, MLO, 24 CKT | Replace | 1 | EA | $ 3,800.00 | $ 3,800 | |
| 33 | Lorusso | Central Sterilization Services | 4 | ELE | LB4AC PANELBOARD 100A, 480/277V, MLO, 20 CKT | Replace | 1 | EA | $ 3,500.00 | $ 3,500 | |
| 34 | Lorusso | Central Sterilization Services | 4 | ELE | PANELBOARD LB2AC 50A, 208Y/120V, 24 CKT | NA | 1 | EA | $ 2,500.00 | $ 2,500 | No damage observed at time of site visit. |
| 35 | Lorusso | Central Sterilization Services | 4 | ELE | PANELBOARD LB2A 100A, 208Y/120V, MCB, 30 CKT | Replace | 1 | EA | $ 3,800.00 | $ 3,800 | |
| 36 | Lorusso | Loading/Storage | 6 | ELE | Transformer 45 kVA, 208Y/120V | NA | 1 | EA | $ 3,500.00 | $ 3,500 | No damage observed at time of site visit. |
| 37 | Lorusso | Loading/Storage | 6 | ELE | Transformer 45 kVA, 208Y/120V | NA | 1 | EA | $ 3,500.00 | $ 3,500 | No damage observed at time of site visit. |
| 38 | Lorusso | Loading/Storage | 6 | ELE | Disconnect Switch 100A, 600V | NA | 1 | EA | $ 650.00 | $ 650 | No damage observed at time of site visit. |
| 39 | Lorusso | Loading/Storage | 6 | ELE | Disconnect Switch 100A, 600V | NA | 1 | EA | $ 650.00 | $ 650 | No damage observed at time of site visit. |
| 40 | Lorusso | Loading/Storage | 6 | ELE | Transformer 75 kVA, 480V to 208Y/120V | Replace | 1 | EA | $ 4,500.00 | $ 4,500 | |
| 41 | Lorusso | Loading/Storage | 6 | ELE | PANELBOARD XD2 250A, 208Y/120V, 250A MCB, 36 CKT | Replace | 1 | EA | $ 5,000.00 | $ 5,000 | |
| 42 | Lorusso | Loading/Storage | 6 | ELE | Disconnect Switch 200A, 240V | NA | 1 | EA | $ 1,200.00 | $ 1,200 | No damage observed at time of site visit. |
| 43 | Lorusso | Loading/Storage | 6 | ELE | PANELBOARD XD4 600A, 480/277V, MLO, 32 CKT | Replace | 1 | EA | $ 8,500.00 | $ 8,500 | |
| 44 | Lorusso | Loading/Storage | 6 | ELE | PANELBOARD XD4E 600A, 480/277V, MLO, 42 CKT | Replace | 1 | EA | $ 8,500.00 | $ 8,500 | |
| 45 | Lorusso | Loading/Storage | 6 | ELE | PANELBOARD XD2E 250A, 208Y/120V, MCB, 42 CKT | Replace | 1 | EA | $ 5,000.00 | $ 5,000 | |
| 46 | Lorusso | Loading/Storage | 6 | ELE | PANELBOARD PSC2 150A, 208Y/120V, 150A MCB, 36 CKT | Replace | 1 | EA | $ 4,000.00 | $ 4,000 | |
| 47 | Lorusso | Loading/Storage | 6 | ELE | PANELBOARD PSC2E 100A, 208Y/120V, 100A MCB, 42 CKT | Replace | 1 | EA | $ 3,800.00 | $ 3,800 | |
| 48 | Lorusso | Loading/Storage | 6 | ELE | Transformer 45 kVA, 208Y/120V | NA | 1 | EA | $ 3,500.00 | $ 3,500 | No damage observed at time of site visit. |
| 49 | Lorusso | Loading/Storage | 6 | ELE | Transformer 30 kVA, 208Y/120V | NA | 1 | EA | $ 3,200.00 | $ 3,200 | No damage observed at time of site visit. |
| 50 | Lorusso | Loading/Storage | 6 | ELE | Transformer 75kVA 480V to 208Y/120V | Replace | 1 | EA | $ 5,500.00 | $ 5,500 | |
| 51 | Lorusso | Loading/Storage | 6 | ELE | Disconnect Switch 100A, 600V | NA | 1 | EA | $ 650.00 | $ 650 | No damage observed at time of site visit. |
| 52 | Lorusso | Loading/Storage | 6 | ELE | Disconnect Switch 60A, 600V | NA | 1 | EA | $ 550.00 | $ 550 | No damage observed at time of site visit. |
| 53 | Lorusso | Loading/Storage | 6 | ELE | Motor Starter Size 1, Sterilization Pump 1 & 2 | NA | 1 | EA | $ 1,100.00 | $ 1,100 | No damage observed at time of site visit. |
| 54 | Lorusso | Cafeteria/Food Services | 7 | ELE | PANELBOARD PK2A 50A, 208Y/120V, 50A MCB, 18 CKT | NA | 1 | EA | $ 2,500.00 | $ 2,500 | No damage observed at time of site visit. |



