UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>              Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**NOTICE OF SUPPLEMENTAL EXHIBIT TO
DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT
OF MOTION TO COMPEL PRODUCTION AND
TO EXTEND CASE DEADLINES (ECF Doc. No. 127)**

Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company (collectively, "Defendants") hereby submit **Exhibit M** to their *Memorandum of Law in Support of Motion to Compel Production and to Extend Case Deadlines* ("Memorandum of Law"), which was filed on June 18, 2025.  [ECF Doc. No. 127].

Exhibit M is Plaintiff Steward Health Care System LLC's ("Steward Health") Objections and Responses to Defendants' Proposed Topics for the Rule 30(b)(6) Deposition of Steward Health, served on June 18, 2025, after Defendants' filed the Memorandum of Law.  As reflected in Exhibit M, Steward Health designated (among others) the following current or former employees as testifying corporate representatives in response to certain Rule 30(b)(6) topics noticed by Defendants:

   (1) Dr. Octavio Diaz; and

(2) Salvatore Perla.

Exhibit M, pp. 5–7.

Each of these individuals is a current or former employee of Steward Health. Specifically, Dr. Diaz served as Steward Health's President and System Chief Medical Officer. [Memorandum of Law, ECF Doc. No. 127 at p. 6, ¶ 9 (describing letter from Dr. Diaz to Massachusetts Dept. Public Health)]. Mr. Perla was identified by Steward Health in discovery responses as having "knowledge of Norwood Hospital's business operations." [Exhibit F to Memorandum of Law, ECF Doc. No. 127-6 at p. 6 (Steward Health Answer to Defendants' Interrogatory No. 3)].

Yet, as explained in Defendants' Memorandum of Law, ECF Doc. No. 127, Steward Health did not search for, collect, or produce any documents from the custodial files of any of these Steward Health employees in response to Defendants' Requests for Production.

Respectfully submitted,

 /s/ Jonathan D. Mutch
Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
Email: JMutch@RobinsKaplan.com
          TWenger@RobinsKaplan.com

*Attorneys for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

Dated: June 23, 2025

3

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of June 2025, a copy of the foregoing motion was filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                                                      */s/ Jonathan D. Mutch*  
                                                                      Jonathan D. Mutch

96222863.1