# EXHIBIT A

**Gildea, William**

| | |
|---|---|
| **From:** | Mutch, Jonathan D. <JMutch@RobinsKaplan.com> |
| **Sent:** | Thursday, February 27, 2025 3:05 PM |
| **To:** | Robbins, Seth |
| **Cc:** | Gildea, William; Gardon, Elizabeth |
| **Subject:** | RE: Steward/AGLIC - follow up |

Hi Seth – thank you for the email, my responses are set out below under each question in red font. Let me know if you'd like to discuss any points.

Regards,
Jon Mutch


Jonathan D. Mutch
Partner
Robins Kaplan LLP | 800 Boylston Street| Suite 2500 | Boston, MA 02199
617 859 2722 | cell 617 304 9897 | JMutch@RobinsKaplan.com
Admitted in Massachusetts, New York and Maine

---

**From:** Robbins, Seth <srobbins@toddweld.com>
**Sent:** Wednesday, February 26, 2025 6:26 PM
**To:** Mutch, Jonathan D. <JMutch@RobinsKaplan.com>
**Cc:** Gildea, William <wgildea@toddweld.com>; Gardon, Elizabeth <egardon@toddweld.com>
**Subject:** [EXTERNAL] Steward/AGLIC - follow up


Hello Jon,

I wanted to follow up on a few matters we discussed during our call last Wednesday:

1. **ESI** – Please let us know when you are ready to exchange proposed custodians and search terms. We are also preparing a proposed ESI protocol, which we will send for your review.

    <span style="color:red">Zurich has already searched and produced emails for two custodians, Mark Graves and Brian Rushlau, using these terms:</span>

    <span style="color:red">
    0281010
    5630054103
    5630054105
    CHI20399490
    CHI20400590
    Medical Properties
    MPT
    Norwood
    Steward
    </span>

1

> Stewart
> Date restrictions: June 28, 2020 to August 31, 2022

> Stated generally, Zurich is currently reviewing for production to Steward certain claim and underwriting materials, and emails of certain additional custodians using the search terms above, all per and only to the extent specified in the forthcoming written responses to Steward's Requests for Production – those written responses and not this email set out Zurich's response to Steward's RPDs.

> As I mentioned when we last spoke, Steward Health needs to identify search parameters, including but not limited to email custodians and search terms, to respond to Zurich's RPDs. We can't confer about the sufficiency of search parameters until after we see both what parameters were used by Steward, and also review the documents that are produced by Steward.

2. **Representation of Third Parties** – You mentioned that your firm would be representing certain third parties to whom we issued document subpoenas (specifically in the context of requesting additional time to serve objections, which we agreed to). Please confirm which parties you are representing and the status of their objections so we can address any outstanding issues with the document subpoenas.

   > We are representing the following for purposes of their response to Steward's subpoenas:
   >
   > - DBI
   > - JS Held
   > - MDD
   > - Shawmut Design and Construction
   >
   > We served a number of subpoenas earlier this week. Please let me know if you will represent any recipients of our subpoenas, and if so whom, and we're happy to confer about time to respond.

3. **Exchange of Written Discovery Responses** – We agreed, subject to your confirming with your client, to exchange written discovery responses on Wednesday, March 5. Have you received the necessary approval?

   > Yes, let's exchange responses to written discovery on Wednesday March 5, 2025

Let me know if you'd like to discuss any of this by phone this week.

Thanks,
Seth

Seth J. Robbins



Todd & Weld LLP
One Federal Street, Boston, MA 02110
Tel: 617.624.4775  Fax: 617.624.4895
www.toddweld.com

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.

_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com
_____