# EXHIBIT B

Page 1

1                                          VOLUME:  I
                                           PAGES:  1 - 199
2                                          EXHIBITS:  1 - 25

3

4                 UNITED STATES DISTRICT COURT
           FOR THE COMMONWEALTH OF MASSACHUSETTS
5

6    Civil Action No. 1:21-cv-11902-PBS

7    --------------------------------------x
     STEWARD HEALTH CARE SYSTEM, LLC
8
           Plaintiff
9
     v.
10
     AMERICAN GUARANTEE AND LIABILITY INSURANCE
11   COMPANY and ZURICH AMERICAN INSURANCE COMPANY,

12         Defendants
     --------------------------------------x
13

14

15            EXAMINATION UNDER OATH OF DAVID SOUCY,
     taken on behalf of the Insurer, pursuant to the
16   notice, before Lauren M. Buzzerio, a Certified
     Shorthand Reporter and Notary Public in and for
17   the Commonwealth of Massachusetts, at the
     offices of Robins Kaplan LLP, 800 Boylston
18   Street, Suite 2500, Boston, Massachusetts, on
     Wednesday, May 4, 2022.
19
     --------------------------------------
20

21

22

23

24   Reported by: LAUREN M. BUZZERIO

25   JOB NO. 210673

```
 1                A P P E A R A N C E S

 2

 3

 4

 5     David Rich, Esq.
       Matthew Furman, Esq.
 6     Todd & Weld
       1 Federal Street
 7     Boston, MA 02110
       Attorneys for David Soucy
 8

 9
       Jonathan Mutch, Esq.
10     Robins Kaplan
       800 Boylston Street
11     Boston, MA 02199
       Attorney for American Guarantee and Liability
12     Insurance Company

13

14

15

16     ALSO PRESENT:

17     Mark A. Graves, Zurich Insurance

18

19

20

21

22

23

24

25
```

 1        Q.   Ballpark is fine.

 2        A.   Probably around -- this is third.  So

 3   somewhere around 2012.  Somewhere around there.

 4        Q.   Sure.  How about the CRES?

 5        A.   That was a year later.

 6        Q.   Mr. Soucy, were are you presently

 7   employed?

 8        A.   I am presently employed with Corporate

 9   Real Estate & Facilities, which is known as

10   CREF, C-R-E-F.

11        Q.   Is that a division of Steward Health

12   Care?

13        A.   It is.  We are hired by Steward.

14        Q.   Okay.  When did you start working for

15   CREF?

16        A.   January of -- I'm trying to remember

17   the year.  I want to say right around 2018.

18   I've been with them for around four years.  So

19   around 2018.

20        Q.   Okay.  You understand that this

21   insurance claim involves a loss that occurred

22   on June 28th of 2020, correct?

23        A.   Correct.

24        Q.   All right.  And so you were employed

25   by CREF at the time of that loss, correct?

1        A.   Correct.

2        Q.   All right.  And was CREF working --

3   let me withdraw that.  Was CREF retained by

4   Steward at the time that that loss happened?

5        A.   We were -- I was working with Steward

6   before that.

7        Q.   Okay.  Before and during; is that fair

8   to say?

9        A.   Correct.  Yes.

10       Q.   And after as well?

11       A.   Correct.

12       Q.   All right.  Where did you work before

13   2018?

14       A.   I worked for Steward as the regional

15   director.  And before that, I worked for

16   Aramark.

17       Q.   Okay.  When did you start working with

18   Steward, please?

19       A.   It was the year prior.  So 2017, I

20   believe.

21       Q.   All right.

22       A.   And I might be off a little bit on the

23   time frame, but it's in the general vicinity.

24       Q.   Understood.  What were your duties --

25   actually I'll withdraw that.  Let's just go

1        A.   No.   Nothing.   I mean, I was just

2   overseeing the biomed program there.

3        Q.   So you mentioned earlier, if I

4   remember correctly, Mr. Soucy, that you went

5   from Steward to CREF in 2018; is that correct?

6        A.   Correct.

7        Q.   Okay.   And can you explain, you know,

8   why you made that move?

9        A.   That was another promotion.   That was

10   into the national level versus a regional

11   level.

12        Q.   Okay.   And so what is CREF, please?

13        A.   It's a company called Corporate Real

14   Estate & Facilities.   And we do -- we manage

15   real estate.   Do regulatory inspections.   And

16   then in my role, I manage biomed.

17        Q.   Okay.   And did you -- and I understand

18   you're not a lawyer.   But was CREF a -- let me

19   ask it differently.   Did you understand CREF to

20   be independent from Steward or not?

21        A.   So for me it's -- to me, it's a

22   separate company.   But I work for Steward in my

23   role.

24        Q.   Okay.   So once you -- when you started

25   working for CREF, you continued to perform