# EXHIBIT C

# Gildea, William

| | |
|---|---|
| **From:** | Robbins, Seth |
| **Sent:** | Tuesday, January 14, 2025 3:41 PM |
| **To:** | Jonathan D. Mutch (JMutch@RobinsKaplan.com) |
| **Cc:** | Cooper, Howard; Rich, David H.; Gildea, William; Furman, Matthew; Timothy Wenger (TWenger@RobinsKaplan.com) |
| **Subject:** | Steward/AGLIC - source data for BI calculation |
| **Attachments:** | Exhibit A - Norwood_PnL_2024.12.31 - Confidential per July 21, 2023 Confidentiality Agreement [Document no 66] [Case No. 121-cv-11902-PBS].xlsx; Exhibit B - SHC_GrossRevenue_2025.01.09 - Confidential per July 21, 2023 Confidentiality Agreement [Document no 66] [Case No. 121-cv-11902-PBS].xlsb |

Jon,

My client has authorized me to provide the source data for the BI loss calculation. Please see the attached spreadsheets, which are designated as confidential pursuant to the parties' Confidentiality Agreement.

Please give me a call when you have a moment.

Thanks,
Seth

Seth J. Robbins



Todd & Weld LLP

One Federal Street, Boston, MA  02110

Tel:  617.624.4775  Fax:  617.624.4895

www.toddweld.com

1