UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN GUARANTEE AND LIABILITY ) <br> INSURANCE COMPANY and ZURICH ) <br> AMERICAN INSURANCE COMPANY, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:21-cv-11902-PBS |

**JOINT STATUS UPDATE REGARDING DISCOVERY MASTER**

Pursuant to this Court's (Saris, J.) June 26, 2025 Order [Dkt. No. 141], Plaintiff Steward Health Care System LLC ("Steward"), Defendant American Guarantee and Liability Insurance Company ("AGLIC"), and Defendant Zurich American Insurance Company ("ZAIC") (collectively the "Parties") respectfully submit this Joint Status Update regarding the parties' efforts to engage a Discovery Master.

### A. Plaintiff's Position:

Steward proposes the following individuals to serve as Discovery Master:

- Hon. Nancy Gertner (Ret.) https://resolutionsllc.com/hon-nancy-gertner-ret/

- Hon. Janet Sanders (Ret.) https://www.jamsadr.com/janet-sanders/;

Both of Steward's proposed Discovery Masters have been informed as to the needs of this case and both have confirmed that they are available. Plaintiff submits that having a Discovery Master local to Boston, Massachusetts who can quickly require counsel to appear in person before them is critical to keeping the parties focused on resolving disputes themselves and timely resolving the discovery disputes they are unable to resolve themselves. As well, this matter is governed by

complex issues of Massachusetts insurance law, as already made evident by the certification of the "flood versus storm" issue certified to the Massachusetts Supreme Judicial Court. Both of Steward's proposed Discovery Masters have a high degree of familiarity with Massachusetts law in this area. This experience will be critical in understanding the contours of what discovery is actually necessary and proportional in this case. Defendants have rejected Steward's proposed Discovery Masters. Neither of the Discovery Masters proposed by Defendants are local and Steward opposes them.

### B. Defendants' Position:

AGLIC and ZAIC (collectively, "Zurich") respectfully propose the following candidates to serve as Discovery Master:

- Hon. Faith S. Hochberg (Ret.) — https://www.judgehochberg.com/about-1
- Hon. Nan R. Nolon (Ret.) — https://www.redgravellp.com/bio/nan-r-nolan

Both are exceptionally qualified, well-equipped to resolve the discovery disputes between the Parties, and prepared to accept appointment as Discovery Master.

Judge Hochberg brings extensive experience in complex litigation, including insurance matters, and is particularly well-qualified to handle the discovery-related challenges at the core of this case. A former U.S. District Judge and U.S. Attorney for the District of New Jersey, she has been appointed as a special master in both federal and state courts to oversee discovery, resolve disputes, and ensure efficient case administration. Her expertise is especially relevant here, where the scope and relevance of Steward's financial records—critical to evaluating its business interruption claim—are in dispute. Judge Hochberg has reviewed the matter and confirmed that she is well-positioned to serve in this role and is willing to accept the appointment.

Judge Nolan is a former U.S. Magistrate Judge for the Northern District of Illinois with a distinguished record in managing complex civil litigation.  She has served as a Discovery Master in numerous contentious matters and is a nationally recognized expert in e-discovery.  Her background includes experience in insurance-related litigation, and she is widely respected for her practical, solutions-oriented approach to resolving pretrial challenges.  Zurich proposes Judge Nolan as a strong alternative to Judge Hochberg, given her demonstrated ability to efficiently navigate and adjudicate discovery matters—the central focus of this appointment.  Judge Nolan has reviewed the case and confirmed her willingness and readiness to serve.

While both Judge Hochberg and Judge Nolan are based outside of Massachusetts, their geographic location is not a limitation.  To the contrary, it may be an asset, offering a measure of neutrality in this matter.  Both are fully capable of fulfilling the responsibilities of Discovery Master remotely and efficiently, including through videoconferences and virtual hearings with the Parties.

While Judge Sanders, proposed by Steward, is widely respected and has an impeccable reputation as a jurist, Zurich respectfully opposes her appointment.  Publicly available information indicates that Judge Sanders has appeared alongside attorneys from Todd & Weld LLP—particularly Howard Cooper—at continuing legal education programs and other professional events.  While Zurich does not question Judge Sanders's integrity or impartiality, it believes that, under the circumstances, appointing a Discovery Master with no prior public association with counsel for either party would better promote the appearance of neutrality in this matter.

Similarly, while Judge Gertner is an outstanding former jurist and a highly effective mediator, it is unclear whether Judge Gertner has previously served as a Special Master for

discovery-related issues, nor were any such appointments located in a Westlaw search. Zurich respectfully submits that Judge Hochberg or Judge Nolan would be more appropriate for this appointment. In addition to their exceptional qualifications, both are based outside of Massachusetts, which Zurich believes would further support and preserve the appearance of neutrality in this matter.

Respectfully submitted,

| **STEWARD HEALTH CARE SYSTEM LLC** | **AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY** |
|---|---|
| By its attorneys: | By their attorneys, |
| */s/ William E. Gildea* <br> Howard M. Cooper (BBO # 543842) <br> hcooper@toddweld.com <br> Seth J. Robbins (BBO # 655146) <br> srobbins@toddweld.com <br> William E. Gildea (BBO # 699112) <br> wgildea@toddweld.com <br> TODD & WELD LLP <br> One Federal Street, 27th Floor <br> Boston, MA 02110 <br> (617) 720-2626 <br><br> Dated: July 3, 2025 | */s/ Jonathan D. Mutch* <br> Jonathan D. Mutch (BBO # 634543) <br> Timothy Wenger (BBO # 674087) <br> ROBINS KAPLAN LLP <br> 800 Boylston Street, 25th Floor <br> Boston, MA 02199 <br> (617) 859-2722 <br> Email: jmutch@robinskaplan.com <br> twenger@robinskaplan.com <br><br> Ronald S. Safer (*pro hac vice*) <br> Nick Kahlon (*pro hac vice*) <br> Amy Andrews (*pro hac vice*) <br> Abigail L. Peluso (*pro hac vice*) <br> RILEY SAFER HOLMES & CANCILA LLP <br> 1 South Dearborn Street, Suite 2200 <br> Chicago, IL 60603 <br> Tel: (312) 471-8700 <br> Email: rsafer@rshc-law.com <br> nkahlon@rshc-law.com <br> aandrews@rshc-law.com <br> apeluso@rshc-law.com <br><br> Dated: July 3, 2025 |

## **CERTIFICATE OF SERVICE**

      I, William E. Gildea, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on July 3, 2025.

                                      */s/ William E. Gildea*
                                      William E. Gildea