UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902-PBS |

### JOINT STATUS UPDATE REGARDING DISCOVERY MASTER

Pursuant to this Court's (Saris, J.) June 26, 2025 Order [Dkt. No. 141], Plaintiff Steward Health Care System LLC ("Steward"), Defendant American Guarantee and Liability Insurance Company ("AGLIC"), and Defendant Zurich American Insurance Company ("ZAIC") (collectively the "Parties") respectfully submit this Joint Status Update regarding the parties' efforts to engage a Discovery Master.

A. **Plaintiff's Position:**

Steward proposes the following individuals to serve as Discovery Master:

- Hon. Nancy Gertner (Ret.) https://resolutionsllc.com/hon-nancy-gertner-ret/
- Hon. Janet Sanders (Ret.) https://www.jamsadr.com/janet-sanders/;

Both of Steward's proposed Discovery Masters have been informed as to the needs of this case and both have confirmed that they are available. Plaintiff submits that having a Discovery Master local to Boston, Massachusetts who can quickly require counsel to appear in person before them is critical to keeping the parties focused on resolving disputes themselves and timely resolving the discovery disputes they are unable to resolve themselves. As well, this matter is governed by

7/7/25
I appoint the
Faith Hochberg.
Parties shall submit
a proposed order.
Pam B Sar

complex issues of Massachusetts insurance law, as already made evident by the certification of the "flood versus storm" issue certified to the Massachusetts Supreme Judicial Court. Both of Steward's proposed Discovery Masters have a high degree of familiarity with Massachusetts law in this area. This experience will be critical in understanding the contours of what discovery is actually necessary and proportional in this case. Defendants have rejected Steward's proposed Discovery Masters. Neither of the Discovery Masters proposed by Defendants are local and Steward opposes them.

**B. Defendants' Position:**

AGLIC and ZAIC (collectively, "Zurich") respectfully propose the following candidates to serve as Discovery Master:

- Hon. Faith S. Hochberg (Ret.) — https://www.judgehochberg.com/about-1
- Hon. Nan R. Nolon (Ret.) — https://www.redgravellp.com/bio/nan-r-nolan

Both are exceptionally qualified, well-equipped to resolve the discovery disputes between the Parties, and prepared to accept appointment as Discovery Master.

Judge Hochberg brings extensive experience in complex litigation, including insurance matters, and is particularly well-qualified to handle the discovery-related challenges at the core of this case. A former U.S. District Judge and U.S. Attorney for the District of New Jersey, she has been appointed as a special master in both federal and state courts to oversee discovery, resolve disputes, and ensure efficient case administration. Her expertise is especially relevant here, where the scope and relevance of Steward's financial records—critical to evaluating its business interruption claim—are in dispute. Judge Hochberg has reviewed the matter and confirmed that she is well-positioned to serve in this role and is willing to accept the appointment.