# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Steward Health Care System LLC, | |
| Plaintiff, | Civil Action No. 1:21-cv-11902 |
| v. | |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company, | |
| Defendants. | |

## JOINT MOTION FOR ENTRY OF FIRST ADDENDUM
## TO CONFIDENTIALITY STIPULATION (ECF NO. 66)

Plaintiff Steward Health Care System LLC and Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company jointly move pursuant to Fed. R. Civ. P. 26(c)(1)(G) for entry of the attached First Addendum to the Confidentiality Stipulation Concerning Confidential Patient Health Information ("Addendum") previously entered in this matter.  ECF Nos. 65-66.

Good cause exists to grant this Motion, as discovery in this matter is likely to involve the production of confidential patient health information subject to the provisions of applicable federal and state laws and regulations, including but not limited to the Health Insurance Portability and Accountability Act and 45 C.F.R. §§ 164.102-164.534.  The Addendum is designed to ensure that such information is adequately safeguarded while permitting discovery to proceed efficiently.

Accordingly, the parties jointly move this Court to grant this Motion and endorse and enter the Addendum, attached hereto as **Exhibit A**.

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC | AMERICAN GUARANTEE AND LIABILITY COMPANY and ZURICH AMERICAN INSURANCE COMPANY |
| By its attorneys: | By their attorneys: |
| */s/ Seth J. Robbins* | */s/ Jonathan D. Mutch* |
| Howard M. Cooper (BBO No. 543842) | Jonathan D. Mutch, Esq. (BBO No. 634543) |
| David H. Rich (BBO No. 634275) | Timothy Wenger, Esq. (BBO No. 674087) |
| Seth J. Robbins (BBO No. 655146) | ROBINS KAPLAN LLP |
| Matthew S. Furman (BBO No. 679751) | 800 Boylston Street, 25th Floor |
| Josh L. Launer (BBO No. 673661) | Boston, MA 02199 |
| William E. Gildea (BBO No. 699112) | (617) 859-2722 |
| Elizabeth L. Gardon (BBO No. 711867) | JMutch@RobinsKaplan.com |
| Samuel M. Myers (BBO No. 711471) | TWenger@RobinsKaplan.com |
| TODD & WELD LLP | |
| One Federal Street, 27th Floor | Ronald S. Safer (*pro hac vice*) |
| Boston, MA 02110 | Nick Kahlon (*pro hac vice*) |
| (617) 720-2626 | Amy Andrews (*pro hac vice*) |
| hcooper@toddweld.com | Abigail L. Peluso (*pro hac vice*) |
| drich@toddweld.com | RILEY SAFER HOLMES & CANCILA LLP |
| srobbins@toddweld.com | 1 South Dearborn Street, Suite 2200 |
| mfurman@toddweld.com | Chicago, IL 60603 |
| jlauner@toddweld.com | Tel: (312) 471-8700 |
| wgildea@toddweld.com | rsafer@rshc-law.com |
| egardon@toddweld.com | nkahlon@rshc-law.com |
| smyers@toddweld.com | aandrews@rshc-law.com |
| | apeluso@rshc-law.com |

Date: September 18, 2025

## CERTIFICATE OF SERVICE

      I, Seth J. Robbins, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on September 18, 2025.

                                                      */s/ Seth J. Robbins*
                                                      Seth J. Robbins