# **Exhibit A**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Steward Health Care System LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>American Guarantee and Liability Insurance Company and Zurich American Insurance Company,<br><br>        Defendants. | Civil Action No. 1:21-cv-11902 |

**FIRST ADDENDUM TO CONFIDENTIALITY STIPULATION (ECF NO. 66) CONCERNING CONFIDENTIAL PATIENT HEALTH INFORMATION**

WHEREAS, the parties to the above-captioned litigation have entered into a Confidentiality Stipulation entered by this Court (ECF No. 66) (the "Stipulation");

WHEREAS, the parties seek to file an addendum to the Stipulation to establish procedures for the handling of documents and information containing Patient Health Information;

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court and pursuant to Fed. R. Civ. P. 26(c)(1), that this Addendum to the Confidentiality Stipulation Concerning Confidential Patient Health Information (the "Addendum") will govern the handling of documents, deposition testimony, deposition exhibits, deposition transcripts, written discovery requests, interrogatory responses, responses to requests for admissions, and responses to requests for documents and electronically stored information, and any other information or material produced, given, or exchanged, including any information contained therein or derived therefrom, by or among any Party or non-Party providing information, documents, or material in this litigation.

1. This Addendum shall relate to and govern the production, exchange, and receipt of Confidential Patient Information.

2. "Confidential Patient Information," as used herein, means any information that may contain certain individually identifiable health information (defined as the patient's name and health information that is connected to the patient's name, address, birth date, Social Security number, or other identifying number).

3. Confidential Patient Information will be produced subject to the provisions of applicable federal and state laws and regulations, including but not limited to the Health Insurance Portability and Accountability Act and 45 C.F.R. §§ 164.102-164.534.

4. All "individually identifiable health information," or "protected health information" as those phrases are defined in 45 C.F.R. § 160.103, will be considered Confidential Patient Information, subject to this Addendum.

5. The producing party may redact Confidential Patient Information before producing a document or other discovery material containing Confidential Patient Information.

6. If at any time the receiving party intends to use a document that it knows or reasonably should know contains Confidential Patient Information that was not redacted, before using any document in a deposition, filing, or other proceeding, the receiving party shall promptly notify the producing party so that the document may be appropriately redacted and reproduced in accordance with this Addendum.

7. If any Party or deponent discusses Confidential Patient Information or uses as an exhibit Confidential Patient Information on the record at deposition, then the pertinent pages of the transcript or exhibit shall be stamped "CONFIDENTIAL PATIENT INFORMATION."

8. As provided in 45 C.F.R 164.512(e), the Parties are prohibited from using or disclosing Confidential Patient Information for any purpose other than this Litigation, and at the conclusion of this Litigation, including all appeals, all Confidential Patient Information will be returned to the Party, person, or entity providing the information, or destroyed.

9. All other terms, provisions, and procedures concerning the exchange, use, and disclosure of Confidential Material as set forth in the Stipulation shall apply to Confidential Patient Information, including the rights of a producing party to clawback any inadvertently unredacted documents containing Confidential Patient Information in accordance with Paragraph 15 of the Stipulation so that the document may be appropriately redacted and reproduced in accordance with this Addendum.

10. The foregoing provisions of this First Addendum shall (i) become binding and effective as between the parties upon the execution of this document by the parties and approval by the Court, and (ii) survive the final termination of this action, unless otherwise agreed.

11. The foregoing is entirely without prejudice to the right of any party to apply to the Court for any further protective order or for modification of this Addendum or to seek any other relief from the Court.

12. The restrictions imposed by this Addendum may be modified or terminated only by further order of the Court or by written stipulation of the parties.

**SO ORDERED**.

Dated: _____        _____
                                        The Honorable Patti B. Saris
                                        United States District Court Judge

| STEWARD HEALTH CARE SYSTEM LLC | AMERICAN GUARANTEE AND LIABILITY COMPANY and ZURICH AMERICAN INSURANCE COMPANY |
|---|---|
| By its attorneys: | By its attorneys: |
| */s/ Seth J. Robbins* | */s/ Jonathan D. Mutch* |
| Howard M. Cooper (BBO No. 543842) | Jonathan D. Mutch, Esq. (BBO No. 634543) |
| David H. Rich (BBO No. 634275) | Timothy Wenger, Esq. (BBO No. 674087) |
| Seth J. Robbins (BBO No. 655146) | ROBINS KAPLAN LLP |
| Matthew S. Furman (BBO No. 679751) | 800 Boylston Street, 25th Floor |
| Josh L. Launer (BBO No. 673661) | Boston, MA 02199 |
| William E. Gildea (BBO No. 699112) | (617) 859-2722 |
| Elizabeth L. Gardon (BBO No. 711867) | JMutch@RobinsKaplan.com |
| Samuel M. Myers (BBO No. 711471) | TWenger@RobinsKaplan.com |
| TODD & WELD LLP | |
| One Federal Street, 27th Floor | Ronald S. Safer (*pro hac vice*) |
| Boston, MA 02110 | Nick Kahlon (*pro hac vice*) |
| (617) 720-2626 | Amy Andrews (*pro hac vice*) |
| hcooper@toddweld.com | Abigail L. Peluso (*pro hac vice*) |
| drich@toddweld.com | RILEY SAFER HOLMES & CANCILA LLP |
| srobbins@toddweld.com | 1 South Dearborn Street, Suite 2200 |
| mfurman@toddweld.com | Chicago, IL 60603 |
| jlauner@toddweld.com | Tel: (312) 471-8700 |
| wgildea@toddweld.com | Email: rsafer@rshc-law.com |
| egardon@toddweld.com | nkahlon@rshc-law.com |
| smyers@toddweld.com | aandrews@rshc-law.com |
| | apeluso@rshc-law.com |

Date: September 18, 2025