UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>  Defendants. | Civ. Action. No. 21-cv-11902-PBS |

**DISCOVERY MASTER ORDER NO. 4:**
**Third Party Subpoena to Consigli Construction Co., Inc.**

Pursuant to Discovery Master Order No. 2 (ECF 156), on October 15, 2025, Defendants American Guarantee and Liability Insurance Company ("AGLIC") and Zurich American Insurance Company ("Zurich") (collectively, "Defendants") submitted a status update on their discussions with multiple third parties on whom Defendants served document subpoenas. For each third party, Defendants' submission set out areas of agreement and remaining disputes. Pursuant to the Court's Order appointing the undersigned as Discovery Master to decide discovery disputes in this matter (ECF 149), the Discovery Master instructs Defendants and third party Consigli Construction Co., Inc. ("Consigli") as follows.

Defendants' and Consigli's Positions:

Consigli is a construction management firm that prepared construction schedules and pricing and cost documents for Plaintiff Steward Health Care System. LLC ("Steward") after the June 28, 2020 flood event. Defendants served a document subpoena on Consigli on February 27, 2025. Consigli then engaged in a meet and confer process with Defendants. In a July 28, 2025 letter, Consigli agreed to produce, and then produced, certain documents related to its construction planning work for Steward at Norwood Hospital. In the same letter, Consigli also agreed to produce emails from custodians Stephanie O'Brien (Project Executive) and John Anzalone (Project Estimator), but has not yet made this production. Defendants represent that approximately 11,000 emails were identified as responsive by Consigli for these custodians, and argues that these documents should be produced by October 24, 2025.

Consigli argues that it is a third party and that Defendants' requests for production within seven business days is not reasonable. Consigli also argues that it was retained by Steward as a

1

non-testifying consulting expert in March of 2022, and that it will not produce documents related to this engagement. Defendants request that the Discovery Master order the production of emails relating to materials or reports Consigli prepared for submission as part of Steward's insurance claims, and to provide a privilege log for those materials that Consigli withholds on the basis of attorney-client protections.

<u>Discovery Master's Ruling</u>:

    Defendants and Consigli shall meet and confer by the end of day on Monday, October 20, 2025, to determine if any search terms could be used to narrow down the approximately 11,000 documents that were identified by Consigli as responsive to Defendants' subpoena. After agreement on those parameters, Consigli shall work to substantially complete its production by November 7, 2025. A privilege log for any documents withheld on the basis of privilege shall accompany Consigli's production. Any challenges to Consigli's privilege designations must be raised with the Discovery Master by November 10, 2025.

    The Discovery Master recognizes Consigli's position as a third party to this litigation and appreciates its past and continued work to complete its production in a timely manner in order to keep the case moving forward efficiently.

Dated: October 17, 2025                      /s/ *Faith S. Hochberg*
                                                      Hon. Faith S. Hochberg, U.S.D.J. (ret.)