UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civ. Action. No. 21-cv-11902-PBS |

## DISCOVERY MASTER ORDER NO. 5:
### Third Party Subpoena to GenHoldco LLC d/b/a CREF

Pursuant to Discovery Master Order No. 2 (ECF 156), on October 15, 2025, Defendants American Guarantee and Liability Insurance Company ("AGLIC") and Zurich American Insurance Company ("Zurich") (collectively, "Defendants") submitted a status update on their discussions with multiple third parties on whom Defendants served document subpoenas. For each third party, Defendants' submission set out areas of agreement and remaining disputes. Pursuant to the Court's Order appointing the undersigned as Discovery Master to decide discovery disputes in this matter (ECF 149), the Discovery Master instructs Defendants and third party GenHoldco LLC d/b/a CREF ("CREF") as follows.

Defendants' and CREF's Positions:

CREF provided property and facilities management services to Plaintiff Steward Health Care System. LLC ("Steward") for Norwood Hospital. Defendants' submission states that the former CEO of Steward, Ralph de la Torre, reportedly held a 40% ownership stake in CREF, including while Steward was paying management fees to CREF. Defendants argue that Steward and CREF were therefore closely tied to each other financially, and at the corporate and executive levels.

On June 23, 2025, Defendants issued a document subpoena to CREF, and since that time, the Defendants and CREF have met and conferred on multiple occasions. As a result of the meet and confer process, CREF has agreed to produce documents in response to Request No. 1 for a time period from January 1, 2018 to June 28, 2020 by October 24, 2025. CREF has also agreed to provide the information sought by Request No. 3 from 2015 to the present by October 24, 2025. In response to Request No. 4, CREF also agreed to produce, by October 24, 2025, any

1

Master Services Agreements (however titled) between CREF and Steward concerning CREF operating at, renovating, rebuilding, replacing, damages, the insurance claim and flood, at Norwood Hospital, as well as documents reflecting Steward's payment history sufficient to demonstrate performance under those agreements.

In response to Request No. 2, CREF agreed to conduct a reasonable search for documents from June 28, 2020 through December 31, 2023, but argues that Defendants' requested date for completion of that production, October 24, 2025, is not reasonable given the scope of the search and the likely volume of responsive documents. CREF requests 45 days for the completion of this production. Defendants seek a shorter production timeframe in an attempt to keep the case on schedule.

Discovery Master's Ruling:

The Discovery Master greatly appreciates CREF's efforts and cooperation with Defendants to get its production completed in a timely manner given the schedule of this case. CREF shall complete its production for Request Nos. 1, 3, and 4 by October 24, 2025, as agreed by the parties. This production shall be accompanied by a privilege log for any documents withheld by CREF on the basis of privilege. Any challenges by Defendants to designations of privilege made by CREF shall be made within 3 days of Defendants' receipt of the privilege log.

CREF shall work to substantially complete its production in response to Request No. 2 by November 14, 2025. The Discovery Master appreciates that CREF is working quickly to satisfy its subpoena obligations, but the requested 45 days is far too long of a delay in the tight schedule of this case. The Discovery Master commends CREF's past and continued work to complete its production in a timely manner in order to keep the case moving forward efficiently.

Dated: October 17, 2025              /s/ *Faith S. Hochberg*_____
                                     Hon. Faith S. Hochberg, U.S.D.J. (ret.)