UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civ. Action. No. 21-cv-11902-PBS |

### DISCOVERY MASTER ORDER NO. 6:
### Third Party Subpoena to KPMG LLP

Pursuant to Discovery Master Order No. 2 (ECF 156), on October 15, 2025, Defendants American Guarantee and Liability Insurance Company ("AGLIC") and Zurich American Insurance Company ("Zurich") (collectively, "Defendants") submitted a status update on their discussions with multiple third parties on whom Defendants served document subpoenas. For each third party, Defendants' submission set out areas of agreement and remaining disputes. Pursuant to the Court's Order appointing the undersigned as Discovery Master to decide discovery disputes in this matter (ECF 149), the Discovery Master instructs Defendants and third party KPMG LLP ("KPMG") as follows.

Status of Third Party Discovery from KPMG:

Defendants and KPMG are currently engaged in the meet and confer process. KPMG produced materials to Defendants, and the parties are currently discussing KPMG's alleged deficiencies in this production. Defendants do not currently request involvement from the Discovery Master.

Discovery Master's Instructions:

Defendants and KPMG shall continue their productive meet and confer process. KPMG shall work to substantially complete its production by November 7, 2025. Any disputed issues shall be promptly raised with the Discovery Master within 2 days of impasse. Any disputed issues shall be presented in a Redfern chart with legal support for the parties' positions.

1

     The Discovery Master recognizes KPMG's position as a third party to this litigation and appreciates its past and continued work to complete its production in a timely manner in order to keep the case moving forward efficiently.

Dated: October 17, 2025                 /s/ *Faith S. Hochberg*
                                                 Hon. Faith S. Hochberg, U.S.D.J. (ret.)