# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC, | |
| Plaintiff, | Civ. Action. No. 21-cv-11902-PBS |
| v. | |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendants. | |

## DISCOVERY MASTER ORDER NO. 7:
### Third Party Subpoena to National Fire Adjustment Co., Inc.

Pursuant to Discovery Master Order No. 2 (ECF 156), on October 15, 2025, Defendants American Guarantee and Liability Insurance Company ("AGLIC") and Zurich American Insurance Company ("Zurich") (collectively, "Defendants") submitted a status update on their discussions with multiple third parties on whom Defendants served document subpoenas. For each third party, Defendants' submission set out areas of agreement and remaining disputes. Pursuant to the Court's Order appointing the undersigned as Discovery Master to decide discovery disputes in this matter (ECF 149), the Discovery Master instructs Defendants and third party National Fire Adjustment Co., Inc. ("NFA") as follows.

Status of Third Party Discovery from NFA:

Defendants report that NFA has provided what it represents as its final set of documents. As of the time of the October 15 status update, Defendant had not completed a review of NFA's production, and states that no privilege log has yet been provided. Defendants do not request the Discovery Master's involvement at this time.

Discovery Master's Instructions:

The Discovery Master appreciates NFA's efforts in completing its production in this matter. NFA shall provide a privilege log to Defendants for any documents it has withheld on the basis of privilege by October 24, 2025. Any disputed issues shall be promptly raised with the Discovery Master within 3 days of impasse. Any disputed issues shall be presented in a Redfern chart with corresponding legal briefs of not more than 3 pages, numbered to correlate to each issue number in the Redfern chart.

The Discovery Master recognizes NFA's position as a third party to this litigation and appreciates its past and continued work to complete its production in a timely manner in order to keep the case moving forward efficiently.

Dated: October 17, 2025                    /s/ *Faith S. Hochberg*_____
                                           Hon. Faith S. Hochberg, U.S.D.J. (ret.)