UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civ. Action. No. 21-cv-11902-PBS |

### DISCOVERY MASTER ORDER NO. 8:
### Third Party Subpoena to Marsh FACS

Pursuant to Discovery Master Order No. 2 (ECF 156), on October 15, 2025, Defendants American Guarantee and Liability Insurance Company ("AGLIC") and Zurich American Insurance Company ("Zurich") (collectively, "Defendants") submitted a status update on their discussions with multiple third parties on whom Defendants served document subpoenas. For each third party, Defendants' submission set out areas of agreement and remaining disputes. Pursuant to the Court's Order appointing the undersigned as Discovery Master to decide discovery disputes in this matter (ECF 149), the Discovery Master instructs Defendants and third party Marsh FACS ("Marsh") as follows.

Status of Third Party Discovery from Marsh:

The Discovery Master addressed Defendants' subpoena to Marsh in Discovery Master Order No. 2 (ECF 156). Since that time, Marsh provided a second document production to Defendants, and advises that its document production is substantially complete, with expected complete production before October 24, 2025. Defendants do not request the Discovery Master's involvement at this time.

Discovery Master's Instructions:

The Discovery Master appreciates Marsh's continuing efforts in completing its production in this matter. Marsh shall provide a privilege log to Defendants for any documents it has withheld on the basis of privilege by November 7, 2025. Any disputed issues shall be promptly raised with the Discovery Master within 3 days of impasse. Any disputed issues shall

1

be presented in a Redfern chart with corresponding legal briefs of not more than 3 pages, numbered to correlate to each issue number in the Redfern chart.

      The Discovery Master recognizes Marsh's position as a third party to this litigation and appreciates its past and continued work to complete its production in a timely manner in order to keep the case moving forward efficiently.

Dated: October 17, 2025                    /s/ *Faith S. Hochberg*
                                                 Hon. Faith S. Hochberg, U.S.D.J. (ret.)