## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Steward Health Care System LLC,

       Plaintiff,

       v.

American Guarantee and Liability Insurance
Company and Zurich American Insurance
Company,

       Defendants.

Civil Action No. 1:21-cv-11902

## NOTICE OF APPEARANCE

I, Aedan Dunn, hereby enter my appearance as counsel on behalf of Plaintiff Steward Health Care System LLC in the above-entitled action.

Respectfully submitted,

**STEWARD HEALTH CARE SYSTEM LLC**

By its attorney:

*/s/ Aedan Dunn*_____
Aedan Dunn (BBO# 709129)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
adunn@toddweld.com

Dated: October 24, 2025

## CERTIFICATE OF SERVICE

I, Aedan Dunn, hereby certify that the foregoing was filed through the ECF system and will therefore be sent electronically to all counsel of record as identified on the Notice of Electronic Filing (NEF) on October 24, 2025.

*/s/ Aedan Dunn*
Aedan Dunn