UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civ. Action. No. 21-cv-11902-PBS |

**DISCOVERY MASTER ORDER NO. 9:**
**Regarding Production of MPT Claims File Documents**

Plaintiff Steward Health Care System LLC ("Steward") requests that the Discovery Master order Defendant Zurich American Insurance Company ("Zurich") to produce its Medical Properties Trust ("MPT") claims file through October 31, 2024. Zurich opposes Steward's request for extending the scope of the documents produced from this file, and argues that its production through August 2023 is appropriate. Pursuant to the Court's Order appointing the undersigned as Discovery Master to decide discovery disputes in this matter (ECF 149), the Discovery Master rules as follows.

Background on MPT Claim

This case concerns a storm event that caused damage to Norwood Hospital on June 28, 2020. At that time, Steward operated Norwood Hospital, leasing the hospital premises from MPT, the entity that owned Norwood Hospital. Defendant Zurich insured MPT, while Defendant American Guarantee and Liability Insurance Company ("AGLIC") insured Steward under separate policies.

After the storm event, Both MPT and Steward filed separate insurance claims. MPT made claims from Zurich; Steward filed claims with AGLIC. A dispute arose between MPT and Zurich regarding MPT's insurance claim. In October 2021, Zurich filed a declaratory judgment action against MPT pertaining to MPT's claim in a separate case. Zurich and MPT ultimately resolved their litigation in a settlement of that case in November 2024. The instant case is the lawsuit between Steward and AGLIC.

1

Steward's Position

Steward argues that relevance of MPT's claim file is not disputed. Steward points to Zurich's agreement to produce the MPT file through August 2023 as supporting this position.

Steward also states that MPT received approximately $36 million from Zurich as of September 2024, but that in November 2024, a few weeks before Steward ceased operations in Massachusetts and relinquished future occupancy of Norwood Hospital, Zurich paid MPT an additional $124 million, resolving their claim. Steward argues that Zurich's November 2024 settlement with MPT reflects continued adjustment activity in the claim file relating to the storm event.

Steward also argues that both MPT's and Steward's claims arose from the same event and were adjusted by the same adjuster, Mark Graves, and that Zurich, through Mr. Graves, acknowledged that the two claims were adjusted "jointly and concurrently."

Zurich's Position

Zurich disagrees with Steward's assertion that relevance of the claim file is undisputed. Zurich argues that it has consistently objected to the production of materials relating to the resolution of the MPT claim. Zurich further argues that the MPT claim involved a different insured entity and different policy than that at issue in this litigation.

Zurich argues that the MPT claim file was previously produced in connection with the then-pending litigation with MPT, which is now settled, and that it was provided to Steward early in the discovery process in this case. Zurich contends that its recent agreement to extend the timeframe of the production of the MPT claim file through August 2023 was a compromise by Zurich, but that no further expansion of the timeframe is warranted.

Discovery Master Ruling

The Discovery Master finds that the cutoff date for the production of the MPT claim file is August 2023. Steward will have the opportunity to test through the deposition testimony of Mr. Graves, or another Zurich representative, whether MPT claims adjustment activity continued past August 2023 or whether the November 2024 payment by Zurich was the result of settlement negotiations between the parties. The questioning, however, may not probe the settlement negotiations, nor Zurich's internal discussions of its settlement positions nor communications with MPT regarding settlement. If that deposition testimony reveals that the claims adjustment process continued beyond August 2023, Steward may renew its request to the Special Master.

Dated: November 7, 2025                    /s/ *Faith S. Hochberg*
                                            Hon. Faith S. Hochberg, U.S.D.J. (ret.)