# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-11902 |
| ) | |
| AMERICAN GUARANTEE AND LIABILITY ) | |
| INSURANCE COMPANY and ZURICH ) | |
| AMERICAN INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY'S
OBJECTIONS AND RESPONSES TO STEWARD HEALTH CARE
SYSTEM LLC'S FIRST SET OF INTERROGATORIES**

American Guarantee and Liability Insurance Company ("AGLIC") interposes the
following objections and provides the following responses to Steward Health Care System
LLC's ("Steward") First Set of Interrogatories (the "Interrogatories") served on February 10,
2023.

AGLIC has not completed its investigation in this action. AGLIC has not completed its
trial preparation at this time and discovery is in early stages. Accordingly, all responses below
are based only upon the information and documents that are presently available and specifically
known to AGLIC. The following discovery responses are provided without prejudice to
AGLIC's rights: (a) to supplement the responses with additional documents or information at a
later date; (b) to present evidence of any facts subsequently identified during the course of
discovery; (c) to present any analyses not yet obtained or completed; and (d) to amend or
withdraw any responses accordingly.

AGLIC makes no implied admissions regarding the contents of the following responses.

obtain proprietary and confidential information belonging to third parties—including, but not limited to, other policyholders that cannot be produced without consent—and seeks documents protected by the attorney-client privilege, the work product doctrine, or any otherwise applicable privilege, doctrine, exemption, or immunity.

6.     Please set forth in full and complete detail all facts which support AGLIC's "determin[ation] [that] the Period of Liability for Steward's claimed business income loss – including when the Norwood Hospital could have been repaired with due diligence and dispatch and made ready for operations under the same conditions that existed prior to the Flood ends July 15, 2022" as claimed in Mr. Graves' Letter to Steward dated December 23, 2022.

**OBJECTION: AGLIC incorporates the Introductory Objections and objections to the Definitions and Instructions, as set forth above. AGLIC objects to this Interrogatory, including the use of the phrase "complete detail," in that it is vague, ambiguous, and lacks particularity. AGLIC further objects to this Interrogatory as being overly broad and unduly burdensome to the extent that it seeks "all facts" supporting AGLIC's determination of the Period of Liability. AGLIC further objects to this Interrogatory to the extent it seeks information that will necessarily be the subject of expert review and disclosure. AGLIC will provide such information in accordance with the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for the District of Massachusetts, and the Court's Orders.**

**RESPONSE: Subject to and without waiving these objections, American Guarantee and Liability Insurance Company, subject to and in accordance with its Objections and Responses to Steward Health's First Request for Production of Documents, is producing documents, including (a) certain claim  documents; and (b) emails from certain custodians,**

from which, as provided for in Federal Rule of Civil Procedure 33(d), Steward may determine the information sought by this Request for Production.

Responding further, <mark>AGLIC and Zurich adjusted the claims of both Steward and MPT arising out of the water loss at Norwood Hospital concurrently and jointly</mark>.  They retained and relied upon qualified professionals to assist in determining the Period of Liability. Zurich obtained a scope of work from DBI Construction outlining the repair required to restore the buildings damaged by the water intrusion developed with input from multiple engineering and trade-specific construction professionals. Shawmut Design and Construction ("Shawmut") prepared a construction schedule outlining the repairs needed to address the water damage, concluding that construction could be completed by May 13, 2022. AGLIC retained Katie Twomey, Executive Managing Director at J. S. Held, to review Shawmut's scheduling assumptions.

The Period of Liability runs from June 28, 2020 (the date of loss) to July 15, 2022, a total of 747 calendar days. AGLIC has since paid Steward over $91 million for its Gross Earnings loss during this period.

7.    Identify all persons who have participated in AGLIC's Investigation, analysis of and/or response to Steward's requests for coverage under the Policy for losses Steward claims to have incurred because of the Storm, and describe in detail the role each such person played on AGLIC's behalf, the actions taken and the communications made by or on behalf of AGLIC as a result of Steward's notification to AGLIC of the Storm, including without limitation any Investigation conducted or the procedures followed to determine whether to provide coverage for any of Steward's claimed losses.

Dated: March 10, 2025

AS TO OBJECTIONS:

AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY

By Its Attorneys,


 _/s/ Jonathan D. Mutch_
Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
Email: JMutch@RobinsKaplan.com
            TWenger@RobinsKaplan.com


**_Attorneys for Defendant American
Guarantee and Liability Insurance Company_**


## CERTIFICATE OF SERVICE

I, Jonathan D. Mutch, certify that on this date, the foregoing American Guarantee and

Liability Company's Objections and Responses to Steward Health Care System LLC's First Set

of Interrogatories were served via email upon counsel of record.


Dated: March 10, 2025                    _/s/ Jonathan D. Mutch_

## <u>VERIFICATION</u>

    I, Mark Graves, being first duly sworn, do hereby affirm that the foregoing Responses to Steward's First Set of Interrogatories are true and correct to the best of my knowledge and belief.

**Mark A. Graves**

By: _Mark A. Graves_