# Exhibit B



January 11, 2021

<u>*Via Electronic Mail Only*</u>

Scott Kenyon
Vice President
Steward Health Care System LLC
1900 Pearl Street
Suite 2400
Dallas, TX 75201

Re:  Insured:         Steward Health Care System LLC
     Claim No.:       5630054105
     Policy No:       ZMD 1393138-00 (the "Policy")
     Date of Loss:    June 28, 2020
     Loss Location:   800 Washington Street, Norwood, MA 02062

Dear Mr. Kenyon,

I write to address certain matters relating to Steward Health Care System, LLC's ("Steward") December 4, 2020 claim presentation.

### I.  Response to Claim Submission

#### A.  High Level Concerns

Steward's December 4, 2020 claim submission includes a document entitled "Claim Summary – Steward Only" which identifies the total amounts that Steward asserts it suffered from the June 28, 2020 flood event at the Norwood Hospital facility. Steward seeks a total of $202,483,879 from that event, of which Steward claims $112,218,364 for what it terms "Flood" and a further $90,265,515 for what is termed "Storm."

As part of its total claim Steward seeks $57.5 million for "Property Damage" consisting of $13.2 million asserted as "Flood" property damage and $44.3 million asserted as "Storm" property damage. A majority of both claimed amounts are asserted to be loss of business personal property, although loss for Building and Remediation and Clean Up are also included.

The bulk of Steward's claim seeks a total of $144.5 million for Time Element loss. This is broken down by Steward as $98.8 million asserted for "Flood" time element loss and $45.7 million asserted for "Storm" time element loss. Of the total claimed Time Element loss, all but $15.3 million is asserted to be Business Interruption loss running from June 28, 2020 through

CONFIDENTIAL                                                    ZUR0080853

January 11, 2021
Page 2

June of 2023. A total of $10.3 million is claimed for Extra Expenses and $5 million for Extended Period of Indemnity; both are split roughly evenly between what Stewart asserts as "Flood" and "Storm" loss.

American Guarantee and Liability Insurance Company ("AGLIC") issued the Policy insuring Steward pursuant to all terms, limits, exclusions and conditions contained therein. AGLIC and its consultants are working to provide a detailed analysis of this claim submission, which will be provided once completed. In the interim, AGLIC has identified two primary areas of concern with the claim as asserted. These concerns are set out below and are identified here without limiting or waiving AGLIC's right to respond in more detail. AGLIC reserves all rights under the Policy and at law, waiving none.

First, substantially too long of a time is asserted by Steward as necessary to repair and restore operations of the Norwood Hospital following the loss. As you know, the Policy provides (subject to all Policy terms) that AGLIC will pay for the actual Time Element loss Steward sustains, as provided in the Time Element Coverages, during the "Period of Liability." The Period of Liability is a term addressed by Section 4.03 of the Policy, and it is quoted within Section II of this letter. Subject, again, to all Policy terms and stated generally, the Period of Liability begins on the date of loss and ends when "when with due diligence and dispatch the building and equipment could be repaired or replaced, and made ready for operations under the same or equivalent physical and operating conditions that existed prior to the damage."

In measuring the actual Time Element loss recoverable by Steward as a result of the loss, AGLIC will follow the terms of the Policy including the Period of Liability. Factors that are relevant to the Time Element loss calculation include the scope of repair and restoration of covered damage, the due diligence with which any covered repair and restoration work is completed, and Steward's efforts at resuming hospital operations with due diligence.

Although the claim support and detail is incomplete, Steward's Time Element claim, which runs through June of 2023, appears based on a scope of repair beyond that which is needed to restore the flood damage from the June 28, 2020 event. The owner of the buildings that house Steward's Norwood Hospital operation – Medical Properties Trust, Inc. ("MPT") – is insured under a separate policy issued by Zurich American Insurance Company ("ZAIC").[1] ZAIC, by letter dated December 23, 2020, identified to its insured MPT several concerns with the scope of repair claimed as to the buildings and equipment, the lack of due diligence in testing and evaluating damage, and the failure of MPT to begin certain needed repairs or replacement of building components and equipment, even where there is agreement that repair or replacement is needed. Those concerns are relevant here as well to the calculation of Steward's Time Element loss for the reasons stated above.

Second, Steward's claim as asserted also does not take into account the $150 million sublimit applicable to Flood (subject to all Policy provisions). In other words, while Steward's losses will

---

[1] As we have noted before, Steward appears to be asserting MPT's claim under the MPT policy, a practice to which ZAIC has objected and continues to reserve rights.

CONFIDENTIAL  ZUR0080854

January 11, 2021
Page 12

the cause or amount of loss or other matters relating thereto shall not act to waive, invalidate, forfeit, or modify any of their rights under the terms and conditions of the above numbered policy, and that American Guarantee and Liability Insurance Company reserves the right, if its investigation warrants, to claim that the loss asserted by you is not, or may not be, within the coverage of the involved policy.

Under such conditions, this letter is to make clear that any acts of investigation that may be performed are done without prejudice to any defense or rights, which American Guarantee and Liability Insurance Company may have, and without waiver of any of the terms, conditions, or provisions of the policy that you hold or applicable law.

Thank you for your anticipated cooperation.

Sincerely,

*[signature]*

Mark A. Graves, AIC, CPCU, AIC-M, RPA, PCLS
AVP, Executive General Adjuster
American Guarantee and Liability Insurance Company


cc: Robert Gendron (Via email only)
    Steward Health Care System LLC

    Nathalie Hibble (Via email only)
    Steward Health Care System LLC

    John Doyle (Via email only)
    Steward Health Care System LLC

    Ron Papa (Via email only)
    National Fire Adjustment

    Steven Richards (via email only)
    Optisure Risk Partners

    Sarah Finnegan (via email only)
    Optisure Risk Partners

CONFIDENTIAL

ZUR0080864