# Exhibit C

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    FOR THE DISTRICT OF MASSACHUSETTS
 4    ------------------------------------x
 5    STEWARD HEALTH CARE SYSTEM LLC,
 6                              Plaintiff,
 7    -against-                 Civil Action No.
                                1:21-cv-11902
 8
      AMERICAN GUARANTEE AND LIABILITY
 9    INSURANCE COMPANY and ZURICH AMERICAN
      INSURANCE COMPANY,
10
                                Defendants.
11
      ------------------------------------x
12
13
              REMOTE VIDEOTAPED DEPOSITION OF
14                      LARRY PORTAL
                    New York, New York
15                    June 25, 2025
16
17
      Reported By:
18
      ERIC J. FINZ
19
20
21
22
23
24
25        Job No. CRCC7428436
```

Page 193

```
 1                     LARRY PORTAL
 2        A.    I'm sure I did.
 3              (Plaintiff's Exhibit 10 for
 4        identification, Q2 2024 Form 10-Q.)
 5   BY MR. ROBBINS:
 6        Q.    Mr. Portal, you have in front
 7   of you what's been marked as Plaintiff's
 8   Exhibit 10.
 9              Do you see that?
10        A.    I do.
11        Q.    What is this document?
12        A.    The Form 10-Q for quarter
13   ended June 30, 2024.
14        Q.    That's the second quarter.
15   Correct?
16        A.    Yes.
17        Q.    And the 10-Q was filed on
18   August 9, 2024.  Correct?
19        A.    I don't have the exact date in
20   front of me.
21        Q.    Well, if you skip to the end
22   of the 10-Q.
23        A.    If that's what it says, then
24   yeah.
25        Q.    You have no reason to disagree
```

```
                                            Page 194
 1                  LARRY PORTAL
 2      with --
 3           A.    Correct.
 4           Q.    Okay.  Would you agree that
 5      this document is prepared in the ordinary
 6      course of MPT's reporting obligations and
 7      reflects information known to the company
 8      at the time?
 9           A.    Yes, of course.
10           Q.    Now, before we dive into the
11      document, it's true that in 2024, MPT
12      still owned the property where Norwood
13      Hospital is located.  Correct?
14           A.    Sorry, as of Q2 '24 we owned
15      the hospital, is that what you asked?
16           Q.    Yes, you still owned Norwood
17      Hospital.
18           A.    Yes, we do.
19           Q.    And we've established
20      obviously following the storm MPT
21      submitted a property insurance claim to
22      Zurich in 2020.  Correct?
23           A.    Yes.
24           Q.    I imagine that was one of
25      MPT's largest property damage claims.
```

|   |   |
|---|---|
|   | Page 195 |

```
 1                    LARRY PORTAL
 2    Correct?
 3         A.    Yes, we've established that.
 4         Q.    And MPT eventually filed suit
 5    against Zurich concerning its failure to
 6    pay for losses related to Norwood.
 7    Correct?
 8         A.    I think it was --
 9               MR. MENAPACE:  Objection.
10         A.    If I recall correctly, and my
11    counsel can confirm or -- it was a
12    response to an initial claim -- complaint
13    filed by Zurich.
14         Q.    That's a fair correction.
15               Zurich filed a lawsuit, and
16    then MPT responded with a counterclaim?
17         A.    That's what I recall.
18         Q.    And as -- so let's take a look
19    at the document.  Specifically page 16.
20               MR. JEFFERSON:  Which page?
21               MR. ROBBINS:  16.
22         A.    16, 1-6?
23         Q.    Correct.
24         A.    Okay.
25         Q.    And again, this is a
```

Page 196

1       LARRY PORTAL
2   disclosure made by MPT on August 9, 2024,
3   a few months prior to the settlement with
4   Zurich.  Correct?
5       A.   Yes.
6       Q.   And if you look at the bottom,
7   second to last paragraph on this page,
8   under the heading "development
9   activities," MPT discloses, "separately,
10  on the Norwood redevelopment, we have
11  approximately $150 million net of
12  payments received to date due to us from
13  a combination of recovery receivables,
14  included in other assets in the condensed
15  consolidated balance sheets, associated
16  with the damage to the original facility
17  in 2020, and a $50 million advance
18  (reflected in other loans in the
19  condensed consolidated balance sheets)
20  made to Steward in the first half of 2023
21  that is secured by, among other things,
22  proceeds from Steward's business
23  interruption insurance claims."
24      Do you see that?
25      A.   Mm-hmm, yes.

1               LARRY PORTAL
2        Q.    So the term "recovery
3   receivable" in MPT's 10-Q, reflects MPT's
4   internal accounting of its expected
5   recovery on account of the Norwood
6   insurance claim.  Correct?
7        A.    You would have to double-check
8   with the accountants, but I think that's
9   what it means.
10       Q.    You think that's what it means
11  but we could --
12       A.    I have to double-check with
13  the accountants, but yeah.
14       Q.    But what is your understanding
15  of what a recovery receivable means here?
16       A.    The expected receivable -- the
17  expected recovery.
18       Q.    From the Norwood insurance
19  claim?
20       A.    Yes.
21       Q.    And if we do the math here,
22  that expected recovery was $100 million.
23  Correct?
24       A.    I'm not sure how you got that.
25       Q.    Well, subtracting the $50

Page 198

1        LARRY PORTAL
2   million advance made to Steward, this
3   statement suggests that in the second
4   quarter of 2024, MPT recorded a $100
5   million recovery receivable.  Correct?
6        A.   I think they are two separate
7   things.  The 50 million advance was a
8   separate advance.
9        Q.   I agree with you.
10       A.   And that was -- if I stand
11  corrected from what I said earlier, that
12  was secured by the BI policy.
13       Q.   Right.  That's what that says
14  here.
15       A.   On the 50 million.
16       Q.   On the 50 million.
17            But if you look at the first
18  line, it says "separately, on the Norwood
19  redevelopment, we have approximately 150
20  million," which is made up, correct, of
21  two different components, the $50 million
22  advance and the -- what would be a $100
23  million recovery receivable.  Correct?
24       A.   I don't read it that way.
25  Give me a minute, let me read it myself.

