# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 1:21-cv-11902 |

**ZURICH AMERICAN INSURANCE COMPANY'S
OBJECTIONS AND RESPONSES TO
PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Federal Rules of Civil Procedure 36, and the Local Civil rules of the United States District Court for the District of Massachusetts, Defendant Zurich American Insurance Company ("Zurich"), by and through undersigned counsel, hereby object and respond to Plaintiff Steward Health Care System LLC's ("Steward") First Set of Requests for Admission to Defendant Zurich served on July 10, 2025 (the "Requests").

**PRLIMINARY STATEMENT**

Zurich has not completed its investigation in this action. Zurich has not completed its trial preparation at this time. The discovery process is still ongoing. Accordingly, all objections and responses below are based only upon the information and documents that are presently available and specifically known to Zurich. The following objections and responses are provided without prejudice to Zurich's rights: (a) to supplement the responses with additional documents or information at a later date; (b) to present evidence of any facts subsequently identified during the course of discovery; (c) to present any analyses not yet obtained or completed; and (d) to amend or withdraw any responses accordingly.

11. Zurich objects to the definition of "Shawmut" as vague, ambiguous, overly broad and unduly burdensome.  Zurich's Responses will be on the basis that Shawmut refers only to Shawmut Woodworking & Supply, Inc. d/b/a Shawmut Design and Construction.

## RESPONSES TO REQUESTS FOR ADMISSION

### Request No. 1

Admit that on December 24, 2021, as reflected in **Exhibit A**, Mark Graves of Zurich informed MPT that Zurich was updating its loss assessment and, based on that update, was increasing its actual cash value payment on the Norwood Hospital claim to $36,093,766.95.

### RESPONSE TO REQUEST FOR ADMISSION NO. 1

Zurich adopts and incorporates its Introductory Objections.  Zurich objects that this Request is vague and ambiguous, in part because it is unclear if Steward is referencing some manner or instance in which Zurich informed MPT about the content of Exhibit A other than through Exhibit A itself.  Zurich further objects that the Request mischaracterizes the contents of Exhibit A, which speaks for itself.  Exhibit A does not state that Zurich was increasing its actual cash value payment on the Norwood Hospital claim to $36,093,766.95.  Rather, Exhibit A states that Zurich's "updated replacement cost loss estimate for MPT's covered loss under the Policy is $47,494,505.00 with an *actual cash value loss estimate* of $36,093,766.95" and "[p]er the attached Statement of loss, the *net actual cash value loss payment owed* is $8,530,751.75." (emphasis added).

Subject to the foregoing and without waiving the same: Admitted only that on or about December 24, 2021, Mark Graves, on behalf of Zurich, sent to MPT the letter attached as Exhibit A.

7

**Request No. 3**

Admit that on November 1, 2024, the parties informed the Court in the MPT Lawsuit that settlement negotiations were ongoing and the parties will file a stipulation of dismissal as soon as an agreement was reached.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3**

Zurich adopts and incorporates its Introductory Objections.

Subject to the foregoing and without waiving the same: Admitted only that, on November 1, 2024, counsel for Zurich or MPT reported to the Court that the parties were engaged in discussions that may lead to the dismissal of the lawsuit *Zurich American Ins. Co. v. Medical Properties Trust, Inc*., D. Mass., Docket No. 1:21-cv-11621-PBS.

**Request No. 4**

Admit that on November 13, 2024, MPT voluntarily dismissed all claims against Zurich in the MPT Lawsuit.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4**

Zurich adopts and incorporates its Introductory Objections.  Zurich objects that this Request attempts to characterize actions taken by someone other than Zurich.  Zurich further objects that this Request is not relevant to any claim or defense in dispute and is therefore burdensome, harassing, oppressive, and does not seek relevant information proportional to the needs of this case.  Zurich further objects to the extent this Requests seeks information protected by the attorney-client privilege, work product doctrine, the settlement privilege, and any confidentiality agreement between Zurich and MPT.

Subject to the foregoing and without waiving the same: Admitted only that, on November 13, 2024, counsel for MPT filed a Stipulation of Dismissal in the lawsuit *Zurich*

**Request No. 7**

Admit that prior to the settlement agreement resolving the MPT Lawsuit, Zurich had paid MPT approximately $36,093,766.95 toward its insurance claim related to Norwood Hospital.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7**

Zurich adopts and incorporates its Introductory Objections. Zurich objects that this Request is vague and ambiguous, in part because "related to Norwood Hospital" is vague and ambiguous. Zurich further objects that this Request attempts to characterize communications between Zurich and MPT, the contents of which speak for themselves. Zurich further objects that this Request is not relevant to any claim or defense in dispute and is therefore burdensome, harassing, oppressive, and does not seek relevant information proportional to the needs of this case. Zurich further objects to this Request to the extent that it seeks the production and/or disclosure of trade secrets or information that is proprietary, confidential, or commercially sensitive to Zurich's and/or its employees, clients, and/or customers. Zurich further objects to the extent this Requests seeks information protected by the attorney-client privilege, work product doctrine, the settlement privilege, and any confidentiality agreement between Zurich and MPT.

Subject to the foregoing and without waiving the same: Admitted only that, prior to MPT filing the Stipulation of Dismissal in the lawsuit *Zurich American Ins. Co. v. Medical Properties Trust, Inc.*, D. Mass., Docket No. 1:21-cv-11621-PBS, Zurich made payments to MPT totaling approximately $36 million as a result of MPT's claim related to the June 28, 2020 flood event at Norwood Hospital.

11

communication from Sedgwick but does not cite any document or other record, the contents of which speak for themselves.

Subject to the foregoing and without waiving the same: Admitted only that Clifford W. Hyde, Jr. and Amy O'Rourke at Sedgwick sent a report related to Norwood Hospital, dated December 7, 2020, the content of which speaks for itself.

Dated August 8, 2025                             */s/ Michael Menapace*
                                                 Michael Menapace, Esq. (BBO 568841)
                                                 Wiggin and Dana, LLP
                                                 20 Church Street
                                                 Hartford, Connecticut 06103
                                                 Telephone: (860) 297-3733
                                                 Fax (860) 297-3799
                                                 E-mail:  mmenapace@wiggin.com

                                                 *Counsel for Defendant Zurich American Insurance Company*

21416\65\4897-8318-7799.v3

17