# Exhibit H

October 27, 2025

**VIA EMAIL – judgehochberg@judgehochberg.com**

Hon. Faith S. Hochberg (Ret.)
Hochberg ADR, LLP

> RE: *Steward Health Care System, LLC v. American Guarantee and Liability Ins. Co., et al.*, **Case No. 21-cv-11902-PBS (D. Mass.)**

Dear Judge Hochberg:

The below chart summarizes the parties' positions—set forth in greater detail in the accompanying letter briefs—concerning Zurich American Insurance Company's ("Zurich") objection to producing the complete claims file for the Medical Properties Trust ("MPT") insurance claim through October 31, 2024.

| # | Request | Steward's Position | Zurich's Position |
|---|---------|--------------------|--------------------|
| 1 | Steward requests the complete claims file for MPT's claim, through October 31, 2024. | Relevance is not disputed; Zurich agrees to produce through August 2023 but refused to produce documents thereafter. Given Zurich's November 2024 settlement with MPT, the relevant period extends through at least October 31, 2024. The claim file is material—it bears directly on whether Defendants manipulated MPT's claim to pressure Steward. | Relevance is disputed; Zurich has consistently objected to production of materials relating to its adjudication of MPT's claim, as it involved a different insured and different policy than that at issue here. The MPT claims file was previously produced in connection with the then-pending litigation with MPT (now settled), and provided to Steward early in the discovery process in this case. As a compromise, Zurich recently agreed to produce non-privileged claim notes and non-privileged claim documents from the MPT claim file through August 2023. |

| # | Request | Steward's Position | Zurich's Position |
|---|---------|-------------------|-------------------|
|   |         |                   | In any event, Zurich American's November 2024 settlement with MPT (which is confidential) has no bearing on Steward's claim against American Guarantee. Plaintiff asserts that delays by MPT in undertaking necessary repairs of the facility impacted its ability to begin the process of restoring the hospital, however Steward publicly announced the groundbreaking for construction of a new Norwood Hospital in November 2021, and therefore, to the extent that any such delays are relevant, they would have pre-dated this announcement. Steward further relinquished its rights to Norwood Hospital as of April 2024, and its license to operate in the Commonwealth of Massachusetts as of September 2024. |

Hon. Faith S. Hochberg (Ret.)
October 27, 2025
Page 3

Respectfully submitted,

| STEWARD HEALTH CARE SYSTEM LLC | AMERICAN GUARANTEE AND LIABILITY COMPANY and ZURICH AMERICAN INSURANCE COMPANY |
|---|---|
| By its attorneys: | By their attorneys: |
| /s/ Seth J. Robbins | /s/ Amy Andrews |
| Howard M. Cooper (BBO No. 543842) | Jonathan D. Mutch, Esq. (BBO No. 634543) |
| Seth J. Robbins (BBO No. 655146) | Timothy Wenger, Esq. (BBO No. 674087) |
| Josh L. Launer (BBO No. 673661) | ROBINS KAPLAN LLP |
| Aedan R. Dunn (BBO No. 709129) | 800 Boylston Street, 25th Floor |
| TODD & WELD LLP | Boston, MA 02199 |
| One Federal Street, 27th Floor | (617) 859-2722 |
| Boston, MA 02110 | JMutch@RobinsKaplan.com |
| (617) 720-2626 | TWenger@RobinsKaplan.com |
| hcooper@toddweld.com | |
| srobbins@toddweld.com | Ronald S. Safer, Esq. (*pro hac vice*) |
| jlauner@toddweld.com | Nick Kahlon, Esq. (*pro hac vice*) |
| adunn@toddweld.com | Amy Andrews, Esq. (*pro hac vice*) |
| | Abigail L. Peluso, Esq. (*pro hac vice*) |
| | RILEY SAFER HOLMES & CANCILA LLP |
| | 1 South Dearborn Street, Suite 2200 |
| | Chicago, IL  60603 |
| | Tel:  (312) 471-8700 |
| | rsafer@rshc-law.com |
| | nkahlon@rshc-law.com |
| | aandrews@rshc-law.com |
| | apeluso@rshc-law.com |

Date: October 27, 2025