# EXHIBIT C



April 10, 2024

Town of Norwood Building Department
Attn: Gary Pelletier
566 Washington Street,
Ground Floor, Room 8
Norwood, MA 02062

      Re:    Assignment and Assumption of Construction Contract in Norwood, Massachusetts

To whom it may concern:

MPT of Steward-Norwood, LLC ("MPT") is the owner of the property upon which a new replacement hospital is being constructed in Norwood, Massachusetts (the "Property"). When construction of the new replacement hospital on the Property began in 2022, Steward Health Care System LLC ("Steward"), MPT's tenant, was originally listed as owner on all contracts, permits, and licenses, including that certain Agreement, dated June 15, 2022 (the "Construction Contract"), by and between Steward and Suffolk Construction Company, Inc. As of March 5, 2024, MPT has accepted and assumed all of Steward's rights, interest, and obligations in all contracts, permits, and licenses related to the construction of the new replacement hospital on the Property, including the Construction Contract.

Please let this letter serve as notice to the Town of Norwood Building Department that MPT should be listed as owner on any and all permits, notices, and other construction-related documents issued by the Town of Norwood. If you require any further documentation to finalize this change, please contact us and we will promptly deliver any required information or further documentation; the MPT point of contact information is listed below.

**Rosa Hooper** | Senior Vice President of Operations
Medical Properties Trust, Inc.
Email: rhooper@medicalpropertiestrust.com
Direct: 205-397-8883
Fax: 205-969-3756
1000 Urban Center Drive | Suite 501 | Birmingham, AL 35242

*[Signatures appear on following page]*

Medical Properties Trust, Inc.
1000 Urban Center Drive, Suite 501, Birmingham, Alabama 35242
205.969.3755, Fax 205.969.3756, www.medicalpropertiestrust.com

4875-8368-5045

Sincerely,

**MPT OF NORWOOD-STEWARD, LLC**

By: _____
Name: Rosa Hooper
Title: Senior VP & Secretary

4875-8368-5045

TOWNOFNORWOOD_00002242