# EXHIBIT F



July 31, 2023

**Via Electronic Mail Only**

Chris Kidney
Senior Director of Emergency Project Management
Steward Health Care, Corporate Real Estate Facilities

CKidney@cref.com

    Re:    Insured:    Steward Health Care System LLC
            Claim No.:    5630054105
            Policy No:    ZMD 1393138-00 (the "Policy")
            Date of Loss:    June 28, 2020
            Loss Location:    800 Washington, Norwood, MA 02062

Dear Mr. Kidney:

I write to respond to an email submission sent by Robert Grider of Marsh (Steward Health Care System LLC's forensic accountant) to Glenn Ricciardelli (American Guarantee and Liability Insurance Company's forensic accountant). The email dated May 9, 2023 included an attachment, noted the upload of data to Marsh's "FACSconnect" data warehouse, and indicated that the information was "through December of 2022."

American Guarantee and Liability Insurance Company ("AGLIC") has reviewed the submission provided and the data referenced in that email. After review, that information does not alter AGLIC's calculation of loss payable to Steward.

AGLIC references its letter of December 22, 2022 (which tendered a further payment to Steward in the amount of $9,836,250.00 beyond the $87,697,593.72 already paid to Steward) including that letter's explanation of the Period of Liability applicable to Steward's time element claim. Importantly, as explained in that letter and subsequent communications, AGLIC has calculated that the Period of Liability ended July 15, 2022.

With the payment tendered with that letter, AGLIC has paid to Steward a total of $97,433,843.72 for its claim.

CONFIDENTIAL    ZUR0145155

July 31, 2023
Page 2

Please feel free to contact me should you have any questions.

AGLIC continues to reserve all of its rights under the Policy and all rights at law.

Sincerely,

*Mark A Graves*

Mark A. Graves, CPCU, AIC-M, RPA, PCLS
AVP, Executive General Adjuster
American Guarantee and Liability Insurance Company

cc:     Howard M. Cooper (via email only)
        Todd & Weld LLP
        One Federal St.
        Boston, MA 02110

CONFIDENTIAL