UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civ. Action. No. 21-cv-11902-PBS |

**DISCOVERY MASTER ORDER NO. 11:**
**Discovery Master Recommendation on Case Schedule to Court**

The parties, working with the Discovery Master, have agreed to the following schedule of all case events, with the exception of the trial date. Pursuant to the Court's Order appointing the undersigned as Discovery Master to decide discovery disputes (ECF 149), the Discovery Master recommends to the Court the following adjustment to the case schedule in this case, to become the new case schedule that shall be set, except for truly unforeseen events.

The parties stipulate that the following deadlines be set, at the Court's discretion:

| Deadline Description | Stipulation Date |
|---|---|
| Fact Discovery Deadline (all discovery including depositions other than expert discovery) by | March 13, 2026 |
| Party with Burden of Proof Must Designate Trial Experts and Disclosure Information Contemplated by Fed. R. Civ. P. 26(a)(2) by | March 20, 2026 |
| Rebuttal Expert Disclosures by | April 17, 2026 |

1

*[Handwritten: 12/9/25 I adopt the Discovery Master's recommended Case Schedule. Patti B Saris]*