UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

Payment of filing fees in the amount of $250.00 for the following:

1. Document Number 181 – Assented to Motion for Leave to Appear Pro Hac Vice of Jessie R. Michelin; and

2. Document Number 182 – Assented to Motion for Leave to Appear Pro Hac Vice of Michael H. Fleck