UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civ. Action. No. 21-cv-11902-PBS |

**DISCOVERY MASTER ORDER NO. 14:**
**Parties' Engagement Letters with Any Entity Whose Communications Are Withheld on Any Ground or Any Form of Privilege Including, But Not Limited to: Attorney Client; Non-Testifying Expert; Work Product, Etc.**

Pursuant to the Court's Order appointing the undersigned as Discovery Master (ECF 149), the Discovery Master rules as follows:

There are multiple pending discovery issues presently before the Discovery Master relating to claims of privilege and/or work product protection for documents and information generated by a third-party for either Defendants or Plaintiff. Much time has been spent during Hearings in an attempt to get clear, candid answers from the Parties regarding these materials. The question and answer format during the Hearings has not elicited sufficiently clear answers that are critically important to a ruling, and the timing is urgent to get straight, clear, and candid information in an organized written manner. It is essential to know precisely what the basis is for withholding any documents, particularly in light of the multiple bases sometimes claimed for entities that provided different types of services during different date ranges.

In order to expedite the resolution of these and other disputes in a timely manner so that the case may proceed according to schedule, the Plaintiff and the Defendants shall each submit to the Discovery Master by no later than **close of business of February 11, 2026** the following:

(1) A list of the names of all third-parties as to which communications are withheld on any ground of privileged or as work product by Plaintiff/Defendants; stating the full range of dates of the contact with each such third party; the services rendered, by date; the basis for privilege claimed, by citing the applicable rule supporting such privilege for each type of work claimed to be protected from disclosure.

(2) A compilation of the privilege log entries for each such third-party in chronological order, with a separate document created for each third-party (the "Individual Third-Party Privilege Log Excerpts"). This can readily be done by cutting and pasting from the master privilege log(s). The Special Master notes the exceptionally voluminous logs; the late date that such logs were provided to the opposing party; and the late stage of this case, and has determined that it is neither efficient nor cost-effective for the Discovery Master to wade through the huge log herself to attempt to discern this information.

(3) For each entry on each Individual Third-Party Privilege Excerpt Log, state explicitly what specific claim of privilege is made for each communication on the log, with precise information to discern the nature of the work done by such third party on the dates that the documents/information have been withheld.

(4) Attach to each Individual Third-Party Privilege Excerpt Log all engagement letters with each of the third-parties listed in (1) above relating to any of the claims or defenses made in this litigation.

(5) If any of the engagement letters themselves contain attorney instructions, they may be redacted from the version produced to the opposing Party; however, such letters must be submitted in unredacted form for *in camera* review by the Discovery Master, with clear marking indicating which portion was redacted on the version produced to the opposing party.

(6) Key controlling case law that sets forth the metes and bounds of any of the specific claims of privilege set out for (3) above, in separate groups for each type of privilege claimed. The case law shall be hyperlinked and attached in a separate group for each type of privilege claimed as the basis for withholding the third-party communications.

Dated: February 8, 2026         /s/ *Faith S. Hochberg*
                                Hon. Faith S. Hochberg, U.S.D.J. (ret.)