# EXHIBIT F

*Mark Kronfeld, as Trustee of the SHC Creditor Litigation, v. Amer. Guarantee and Liab. Ins. Co., et al.*, Case No. 21-cv-11902-PBS (D. Mass.)
**Depositions Noticed by Defendants – Scheduling and Status as of January 14, 2026**

| Deponent | Date/Location Confirmed? | If Not, Status |
|---|---|---|
| Elizabeth Ganem, former Vice President of Finance and Operations, Norwood Hospital | Proposed the week of January 26, 2026. Ocala, FL | The Parties need to confirm availability. |
| Michael Crowley, Steward 30(b)(6) designee[1] Topic Nos. 1 (partial), 2, 3, 4, 5, 6 (partial), 11 (partial), 12, 13, 14, 17, 18, 20, 21, 22 | Proposed March 4 and March 5, 2026, in Boston. | Defendants need to confirm availability. |
| Michael Crowley, former Vice President of Global Affairs, CREF | Proposed March 4 and March 5, 2026, in Boston. | Defendants need to confirm availability. |
| Scott Kenyon, Steward 30(b)(6) designee Topic Nos. 1 (partial), 6 (partial), 11 (partial), 15 | Proposed February 18, 2026, in Boston. | Defendants need to confirm availability. |
| Scott Kenyon, former Vice President, CREF | Proposed February 18, 2026, in Boston. | Defendants need to confirm availability. |
| Allen Burke, Steward 30(b)(6) designee Topic No. 9 | Proposed March 6, 2026, in Boston. | Defendants need to confirm availability. |
| Robert Gendron, former Executive Vice President, CREF | Tentatively scheduled for February 26, 2026 in Dallas, Texas. | This date was offered by Mr. Gendron's counsel on January 13. The Parties need to confirm availability. |
| Ronald Doncaster, former Vice President of Operations and Performance, CREF | Tentatively scheduled for March 12, 2026, in West Palm Beach, Florida. | This date was offered by Mr. Doncaster's attorney on January 13. The Parties need to confirm availability. |
| Salvatore Perla, former President, Norwood Hospital | Proposed February 20, 2026 in Boston. | Defendants need to confirm availability. |

---

[1] *Note*: Plaintiff served its Amended Objections and Responses to Defendants' Rule 30(b)(6) Notice on December 23, 2025. Messrs. Burke, Crowley, and Kenyon were each identified as Rule 30(b)(6) designees at that time.

| Deponent | Date/Location Confirmed? | If Not, Status |
|---|---|---|
| John Doyle, former CFO, Steward Health Care System LLC | No | On January 9, 2026, counsel for Defendants spoke with counsel for Mr. Doyle's current employer; expect deposition to be scheduled for late February 2026 in Nashville, TN. |
| Consigli Construction Co., Rule 30(b)(6) designee | No | On January 7, 2026, during a meet and confer, Defendants requested that Consigli's counsel provide availability for its designee. As of the date hereof, no dates have been provided. |
| Sean O'Mara, National Fire Adjusters, Inc. | No | On January 8, 2026, Defendants requested that NFA's counsel provide availability for Mr. O'Mara. As of the date hereof, no dates have been provided. |
| Marsh FACS, Rule 30(b)(6) designee | No | TBD |
| Code Red Consultants, Rule 30(b)(6) designee | No | TBD |
| BR+A Consulting Engineers, Rule 30(b)(6) designee | No | TBD |

**Other Witnesses Previously Noticed by Defendants, But That May Not Be Deposed, Depending on Meet and Confer Efforts with Plaintiff's Counsel:**

- Mark Rich (former President, Steward)
- Lisa Martin (former CFO, North Region, Steward)
- David Soucy (CREF)
- Chris Kidney (CREF)
- Stephan Van Ness (CREF)
- Jodie Papa (NFA)
- Ronald Papa (NFA)
- Donald C. Simmons (NFA)
- Steven Hammer (MPT)