# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | | |
|---|---|---|
| MARK KRONFELD, as Trustee of the SHC Creditor Litigation Trust, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:21 CV 11902 |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, et al., | ) | |
| Defendants. | ) | |

Report of Proceedings of the hearing before JUDGE FAITH HOCHBERG pursuant to Notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts, taken before Victoria D. Rocks, CSR, and Notary Public in and for the County of Cook, State of Illinois, commencing at 7:30 o'clock a.m., on the 22nd day of January 2026, A.D.

APPEARANCES:

TODD & WELD, LLP
MR. JOSHUA LAUNER
MR. SETH J. ROBBINS
MR. WILLIAM GILDEA
MR. SAMUEL MYERS
MS. AEDAN DUNN
One Federal Street
27th Floor
Boston, MA 02110
jlauner@toddweld.com

appeared on behalf of the Plaintiffs;

RILEY SAFER HOLMES & CANCILA, LLP
MS. AMY ANDREWS
MS. ABIGAIL PELUSO
MS. JESSIE MICHELIN
MR. LUCAS RAEL
One S. Dearborn Street, Suite 2200
Chicago, Illinois 60603
aandrews@rshc-law.com
appeared on behalf of the Defendants;

ROBINS KAPLAN, LLP
MR. JONATHAN MUTCH
800 Boylston Street, Suite 2500
Boston, MA 02119
jmutch@robinskaplan.com
appeared on behalf of Shawmut;

McDONOUGH HACKING & LAVOIE, LLC
MR. MARK B. LAVOIE
27 Congress Street, Suite 404
Salem, MA 01970
mlavoie@mhlattys.com
appeared on behalf of Shawmut.

I-N-D-E-X

Report of Proceedings: 4 - 196

Some of those are people like Mr. DeLatori, who frankly they conceded we have no ability to call at trial and they're not friendly to the current trustee. So they rejected it.

So we have now 20 plus additional witnesses. Do we have to try to schedule all of these people? I don't know how we do that in the next two months. We barely have a free day. As you saw from the schedule we submitted last night or if we seek from the Court, they are not able to rely on these people. There's no good resolution for us here, frankly, which is why we hope to find a compromise, but that appears not to be the case.

JUDGE HOCHBERG: This is one more thing where the timing got botched up by counsel's efforts to work together ended up with an incredible delay here.

MR. LAUNER: Can I respond to some of the things Ms. Andrews said?

JUDGE HOCHBERG: Just a minute.

MR. LAUNER: I apologize for interrupting.

JUDGE HOCHBERG: Of the 24 added people, Ms. Andrews, how many of them are witnesses you never heard of before, that you never thought you

would need to be deposed or have anything to do with this case?

MS. ANDREWS: I think in terms of the names we had not seen before, at least two.

JUDGE HOCHBERG: Who were those?

MS. ANDREWS: Victoria Robbin, former chief financial officer, Steward. And another third party consultant Gayle Associates. The others we were loosely aware of given the role of the third party consultants or seeing names on documents.

JUDGE HOCHBERG: Are these the same I just heard of a new one I never heard about, Gayle Associates, when I asked about this earlier today?

MS. ANDREWS: According to their disclosure, an engineering consulting firm retained by Steward to provide an analysis of flood and for water damage.

MR. GILDEA: That is 45 of the amended complaint.

JUDGE HOCHBERG: I'm not talking about that. I'm asking whether when we talked about who were your nontestifying experts, no one said anything about a Gayle Associates.

MR. ROBBINS: I'm surprised to hear Ms. Andrews say they never heard of Gayle Associates. They sent