# EXHIBIT I

*Privileged & Confidential*
*Attorney Work Product*

**Search Terms for Additional Custodians Ordered By Discovery Master Order No. 15**

*Mark Kronfeld, as Trustee of the SHC Creditor Litigation, v. American Guarantee and Liability Co., et al.*, Case No. 21-cv-11902-PBS (D. Mass.)

**Searches**

**June 28, 2020 – December 31, 2024**

| Search Term | Custodians |
|---|---|
| Norwood AND ("American Guarantee" OR AGLIC OR ZAIC OR Zurich OR "Medical Properties Trust" OR MPT OR Sedgwick OR Marsh OR MDD OR NFA OR "National Fire") | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND ("Array" OR "Code Red Consultants" OR "Consigli" OR "Continental" OR "BR+A" OR "EH&E" OR "Environmental Health & Engineering" OR "Gale" OR (North w/2 Tarr) OR "Marsh" OR "NFA" OR "National Fire" OR "Thyssenkrupp" OR "L.A. Fuess" OR "Green Seal Environmental" OR "General Electric" OR "GE" OR "Philips" OR "Hologic" OR "Siemens" OR "Konica" OR "Drager" OR "BeaconMedaes" OR "Frontier" OR "FUJIFILM") | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND (damage OR inop* OR water OR rain OR flood OR mold OR storm OR wet OR humid* OR reliab* OR temp OR temps OR temperat* OR (end w/3 life) OR rust OR ruin* OR asbestos OR remed* OR abat* OR infilt* OR debris OR drywall OR spoil* OR expir* OR warrant*) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND (repair* OR mitigat* OR abat* OR reopen* OR reconstruct* OR rebuild* OR renovat* OR reopen* OR re-open* OR restor*) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| time w/3 element | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND (max* w/10 (insur* OR recov*)) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND (power w/5 (loss OR lost)) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| ("American Guarantee" OR AGLIC OR ZAIC OR Zurich) AND (bad w/5 faith) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| ("American Guarantee" OR AGLIC OR ZAIC OR Zurich) AND (unfair w/5 claim*) | Mark Rich<br>Victoria Lobban |

1

*Privileged & Confidential*
*Attorney Work Product*

|  | Lisa Martin |
|---|---|
| ("American Guarantee" OR AGLIC OR ZAIC OR Zurich) AND (claim* w/5 practice) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| ("American Guarantee" OR AGLIC OR ZAIC OR Zurich) AND (claim* w/3 delay*) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| 176D | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| 93A | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND ("ACV" OR "Actual Cash Value") | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND ((no OR prohibit) w/3 access) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| (civil w/5 authority) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| (cease w/3 desist) | Victoria Lobban<br>Lisa Martin |
| period w/5 restoration | Victoria Lobban<br>Lisa Martin |
| period w/5 liability | Victoria Lobban<br>Lisa Martin |
| business w/5 interrupt* | Victoria Lobban<br>Lisa Martin |
| "BI" w/5 claim | Victoria Lobban<br>Lisa Martin |
| Norwood AND (construction w/5 schedule) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND (re* w/5 schedule) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND (As w/2 Was) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND "basis of design" | Mark Rich<br>Victoria Lobban<br>Lisa Martin |

2

*Privileged & Confidential*
*Attorney Work Product*

| | |
|---|---|
| Norwood AND ("Emergency Room" OR "ER" OR "Emergency Department" OR "ED") AND (not w/2 open) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND ("Emergency Room" OR "ER" OR "Emergency Department" OR "ED") AND (reopen) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND ("Emergency Room" OR "ER" OR "Emergency Department" OR "ED") AND (closed) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND ((code w/5 complian*) OR (code w/5 upgrad*)) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND "claim estimate" | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND "conceptual estimate" | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND (re* w/5 estimate) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND (cost w/5 estimate) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND "Natural Disaster Cost Center" | Victoria Lobban<br>Lisa Martin |
| Norwood AND "Disaster Relief" | Victoria Lobban<br>Lisa Martin |
| Norwood AND ("RDLT" OR Ralph) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND @consigli.com | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND (replacement OR reconstruc!) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND "hospital overlay district" | Mark Rich<br>Lisa Martin |
| Norwood AND KPMG | Mark Rich<br>Lisa Martin |
| Norwood AND "recovery plan" | Mark Rich<br>Lisa Martin |
| Norwood AND (Gendron OR Crowley OR Diaz OR Perla) | Mark Rich |

3

*Privileged & Confidential*
*Attorney Work Product*

**Date Range: January 1, 2017 – December 31, 2024**

| Search Term | Custodian |
|---|---|
| "@norwoodma.gov" | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| (Steward OR Norwood) AND ("going concern" or (continued w/2 operat!) or insolven! or undercapitalized or (stop* w/5 work*)) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Steward AND bankrupt* | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Steward AND (MPT or "Medical Properties Trust") AND ("leaseback" or "lease back" OR "financial assistance" OR "rent forg!") | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND (strateg* w/10 plan*) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |

**Date Range: January 1, 2015 – December 31, 2024**

| Search Term | Custodian |
|---|---|
| Norwood w/10 (inspect*)<br>Lorusso w/10 (inspect*)<br>Draper w/10 (inspect*) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| (Norwood OR Steward) AND "@mass.gov" | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| (Norwood OR Steward) AND "@state.ma.us" | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| (Norwood OR Steward) AND "Executive Office of Health and Human Services" | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Steward AND ((investig* OR audit) w/20 (Massachusetts OR "Department of Health" OR agency OR government OR "attorney general")) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| (Norwood OR Draper OR Lorusso) AND (redesign* OR design* OR build* OR rebuild* OR renovat* OR replace* OR construct* OR right-size* OR (right w/2 size*) OR restor*) | Mark Rich<br>Victoria Lobban<br>Lisa Martin |
| Norwood AND ("Smith Group" OR "SmithGroup") | Mark Rich<br>Victoria Lobban<br>Lisa Martin |