UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br>Defendants. | Civil Action No. 1:21-cv-11902-PBS |

**PLAINTIFF'S RULE 7.1 CERTIFICATION CONCERNING
PLAINTIFF'S EMERGENCY MOTION TO STAY (ECF NO. 192)**

I, Samuel M. Myers, hereby certify, pursuant to Local Rule 7.1(a)(2), that I conferred with Defendants' counsel by telephone on February 18, 2026, in a good-faith effort to resolve or narrow the issues raised in this motion, but those efforts were unsuccessful.

                                          */s/ Samuel M. Myers*_____
                                          Samuel M. Myers

Respectfully submitted,

PLAINTIFF,

By its attorneys,

*/s/ Samuel M. Myers*
Howard M. Cooper (BBO No. 543842)
Seth J. Robbins (BBO No. 655146)
Samuel M. Myers (BBO No. 711471)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
srobbins@toddweld.com
smyers@toddweld.com

Dated: February 18, 2026

## CERTIFICATE OF SERVICE

I, Samuel M. Myers, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on February 18, 2026.

*/s/ Samuel M. Myers*
Samuel M. Myers
