

Todd&Weld LLP

Aedan R. Dunn
adunn@toddweld.com

November 1, 2025

**VIA EMAIL**

Jonathan D. Mutch, Esq.
Timothy D. Wenger, Esq.
Robins Kaplan LLP
800 Boylston Street, 25th Floor
Boston, MA 02110
JMutch@RobinsKaplan.com
twenger@robinskaplan.co

Michael Menapace, Esq.
Wiggin and Dana LLP
20 Church Street
Hartford, CT 06103
860-297-3733
Fax: 860-525-9380
mmenapace@wiggin.com

Re:   Steward Health Care System LLC v. American Guarantee and
      Liability Insurance Company, et al
      U.S. District Court, District of Massachusetts
      Civil Action No. 21-cv-11902-PBS

Dear Counsel:

On behalf of Plaintiff Steward Health Care System LLC ("Plaintiff"), please be advised that Plaintiff is producing its **twenty-fifth** document production via our vendor, KLDiscovery. This production has been Bates-stamped **STEWARD01072803 - STEWARD01183204**.

This production substantially completes Plaintiff's productions pursuant to the search terms and custodians set forth in Discovery Master Order No. 1. Plaintiff's further production in this category will consist of potentially privileged downgrade documents as well as redacted, partially privileged documents as Plaintiff works to finalize its privilege log.

Plaintiff produces these materials in accordance with its responses and objections to Defendants' Requests for Production and pursuant to the Parties' Confidentiality Stipulation. A substantial portion of the documents has been designated "Confidential" under that Stipulation. Plaintiff reserves the right to claw back any inadvertently produced privileged or otherwise protected documents.

Please let me know if you experience any difficulty accessing or downloading the production.

Very truly yours,

*/s/ Aedan R. Dunn*

Aedan R. Dunn

cc:   All counsel of record (via email)