| | |
|---|---|
| **From:** | Launer, Josh L. |
| **To:** | Hanna Cohen; Jonathan D. Mutch; Michael Menapace; Myers, Samuel; Lucas Rael; Nick Kahlon; Robbins, Seth J.; Ronald Safer; Cooper, Howard M.; Abbie Peluso; Rich, David H.; Jessie Michelin; Furman, Matthew S.; Timothy D. Wenger; Gildea, William; cporter@nfa.com; Amy Andrews |
| **Cc:** | Faith Hochberg; Daniela Thomas |
| **Subject:** | [EXTERNAL EMAIL] RE: Steward Health Care System LLC v. American Guarantee and Liability Ins. Co, et al. - Proposed Stipulation |
| **Date:** | Monday, December 1, 2025 7:31:49 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png |

Good evening, Judge Hochberg,

The parties agree to you filing the attached Discovery Master Proposed Stipulation: Case Schedule. However, please be aware that the parties are agreeing to Your Honor doing so with the following conditions in mind:

- As of today, Plaintiff has not completed its document production. According to Plaintiff, an additional 20,000+ documents remain to be produced. Defendants identified today additional sources of potentially responsive documents (sharefiles and other locations), which Plaintiff has agreed to investigate and may result in the production of additional responsive documents. Defendants also stated that a relatively limited supplemental production is forthcoming. And the parties still need to exchange privilege logs, which they have agreed to do. **The parties reserve their rights to seek necessary modifications to the schedule if document production is not substantially complete by December 15.**

- The Parties currently anticipate a number of issues that may require the Discovery Master's assistance relating to privilege and written discovery, and ask that the Discovery Master set status hearings on mutually acceptable dates during the week of December 15 and January 12 to address these issues as necessary.

Best,
Josh



**Josh L. Launer**
Of Counsel
he/him/his
Todd & Weld LLP

One Federal Street, Boston, MA 02110

617.624.4748 | jlauner@toddweld.com

---

**From:** Hanna Cohen <hannacohen@hannacohen.com>
**Sent:** Monday, November 24, 2025 1:20 PM

**To:** Jonathan D. Mutch <JMutch@robinskaplan.com>; Michael Menapace <mmenapace@wiggin.com>; Myers, Samuel <smyers@toddweld.com>; Lucas Rael <LRael@rshc-law.com>; Nick Kahlon <nkahlon@rshc-law.com>; Robbins, Seth J. <srobbins@toddweld.com>; Ronald Safer <rsafer@rshc-law.com>; Cooper, Howard M. <hcooper@toddweld.com>; Abbie Peluso <apeluso@rshc-law.com>; Rich, David H. <drich@toddweld.com>; Launer, Josh L. <jlauner@toddweld.com>; Jessie Michelin <jmichelin@rshc-law.com>; Furman, Matthew S. <mfurman@toddweld.com>; Timothy D. Wenger <TWenger@robinskaplan.com>; Gildea, William <wgildea@toddweld.com>; cporter@nfa.com; Amy Andrews <AAndrews@rshc-law.com>
**Cc:** Faith Hochberg <judgehochberg@judgehochberg.com>; Daniela Thomas <daniela@judgehochberg.com>
**Subject:** Steward Health Care System LLC v. American Guarantee and Liability Ins. Co, et al. - Proposed Stipulation

Counsel,

Attached is a proposed stipulation from the Discovery Master.

Thank you,
Hanna

--

### Hanna G. Cohen
hannacohen@hannacohen.com
Tel: 240.672.2401

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.