| | |
|---|---|
| **From:** | Launer, Josh L. |
| **To:** | Mutch, Jonathan D.; Wenger, Timothy D.; Menapace, Michael; Nydegger, Kodie; apeluso@rshc-law.com; Amy Andrews; lrael@rshc-law.com; nkahlon@rshc-law.com; rsafer@rshc-law.com; Jessie Michelin |
| **Cc:** | Gildea, William; Myers, Samuel; Robbins, Seth J.; Owen, Christopher; Furman, Matthew S.; Dunn, Aedan |
| **Subject:** | [EXTERNAL EMAIL] RE: Steward v AGLIC/Zurich - Interrogatories and Initial Disclosures |
| **Date:** | Wednesday, December 24, 2025 1:44:52 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png |

Counsel,

We will be serving Supplemental Interrogatory Answers and Amended Initial Disclosures next week subject to client approval.

Best,
Josh



**Josh L. Launer**
Of Counsel
he/him/his
Todd & Weld LLP
One Federal Street, Boston, MA 02110
617.624.4748 | jlauner@toddweld.com

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.