UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK KRONFELD, as Trustee of the SHC Creditor Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY'S
MOTION TO AMEND ITS ANSWER AND DEFENSES**

Defendant American Guarantee and Liability Insurance Company ("American Guarantee") hereby moves the Court for leave to file its Amended Answer and Affirmative and Other Defenses pursuant to Federal Rule of Civil Procedure 15(a)(2). A "court should freely give leave [to amend a pleading] when justice so requires." Fed. R. Civ. P. 15(a)(2). Evidence produced in discovery by Plaintiff Mark Kronfeld as Trustee of the SHC Creditor Litigation Trust ("Plaintiff")—including as part of the tens of thousands of documents produced in the last several months—has revealed that Steward Health Care System LLC ("Steward") intentionally concealed and mispresented material facts relating to its claim under its insurance policy (the "Policy") with Defendant American Guarantee and Liability Insurance Company ("AGLIC"). Accordingly, AGLIC brings this motion to amend its answer, adding a defense, to conform to the evidence.

WHEREFORE, for the reasons stated herein (and in the separate Memorandum of Law In Support of This Motion) American Guarantee respectfully requests that the Court grant American Guarantee's Motion and enter an Order allowing American Guarantee to file and serve its

Amended Answer and Affirmative and Other Defenses, attached as Exhibit A to its Memorandum of Law.

Dated: March 6, 2026   Respectfully submitted,

/s/Ronald. S. Safer

Ronald S. Safer (pro hac vice)
Amy C. Andrews (pro hac vice)
Abigail L. Peluso (pro hac vice)
Lucas T. Rael (pro hac vice)
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
Tel: (312) 471-8700
Email: rsafer@rshc-law.com
   aandrews@rshc-law.com
   apeluso@rshc-law.com
   lrael@rshc-law.com

Michael Menapace, Esq. (BBO #568841)
WIGGIN and DANA LLP
20 Church Street
Hartford, CT 06103
Tel: (860) 297-3733
Email: mmenapace@wiggin.com

Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
Email: JMutch@RobinsKaplan.com
   TWenger@RobinsKaplan.com

*Attorneys for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that today counsel for Plaintiff and I conferred via email and telephonically in good faith to resolve or narrow the issues presented in this motion. Plaintiff is considering his position and response to this motion, but to date no agreement has been reached on the issues raised in this motion.

*/s/Lucas Thor Rael*

*Attorney for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 6, 2026, a copy of the foregoing memorandum was filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                     */s/Ronald S. Safer*