**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

<table>
<tr><td>

MARK KRONFELD, as Trustee of the SHC
Creditor Litigation Trust,

      Plaintiff,

      v.

AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY and
ZURICH AMERICAN INSURANCE
COMPANY,

      Defendants.

</td><td>

Civil Action No. 1:21-cv-11902 – PBS

</td></tr>
</table>

**AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY'S**
**MOTION TO FILE MATERIALS UNDER SEAL**

Defendant American Guarantee and Liability Insurance Company ("AGLIC") hereby moves pursuant to Local Rule 7.2 for leave to file the following materials under seal:

(1) Portions of AGLIC's Motion to Amend its Answer and Defenses and Memorandum in Support, and supporting exhibit;

(2) Portions of AGLIC's Proposed Amended Answer and Affirmative and Other Defenses, and supporting exhibits.

Redacted versions of these documents are being filed concurrently herewith pending resolution of this motion. In accordance with the Court's Standing Procedural Civil Order Regarding Sealing Court Documents dated May 15, 2015, AGLIC files along with this motion a Declaration of Lucas Thor Rael in support, which explains the need for the sealing.

WHEREFORE, AGLIC respectfully requests that the Court grant this motion and allow AGLIC to file the foregoing materials under seal.

Dated: March 6, 2026                          Respectfully submitted,

*/s/Ronald. S. Safer*

Ronald S. Safer (pro hac vice)
Amy C. Andrews (pro hac vice)
Abigail L. Peluso (pro hac vice)
Lucas T. Rael (pro hac vice)
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
Tel: (312) 471-8700
Email: rsafer@rshc-law.com
        aandrews@rshc-law.com
        apeluso@rshc-law.com
        lrael@rshc-law.com

Michael Menapace, Esq. (BBO #568841)
WIGGIN and DANA LLP
20 Church Street
Hartford, CT 06103
Tel: (860) 297-3733
Email: mmenapace@wiggin.com

Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
Email: JMutch@RobinsKaplan.com
        TWenger@RobinsKaplan.com

*Attorneys for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2) and the Court's Standing Procedural Civil Order re:

Sealing Court Documents, I hereby certify that I conferred and attempted in good faith to resolve

or narrow the issue presented in this Motion with counsel for Plaintiff.

Plaintiff does not oppose AGLIC's request for leave to seal.


/s/Lucas Thor Rael

*Attorney for Defendants American
Guarantee and Liability Insurance Company
and Zurich American Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2026, a copy of the foregoing motion was filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/Ronald S. Safer*