UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARK KRONFELD, as Trustee of the SHC Creditor Litigation Trust,

    Plaintiff,

v.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,

    Defendants.

Civil Action No. 1:21-cv-11902 – PBS

### AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY'S MOTION TO FILE MATERIALS UNDER SEAL

Defendant American Guarantee and Liability Insurance Company ("AGLIC") hereby moves pursuant to Local Rule 7.2 for leave to file the following materials under seal:

(1) Portions of AGLIC's Motion to Amend its Answer and Defenses and Memorandum in Support, and supporting exhibit;

(2) Portions of AGLIC's Proposed Amended Answer and Affirmative and Other Defenses, and supporting exhibits.

Redacted versions of these documents are being filed concurrently herewith pending resolution of this motion. In accordance with the Court's Standing Procedural Civil Order Regarding Sealing Court Documents dated May 15, 2015, AGLIC files along with this motion a Declaration of Lucas Thor Rael in support, which explains the need for the sealing.

WHEREFORE, AGLIC respectfully requests that the Court grant this motion and allow AGLIC to file the foregoing materials under seal.

*[Handwritten annotation:]* 3/9/26 I allow the motion to seal the exhibits. I allow the motion to seal the portions of pleadings subject to my review. Patti B Saris