**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>   Plaintiff,<br><br>  v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>   Defendants. | Civil Action No. 1:21-cv-11902-PBS |

**PLAINTIFF'S MOTION TO FILE MATERIALS UNDER SEAL**

Plaintiff Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust ("Plaintiff"), hereby moves pursuant to Local Rule 7.2 for leave to file the following materials under seal and to keep these materials under seal until further order of the Court:

- Portions of Plaintiff's Opposition to American Guarantee and Liability Insurance Company's Motion to Amend Its Answer and Defenses, and

- Exhibits A, B, C, E, F, G, H, I, J, K, L, M, N, O, P, Q, and V thereto.

Redacted versions of these documents are being filed concurrently herewith pending resolution of this motion. In accordance with the Court's Standing Procedural Civil Order Regarding Sealing Court Documents dated May 15, 2015, Plaintiff files along with this motion a Declaration of Aedan Dunn in support, which explains the need for the sealing.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and allow Plaintiff to file the foregoing materials under seal.

1

Respectfully submitted,

MARK KRONFELD, AS TRUSTEE OF THE
SHC CREDITOR LITIGATION TRUST,

By his attorneys,

*/s/ Aedan R. Dunn*
Howard M. Cooper (BBO No. 543842)
Seth J. Robbins (BBO No. 655146)
Aedan R. Dunn (BBO No. 709129)
Samuel M. Myers (BBO No. 711471)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
srobbins@toddweld.com
adunn@toddweld.com
smyers@toddweld.com

Dated: March 20, 2026

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2) and the Court's Standing Procedural Civil Order re: Sealing Court Documents, I hereby certify that I conferred and attempted in good faith to resolve or narrow the issue presented in this Motion with counsel for Defendants.

Defendants agree with Plaintiff's request for leave to seal.

*/s/ Aedan R. Dunn*
Aedan R. Dunn, Esq.

*Attorney for Plaintiff Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust*

## <u>CERTIFICATE OF SERVICE</u>

I, Aedan R. Dunn, hereby certify that on March 20, 2026, a copy of the foregoing motion was filed with the Court via the ECF filing system.  As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF), and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Aedan R. Dunn*
Aedan R. Dunn