**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| MARK KRONFELD, as Trustee of the SHC Creditor Litigation Trust, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendants. |

Civil Action No. 1:21-cv-11902 – PBS

**AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY'S**
**MOTION FOR LEAVE TO FILE RELY IN SUPPORT OF ITS MOTION TO AMEND**
**ITS ANSWERS AND DEFENSES**

Pursuant to Local Rule 7.1(b)(3), Defendant American Guarantee and Liability Insurance Company hereby seeks leave to file a Reply, appended hereto as Exhibit 1, in support of its Motion to Amend its Answers and Defenses (Dkt. 207, 208) and in response to Plaintiff Mark Kronfeld's, Trustee of the SHC Creditor Litigation Trust, Opposition (Dkt. 211). The Reply is necessary to respond to the assertions of fact and arguments raised in Plaintiff's Opposition.

WHEREFORE, Defendants respectfully request that this Court allow this Motion and grant it leave to file the attached Reply.

Dated: March 24, 2026

Respectfully submitted,

/s/Ronald S. Safer

Ronald S. Safer (pro hac vice)
Amy C. Andrews (pro hac vice)
Abigail L. Peluso (pro hac vice)
Lucas T. Rael (pro hac vice)

RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
Tel: (312) 471-8700
Email: rsafer@rshc-law.com
        lrael@rshc-law.com
        aandrews@rshc-law.com
        apeluso@rshc-law.com

Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
Email: JMutch@RobinsKaplan.com
        TWenger@RobinsKaplan.com

Michael Menapace (BBO No. 568841)
Wiggin and Dana, LLP
20 Church Street
Hartford, Connecticut 06103
Telephone: (860) 297-3733
Facsimile: (860) 297-3799
mmenapace@wiggin.com

*Attorneys for Defendants American
Guarantee and Liability Insurance Company
and Zurich American Insurance Company*

2

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I conferred and attempted in good faith to resolve or narrow the issues presented in this Motion with counsel for Plaintiff.

Plaintiff does not assent to AGLIC's request for leave to file a reply brief in support of its motion to amend.

However, Plaintiff has stipulated to withdrawing footnote number 1 on page 15 of Plaintiff's Opposition to AGLIC's Motion to Amend. In meeting and conferring, Plaintiff acknowledged that the May 2021 claims adjustment meetings were not confidential and that Plaintiff's suggestion that they were was an inadvertent oversight.

*/s/Lucas T. Rael*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026 a copy of the foregoing document was filed with the Court via the ECF filing system.  As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/Ronald S. Safer*

4