**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

---

MARK KRONFELD, AS TRUSTEE OF THE
SHC CREDITOR LITIGATION TRUST,

        Plaintiff,

        v.

AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY and ZURICH
AMERICAN INSURANCE COMPANY,

        Defendants.

Civ. Action. No. 21-cv-11902-PBS

---

**DISCOVERY MASTER ORDER NO. 20:
Revised Schedule to Complete Limited Additional Discovery**

Earlier today, the Court issued an electronic order (ECF 220) ruling on Defendants' Motion to Amend Answer and Defenses (ECF 207). In today's Order, Judge Saris allowed Defendants' Motion to Amend and ordered that the "Discovery Master will set a schedule for limited additional discovery necessitated by the amendment." (ECF 220). Pursuant to the Court's Order appointing the undersigned as Discovery Master (ECF 149), the Discovery Master orders as follows.

As discussed in the Court's Order, the Discovery Master has previously found that "Plaintiff made an 'unduly late' production of voluminous documents and privilege logs in late December 2025 and into 2026." (ECF 220 referring to ECF 198 at 1). The Discovery Master has been reviewing voluminous discovery disputes relating to privilege logs in this matter (among other disputes), and in that review has learned that Plaintiff served an Amended Privilege Log containing 8,772 entries on February 12, 2026. The Discovery Master is working diligently to address voluminous disputes about privilege claims made to justify the withholding of over 8,000 documents, as well as other discovery disputes. To the extent that the Discovery Master rules that the showing needed to justify withholding certain documents has not been made, there will be additional documents required to be produced.

In sum, as is clear from the Court's Order, extensions are needed in the schedule of this case.

Currently, fact discovery is set to end on April 20, 2026, just a few weeks from now. In light of the above, this is no longer a realistic deadline. The Discovery Master orders that the parties meet and confer tonight to see if they can arrive at an agreed-upon amended case

1

schedule.  This schedule may also necessitate making a recommendation to the Court to extend the deadlines for filing summary judgment motions.  If the parties feel that this is necessary, you may include this as part of your proposed schedule submission.

Please submit the proposed new schedule, in Redfern format on any date as to which agreement cannot be reached, by noon tomorrow, April 4, 2026, so that a new case schedule may be recommended to the Court in this matter as soon as possible.

**SO ORDERED**

Dated: April 3, 2026                                   /s/ *Faith S. Hochberg*_____
                                                              Hon. Faith S. Hochberg, U.S.D.J. (ret.)

2