**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendants. | Civ. Action. No. 21-cv-11902-PBS |

**DISCOVERY MASTER ORDER NO. 21:**
**Case Schedule Recommendation**

On April 3, 2026, the Court allowed Defendants' Motion to Amend and ordered: "The Discovery Master will set a schedule for limited additional discovery necessitated by the amendment." (ECF 220). The Discovery Master has worked with the Parties to arrive at a schedule to which the parties can reasonably be expected to adhere without seeking any additional amendments. Pursuant to the Court's Order appointing the undersigned as Discovery Master (ECF 149), the Discovery Master recommends the following schedule:

| Event | Current Deadline (Discovery Master Order No. 17) | Proposed New Deadline |
|---|---|---|
| Deadline to serve additional written discovery (five document requests, five interrogatories, five requests to admit) relating solely to AGLIC's amended Answer | -- | April 24, 2026 |
| Deadline to respond to written discovery | -- | May 15, 2026 |
| Deadline to complete any additional document production (limited solely to the new discovery relating to AGLIC's amended Answer) | -- | July 31, 2026 |

1

| Event | Current Deadline (Discovery Master Order No. 17) | Proposed New Deadline |
|---|---|---|
| Defendants' Rebuttal Expert Reports | May 1, 2026 | August 5, 2026 |
| Fact Discovery Closes | April 20, 2026 | September 23, 2026 |
| Plaintiffs to serve any Addenda to Expert Reports | April 24, 2026 | October 7, 2026 |
| Defendants to serve any Addenda to Rebuttal Expert Reports | May 1, 2026 | October 28, 2026 |
| Expert Deposition Window Begins | -- | October 29, 2026 |
| Deadline to engage Mediator for Jan 23-Feb 22, 2027 Window; Inform Discovery Master of Mediation Date Set | -- | November 18, 2026 |
| Expert Discovery Completed | June 1, 2026 | November 20, 2026 |
| Opening Summary Judgment Motion/Briefing | June 2, 2026 | December 18, 2026 |
| Responsive Summary Judgment Briefing | -- | January 22, 2027 |
| Opening of Mediation Window | | January 23, 2027 |
| Deadline to complete Mediation | -- | February 22, 2027 |
| Status Conference and Hearing on Summary Judgment Motions | TBD by Court | TBD by Court |

**SO ORDERED**

Dated: April 17, 2026

/s/ *Faith S. Hochberg*_____
Hon. Faith S. Hochberg, U.S.D.J. (ret.)