UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR TRUST, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 1:21-cv-11902 |
| v. | ) ) | |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF JOSH L. LAUNER IN SUPPORT OF PLAINTIFF'S OBJECTION TO SECTION IV(B) OF DISCOVERY MASTER ORDER NO. 22 (ECF NO. 224)**

I, Josh L. Launer, do hereby declare and state as follows:

1.      I am an attorney at Todd & Weld LLP, and I represent the Plaintiff, Mark Kronfeld, as Trustee of the SHC Creditor Trust ("Plaintiff") in this case.

2.      I have personal knowledge of the facts stated herein and make this declaration in support of Plaintiff's Objecetion to Section IV(B) of Discovery Master Order No. 22 (ECF No. 224) (the "Opposition").

3.      Plaintiff served his Amended Privilege Log on February 12, 2026 ("Amended Log"). 4,690 entries on the Amended Log invovled communications with at least one of Steward's 14 consultatns at issue in Order No. 22.

4.      As of that date, Plaintiff produced 59,297 docuemnts invovling at least one of those consultants.  This equates to approximately withhold ratio of 7%.

5.      Plaintiff served his Second Amended Privilege Log ("Second Amended Log"), reduced to 7,690 entries, on March 20, 2026.  The Second Amended Log attached to the Objection

1

contains separate tabs corresponding to communications for each of the 14 consultants that were not included on the version served on March 20.

6.    Todd & Weld authored 448 communications on the Second Amended Log.  Of those, 446, or 99.5%, were sent to at least one CREF employee.

7.    There are 4,023 communications on the Second Amended Log with at least one CREF employee.  Of those, a Todd & Weld attorney is in the top line distribution list on 1,923 communications. Mr. Kidney is not included in 892 of them.

8.    There are 4,023 communications on the Second Amended Log with at least one CREF employee.  Of those, at least one of Steward's non-Todd & Weld outside attorneys appears in the top line distribution list on 1,124.

9.    Of those 1,124 communications, both Mr. Kidney and Todd & Weld are included in only 229.


I declare under penalty of perjury that the foregoing is true and correct.


Dated:  <u>May 29, 2026</u>

<u>Josh L. Launer, Esq. (BBO No. 673661)</u>
Josh L. Launer, Esq. (BBO No. 673661)