**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>       Plaintiff,<br><br>       v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>       Defendants. | Civil Action No. 1:21-cv-11902-PBS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiff Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust ("Plaintiff"), hereby moves for leave to file the following materials under seal and to keep these materials under seal until further order of the Court:

- Portions of *Plaintiff's Objection to Section IV(B) of Discovery Master Order No. 22 (ECF No. 224)*; and

- Exhibits <u>1-15</u>, attached thereto.

In accordance with the Court's May 15, 2015 Standing Order re: Sealing Court Documents, a redacted version of each document is being filed concurrently herewith pending resolution of this Motion.  In support of this Motion, Plaintiff relies on the *Declaration of Josh L. Launer in Support of Plaintiff's Motion for Leave to File Materials Under Seal*, which explains the need for the sealing.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and allow Plaintiff to file the foregoing materials under seal.

1

Respectfully submitted,

**MARK KRONFELD, AS TRUSTEE OF THE
SHC CREDITOR LITIGATION TRUST**,

By their Attorneys,

*/s/ Josh L. Launer*
Howard M. Cooper (BBO No. 543842)
Seth J. Robbins (BBO No. 655146)
Josh L. Launer (BBO No. 673661)
Widmaier M. Charles (BBO No. 705208)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
srobbins@toddweld.com
jlauner@toddweld.com
wcharles@toddweld.com

Dated: May 29, 2026

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for the Plaintiff conferred with Defendants counsel and Defendants assent to this Motion.

*/s/ Josh L. Launer*
Josh L. Launer

2

## <u>CERTIFICATE OF SERVICE</u>

I, Josh L. Launer, hereby certify that on the above date, I caused the foregoing document to be served via email upon the following counsel of record:

| | | |
|---|---|---|
| Jonathan D. Mutch, Esq.<br>Timothy D. Wenger, Esq.<br>Robins Kaplan LLP<br>800 Boylston Street, 25th Floor<br>Boston, MA  02110<br>jmutch@RobinsKaplan.com<br>twenger@robinskaplan.com | Michael Menapace, Esq.<br>Wiggin and Dana LLP<br>20 Church Street<br>Hartford, CT 06103<br>860-297-3733<br>Fax: 860-525-9380<br>mmenapace@wiggin.com | Abigail L. Peluso<br>Amy C. Andrews<br>Lucas T. Rael<br>Ronald S. Safer<br>Harnaik Singh Kahlon<br>Jessie R. Michelin<br>Michael Harrington Fleck<br>Riley Safer Holmes &<br>Cancila LLP<br>1 South Dearborn Street, Suite 2200<br>Chicago, IL 60603<br>apeluso@rshc-law.com<br>aandrews@rshc-law.com<br>lrael@rshc-law.com<br>rsafer@rshc-law.com<br>nkahlon@rshc-law.com<br>jmichelin@rshc-law.com<br>mfleck@rshc-law.com |

*/s/ Josh L. Launer*
Josh L. Launer