## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

MARK KRONFELD, AS TRUSTEE
OF THE SHC CREDITOR
LITIGATION TRUST,

　　　　　　Plaintiff,

　　　　v.

AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY
and ZURICH AMERICAN INSURANCE
COMPANY,

　　　　　　Defendants.

Civil Action No. 1:21-cv-11902-PBS

### PLAINTIFF'S MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiff Mark Kronfeld, as Trustee of the SHC Creditor

Litigation Trust ("Plaintiff"), hereby moves for leave to file the following materials under seal

and to keep these materials under seal until further order of the Court:

- Portions of *Plaintiff's Objection to Section IV(B) of Discovery Master Order No. 22 (ECF No. 224)*; and

- Exhibits 1-15, attached thereto.

In accordance with the Court's May 15, 2015 Standing Order re: Sealing Court Documents,

a redacted version of each document is being filed concurrently herewith pending resolution of

this Motion.  In support of this Motion, Plaintiff relies on the *Declaration of Josh L. Launer in*

*Support of Plaintiff's Motion for Leave to File Materials Under Seal*, which explains the need for

the sealing.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and allow

Plaintiff to file the foregoing materials under seal.

1

*2/2/26*
*The Court denies*
*plaintiff's motion to*
*seal plaintiff's objection.*
*Otherwise allowed*
*Paul B Saris*