# EXHIBIT A

## Launer, Josh L.

| | |
|---|---|
| **From:** | Faith Hochberg <judgehochberg@judgehochberg.com> |
| **Sent:** | Thursday, May 21, 2026 1:34 AM |
| **To:** | Launer, Josh L. |
| **Cc:** | Daniela Thomas; Hanna Cohen; Todd Weld Norwood Team; Cooper, Howard M.; Rich, David H.; Jonathan D. Mutch; Timothy D. Wenger; Michael Menapace; AAndrews@rshc-law.com; Abbie Peluso; Michael H. Fleck; Lucas Rael; Jessie Michelin; Nick Kahlon; Ronald Safer |
| **Subject:** | Re: Kronfeld/AGLIC - Discovery Master Order No. 22 |



Dear Mr. Launer,
 The request for extension is granted.

Regards,

Hon. Faith S. Hochberg
Hochberg ADR LLC
U.S. Federal Court Judge (ret.)
FCIArb
Fellow, College of Commercial Arbitrators
Member, American Law Institute
Distinguished Neutral, AAA, ICDR, ICC, USCIB, CPR, SIAC, WIPO, LCIA
Advisory Board, Innovation Center for Law & Technology,
New York Law School

Sent from my iPhone


On May 21, 2026, at 3:13 AM, Launer, Josh L. <jlauner@toddweld.com> wrote:


Good evening, Judge Hochberg,

Plaintiff writes to respectfully request a very brief extension of the deadlines to (i) file any objection to Discovery Master Order No. 22 ("Order") and (ii) produce documents pursuant to those portions of the Order that are not being challenged until next Friday, May 29. Plaintiff has conferred with Defendants and they do not oppose this request for a limited extension.

There are four primary bases for Plaintiff's request. First, we want to inform Your Honor that Plaintiff has engaged Reid Collins & Tsai LLP as new lead counsel in this matter. We expect to file pro hac vice papers by the end of this week.

Second, while Plaintiff does not anticipate filing an objection to the Order in its entirety, it is a complex ruling involving 14 consultants, each with subparts, and concerning over 7,000 documents. There is a significant amount to parse through to determine whether Plaintiff will object to any portion of the Order and ensure compliance with portions of the Order over which Plaintiff will not be objecting. Pursuant to Section III of the Order Appointing Your Honor as Discovery Master (ECF No. 149), Plaintiff requests a brief one-week extension of the period in which to file any objection with the District Court.

Third, in addition to the complexity of isolating the documents that must be produced based on the number of rulings within the Order, there are substantial technological obstacles to meeting the current May 26 production deadline attendant to producing previously withheld documents, many of which were already produced with a privilege slipsheet affixed with a bates number. The vendor requires additional time to prepare a production of these documents such that all parties can properly identify them for use at deposition and trial. Plaintiff seeks only a three-day extension to make his productions.

Fourth, neither extension will cause delay or otherwise interfere with the case schedule. The parties specifically built in time to account for Your Honor's third-party privilege rulings when proposing the current case schedule. May 29 is only three days after the current production deadline and is the same day set forth in the Order that Plaintiff must provide Your Honor with all documents to be reviewed in camera. In accordance with the Order, earlier today, Defendants provided Plaintiff with their list of documents that they would like to be reviewed in camera.

For these reasons, Plaintiff respectfully requests that Your Honor extend these two deadlines to Friday, May 29.

Best,
Josh


**Josh L. Launer**
Of Counsel
he/him/his
Todd & Weld LLP
One Federal Street, Boston, MA 02110
617.624.4748 | jlauner@toddweld.com
<image001.png>
<image002.png>

<image003.png>

<image004.png>

<image005.png>

This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof. To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. tax penalties.