**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MARK KRONFELD, as Trustee of the SHC Creditor Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

## <u>DEFENDANTS' MOTION TO FILE MATERIALS UNDER SEAL</u>

Defendants American Guarantee and Liability Insurance Company ("American Guarantee") and Zurich American Insurance Company ("Zurich American") (collectively, "Defendants") hereby move pursuant to Local Rule 7.2 for leave to file the following materials under seal:

> (1) Exhibits A, B, C, and D to Defendants' Response in Opposition to Plaintiff's Motion to Reconsider Emergency Stay, all of which were produced by Plaintiff subject to the clawback provisions of Discovery Master Order No. 22; and

> (2) Portions of Defendants' Response that quote from and describe the substance of Exhibits A, B, C, and D.

Defendants are filing redacted versions of these documents pending resolution of this motion. In accordance with the Court's Standing Procedural Civil Order Regarding Sealing Court Documents dated May 15, 2015, Defendants are also filing a Declaration of Lucas Thor Rael in support of this motion which explains the need for the sealing.

WHEREFORE, Defendants request that the Court grant this motion and allow them to file these materials under seal.

Dated: June 4, 2026

Respectfully submitted,

*/s/Ronald S. Safer*

Ronald S. Safer (pro hac vice)
Amy C. Andrews (pro hac vice)
Abigail L. Peluso (pro hac vice)
Lucas T. Rael (pro hac vice)
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
Tel: (312) 471-8700
rsafer@rshc-law.com
aandrews@rshc-law.com
apeluso@rshc-law.com
lrael@rshc-law.com

Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087) ROBINS
KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
JMutch@RobinsKaplan.com
TWenger@RobinsKaplan.com

Michael Menapace (BBO No. 568841)
Wiggin and Dana, LLP
20 Church Street
Hartford, Connecticut 06103
Telephone: (860) 297-3733
Facsimile: (860) 297-3799
mmenapace@wiggin.com

*Attorneys for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2) and the Court's Standing Procedural Civil Order re: Sealing Court Documents, I hereby certify that I attempted to confer in good faith to resolve or narrow the issue presented in this Motion with counsel for Plaintiff.

On June 4, 2026, I attempted to confer with counsel for Plaintiff via email to see whether he agreed with these requests. Plaintiff filed his reconsideration motion at 4:14 p.m. ET. *See* ECF No. 252. I emailed counsel at 5:14 p.m. ET to inform them that Defendants intended to file an opposition that included exhibits that were produced subject to Discovery Master Order No. 22. I asked counsel whether they would agree to Defendants seeking leave to file the exhibits under seal. As of the time of this filing, counsel has not yet responded regarding Plaintiff's position.

*/s/Lucas Thor Rael*

*Attorney for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2026, a copy of the foregoing document was filed with the Court via the ECF filing system.  As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/Ronald S. Safer*