**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MARK KRONFELD, as Trustee of the SHC Creditor Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 –PBS |

## DEFENDANTS' NOTICE REGARDING PLAINTIFF'S CLAWBACK

Yesterday evening, Defendants American Guarantee and Liability Insurance Company ("American Guarantee") and Zurich American Insurance Company ("Zurich American") (collectively, "Defendants") submitted a Response in Opposition to Plaintiff's Motion to Reconsider Emergency Stay (ECF No. 253). Exhibit D to their Opposition is a document with bates label STEWARD02053173 that was recently produced subject to clawback by Plaintiff pursuant to Special Master Order No. 22 (ECF No. 238).

Just as counsel for Defendants was filing their Opposition, Plaintiff sent a Clawback Notice pursuant to the paragraph 15 of the Confidentiality Stipulation entered in this case (ECF No. 66), Discovery Master Order No. 22, and FRE 502, in which Plaintiff affirmatively sought to clawback STEWARD02053173.

Defendants contest Plaintiff's clawback. Paragraph 15 of the Confidentiality Stipulation entered in this case provides as follows:

If [a Clawback Notice is] contested, the receiving party shall promptly inform the producing party in writing of the reasons for the dispute and may retain the contested material pending judicial  resolution of the dispute as set forth in Paragraph 16 below. Any disputed material retained pursuant to the preceding sentence shall be kept segregated and shall not be used for any purpose, other than contesting the Clawback Notice, pending judicial resolution of the dispute.

Defendants responded to Plaintiff's Clawback Notice today in writing setting out the reasons for their dispute. For the avoidance of doubt, Defendants will not use STEWARD02053173, other than as part of the broader privilege dispute before the Discovery Master and the Court, until there is a resolution of this clawback dispute.

Defendants are providing this Notice in the interest of fully informing the Court and ensuring that the record is clear regarding Plaintiff's clawback of STEWARD02053173 and Defendants' opposition to that clawback.

Dated: June 5, 2026

Respectfully submitted,

/s/Ronald S. Safer

Ronald S. Safer (pro hac vice)
Amy C. Andrews (pro hac vice)
Abigail L. Peluso (pro hac vice)
Lucas T. Rael (pro hac vice)
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
Tel: (312) 471-8700
rsafer@rshc-law.com
aandrews@rshc-law.com
apeluso@rshc-law.com
lrael@rshc-law.com

Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger (BBO No. 674087) ROBINS
KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 267-2300
JMutch@RobinsKaplan.com

TWenger@RobinsKaplan.com

Michael Menapace (BBO No. 568841)
Wiggin and Dana, LLP
20 Church Street
Hartford, Connecticut 06103
Telephone: (860) 297-3733
Facsimile: (860) 297-3799
mmenapace@wiggin.com


*Attorneys for Defendants American Guarantee
and Liability Insurance Company and Zurich
American Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026 a copy of the foregoing document was filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/Ronald S. Safer*