**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**DECLARATION OF JEFFREY E. GROSS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL**

I, Jeffrey E. Gross, do hereby declare and state as follows:

1.      I am an attorney at Reid Collins & Tsai LLP, and I represent Plaintiff Mark Kronfeld as Trustee of the SHC Creditor Trust ("Plaintiff") in this case.

2.      I have personal knowledge of the facts stated herein and make this declaration in support of *Plaintiff's Motion for Leave to File Materials under Seal* (the "Motion to Seal") pursuant to the Court's May 15, 2015 Standing Order re: Sealing Court Documents.

3.      Plaintiff seeks leave to file under seal Exhibit 1 to *Plaintiff's Objection to Discovery Master Order No. 25* (the "Objection"), which are being filed concurrently herewith.

4.      Good cause exists to seal the three documents contained in Exhibit 1 because Plaintiff is asserting attorney-client privilege and attorney work product over them. The Objection is an appeal of an order that overruled Plaintiff's privilege designations for the documents. Filing the documents on the public docket would be inconsistent with maintaining privileged information in a confidential manner. Plaintiff wants to prevent any appearance of waiver of the privilege or

1

any argument that the act of public filing of the documents constituted a waiver. For this reason, at least pending the ruling on the Objection, there is good cause to support sealing these documents.

5.    On July 14, 2026, I conferred with defense counsel via email in advance of filing the Motion to Seal. Defendants had no objection to Plaintiff's request for leave to file the above-referenced materials under seal.

I, Jeffrey E. Gross, declare under penalty of perjury that the foregoing is true and correct. Executed on July 14, 2026.

/s/ Jeffrey E. Gross
Jeffrey E. Gross