**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MARK KRONFELD, AS TRUSTEE OF THE
SHC CREDITOR LITIGATION TRUST,

      Plaintiff,

      v.

AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY and
ZURICH AMERICAN INSURANCE
COMPANY,

      Defendants.

Civil Action No. 1:21-cv-11902 – PBS

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiff Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust ("Plaintiff"), hereby moves for leave to file the following materials under seal and to keep these materials under seal until further order of the Court:

- Exhibit 1, attached to *Plaintiff's Objection to Discovery Master Order No. 25*

In accordance with the Court's May 15 Standing Order re: Sealing Court Documents, a redacted version of Exhibit 1 is being filed concurrently herewith pending resolution of this motion. In support of this Motion, Plaintiff relies on the *Declaration of Jeffrey E. Gross in Support of Plaintiff's Motion for Leave to File Materials under Seal*, which explains the need for the sealing.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and allow Plaintiff to file the foregoing materials under seal.

1

Respectfully submitted,

**MARK KRONFELD, AS TRUSTEE OF THE
SHC CREDITOR LITIGATION TRUST,**

By his Attorneys,

*/s/ Jeffrey E. Gross*
Howard M. Cooper (BBO No. 543842)
Seth J. Robbins (BBO No. 655146)
Josh L. Launer (BBO No. 673661)
Widmaier M. Charles (BBO No. 705208)
**TODD & WELD LLP**
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
hcooper@toddweld.com
srobbins@toddweld.com
jlauner@toddweld.com
wcharles@toddweld.com

William T. Reid IV (*pro hac vice*)
Jeremy Wells (*pro hac vice*)
Barbara Whiten Balliette (*pro hac vice*)
Julia P. Gokhberg (*pro hac vice*)
**REID COLLINS & TSAI LLP**
1301 S. Capital of Texas Hwy.
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 647-6100
wreid@reidcollins.com
jwells@reidcollins.com
bballiette@reidcollins.com
jgokhberg@reidcollins.com

Jeffrey E. Gross (*pro hac vice*)
Yonah Jaffe (*pro hac vice*)
**REID COLLINS & TSAI LLP**
420 Lexington Avenue, Suite 2515
New York, NY 10170
Tel.: (212) 344-5200
jgross@reidcollins.com
yjaffe@reidcollins.com

Dated: July 14, 2026

2