**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendants. |

Civil Action No. 1:21-cv-11902 – PBS

## PLAINTIFF'S SUPPLEMENTAL LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE [ECF NO. 273]

Pursuant to Local Rule 7.2, Plaintiff Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust ("Plaintiff"), filed *Plaintiff's Motion for Leave to File Materials under Seal* [ECF No. 273] (the "Motion") on July 14, 2026, relating to *Plaintiff's Objection to Discovery Master Order No. 25* [ECF No. 271] and an exhibit attached thereto.

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff certifies that counsel for Plaintiff conferred with counsel for Defendants prior to filing the Motion on July 14, 2026, and Defendants expressed no objection to the Motion.

1

Counsel also certifies that on July 15, 2026, the Motion was served via email upon the following counsel of record:

| | | |
|---|---|---|
| Jonathan D. Mutch, Esq. | Michael Menapace, Esq. | Abigail L. Peluso |
| Timothy D. Wenger, Esq. | Wiggin and Dana LLP | Amy C. Andrews |
| Robins Kaplan LLP | 20 Church Street | Lucas T. Rael |
| 800 Boylston Street, | Hartford, CT 06103 | Ronald S. Safer |
| Suite 2500 | 860-297-3733 | Harnaik Singh Kahlon |
| Boston, MA 02199 | mmenapace@wiggin.com | Jessie R. Michelin |
| jmutch@RobinsKaplan.com | | Michael Harrington Fleck |
| twenger@robinskaplan.com | | Riley Safer Holmes & |
| | | Cancila LLP |
| | | 1 South Dearborn Street, |
| | | Suite 2200 |
| | | Chicago, IL 60603 |
| | | apeluso@rshc-law.com |
| | | aandrews@rshc-law.com |
| | | lrael@rshc-law.com |
| | | rsafer@rshc-law.com |
| | | nkahlon@rshc-law.com |
| | | jmichelin@rshc-law.com |
| | | mfleck@rshc-law.com |

Respectfully submitted,

**MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,**

By his Attorneys,

*/s/ Jeffrey E. Gross*
Howard M. Cooper (BBO No. 543842)
Seth J. Robbins (BBO No. 655146)
Josh L. Launer (BBO No. 673661)
Widmaier M. Charles (BBO No. 705208)
**TODD & WELD LLP**
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
hcooper@toddweld.com
srobbins@toddweld.com
jlauner@toddweld.com
wcharles@toddweld.com

William T. Reid IV (*pro hac vice*)
Jeremy Wells (*pro hac vice*)
Barbara Whiten Balliette (*pro hac vice*)
Julia P. Gokhberg (*pro hac vice*)
**REID COLLINS & TSAI LLP**
1301 S. Capital of Texas Hwy.
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 647-6100
wreid@reidcollins.com
jwells@reidcollins.com
bballiette@reidcollins.com
jgokhberg@reidcollins.com

Jeffrey E. Gross (*pro hac vice*)
Yonah Jaffe (*pro hac vice*)
**REID COLLINS & TSAI LLP**
420 Lexington Avenue, Suite 2515
New York, NY 10170
Tel.: (212) 344-5200
jgross@reidcollins.com
yjaffe@reidcollins.com

Dated: July 15, 2026

3

**CERTIFICATE OF SERVICE**

I, Jeffrey E. Gross, hereby certify that on the above date, I caused the foregoing document to be served via email upon the following counsel of record:

Jonathan D. Mutch, Esq.
Timothy D. Wenger, Esq.
Robins Kaplan LLP
800 Boylston Street, 25th
Floor
Boston, MA 02110
jmutch@RobinsKaplan.com
twenger@robinskaplan.com

Michael Menapace, Esq.
Wiggin and Dana LLP
20 Church Street
Hartford, CT 06103
860-297-3733
Fax: 860-525-9380
mmenapace@wiggin.com

Abigail L. Peluso
Amy C. Andrews
Lucas T. Rael
Ronald S. Safer
Harnaik Singh Kahlon
Jessie R. Michelin
Michael Harrington Fleck
Riley Safer Holmes &
Cancila LLP
1 South Dearborn Street,
Suite 2200
Chicago, IL 60603
apeluso@rshc-law.com
aandrews@rshc-law.com
lrael@rshc-law.com
rsafer@rshc-law.com
nkahlon@rshc-law.com
jmichelin@rshc-law.com
mfleck@rshc-law.com

/s/ Jeffrey E. Gross
Jeffrey E. Gross

4