**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**JOINT MOTION FOR ENTRY OF SECOND ADDENDUM**
**TO CONFIDENTIALITY STIPULATION (ECF NO. 66)**

Plaintiff Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust and Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company jointly move pursuant to Fed. R. Civ. P. 26(c)(1)(G) for entry of the attached Second Addendum to Confidentiality Stipulation Concerning Documents Produced Pursuant to Discovery Master Order No. 22 and Marked Attorneys' Eyes Only (the "**Second Addendum**"). The Second Addendum supplements the Confidentiality Stipulation previously entered in this matter, ECF Nos. 65–66, and the First Addendum thereto, ECF No. 154.

Good cause exists to grant this Motion. At the hearing held on June 26, 2026, the Court permitted documents produced by Plaintiff pursuant to Discovery Master Order No. 22 (ECF No. 224), Section IV(B), to be produced subject to clawback and on an "attorneys' eyes only" basis. The proposed Second Addendum establishes a "Highly Confidential—Attorneys' Eyes Only" designation category and sets forth agreed procedures governing the marking, disclosure, and handling of documents so designated.

2

Accordingly, the parties jointly move this Court to grant this Motion and endorse and enter the Second Addendum, attached hereto as **Exhibit A**.

2

**MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,**

By his Attorneys,

*/s/ Yonah Jaffe*
Howard M. Cooper (BBO No. 543842)
Seth J. Robbins (BBO No. 655146)
Josh L. Launer (BBO No. 673661)
**TODD & WELD LLP**
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
hcooper@toddweld.com
srobbins@toddweld.com
jlauner@toddweld.com

William T. Reid IV (*pro hac vice*)
Jeremy Wells (*pro hac vice*)
Barbara Whiten Balliette (*pro hac vice*)
Julia P. Gokhberg (*pro hac vice*)
**REID COLLINS & TSAI LLP**
1301 S. Capital of Texas Hwy.
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 647-6100
wreid@reidcollins.com
jwells@reidcollins.com
bballiette@reidcollins.com
jgokhberg@reidcollins.com

Jeffrey E. Gross (*pro hac vice*)
Yonah Jaffe (*pro hac vice*)
**REID COLLINS & TSAI LLP**
420 Lexington Avenue, Suite 2515
New York, NY 10170
Tel.: (212) 344-5200
jgross@reidcollins.com
yjaffe@reidcollins.com

Dated: July 24, 2026

**AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY**

By their Attorneys,

*/s/ Lucas T. Rael*
Ronald S. Safer (*pro hac vice*)
Amy C. Andrews (*pro hac vice*)
Abigail L. Peluso (*pro hac vice*)
Lucas T. Rael (*pro hac vice*)
**RILEY SAFER HOLMES & CANCILA LLP**
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Tel: (312) 471-8700
rsafer@rshc-law.com
aandrews@rshc-law.com
apeluso@rshc-law.com
lrael@rshc-law.com

Jonathan D. Mutch, Esq. (BBO No. 634543)
Timothy Wenger, Esq. (BBO No. 674087)
**ROBINS KAPLAN LLP**
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: (617) 859-2722
JMutch@RobinsKaplan.com
TWenger@RobinsKaplan.com

Michael Menapace (BBO No. 568841)
**Wiggin and Dana, LLP**
20 Church Street
Hartford, Connecticut 06103
Tel: (860) 297-3733
Fax: (860) 297-3799
mmenapace@wiggin.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Yonah Jaffe, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on July 24, 2026.

*/s/ Yonah Jaffe*
Yonah Jaffe