# Exhibit D

## SWORN STATEMENT IN PROOF OF LOSS
### INTERIM

| | |
|---|---|
| $750,000,000 (All Risks of Physical Loss or Damage) | |
| $100,000,000 Sublimit FLOOD | |
| $50,000,000 Sublimit CODE | PPR 0281010-03 |
| AMOUNT OF POLICY AT TIME OF LOSS | POLICY NUMBER |
| April 23, 2020 | McGriff, Seibels & Williams |
| DATE ISSUED | AGENT |
| April 23, 2021 | Birmingham, AL |
| DATE EXPIRES | AGENCY AT |

To the ___ Zurich American Insurance Company
of ___ Schaumburg, IL

At time of loss, by the above indicated policy of insurance you insured ___

Medical Properties Trust, Inc.

against loss by ___ Flood & Storm ___ , to the property described under Schedule "A," according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** ___ A Flood & Storm – All Risks of Physical Loss or Damage ___ loss occurred about the hour of -- o'clock --.M. on the _28_ day of ___ June ___ ,2020. The cause and origin of the said loss were:
   ___ Flood & Storm ___

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: ___ Hospital / Medical Facility

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was ___ Owner ___ No other person or persons had any interest therein or incumbrance thereon, except: ___ No Exceptions

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: ___
   ___ None ___

| | |
|---|---|
| 5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, $ <br><br> at the time of the loss, besides which there was no policy or other contract of insurance, written or oral, valid or invalid | $750,000,000 <br> $100,000,000 <br> Sublimit FLOOD <br> $50,000,000 <br> Sublimit CODE |
| 6. **Actual Cash Value** of said property at the time of the loss was ......$ | Not Determined |
| 7. The **Whole Loss and Damage** was ......$ | 266,724,332.00 |
| 8. **Less Amount of Deductible** and/or participation by the insured ......$ | Absorbed |
| 9. The **Amount Claimed** under the above numbered policy is ......$ | 221,033,890.00 |
| Less prior payments..$ | ( 27,563,015.20) |
| $ | 193,470,874.80 |

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant: nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

"Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjcts a person to criminal and civil penalties."

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of ___

County of ___

NANCY GORDON SPINOSA
Notary Public, State of New York
NO. 01SP6391032
Qualified in New York County
Commission Expires 04/29/2023

MEDICAL PROPERTIES TRUST INC
___ LARRY PORTAL ___ (Insured)

BY: X ___ (Insured)

Subscribed and sworn before me this _5th_ day of _February_ 20 _21_

___ Nancy H Spinosa ___ Notary Public

NFAEd. 10/02

NFA_00029630

Claim Recap
Medical Properties Trust
Date of Loss: June 28, 2020

| | Total Loss Amount | | | Total Claim Amount | | |
|---|---|---|---|---|---|---|
| | Amount | Flood | Storm | Amount | Flood | Storm |
| Property Damage | | | | | | |
| Remediation and Clean-Up | $ 5,051,835 | $ 4,041,468 | $ 1,010,367 | $ 5,051,835 | $ 4,041,468 | $ 1,010,367 |
| Building | 177,602,050 | 83,689,179 | 93,912,871 | 177,602,050 | 83,689,179 | 93,912,871 |
| Code Requirements | 83,119,230 | 57,484,186 | 25,635,044 | 50,000,000 | 24,364,956 | 25,635,044 |
| Total Property Damage | 265,773,115 | 145,214,833 | 120,558,282 | 232,653,885 | 112,095,603 | 120,558,282 |
| Time Element Losses | | | | | | |
| Extra Expenses | 451,217 | 225,609 | 225,608 | 451,217 | 225,609 | 225,608 |
| Total Time Element Losses | 451,217 | 225,609 | 225,608 | 451,217 | 225,609 | 225,608 |
| Claim Preparation / Professional Fees | 500,000 | 250,000 | 250,000 | 500,000 | 250,000 | 250,000 |
| Total Loss | $ 266,724,332 | $ 145,690,442 | $ 121,033,890 | 233,605,102 | $ 112,571,212 | $ 121,033,890 |
| Less: Amount over the Flood Limit | | | | 12,571,212 | 12,571,212 | - |
| Total Claim | | | | $ 221,033,890 | $ 100,000,000 | $ 121,033,890 |

NFA_00029631