# Exhibit E

| | |
|---|---|
| **From:** | Kidney, Chris [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9DE307BF163D44C985F96EA68B7E51C5-CHRIS KIDNE] |
| **Sent:** | 11/12/2020 7:49:09 AM |
| **To:** | O'Brien, Stephanie [sobrien@consigli.com] |
| **Subject:** | RE: Communication protected by attorney client privileges- RE: [EXTERNAL] Re: Norwood Hospital Estimate Update |

For now any critical communications around scope, budget and schedule.

Thoughtfully submitted,

**Chris Kidney**
Senior Director of Emergency Project Management
Steward Health Care Corporate Real Estate & Facilities
C: (774-766-7824 | www.Steward.org



---

**From:** O'Brien, Stephanie <sobrien@consigli.com>
**Sent:** Thursday, November 12, 2020 7:59 AM
**To:** Kidney, Chris <Chris.Kidney@steward.org>
**Subject:** RE: Communication protected by attorney client privileges- RE: [EXTERNAL] Re: Norwood Hospital Estimate Update

Is this for all communications, or just related to our update?  Thanks in advance.

Stephanie O'Brien
Project Executive
t: 508.458.0408 | m: 774.737.3805
   consigli.com

---

**From:** Kidney, Chris <Chris.Kidney@steward.org>
**Sent:** Wednesday, November 11, 2020 1:52 PM
**To:** O'Brien, Stephanie <sobrien@consigli.com>; VanNess, Steve <Steve.VanNess@steward.org>; rpapa@nfa.com
**Cc:** Wilcox, Blake <blake.wilcox@consigli.com>; Anzalone, John <JAnzalone@consigli.com>; Jack McCarthy (jmccarthy@array-architects.com) <jmccarthy@array-architects.com>; Jodie Papa (JPapa@nfa.com) <JPapa@nfa.com>; Holt, Kelsey <kholt@consigli.com>; Michael Prentice (mprentice@brplusa.com) <mprentice@brplusa.com>; Sean OMara/NFA (somara@nfa.com) <somara@nfa.com>; Hibble, Nathalie <Nathalie.Hibble@steward.org>
**Subject:** Communication protected by attorney client privileges- RE: [EXTERNAL] Re: Norwood Hospital Estimate Update

Thank you Stephanie.  Lets make sure we include the Subject line above when sending documents. And CC' Natalie.

Thoughtfully submitted,

CONFIDENTIAL

STEWARD01387984

**Chris Kidney**
Senior Director of Emergency Project Management
Steward Health Care Corporate Real Estate & Facilities
C: (774-766-7824 |  www.Steward.org



---

**From:** O'Brien, Stephanie <sobrien@consigli.com>
**Sent:** Wednesday, November 11, 2020 1:10 PM
**To:** Kidney, Chris <Chris.Kidney@steward.org>; VanNess, Steve <Steve.VanNess@steward.org>; rpapa@nfa.com
**Cc:** Wilcox, Blake <blake.wilcox@consigli.com>; Anzalone, John <JAnzalone@consigli.com>; Jack McCarthy (jmccarthy@array-architects.com) <jmccarthy@array-architects.com>; Jodie Papa (JPapa@nfa.com) <JPapa@nfa.com>; Holt, Kelsey <kholt@consigli.com>; Michael Prentice (mprentice@brplusa.com) <mprentice@brplusa.com>; Sean OMara/NFA (somara@nfa.com) <somara@nfa.com>
**Subject:** RE: [EXTERNAL] Re: Norwood Hospital Estimate Update

Chris – see attached responses to your "narrative" comments.  Consigli will review your estimate & scope comments tomorrow.  Thanks very much.

  

Stephanie O'Brien
Project Executive
t: 508.458.0408 | m: 774.737.3805
consigli.com

---

**From:** O'Brien, Stephanie <sobrien@consigli.com>
**Sent:** Wednesday, November 11, 2020 12:51 PM
**To:** Kidney, Chris <Chris.Kidney@steward.org>; VanNess, Steve <Steve.VanNess@steward.org>; rpapa@nfa.com
**Cc:** Wilcox, Blake <blake.wilcox@consigli.com>; Anzalone, John <JAnzalone@consigli.com>; Jack McCarthy (jmccarthy@array-architects.com) <jmccarthy@array-architects.com>; Jodie Papa (JPapa@nfa.com) <JPapa@nfa.com>; Holt, Kelsey <kholt@consigli.com>; Michael Prentice (mprentice@brplusa.com) <mprentice@brplusa.com>; Sean OMara/NFA (somara@nfa.com) <somara@nfa.com>
**Subject:** RE: [EXTERNAL] Re: Norwood Hospital Estimate Update

Rec'd – thanks Chris.



