# Exhibit H

# DRAFT NORWOOD HOSPITAL INSURANCE CLAIM ESTIMATE

## "As Was" Conceptual Estimate - DRAFT 11/24/2020

| Description | Takeoff Quantity | Total Cost/Unit | Total Amount |
|---|---|---|---|
| 0 Basement | 56,999.00 gsf | 428.22 /gsf | 24,408,281 |
| 00 Ground Floor | 118,657.00 gsf | 278.62 /gsf | 33,060,057 |
| 01 Level 1 | 70,276.00 gsf | 188.15 /gsf | 13,222,668 |
| 02 Level 2 | 59,252.00 gsf | 183.19 /gsf | 10,854,629 |
| 03 Level 3 | 55,338.00 gsf | 100.50 /gsf | 5,561,319 |
| 04 Level 4 - Draper ONLY | 8,251.00 gsf | 64.45 /gsf | 531,769 |
| 05 Level 5 | 822.00 gsf | 62.37 /gsf | 51,269 |
| 06 Exterior | | /gsf | 16,590,411 |

### Estimate Totals

| Description | Amount | Totals | Rate | Cost per Unit |
|---|---|---|---|---|
| **Subtotal** | **104,280,405** | **104,280,405** | | **282.342 /SF** |
| Design/Estimating Contingency | 5,214,020 | | 5.000 % | 14.117 /SF |
| Preconstruction Services | 500,000 | | | 1.354 /SF |
| Escalation (Thru Dec 31, 2022) | 13,199,331 | | 12.000 % | 35.738 /SF |
| SDI (Subcontractor Bonds) | 1,724,713 | | 1.400 % | 4.670 /SF |
| **Subtotal** | **20,638,064** | **124,918,469** | | **338.220 /SF** |
| Contractor's Contingency | 12,491,847 | | 10.000 % | 33.822 /SF |
| General Conditions | 7,495,108 | | 6.000 % | 20.293 /SF |
| General Requirements | 4,996,739 | | 4.000 % | 13.529 /SF |
| **Subtotal** | **24,983,694** | **149,902,163** | | **405.864 /SF** |
| Performance & Payment Bond | 930,594 | | | 2.520 /SF |
| Builder's Risk Insurance | 299,804 | | 0.200 % | 0.812 /SF |
| General Liability Insurance | 2,529,865 | | 1.400 % | 6.850 /SF |
| Building Permit | 2,710,569 | | 1.500 % | 7.339 /SF |
| **Subtotal** | **6,470,832** | **156,372,995** | | **423.384 /SF** |
| Overhead | 12,509,839 | | 8.000 % | 33.871 /SF |
| Profit | 11,821,798 | | 7.000 % | 32.008 /SF |
| **Total** | | **180,704,632** | | **489.262 /SF** |

MPT0022799

# DRAFT NORWOOD HOSPITAL INSURANCE CLAIM ESTIMATE

## "As Was" Estimate - DRAFT 8-10-23

**CONSIGLI**
Est. 1905

### Estimate Totals

| Description | Amount | Totals | Rate | Cost per Unit |
|---|---|---|---|---|
| **Subtotal** | **50,273,252** | **50,273,252** | | **136.116** /SF |
| Design/Estimating Contingency | 2,513,663 | | 5.000 % | 6.806 /SF |
| Escalation (Thru Dec 31, 2022) | 6,334,430 | | 12.000 % | 17.151 /SF |
| SDI (Subcontractor Bonds) | 827,699 | | 1.400 % | 2.241 /SF |
| **Subtotal** | **9,675,792** | **59,949,044** | | **162.314** /SF |
| Contractor's Contingency | 5,994,904 | | 10.000 % | 16.231 /SF |
| General Conditions | 6,284,902 | | 10.484 % | 17.017 /SF |
| General Requirements | 2,898,638 | | 4.835 % | 7.848 /SF |
| **Subtotal** | **15,178,444** | **75,127,488** | | **203.410** /SF |
| Performance & Payment Bond | 406,518 | | | 1.101 /SF |
| Builder's Risk Insurance | 150,255 | | 0.200 % | 0.407 /SF |
| General Liability Insurance | 1,091,225 | | 1.400 % | 2.955 /SF |
| Building Permit | 1,169,170 | | 1.500 % | 3.166 /SF |
| **Subtotal** | **2,817,168** | **77,944,656** | | **211.037** /SF |
| Overhead (TBD) | | | | |
| FEE (TBD) | | | | |
| **Total** | | **77,944,656** | | **211.037** /SF |

CONFIDENTIAL                                                    ORDER-CONSIGLI_00000309