# Exhibit J

# DRAFT NORWOOD HOSPITAL INSURANCE CLAIM ESTIMATE

## "As Was" Estimate - DRAFT 8-10-23

**CONSIGLI**
*Est. 1905*

| Description | Takeoff Quantity | Total Cost/Unit | Total Amount |
|---|---|---|---|
| 01-20 ALLOWANCES | 374,668.00 gsf | 15.75 /gsf | 5,900,000 |
| 01-50 GENERAL REQUIREMENTS | 369,341.00 gsf | 4.14 /gsf | 1,527,772 |
| 02-20 SELECTIVE DEMOLITION | 369,341.00 gsf | 8.07 /gsf | 2,979,938 |
| 03-30 CONCRETE | 369,341.00 gsf | 1.10 /gsf | 404,848 |
| 04-01 MASONRY REPAIR/RESTORATION | 369,341.00 gsf | 0.30 /gsf | 109,041 |
| 05-50 MISCELLANEOUS METALS | 369,341.00 gsf | 0.68 /gsf | 252,038 |
| 06-25 FINISH CARPENTRY | 369,341.00 gsf | 3.27 /gsf | 1,205,946 |
| 07-42 WATERPROOFING / JOINT SEALANTS | 369,341.00 gsf | 0.40 /gsf | 146,075 |
| 07-43 SHELL | 369,341.00 gsf | 5.27 /gsf | 1,948,075 |
| 07-50 MEMBRANE ROOFING | 369,341.00 gsf | 8.94 /gsf | 3,303,185 |
| 07-81 FIREPROOFING | 369,341.00 gsf | 0.89 /gsf | 328,067 |
| 08-10 DOORS, FRAMES & HARDWARE | 369,341.00 gsf | 1.32 /gsf | 488,032 |
| 08-41 GLAZING | 369,341.00 gsf | 2.08 /gsf | 767,550 |
| 09-21 DRYWALL | 369,341.00 gsf | 11.14 /gsf | 4,113,411 |
| 09-30 TILE | 369,341.00 gsf | 1.14 /gsf | 422,606 |
| 09-51 CEILINGS | 369,341.00 gsf | 1.98 /gsf | 732,405 |
| 09-61 FLOOR PREP/MOISTURE MITIGATION | 369,341.00 gsf | 1.22 /gsf | 450,467 |
| 09-65 FLOORING (ALL) | 369,341.00 gsf | 3.45 /gsf | 1,274,104 |
| 09-90 PAINTING | 369,341.00 gsf | 0.78 /gsf | 286,426 |
| 10-01 TYPICAL SPECIALTIES | 369,341.00 gsf | 1.91 /gsf | 705,475 |
| 11-40 FOOD SERVICE EQUIPMENT | 369,341.00 gsf | 5.85 /gsf | 2,159,312 |
| 14-20 ELEVATORS | 369,341.00 gsf | 0.86 /gsf | 316,251 |
| 14-90 PNEUMATIC TUBE | 369,341.00 gsf | /gsf | |
| 21-01 FIRE PROTECTION | 369,341.00 gsf | 1.15 /gsf | 425,987 |
| 22-01 PLUMBING | 369,341.00 gsf | 5.78 /gsf | 2,134,062 |
| 23-01 HVAC | 369,341.00 gsf | 9.98 /gsf | 3,686,722 |
| 26-01 ELECTRICAL | 369,341.00 gsf | 36.52 /gsf | 13,489,618 |
| 31-23 SITEWORK | 369,341.00 gsf | 1.94 /gsf | 715,840 |

CONFIDENTIAL

ORDER-CONSIGLI_00000308

# DRAFT NORWOOD HOSPITAL INSURANCE CLAIM ESTIMATE

## "As Was" Estimate - DRAFT 8-10-23

CONSIGLI
Est. 1905

## Estimate Totals

| Description | Amount | Totals | Rate | Cost per Unit |
|---|---|---|---|---|
| **Subtotal** | **50,273,252** | **50,273,252** | | **136.116** /SF |
| Design/Estimating Contingency | 2,513,663 | | 5.000 % | 6.806 /SF |
| Escalation (Thru Dec 31, 2022) | 6,334,430 | | 12.000 % | 17.151 /SF |
| SDI (Subcontractor Bonds) | 827,699 | | 1.400 % | 2.241 /SF |
| **Subtotal** | **9,675,792** | **59,949,044** | | **162.314** /SF |
| Contractor's Contingency | 5,994,904 | | 10.000 % | 16.231 /SF |
| General Conditions | 6,284,902 | | 10.484 % | 17.017 /SF |
| General Requirements | 2,898,638 | | 4.835 % | 7.848 /SF |
| **Subtotal** | **15,178,444** | **75,127,488** | | **203.410** /SF |
| Performance & Payment Bond | 406,518 | | | 1.101 /SF |
| Builder's Risk Insurance | 150,255 | | 0.200 % | 0.407 /SF |
| General Liability Insurance | 1,091,225 | | 1.400 % | 2.955 /SF |
| Building Permit | 1,169,170 | | 1.500 % | 3.166 /SF |
| **Subtotal** | **2,817,168** | **77,944,656** | | **211.037** /SF |
| Overhead (TBD) | | | | |
| FEE (TBD) | | | | |
| **Total** | | **77,944,656** | | **211.037** /SF |

CONFIDENTIAL

ORDER-CONSIGLI_00000309