## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

### PLAINTIFF'S EMERGENCY MOTION TO STAY DISCOVERY MASTER ORDER NO. 26 PENDING APPEAL TO THIS COURT

Plaintiff Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust ("**Plaintiff**"), respectfully moves on an emergency basis for a stay of Discovery Master Order No. 26 (ECF No. 281) (the "**Order**" or "**Order No. 26**")—which denied Plaintiff's motion for reconsideration of Section IV(B) of Order No. 22 as to Robert Gendron, CREF's CEO—pending this Court's review of Plaintiff's Forthcoming Objection thereto (the "**Forthcoming Objection**").

The need for emergency relief arises from a straightforward procedural problem. The Order Appointing the Discovery Master provides a seven-day objection period, which does not expire until ***August 11, 2026***. Order Appointing Disc. Master at 4, ECF No. 149. Yet Order No. 26—issued on the afternoon of August 4, 2026—requires Plaintiff to produce the Gendron documents by ***August 7, 2026***—four days ***before*** the objection period expires. A stay is necessary to preserve Plaintiff's ability to exercise the very right to review that the Appointment Order guarantees, and compelling production before the Court hears Plaintiff's Forthcoming Objection would severely impair that right.

*8/6/26*

*allowed. The objection shall be filed on August 11, 2026 and is referred to USMJ Kelley.*

*Patti B Sai*

1