| Item # | Building | Location | *Plan Area # | Code | Item | Loss | Quantity | Unit | Rate | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | H | I | J |
| 55 | Lorusso | Cafeteria/Food Services | 7 | ELE | PANELBOARD PK2 Sec. 1<br>400A, 208Y/120V, MLO, 36 CKT | Replace | 1 | EA | $ 6,500.00 | $ 6,500 | |
| 56 | Lorusso | Cafeteria/Food Services | 7 | ELE | PANELBOARD PK2 Sec. 2<br>400A, 208Y/120V, 400A MCB, 18 CKT | Replace | 1 | EA | $ 6,500.00 | $ 6,500 | |
| 57 | Lorusso | Cafeteria/Food Services | 7 | ELE | PANELBOARD PK4 Sec. 1<br>400A, 480/277V, MLO, 42 CkT | Replace | 1 | EA | $ 6,500.00 | $ 6,500 | |
| 58 | Lorusso | Cafeteria/Food Services | 7 | ELE | PANELBOARD PK4 Sec. 2<br>400A, 480/277V, MLO, 24 CKT | Replace | 1 | EA | $ 6,500.00 | $ 6,500 | |
| 59 | Lorusso | Cafeteria/Food Services | 7 | ELE | PANELBOARD PK4A<br>250A, 480/277V, 250A MCB, 24 CKT | Replace | 1 | EA | $ 5,000.00 | $ 5,000 | |
| 60 | Lorusso | Cafeteria/Food Services | 7 | ELE | PANELBOARD PK2E<br>150A, 208Y/120V, 150A MCB, 42 CKT | Replace | 1 | EA | $ 4,000.00 | $ 4,000 | |
| 61 | Lorusso | Cafeteria/Food Services | 7 | ELE | Disconnect Switch<br>100A, 600V | Replace | 1 | EA | $ 650.00 | $ 650 | |
| 62 | Lorusso | Cafeteria/Food Services | 7 | ELE | Transformer<br>45 kVA, 480V to 208Y/120V | Replace | 1 | EA | $ 3,500.00 | $ 3,500 | |
| 63 | Draper | Mech/Building Utilities | 11 | ELE | PANELBOARD PB<br>600A, 208Y/120V, MLO,  CKT | Replace | 1 | EA | $ 8,500.00 | $ 8,500 | |
| 64 | Draper | Mech/Building Utilities | 11 | ELE | PANELBOARD PB/1<br>200A, 208Y/120V, MLO, 32 CKT | Replace | 1 | EA | $ 4,500.00 | $ 4,500 | Possible wetting from above; Recommendation is to clean and test. |
| 65 | Draper | Mech/Building Utilities | 12 | ELE | Disconnect Switch<br>200A, 240V, Fused | NA | 1 | EA | $ 1,200.00 | $ 1,200 | No damage observed at time of site visit. |
| 66 | Draper | Mech/Building Utilities | 12 | ELE | Transformer<br>75 kVA, 480V to 208Y/120V | Replace | 1 | EA | $ 5,500.00 | $ 5,500 | |
| 67 | Draper | Mech/Building Utilities | 12 | ELE | PANELBOARD #1 XFORMER #4 X-RAY#2<br>225A, 480/277V, 42 CKT | Replace | 1 | EA | $ 4,500.00 | $ 4,500 | |
| 68 | Draper | Mech/Building Utilities | 12 | ELE | Transformer<br>75 kVA, 480V to 208Y/120V | Replace | 1 | EA | $ 5,500.00 | $ 5,500 | |
| 69 | Draper | Mech/Building Utilities | 12 | ELE | PANELBOARD X-RAY<br>225A, 208Y/120V, 225A MCB,  18 CKT w/ Sub Feed | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |
| 70 | Draper | Mech/Building Utilities | 13 | ELE | ATS w/ Isolation Bypass<br>600A, 208V, 3 phase, 4w | Replace | 1 | EA | $ 18,000.00 | $ 18,000 | |
| 71 | Draper | Mech/Building Utilities | 13 | ELE | Transformer<br>150 kVA, 480V to 208Y/120V | Replace | 1 | EA | $ 7,500.00 | $ 7,500 | |
| 72 | Draper | Mech/Building Utilities | 13 | ELE | Disconnect Switch<br>600A, 240V | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |
| 73 | Draper | Mech/Building Utilities | 13 | ELE | Distribution Board B1CL1<br>600A, 208Y/120V, with:<br>(7) 250A 3 Pole Circuit Breakers | Clean & Test | 1 | EA | $ 1,500.00 | $ 1,500 | Base of PANELBOARD cover below internal components appeared wetted; Recommendation is to clean and test. |
| 74 | Draper | Mech/Building Utilities | 13 | ELE | Enclosed Circuit Breaker - Size Unknown | NA | 1 | EA | $ 3,500.00 | $ 3,500 | No damage observed at time of site visit. |
| 75 | Draper | Mech/Building Utilities | 13 | ELE | Distribution Board B1CL2<br>400A, 208Y/120V, with:<br>(4) 60A 3 Pole Circuit Breakers | Clean & Test | 1 | EA | $ 1,200.00 | $ 1,200 | Base of PANELBOARD cover below internal components appeared wetted; Recommendation is to clean and test. |
| 76 | Draper | Mech/Building Utilities | 13 | ELE | Disconnect Switch<br>400A, 600V | NA | 1 | EA | $ 3,500.00 | $ 3,500 | No damage observed at time of site visit. |
| 77 | Draper | Mech/Building Utilities | 14 | ELE | Motor Starters<br>(17) Sylvania, 1HP, 208V | NA | 1 | EA | $ 1,100.00 | $ 1,100 | No damage observed at time of site visit. |
| 78 | Draper | Mech/Building Utilities | 14 | ELE | PANELBOARD PB4E<br>400A, 480/277V, MLO, 44CKT | NA | 1 | EA | $ 6,500.00 | $ 6,500 | No damage observed at time of site visit. |
| 79 | Draper | Mech/Building Utilities | 14 | ELE | PANELBOARD PB4E<br>300A, 480/277V, 300A MCB, 24 CKT | NA | 1 | EA | $ 6,500.00 | $ 6,500 | No damage observed at time of site visit. |
| 80 | Draper | Mech/Building Utilities | 14 | ELE | PANELBOARD PB4<br>225 Amp, 480/277V, MLO, 36 CKT | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |
| 81 | Draper | Mech/Building Utilities | 14 | ELE | PANELBOARD LB2E<br>150 Amp, 208Y/120V, 150A MCB, 36 CKT | NA | 1 | EA | $ 4,000.00 | $ 4,000 | No damage observed at time of site visit. |