```
                                                        Page 199
```

1                          LARRY PORTAL
2         Q.    Sure, take your time.
3         A.    Oh, due from a combination --
4               (Reporter clarification.)
5         A.    Now I read it the way you read
6    it.
7         Q.    Just to be clear for the jury,
8    what we're saying here is subtracting the
9    $50 million advance made to Steward in
10   2023, this statement suggests, in the
11   second quarter of 2024, MPT recorded a
12   $100 million recovery receivable
13   attributable to the Norwood Hospital
14   property damage claim.  Correct?
15        A.    That's what it seems to say,
16   yes.
17        Q.    And by the time of this
18   filing, as we've established, MPT had
19   only received approximately $36 million
20   in payments.  Correct?
21        A.    That's correct.
22        Q.    So as of August 9, 2024, MPT's
23   estimate of what it expected to recover
24   in total from Zurich was $136 million.
25   Correct?

Page 200

1                LARRY PORTAL
2        A.    That sounds about right.
3        Q.    But, so now let's look at the
4   next quarter disclosure.  You can keep
5   that one by you in case you want to refer
6   back to it.
7              (Plaintiff's Exhibit 11 for
8         identification, Q3 2024 Form 10-Q.)
9   BY MR. ROBBINS:
10       Q.    Mr. Portal, you have in front
11  of you what's been marked as Plaintiff's
12  Exhibit 11.  Correct?
13       A.    Yes.
14       Q.    And what is this document?
15       A.    This is the Q3 2024 10-Q.
16       Q.    And this form, I'll represent
17  to you, was filed on November 12, 2024.
18       A.    That sounds right.
19       Q.    Okay.  And so this 10-Q was
20  actually published after MPT settled its
21  lawsuit with Zurich regarding Norwood
22  Hospital.  Correct?
23       A.    I'm not sure if we received
24  the final resolution by then, but it was
25  after the mediation where we had an

```
                                                       Page 201
 1                      LARRY PORTAL
 2      agreement.
 3           Q.    Okay.  And if you still are in
 4      doubt, I can show you the docket of the
 5      lawsuit, where everything was dismissed
 6      before November 12 --
 7           A.    No need to show me, I take
 8      your word for it.
 9           Q.    Okay.  Let's take a look at
10      page 19.  At the very top of page 19.
11                 Why don't you take a moment
12      and read it to yourself and then we'll go
13      through it.
14           A.    I read it.
15           Q.    Okay.  It says, "Separately,
16      on the Norwood redevelopment, we
17      recovered cash in November 2024 that was
18      in excess of our recovery receivable
19      (included in other assets in the
20      condensed consolidated balance sheets)
21      resulting in a $24 million additional
22      recovery in the 2024 third quarter."
23                 Do you see that?
24           A.    I do.
25           Q.    So you would agree with me,
```

Page 202

1         LARRY PORTAL
2    Mr. Portal, according to MPT's public
3    filings, the actual cash received in
4    November 2024 exceeded the earlier
5    recorded receivable by $24 million.
6    Correct?
7         A.    That's what it seems to say.
8         Q.    Okay.  And the recovery
9    receivable that we discussed earlier was
10   the $100 million that MPT was expecting
11   to recover from Zurich regarding the
12   Norwood Hospital property damage claim.
13   Correct?
14        A.    Say that last part again.
15        Q.    Sure.
16        A.    Just the last sentence.
17        Q.    Sure.
18              The recovery receivable that
19   we discussed earlier in the last document
20   from Q2 2024, the 10-Q filing, was the
21   $100 million that MPT was expecting to
22   recover from Zurich regarding the Norwood
23   Hospital property damage claim.  Correct?
24        A.    I mean, if that's what you
25   want to imply from that, that's fine.

Page 203

1           LARRY PORTAL
2      Q.   I think you said it when we
3  walked through the last document.
4  Correct?
5      A.   Okay.  So what's your
6  question?
7      Q.   So based on MPT's public
8  filings, the amount MPT received from
9  Zurich in November of 2024 to resolve the
10 Norwood litigation would be approximately
11 $124 million?
12           (Direction not to answer.)
13           MR. MENAPACE:  I'm going to
14      just object now you're going beyond
15      words that are actually in the
16      filings.  And I'm going to invoke
17      the confidentiality of the
18      agreement.
19           MR. JEFFERSON:  Yeah.
20           THE WITNESS:  I'm not going to
21      comment anything more --
22           MR. JEFFERSON:  I'm going to
23      instruct the witness not to answer
24      that question.
25           THE WITNESS:  I'm not going to

Page 204

1          LARRY PORTAL
2     comment.
3  BY MR. ROBBINS:
4       Q.   You would agree with me that
5  100 plus 24 equals 124?
6       A.   I'm not going to comment on
7  anything in our public filings beyond
8  what we have in our public filings.
9       Q.   Taking the $124 million
10 recovery receivable, I'm going to say
11 hypothetically, hypothetically, if the
12 recovery for this receivable that we've
13 been reading about was $124 million, and
14 that reflects what the settlement was --
15 you're not saying that, I am -- if we add
16 that to the $36 million that Zurich had
17 already received -- that MPT had already
18 received, that would mean that MPT
19 received approximately $160 million for
20 its property insurance claim,
21 hypothetically.
22           MR. MENAPACE:  I'm going to
23      object.  So this is too close to
24      the confidentiality agreement to
25      disclose.