Stephanie O'Brien
Project Executive
t: 508.458.0408 | m: 774.737.3805
consigli.com

CONFIDENTIAL

STEWARD01387985

**From:** Kidney, Chris <Chris.Kidney@steward.org>
**Sent:** Tuesday, November 10, 2020 8:21 PM
**To:** O'Brien, Stephanie <sobrien@consigli.com>; VanNess, Steve <Steve.VanNess@steward.org>; rpapa@nfa.com
**Cc:** Wilcox, Blake <blake.wilcox@consigli.com>; Anzalone, John <JAnzalone@consigli.com>; Jack McCarthy (jmccarthy@array-architects.com) <jmccarthy@array-architects.com>; Jodie Papa (JPapa@nfa.com) <JPapa@nfa.com>; Holt, Kelsey <kholt@consigli.com>; Michael Prentice (mprentice@brplusa.com) <mprentice@brplusa.com>; Sean OMara/NFA (somara@nfa.com) <somara@nfa.com>
**Subject:** RE: [EXTERNAL] Re: Norwood Hospital Estimate Update

Good evening,

I have uploaded mu comments to the PROCORE site as the file was too large to email.  Call me with any questions.

Thoughtfully submitted,

Chris Kidney
Senior Director of Emergency Project Management
Steward Health Care Corporate Real Estate & Facilities
C: (774-766-7824 |  www.Steward.org



---

**From:** O'Brien, Stephanie <sobrien@consigli.com>
**Sent:** Tuesday, November 10, 2020 5:25 PM
**To:** VanNess, Steve <Steve.VanNess@steward.org>; rpapa@nfa.com
**Cc:** Wilcox, Blake <blake.wilcox@consigli.com>; Kidney, Chris <Chris.Kidney@steward.org>; Anzalone, John <JAnzalone@consigli.com>; Jack McCarthy (jmccarthy@array-architects.com) <jmccarthy@array-architects.com>; Jodie Papa (JPapa@nfa.com) <JPapa@nfa.com>; Holt, Kelsey <kholt@consigli.com>; Michael Prentice (mprentice@brplusa.com) <mprentice@brplusa.com>; Sean OMara/NFA (somara@nfa.com) <somara@nfa.com>
**Subject:** RE: [EXTERNAL] Re: Norwood Hospital Estimate Update

Thanks Steve.  All comments are acknowledged per attached.  The only two items I question are:
**ADA (page 8):** The re-work/re-design of spaces to comply with ADA has not been developed and the cost-effects of reconfiguring spaces is not included.  These could be significant.  How should we handle?
**Sub Bonds/SDI (page 10):** I think bonds are reasonable costs that we see on most projects – especially one of this size.  I see you deferred to NFA so I'll await their response.

Thanks!

Stephanie O'Brien
Project Executive
t: 508.458.0408 | m: 774.737.3805
consigli.com

    STEWARD01387986

**From:** VanNess, Steve <Steve.VanNess@steward.org>
**Sent:** Tuesday, November 10, 2020 4:53 PM
**To:** rpapa@nfa.com; O'Brien, Stephanie <sobrien@consigli.com>
**Cc:** Wilcox, Blake <blake.wilcox@consigli.com>; Kidney, Chris <Chris.Kidney@steward.org>; Anzalone, John <JAnzalone@consigli.com>; Jack McCarthy (jmccarthy@array-architects.com) <jmccarthy@array-architects.com>; Jodie Papa (JPapa@nfa.com) <JPapa@nfa.com>; Holt, Kelsey <kholt@consigli.com>; Michael Prentice (mprentice@brplusa.com) <mprentice@brplusa.com>; Sean OMara/NFA (somara@nfa.com) <somara@nfa.com>
**Subject:** RE: [EXTERNAL] Re: Norwood Hospital Estimate Update

Hi,
Attached are my comments on the Narrative, including a "look ahead" to the next version of the estimate (deleting the references to the 10/14 line in the sand, etc.). For speed, I have simply marked up the draft – comments should be legible. Will follow up with separate e-mail reviews of Estimates and Scope matrices.
Steve.