SCOPE OF WORK INVENTORY
REV. 1, 8/28/2020

**NORWOOD**
800 Washington St, Norwood, MA
Scope of Work - Inventory

| Item # | Building | Location | *Plan Area # | Code | Item | Loss | Quantity | Unit | Rate | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | H | I | J |
| 82 | Draper | Mech/Building Utilities | 14 | ELE | PANELBOARD LB2<br>100 Amp, 208Y/120V, 100A MCB, 30 CKT | NA | 1 | EA | $ 3,500.00 | $ 3,500 | No damage observed at time of site visit. |
| 83 | Draper | Mech/Building Utilities | 15 | ELE | Disconnect Switch<br>600A, 600V | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |
| 84 | Draper | Mech/Building Utilities | 15 | ELE | Distribution Board B1PNL1<br>600A, 208Y/120V, 600A MCB with:<br>(6) 225AF/150AT circuit breakers | Clean & Test | 1 | EA | $ 1,500.00 | $ 1,500 | Base of PANELBOARD cover below internal components appeared wetted; Recommendation is to clean and test. |
| 85 | Draper | Mech/Building Utilities | 15 | ELE | Disconnect Switch<br>600A, 600V | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |
| 86 | Draper | Mech/Building Utilities | 16 | ELE | PANELBOARD Spectra Series<br>800A, 480V/277V with:<br>(1) 800A circuit breaker | Clean & Test | 1 | EA | $ 2,500.00 | $ 2,500 | Base of PANELBOARD cover below internal components appeared wetted; Recommendation is to clean and test. |
| 87 | Draper | Mech/Building Utilities | 16 | ELE | Enclosed Circuit Breaker - 100A | NA | 1 | EA | $ 1,000.00 | $ 1,000 | No damage observed at time of site visit. |
| 88 | Draper | Mech/Building Utilities | 16 | ELE | Enclosed Circuit Breaker - 300A | NA | 1 | EA | $ 3,500.00 | $ 3,500 | No damage observed at time of site visit. |
| 89 | Draper | Mech/Building Utilities | 16 | ELE | Automatic Transfer Switch, 400A | NA | 1 | EA | $ 3,800.00 | $ 3,800 | No damage observed at time of site visit. |
| 90 | Draper | Mech/Building Utilities | 16 | ELE | MD4 Line Switchboard - 1,200A, 480/277V | Clean & Test | 1 | EA | $ 5,000.00 | $ 5,000 | Base of PANELBOARD cover below internal components appeared wetted; Recommendation is to clean and test. |
| 91 | Draper | Mech/Building Utilities | 16 | ELE | MD4 Line Switchboard - 1,200A, 480/277V | Clean & Test | 1 | EA | $ 5,000.00 | $ 5,000 | Base of PANELBOARD cover below internal components appeared wetted; Recommendation is to clean and test. |
| 92 | Draper | Mech/Building Utilities | 16 | ELE | Automatic Transfer Switch<br>600A, 480V | NA | 1 | EA | $ 12,500.00 | $ 12,500 | No damage observed at time of site visit. |
| 93 | Draper | Mech/Building Utilities | 16 | ELE | Enclosed Circuit Breaker<br>400A, 480V | NA | 1 | EA | $ 3,800.00 | $ 3,800 | No damage observed at time of site visit. |
| 94 | Draper | Mech/Building Utilities | 16 | ELE | Enclosed Circuit Breaker<br>175A, 480V | NA | 1 | EA | $ 1,800.00 | $ 1,800 | No damage observed at time of site visit. |
| 95 | Draper | Mech/Building Utilities | 16 | ELE | Automatic Transfer Switch<br>200A, 480V | NA | 1 | EA | $ 6,500.00 | $ 6,500 | No damage observed at time of site visit. |
| 96 | Draper | Mech/Building Utilities | 16 | ELE | Disconnect Switch<br>200A, 600V | NA | 1 | EA | $ 1,200.00 | $ 1,200 | No damage observed at time of site visit. |
| 97 | Draper | Mech/Building Utilities | 16 | ELE | Power Filter | NA | 1 | EA | $ 5,000.00 | $ 5,000 | No damage observed at time of site visit. |
| 98 | Draper | Mech/Building Utilities | 16 | ELE | Transformer<br>112.5 kVA, 480V to 208Y/120V | Replace | 1 | EA | $ 6,200.00 | $ 6,200 | |
| 99 | Draper | Mech/Building Utilities | 16 | ELE | PANELBOARD MD2C<br>400A, 208Y/120V, 400A MCB, 30 CKT | NA | 1 | EA | $ 6,500.00 | $ 6,500 | No damage observed at time of site visit. |
| 100 | Draper | Mech/Building Utilities | 16 | ELE | Transformer<br>45 kVA, 480V to 208Y/120V | NA | 1 | EA | $ 3,500.00 | $ 3,500 | No damage observed at time of site visit. |
| 101 | Draper | Mech/Building Utilities | 16 | ELE | Transformer<br>45 kVA, 480V to 208Y/120V | Replace | 1 | EA | $ 3,500.00 | $ 3,500 | |
| 102 | Draper | Mech/Building Utilities | 16 | ELE | Disconnect Switch<br>100A, 600V | NA | 1 | EA | $ 650.00 | $ 650 | No damage observed at time of site visit. |
| 103 | Draper | Mech/Building Utilities | 17 | ELE | PANELBOARD Spectra Series<br>800A, 480V/277V with:<br>(1) 100A, 3 pole circuit breaker<br>(1) 225A, 3 pole circuit breakers<br>(1) 250A, 3 pole circuit breakers<br>(2) 400A, 3 pole circuit breakers | Clean & Test | 1 | EA | $ 2,500.00 | $ 2,500 | Base of PANELBOARD cover below internal components appeared wetted; Recommendation is to clean and test. |
| 104 | Draper | Room Adjacent to Elevators | 18.1 | ELE | PANELBOARD BLEPP | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |
| 105 | Draper | Room Adjacent to Elevators | 18.1 | ELE | PANELBOARD - no label | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |
| 106 | Draper | Pharmacy | 18.3 | ELE | PANELBOARD PHMCY<br>225A, 208Y/120V, MLO, 30 CKT | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |
| 107 | Draper | Cleanroom | 18.4 | ELE | PANELBOARD<br>225A, 208Y/120V | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |



**SCOPE OF WORK INVENTORY**
**REV. 1, 8/28/2020**

**NORWOOD**
800 Washington St, Norwood, MA
Scope of Work - Inventory

| Item # | Building | Location | *Plan Area # | Code | Item | Loss | Quantity | Unit | Rate | Total | Comments |
|--------|----------|----------|------|------|------|------|----------|------|------|-------|----------|
| A | B | C | D | E | F | G | H | I | H | I | J |
| 108 | Draper | Mech/Building Utilities | 19 | ELE | PANELBOARD P1 225A, 208Y/120V, 30 CKT | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |
| 109 | Draper | Mech/Building Utilities | 19 | ELE | PANELBOARD UPS-1 225A, 208Y/120V, MLO, 18 CKT | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |
| 110 | Draper | Mech/Building Utilities | 19 | ELE | PANELBOARD UPS-2 225A, 208Y/120V, MLO, 18 CKT | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |
| 111 | Draper | Mech/Building Utilities | 19 | ELE | PANELBOARD EPR2 ?A, 208Y/120V, 60A MCB, 18 CKT | NA | 1 | EA | $ 3,000.00 | $ 3,000 | No damage observed at time of site visit. |
| 112 | Draper | Mech/Building Utilities | 19 | ELE | PANELBOARD XRAY 125A, 208Y/120V, MLO, 30 CKT | NA | 1 | EA | $ 3,200.00 | $ 3,200 | No damage observed at time of site visit. |
| 113 | Draper | Mech/Building Utilities | 20 | ELE | PANELBOARD PBC 225A, 480/277V, MLO, 28 CKT | Clean & Test | 1 | EA | $ 1,000.00 | $ 1,000 | Possible wetting from above; Recommendation is to clean and test. |
| 114 | Draper | Mech/Building Utilities | 20 | ELE | AC-1 Reset / Start / Stop buttons | Clean & Test | 1 | EA | $ 500.00 | $ 500 | Possible wetting from above; Recommendation is to clean and test. |
| 115 | Draper | Mech/Building Utilities | 20 | ELE | RC-1 Reset / Hand / Off / Auto buttons | Clean & Test | 1 | EA | $ 350.00 | $ 350 | Possible wetting from above; Recommendation is to clean and test. |
| 116 | Draper | Mech/Building Utilities | 20 | ELE | Disconnect Switch 60A, 240V | Clean & Test | 1 | EA | $ 350.00 | $ 350 | Possible wetting from above; Recommendation is to clean and test. |
| 117 | Draper | Mech/Building Utilities | 20 | ELE | Disconnect Switch 100A, 600V | Clean & Test | 1 | EA | $ 350.00 | $ 350 | Possible wetting from above; Recommendation is to clean and test. |
| 118 | Draper | Mech/Building Utilities | 20 | ELE | Disconnect Switch 200A, 240V | Clean & Test | 1 | EA | $ 400.00 | $ 400 | Possible wetting from above; Recommendation is to clean and test. |
| 119 | Draper | Mech/Building Utilities | 20 | ELE | Transformer 15 kVA, 480V to 208Y/120V, 30 CKT | Replace | 1 | EA | $ 2,200.00 | $ 2,200 | |
| 120 | Draper | Mech/Building Utilities | 20 | ELE | Transformer 45 kVA, 480V to 208Y/120V | Replace | 1 | EA | $ 3,500.00 | $ 3,500 | |
| 121 | Lorusso | Cafeteria/Food Services | 21 | ELE | PANELBOARD LB2BC 100A, 208Y/120V | NA | 1 | EA | $ 3,500.00 | $ 3,500 | No damage observed at time of site visit. |
| 122 | Lorusso | Cafeteria/Food Services | 21 | ELE | PANELBOARD LB2B 225A, 208Y/120V, MLO, 24 CKT | NA | 1 | EA | $ 4,500.00 | $ 4,500 | No damage observed at time of site visit. |
| 123 | Lorusso | Cafeteria/Food Services | 22 | ELE | PANELBOARD 250A, 208Y/120V, MLO, 42 CKT | Replace | 1 | EA | $ 5,000.00 | $ 5,000 | Panel found on floor and appeared to be removed from wall prior to inspection |
| 124 | Lorusso | Cafeteria/Food Services | 22 | ELE | PANELBOARD 400A, 208Y/120V, MCB MLO, 30 CKT | Replace | 1 | EA | $ 6,500.00 | $ 6,500 | |
| 125 | Lorusso | Cafeteria/Food Services | 22 | ELE | Transformer 112.5 kVA, 480V to 208Y/120V | Replace | 1 | EA | $ 6,200.00 | $ 6,200 | |
| 126 | Draper | Mech/Building Utilities | 23 | ELE | Panel NDP 400A, 208Y/120V, MLO, 42 CKT | Clean & Test | 1 | EA | $ 1,200.00 | $ 1,200 | Possible wetting from above; Recommendation is to clean and test. |
| 127 | Draper | Mech/Building Utilities | 23 | ELE | Disconnect Switch 400A, 240V | Clean & Test | 1 | EA | $ 1,200.00 | $ 1,200 | Possible wetting from above; Recommendation is to clean and test. |
| 128 | Draper | Mech/Building Utilities | 23 | ELE | PANELBOARD 150A, 208Y/120V, MLO, 18 CKT | Clean & Test | 1 | EA | $ 850.00 | $ 850 | Possible wetting from above; Recommendation is to clean and test. |
| 129 | Draper | Mech/Building Utilities | 23 | ELE | PANELBOARD Base. / Yard Lights 100A, 250/125V, 18 CKT | Clean & Test | 1 | EA | $ 800.00 | $ 800 | Possible wetting from above; Recommendation is to clean and test. |
| 130 | Draper | Mech/Building Utilities | 23 | ELE | Disconnect Switch 200A, 600V | Clean & Test | 1 | EA | $ 1,000.00 | $ 1,000 | Possible wetting from above; Recommendation is to clean and test. |
| 131 | Draper | Mech/Building Utilities | 23 | ELE | Disconnect Switch 100A, 600V | Clean & Test | 1 | EA | $ 650.00 | $ 650 | Possible wetting from above; Recommendation is to clean and test. |
| 132 | Draper | Mech/Building Utilities | 23 | ELE | Disconnect Switch 200A, 240V | Clean & Test | 1 | EA | $ 1,000.00 | $ 1,000 | Possible wetting from above; Recommendation is to clean and test. |
| 133 | Draper | Mech/Building Utilities | 23 | ELE | Transformer 75kVA, 480V to 208Y/120V | Replace | 1 | EA | $ 5,500.00 | $ 5,500 | |
| 134 | Draper | Mech/Building Utilities | 23 | ELE | 45kVA Transformer  480V to 208Y/120V | Replace | 1 | EA | $ 3,500.00 | $ 3,500 | |