```
                                                Page 205
 1                  LARRY PORTAL
 2            MR. ROBBINS:  I'm not asking
 3       him to agree with me.  I'm asking
 4       him to agree with the math.
 5       Q.    I'm asking if the recovery
 6   receivable related to the MPT settlement,
 7   and you're not saying it is, but
 8   hypothetically if it does, that would
 9   mean that Zurich -- that MPT received
10   approximately $160 million for its
11   property insurance claim from Zurich.
12       A.    I'm not going to comment on
13   anything.  You have the same calculator
14   that I have.  I'm not going to comment on
15   anything related to the mediation.
16       Q.    As you sit here today,
17   certainly you have no reason to believe
18   that anything in the 10-Q is inaccurate?
19       A.    Correct.
20       Q.    I would like to refer you back
21   and ask you some questions about the
22   verified complaint that we were looking
23   at earlier.  If I can find it.
24       A.    Is that the one from October
25   2024?
```

Page 206

```
 1                    LARRY PORTAL
 2        Q.    Correct.
 3              MR. JEFFERSON:  Exhibit 9.
 4        A.    Are you done with the 10-Qs?
 5        Q.    Yes.  You can burn them.
 6              MR. MENAPACE:  Can we go off
 7        the record for two seconds?
 8              THE VIDEOGRAPHER:  The time on
 9        the video monitor is 2:07 p.m., we
10        off the record.  This end media 3.
11              (Discussion off the record.)
12              THE VIDEOGRAPHER:  We are back
13        on the record.  The time on the
14        video monitor is 2:13 p.m.  This
15        start media 4.
16  BY MR. ROBBINS:
17        Q.    Mr. Portal, if you could just
18     turn to page 9 again of the verified
19     complaint that you have in front of you,
20     which is Plaintiff's Exhibit 9.
21        A.    Yes.
22        Q.    Paragraph 44 at the top is
23     titled "Limited access to insurance
24     funds."
25              Do you see that?
```

```
                                                     Page 207
 1                       LARRY PORTAL
 2           A.    I do.
 3           Q.    And paragraph 44 reads,
 4      "Efforts to advance the project have been
 5      further impeded due to the refusal of the
 6      hospital's insurers to make prompt and
 7      complete payments on claims stemming from
 8      the June 28, 2020 storm."
 9                 Do you see that?
10           A.    I do.
11           Q.    And you would agree with that
12      statement.  Correct?
13           A.    I do.
14           Q.    Is there any other reason -- I
15      want to ask you about your basis for
16      agreeing with that statement.  Is there
17      anything different from what you've
18      already testified to?
19           A.    No.
20           Q.    Then in paragraph 49 on the
21      next page, the second sentence -- the
22      first sentence refers to proceedings in
23      the District Court.  Then the second
24      sentence says, "In the meantime, neither
25      MPT nor the holder, which is Steward, is
```

1    LARRY PORTAL
2    receiving the insurance payments related
3    to damage from the storm."
4             Do you see that?
5        A.   Yes.
6        Q.   And it was your understanding
7    that the status of the payments to -- it
8    was your understanding at this time in
9    October of 2024, that Steward wasn't
10   being paid on the business interruption
11   loss.  Correct?
12       A.   That was my understanding.
13       Q.   That was your understanding?
14       A.   That was my understanding.
15       Q.   Then the next paragraph says,
16   "MPT is reliant on these insurance
17   payments to help cover the costs of
18   construction and advance the project, and
19   the wait to receive them is contributing
20   to the ongoing construction delays."
21            Do you see that?
22       A.   I do.
23       Q.   And you would agree with that
24   statement?
25       A.   I would.