*Stephen W.  Van Ness, AIA*
*Vice President – Planning & Design, Steward Health Care*
*Corporate Real Estate and Facilities*
*2 Copley Place, Suite 101, Boston, MA 02116*
*(M) 617.821.4606*
steve.vanness@steward.org



**From:** rpapa@nfa.com <rpapa@nfa.com>
**Sent:** Tuesday, November 10, 2020 3:40 PM
**To:** O'Brien, Stephanie <sobrien@consigli.com>
**Cc:** Wilcox, Blake <blake.wilcox@consigli.com>; Kidney, Chris <Chris.Kidney@steward.org>; Anzalone, John <JAnzalone@consigli.com>; Jack McCarthy (jmccarthy@array-architects.com) <jmccarthy@array-architects.com>; Jodie Papa (JPapa@nfa.com) <JPapa@nfa.com>; Holt, Kelsey <kholt@consigli.com>; Michael Prentice (mprentice@brplusa.com) <mprentice@brplusa.com>; Sean OMara/NFA (somara@nfa.com) <somara@nfa.com>; VanNess, Steve <Steve.VanNess@steward.org>
**Subject:** [EXTERNAL] Re: Norwood Hospital Estimate Update

Stephanie: Our team has been feverishly on this but can't get it done until the end of the day tomorrow [Nov 11]. Thanks, Ron

**Ronald J. Papa, SPPA**
**President**
**NFA - National Fire Adjustment Co., Inc.**
One NFA Park
Amherst, NY 14228-1187
Office: (716) 632-7272
Toll Free: 1-800-632-7272
Cell: (716) 583-7272
Fax: (716) 689-7768
email: rpapa@nfa.com
web: www.nfa.com

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than the intended recipient is unauthorized. Please advise me immediately by return e-mail or otherwise if you receive this e-mail in error. We do not guarantee that

STEWARD01387987

this material is free from viruses or any other defects although due care has been taken to minimize the risk.

---

From:   "O'Brien, Stephanie" <sobrien@consigli.com>
To:     "Chris Kidney (Chris.Kidney@steward.org)" <Chris.Kidney@steward.org>, "Steve VanNess (Steve.VanNess@steward.org)" <Steve.VanNess@steward.org>, "Sean OMara/NFA (somara@nfa.com)" <somara@nfa.com>, "Jodie Papa (JPapa@nfa.com)" <JPapa@nfa.com>, "Ron Papa (rpapa@nfa.com)" <rpapa@nfa.com>, "Jack McCarthy (jmccarthy@array-architects.com)" <jmccarthy@array-architects.com>, "Michael Prentice (mprentice@brplusa.com)" <mprentice@brplusa.com>
Cc:     "Anzalone, John" <JAnzalone@consigli.com>, "Holt, Kelsey" <kholt@consigli.com>, "Wilcox, Blake" <blake.wilcox@consigli.com>
Date:   11/10/2020 03:05 PM
Subject:   Norwood Hospital Estimate Update

---

All – just a reminder that comments are due by EOD today related to Consigli's 10/30 Report/Estimate. We understand the strict timeline of Steward's MPT submission on 11/20 and want to make the next update as comprehensive as possible. That said, it will take time (depending on the extent of the comments) to make changes, so timely feedback is appreciated.   We also suggest a review of Steward's TPC as soon as possible to confirm that everything is captured.

**A full list of assumptions and qualifications will be included in the next update but the following should be noted:**

- Mold abatement will be carried as an allowance since readings keep changing. Final scope TBD.

- A full building hazmat survey will be needed to fully capture abatement costs. An allowance will be carried based upon current assumptions.

- MEP/FP equipment scope is captured per BOD documents. Changes as a result of future equipment testing could significantly affect the estimate – but are unknown at this time.

- Biomed/imaging/sterilization equipment is excluded and assumed by Steward.

- Façade scope is pending formal direction (anticipated this week).

We understand the intent to pare down qualifications – but want to confirm the above understanding.

Thanks in advance.
Stephanie

Stephanie    O'Brien
Project Executive
t: 508.458.0408        | m: 774.737.3805
⊙⊙⊙⊙@consigli.com

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.
NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or

CONFIDENTIAL                                                                    STEWARD01387988

further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

NOTICE: This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information or Personally Identifiable Information that is privileged and confidential. Protected Health Information and Personally Identifiable Information may only be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information or Personally Identifiable Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

CONFIDENTIAL

STEWARD01387989