**SCOPE OF WORK INVENTORY**
**REV. 1, 8/28/2020**

**NORWOOD**
800 Washington St, Norwood, MA
Scope of Work - Inventory

| Item # | Building | Location | *Plan Area # | Code | Item | Loss | Quantity | Unit | Rate | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | H | I | J |
| 135 | Draper | Elec Rm by ER lower level | | ELE | PANELBOARD EPG-2 800A, 208Y/120V, MCB | Clean & Test | 1 | EA | $ 2,500.00 | $ 2,500 | Standing water reported in room but not observed at time of site visit. Recommendation is to clean and test. |
| 136 | Draper | Elec Rm by ER lower level | | ELE | Automatic Transfer Switch ATS-1 250A, 208 V | Clean & Test | 1 | EA | $ 1,500.00 | $ 1,500 | Standing water reported in room but not observed at time of site visit. Recommendation is to clean and test. |
| 137 | Draper | Elec Rm by ER lower level | | ELE | PANELBOARD PP2 400A, 120/208V, MLO, 28 Pole with (3) 200A CBs | Clean & Test | 1 | EA | $ 1,500.00 | $ 1,500 | Standing water reported in room but not observed at time of site visit. Recommendation is to clean and test. |
| 138 | Draper | Elec Rm by ER lower level | | ELE | PANELBOARD - Boiler RmPanel 250A, 208Y/120V, MCB, 30 CKT | Clean & Test | 1 | EA | $ 1,000.00 | $ 1,000 | Standing water reported in room but not observed at time of site visit. Recommendation is to clean and test. |
| 139 | Draper | Elec Rm by ER lower level | | ELE | Automatic Transfer Switch ATS-2 400 A, 208 V | Clean & Test | 1 | EA | $ 1,500.00 | $ 1,500 | Standing water reported in room but not observed at time of site visit. Recommendation is to clean and test. |
| 140 | Draper | Elec Rm by ER lower level | | ELE | PANELBOARD  EPG-1 800 Amp, 480Y/277V | Clean & Test | 1 | EA | $ 2,500.00 | $ 2,500 | Standing water reported in room but not observed at time of site visit. Recommendation is to clean and test. |
| 141 | Draper | Elec Rm by ER lower level | | ELE | Transformer - Emerg Trans fed from EPG-1 225 kVA, 480 to 208Y/120V | Clean & Test | 1 | EA | $ 1,500.00 | $ 1,500 | Standing water reported in room but not observed at time of site visit. Recommendation is to clean and test. |
| 142 | Lorusso | Mech/Building Utilities | Various | ELE | Feeder Replacement: | | | | $     - | $     - | |
| 143 | Lorusso | Mech/Building Utilities | Various | ELE | 800A feeders in EMT conduit from Generator 1 & 2 to Paralleling Switchgear | Replace | 300 | LF | $ 275.00 | $ 82,500 | |
| 144 | Lorusso | Mech/Building Utilities | Various | ELE | SWGR Feeders - (5) 1200A feeders in EMT at 50' each; cut back and splice inside junction box to existing wire. | Replace Partial | 250 | LF | $ 415.00 | $ 103,750 | |
| 145 | Lorusso | Mech/Building Utilities | Various | ELE | SWGR FDR (39) 200A feeders in EMT at 50' each; cut back and splice inside junction box to existing wire. | Replace Partial | 1950 | LF | $ 75.00 | $ 146,250 | |
| 146 | All | Various | | ELE | Electrical Testing | Provide | 1 | LS | $ 35,000.00 | $ 35,000 | |
| 147 | All | Various | | ELE | Rigging | Provide | 1 | LS | $ 50,000.00 | $ 50,000 | |
| 148 | All | Various | | ELE | Electrical disconnections for demolition | Provide | 1 | LS | $ 50,000.00 | $ 95,000 | Includes demo and hauling |
| 149 | All | Various | | ELE | Electrical Commissioning and startup | Provide | 1 | LS | $ 10,000.00 | $ 10,000 | |
| 150 | All | Various | | ELE | Mechanical equipment connections | Provide | 30 | EA | $ 3,000.00 | $ 90,000 | Includes HVAC/ Plumbing/Fire protection |
| 151 | All | Various | | ELE | Misc. hangers & supports | Provide | 1 | LS | $ 10,000.00 | $ 10,000 | |
| 152 | All | Various | | ELE | Misc. junction boxes and fittings | Provide | 1 | LS | $ 10,000.00 | $ 10,000 | |
| 153 | All | Various | | ELE | Fire Alarm - Test, check, clean and replace Fire Alarm components as necessary. Provide allowance based on SF as shown. | Provide | 80000 | SF | $ 1.50 | $ 120,000 | Moderate Amount of replacement of devices |
| 154 | All | Various | | ELE | Security - Test, check, clean and replace Fire Alarm components as necessary. Provide allowance based on SF as shown. | Provide | 80000 | SF | $ 0.75 | $ 60,000 | Moderate Amount of replacement of devices |
| 155 | All | Various | | ELE | IT/AV - Test, check, clean and replace Fire Alarm components as necessary. Provide allowance based on SF as shown. | Provide | 80000 | SF | $ 0.60 | $ 48,000 | Moderate Amount of replacement of devices |
| 156 | All | Various | | ELE | Provide Unit Cost per 100' linear feet for 100A, 3 phase, 4 wire feeders in EMT conduit | Provide | 100 | LF | $ 45.00 | $ 4,500 | |
| 157 | All | Various | | ELE | Provide Unit Cost per linear foot for 225A, 3 phase, 4 wire feeders in EMT conduit | Provide | 100 | LF | $ 75.00 | $ 7,500 | |
| 158 | All | Various | | ELE | Provide Unit Cost per linear foot for 400A, 3 phase, 4 wire feeders in EMT conduit | Provide | 100 | LF | $ 250.00 | $ 25,000 | |
| 159 | Draper | Elect Room near Gen 5 | | ELE | Transformer 75kVA, 480V to 208Y/120V | Clean & Test | 1 | EA | $ 1,500.00 | $ 1,500 | Base of Transformer cover appeared to be wetted below internal coils and components; Recommendation is to clean and test. |



**SCOPE OF WORK INVENTORY**
**REV. 1, 8/28/2020**

**NORWOOD**
800 Washington St, Norwood, MA
Scope of Work - Inventory

| Item # | Building | Location | *Plan Area # | Code | Item | Loss | Quantity | Unit | Rate | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | H | I | J |
| 160 | Draper | Elect Room near Gen 5 | | ELE | Transformer 150kVA, 480V to 208Y/120V | Clean & Test | 1 | EA | $ 1,500.00 | $ 1,500 | Base of Transformer cover appeared to be wetted below internal coils and components; Recommendation is to clean and test. |
| 161 | Draper | Elect Room near Gen 5 | | ELE | Transformer 75kVA, 480V to 208Y/120V | Clean & Test | 1 | EA | $ 1,500.00 | $ 1,500 | Base of Transformer cover appeared to be wetted below internal coils and components; Recommendation is to clean and test. |
| 162 | Draper | Elect Room near Gen 5 | | ELE | Transformer  XFMR/EQDP2 - 75kVA 480V to 208Y/120V | Clean & Test | 1 | EA | $ 1,500.00 | $ 1,500 | Base of Transformer cover appeared to be wetted below internal coils and components; Recommendation is to clean and test. |
| 163 | Draper | Elect Room near Gen 5 | | ELE | 1600A Switchboard - 480Y/277V | Clean & Test | 1 | EA | $ 5,000.00 | $ 5,000 | Base of switchboard cover appeared to be wetted below internal components; Recommendation is to clean and test. |
| | | | | | | **Electrical - Subtotal** | | | | **$ 2,345,700** | |
| 164 | | | | | **Mechanical** | | | | | | |
| 165 | Lorusso | Generator Room | 2 | HVC | Disconnect/Reconnect associated piping and accessories for generator fuel lines, remote radiator, and exhaust systems.  Provide new day tank and piping to existing main tank and generator. | Provide | 1 | LS | $ 12,875.00 | $ 12,875.00 | |
| 166 | Draper & Lorusso | Throughout | Varies | HVC | Disconnect ACs, RAs and pumps being replaced, make safe and drop to floor. | Provide | 1 | LS | $ 21,610.00 | $ 21,610.00 | |
| 167 | Draper | South Mechanical Room | 11 | HVC | AC-2 (also tagged AC-10) Model: Trane Climate Changer H-41 B Serial Number: K80G11277 17,700 cfm one hot-water heating coil, two chilled water cooling coil | Replace | 1 | EA | $ 131,500.00 | $ 131,500.00 | |
| 168 | Draper | Pharmacy Mechanical Closet | 18.1 | HVC | AC-16 Model: Carrier FB4CNF060 Serial Number: 2110A91190 5 ton | Replace | 1 | EA | $ 25,000.00 | $ 25,000.00 | 1. Residential Split DX air handler with remote condenser  2. Section of unit enclosure below flood level |
| 169 | Draper | Laboratory | 19 | HVC | AC-17 Model: Trane TWE060A300AB Serial Number: F34177725 5 ton | Replace | 1 | EA | $ 25,000.00 | $ 25,000.00 | 1. Split DX air handler with remote condenser  2. Section of unit enclosure below flood level |
| 170 | Draper | North Mechanical Room | 12 | HVC | Replace 50 feet of 56x24 return air duct associated with AC-1/ACC-11.  Provide insulation on new length of return air duct | Replace | 1 | EA | $ 7,690.00 | $ 7,690.00 | |
| 171 | Draper | South Mechanical Room | 14 | HVC | HW Pumps 1.5 HP, 230-460/3/60 | Replace | 2 | EA | $ 6,750.00 | $ 13,500.00 | |
| 172 | Draper | East Mechanical Room | 15 | HVC | Duplex Condensate Return Pump w/ Controller Shippenburg Pump Co. 3 HP, 200-230/460 | Replace | 1 | EA | $ 19,250.00 | $ 19,250.00 | |
| 173 | Draper | East Mechanical Room | 15 | HVC | Base Mounted End Suction Pump 5 HP, 208/230-460/3/60 | Replace | 2 | EA | $ 7,175.00 | $ 14,350.00 | |
| 174 | Draper | East Mechanical Room | 15 | HVC | Base Mounted End Suction Pump 189 GPM 10 HP, 208/230-460/3/60 | Replace | 2 | EA | $ 11,775.00 | $ 23,550.00 | |



**SCOPE OF WORK INVENTORY**
**REV. 1, 8/28/2020**

**NORWOOD**
800 Washington St, Norwood, MA
Scope of Work - Inventory

| Item # | Building | Location | *Plan Area # | Code | Item | Loss | Quantity | Unit | Rate | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | H | I | J |
| 175 | Draper | North Mechanical Room | 12 | HVC | RA-1 Model: Trane Centrifugal Airfoil Fan CF-36-A-1-SW-3-CW-TAU-S-H Type Number:B3108-0006-5A Serial Number: K80K12243 5 hp, 6500 cfm | Replace | 1 | EA | $ 18,100.00 | $ 18,100.00 | |
| 176 | Draper | North Mechanical Room | 12 | HVC | RA-2 Model: Trane Centrifugal Airfoil Fan CF-33-A-1-SW-3-CCW-TAU-S-H Type Number: B3108-0006-4A Serial Number: K80K12244 1.5 hp, 3600 cfm | Replace | 1 | EA | $ 11,200.00 | $ 11,200.00 | |
| 177 | Lorusso | Fire/Pump Room | 1 | HVC | Duplex Condensate Return Pump Spirax Sarco Type: GS3D451 SER. NO.: CO-200599 18 GPM, .5 HP, 230/1/60 | Replace | 1 | EA | $ 8,900.00 | $ 8,900.00 | |
| 178 | Draper & Lorusso | Varies | Varies | HVC | Demolition of Ductwork Insulation | Replace | 38700 | SF | $ 1.04 | $ 40,415.00 | Refer to MSK's attached |
| 179 | Lorusso | Varies | Varies | HVC | FCU-1 Ductwork Insulation | Replace | 110 | SF | $ 12.00 | $ 1,320.00 | Refer to MSK's attached |
| 180 | Lorusso | Varies | Varies | HVC | FCU-2 Ductwork Insulation | Replace | 270 | SF | $ 12.00 | $ 3,240.00 | Refer to MSK's attached |
| 181 | Lorusso | Varies | Varies | HVC | FCU-3 Ductwork Insulation | Replace | 340 | SF | $ 12.00 | $ 4,080.00 | Refer to MSK's attached |
| 182 | Draper | Varies | Varies | HVC | AC-1 Ductwork Insulation | Replace | 1070 | SF | $ 12.00 | $ 12,840.00 | Refer to MSK's attached |
| 183 | Draper | Varies | Varies | HVC | RA-1 Ductwork Insulation | Replace | 2460 | SF | $ 12.00 | $ 29,520.00 | Refer to MSK's attached |
| 184 | Draper | Varies | Varies | HVC | AC-2 Ductwork Insulation | Replace | 2930 | SF | $ 12.00 | $ 35,160.00 | Refer to MSK's attached |
| 185 | Draper | Varies | Varies | HVC | RA-2 Ductwork Insulation | Replace | 440 | SF | $ 12.00 | $ 5,280.00 | Refer to MSK's attached |
| 186 | Lorusso | Varies | Varies | HVC | AC-4 (NORTH) Ductwork Insulation | Replace | 5230 | SF | $ 12.00 | $ 62,760.00 | Refer to MSK's attached |
| 187 | Lorusso | Varies | Varies | HVC | AC-4 SA (SOUTH) Ductwork Insulation | Replace | 2140 | SF | $ 12.00 | $ 25,680.00 | Refer to MSK's attached |
| 188 | Lorusso | Varies | Varies | HVC | RA-4 Ductwork Insulation | Replace | 2090 | SF | $ 12.00 | $ 25,080.00 | Refer to MSK's attached |
| 189 | Lorusso | Varies | Varies | HVC | RA-5 Ductwork Insulation | Replace | 2270 | SF | $ 12.00 | $ 27,240.00 | Refer to MSK's attached |
| 190 | Lorusso | Varies | Varies | HVC | AC-6 Ductwork Insulation | Replace | 1490 | SF | $ 12.00 | $ 17,880.00 | Refer to MSK's attached |
| 191 | Lorusso | Varies | Varies | HVC | AC-7 SA Ductwork Insulation | Replace | 960 | SF | $ 12.00 | $ 11,520.00 | Refer to MSK's attached |
| 192 | Lorusso | Varies | Varies | HVC | AC-7 RA Ductwork Insulation | Replace | 450 | SF | $ 12.00 | $ 5,400.00 | Refer to MSK's attached |
| 193 | Lorusso | Varies | Varies | HVC | H&V-1 (SOUTH) Ductwork Insulation | Replace | 1740 | SF | $ 12.00 | $ 20,880.00 | Refer to MSK's attached |
| 194 | Lorusso | Varies | Varies | HVC | H&V-1 (NORTH) Ductwork Insulation | Replace | 990 | SF | $ 12.00 | $ 11,880.00 | Refer to MSK's attached |
| 195 | Draper | Varies | Varies | HVC | AC-12 Ductwork Insulation | Replace | 1020 | SF | $ 12.00 | $ 12,240.00 | Refer to MSK's attached |
| 196 | Draper | Varies | Varies | HVC | AC-13 Ductwork Insulation | Replace | 460 | SF | $ 12.00 | $ 5,520.00 | Refer to MSK's attached |
| 197 | Draper | Varies | Varies | HVC | AC-15 Ductwork Insulation | Replace | 1860 | SF | $ 12.00 | $ 22,320.00 | Refer to MSK's attached |
| 198 | Lorusso | Varies | Varies | HVC | GREASE (SOUTH) Ductwork Insulation | Replace | 3020 | SF | $ 50.00 | $ 151,000.00 | Refer to MSK's attached |
| 199 | Lorusso | Varies | Varies | HVC | GREASE (NORTH) Ductwork Insulation | Replace | 2610 | SF | $ 50.00 | $ 130,500.00 | Refer to MSK's attached |
| 200 | Draper | Varies | Varies | HVC | Ductwork Insulation in Western Draper Basement | Replace | 11500 | SF | $ 12.00 | $ 138,000.00 | Refer to MSK's attached |
| 201 | Draper & Lorusso | Varies | Varies | HVC | Test-Check-Start Acs, Ras and pumps. | Provide | 1 | LS | $ 23,000.00 | $ 23,000.00 | |
| 202 | Draper & Lorusso | Varies | Varies | HVC | Clean Existing Ductwork | Provide | 1 | LS | $ 59,000.00 | $ 59,000.00 | Refer to MSK's attached |
| 203 | Draper & Lorusso | Varies | Varies | HVC | Pressure test chilled water and hot water systems | Provide | 1 | LS | $ 6,000.00 | $ 6,000.00 | |
| | | | | | **Mechanical - Subtotal** | | | | | **$ 1,220,280.00** | |
| 204 | | | | | **Plumbing** | | | | | | |
| 205 | Draper & Lorusso | Varies | Varies | PLM | Disconnect plumbing fixtures, mixing valves and controllers being replaced, make safe and drop to floor. | Replace | 1 | LS | $ 8,075.00 | $ 8,075.00 | |



**SCOPE OF WORK INVENTORY**
**REV. 1, 8/28/2020**

**NORWOOD**
800 Washington St, Norwood, MA
Scope of Work - Inventory

| Item # | Building | Location | *Plan Area # | Code | Item | Loss | Quantity | Unit | Rate | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | H | I | J |
| 206 | Lorusso | Lorusso | 1 | PLM | Water Closet and Lavatory | Replace | 6 | EA | $ 5,100.00 | $ 30,600.00 | Fixtures as well as 4'of 1/2"thick insulation for (1)1"CW Drop, (1)1/2"CW Drop & (1)1/2"HW Drop. Refer to MSK's attached. |
| 207 | Draper | Draper | 18.1 | PLM | Water Closet and Lavatory | Replace | 2 | EA | $ 5,100.00 | $ 10,200.00 | Fixtures as well as 4'of 1/2"thick insulation for (1)1"CW Drop, (1)1/2"CW Drop & (1)1/2"HW Drop. Refer to MSK's attached. |
| 208 | Lorusso | Fire/Pump Room | 1 | PLM | Ejector Pump 1 Controller Model: GE 300 line controller | Replace | 1 | EA | $ 2,632.50 | $ 2,632.50 | |
| 209 | Lorusso | Fire/Pump Room | 1 | PLM | Ejector Pump 2 Controller Model: GE 300 line controller | Replace | 1 | EA | $ 2,632.50 | $ 2,632.50 | |
| 210 | Draper & Lorusso | Varies | Varies | PLM | Pressure test, sanitary, waste, vent, and domestic water. | Provide | 1 | LS | $ 5,750.00 | $ 5,750.00 | |
| | | | | | | **Plumbing - Subtotal** | | | | $ 59,890.00 | |
| 211 | | | | | **Fire Protection** | | | | | | |
| 212 | Lorusso | Fire/Pump Room | Varies | FP | Disconnect pumps and controllers being replaced, make safe and drop to floor. | Provide | 1 | LS | $ 17,500.00 | $ 17,500.00 | |
| 213 | Lorusso | Fire/Pump Room | 1 | FP | Jockey Pump Model: Grundfos Catalog No: 84204019 | Replace | 1 | EA | $ 5,500.00 | $ 5,500.00 | |
| 214 | Lorusso | Fire/Pump Room | 1 | FP | Fire Pump, 60 HP Lincoln A.C. Motor Serial: 2489607 Lincoln Code: TV-2656 | Replace | 1 | EA | $ 55,000.00 | $ 55,000.00 | |
| 215 | Lorusso | Fire/Pump Room | 1 | FP | Fire Pump Controller Catalog Number: FTA1000-AM60B Serial Number: 1848849-01RE | Replace | 1 | EA | $ 2,500.00 | $ 2,500.00 | |
| 216 | Lorusso | Fire/Pump Room | 1 | FP | Jockey Pump Controller Model: Firetrol XG pump controller | Replace | 1 | EA | $ 1,500.00 | $ 1,500.00 | |
| 217 | Draper & Lorusso | Varies | Varies | FP | Test-Check-Start Fire Pump, wet pipe sprinkler and standpipe system. | Provide | 1 | LS | $ 10,000.00 | $ 10,000.00 | |
| 218 | Draper & Lorusso | Varies | Varies | FP | Relocate 400 sprinkler heads and associated piping to account for new ceiling | Provide | 1 | LS | $ 85,000.00 | $ 85,000.00 | |
| | | | | | | **Fire Protection System - Subtotal** | | | | $ 177,000.00 | |

NOTES:
*Refer to ESK, MSK plan drawings for area locations



| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | D | E | F | G | H |
| 1 | | Re-wire | 55,914 | SF | $ 14.00 | $ 782,796.00 | |
| 2 | | Test & Check Wiring | 220,806 | SF | $ 0.50 | $ 110,403.00 | Includes branch, circuits, outlets, switches; excludes panels, switchgear, heavy electrical equipment, etc. |
| 3 | | 2x4 Fluorescent Light Fixtures - 4 bulb with lens in-grid | 28,154 | SF | $ 4.75 | $ 133,731.50 | Allowance for in-grid 4-bulb fluorescent lighting in basement - replacement on SF basis. Quantity shown here is the sf of entire grid system to be replaced in basement. |
| 4 | | | | | | $ 1,026,930.50 | |



Norwood Hospital
800 Washington St. Norwood  MA 02062
Plumbing Repair Scope

| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | | E | F | G | H |
| 1 | | Replace Sink | 8 | EA | $ 2,500.00 | $ 20,000.00 | |
| 2 | | Replace Toilet | 8 | EA | $ 3,500.00 | $ 28,000.00 | |
| 3 | | Sink - Detach & Reset | 35 | EA | $ 2,200.00 | $ 77,000.00 | Scope originally detach and reset, changed to replace |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | | Toilet - Detach & Reset | 15 | EA | $ 2,500.00 | $ 37,500.00 | Scope originally detach and reset, changed to replace |
| 5 | | Ptak Units - Detach & Reset | 13 | EA | $ 3,000.00 | $ 39,000.00 | |
| 6 | Additional plumbing requirements at kitchen | | 1 | LS | $ 75,000.00 | 75,000.00 | Final connections and refeeding equpment |
| 6 | | | | | | $ 276,500.00 | |



Norwood Hospital
800 Washington St. Norwood  MA 02062
Painting Scope

| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | D | E | F | G | H |
| 1 | | Type 1 | 92,393 | SF | $ 1.50 | $ 138,589.50 | Wall surface area, no deductions made for openings or millwork. |
| 2 | | Type 2 | 123,821 | SF | $ 2.00 | $ 247,642.00 | Wall surface area, no deductions made for openings or millwork. |
| 3 | | Type 3 | 43,638 | SF | $ 2.50 | $ 109,095.00 | Wall surface area, no deductions made for openings or millwork. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | | Type 4 | 7,408 | SF | $ | 3.50 | $ | 25,928.00 | Wall surface area, no deductions made for openings or millwork. |
| 5 | | Type 5 | 2,824 | SF | $ | 4.00 | $ | 11,296.00 | Wall surface area, no deductions made for openings or millwork. |
| 6 | | Paint Concrete Floors | 3,254 | SF | $ | 1.00 | $ | 3,254.00 | |
| 7 | | Paint Plaster Walls | 970 | SF | $ | 2.00 | $ | 1,940.00 | See Youndahl Building - Walls & Paint for scope |
| 8 | | | | | | | $ | 537,744.50 | |

Subject to coverage review by adjuster



Norwood Hospital
800 Washington St. Norwood  MA 02062
Painting Scope

| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | D | E | F | G | H |
| 1 | | Rebuild walk-in coolers - 935 sf total | 5 | EA | $  10,000.00 | $      50,000.00 | Rebuild all wall framing, insulation, replace doors and hardware |
| 2 | | | | | | $      50,000.00 | |

# DBI

| Line # | Field Photo | Description | DBI Measurement | | | | Comment |
|---|---|---|---|---|---|---|---|
| | | | Qty | Unit | Rate | Total | |
| A | B | C | D | E | F | G | H |
| 1 |  | 1" insulation board, EPDM membrane, 2" insulation board, filter fabric, ballast - Remove & Replace | 29.36 | SQ | $  2,500.00 | $      73,400.00 | Quantity does not include waste factor for roof replacement. |
| 2 | | | | | | $      73,400.00 | |