Outlook

## Re: Kronfeld v. American Guarantee & Liability Ins. Co., et al. -- Defendants' Motion to Compel Compliance with Order No. 22

**From** Yonah Jaffe <yjaffe@reidcollins.com>

**Date** Tue 7/28/2026 11:03 PM

**To** Faith Hochberg <judgehochberg@judgehochberg.com>

**Cc** Lucas Rael <LRael@rshc-law.com>; Hanna Cohen <hannacohen@hannacohen.com>; Daniela Thomas <daniela@judgehochberg.com>; Norwood <norwood@reidcollins.com>; Jessie Michelin <jmichelin@rshc-law.com>; Seth J. Robbins <srobbins@toddweld.com>; Howard M. Cooper <hcooper@toddweld.com>; David H. Rich <drich@toddweld.com>; Matthew S. Furman <mfurman@toddweld.com>; Samuel Myers <smyers@toddweld.com>; William Gildea <wgildea@toddweld.com>; Amy Andrews <AAndrews@rshc-law.com>; Abbie Peluso <apeluso@rshc-law.com>; Ronald Safer <rsafer@rshc-law.com>; Michael H. Fleck <MFleck@rshc-law.com>; Jonathan D. Mutch <jmutch@robinskaplan.com>; Timothy D. Wenger <TWenger@robinskaplan.com>; Michael Menapace <mmenapace@wiggin.com>; toddweldnorwoodteam@toddweld.com <toddweldnorwoodteam@toddweld.com>; Amanda Misisian <AMisisian@rshc-law.com>

Yes.

**Yonah Jaffe**
Partner
Reid Collins & Tsai LLP
212.344.5209 (Direct)
718.757.1820 (Cell)

---

**From:** Faith Hochberg <judgehochberg@judgehochberg.com>
**Sent:** Tuesday, July 28, 2026 10:47 PM
**To:** Yonah Jaffe <yjaffe@reidcollins.com>
**Cc:** Lucas Rael <LRael@rshc-law.com>; Hanna Cohen <hannacohen@hannacohen.com>; Daniela Thomas <daniela@judgehochberg.com>; Norwood <norwood@reidcollins.com>; Jessie Michelin <jmichelin@rshc-law.com>; Seth J. Robbins <srobbins@toddweld.com>; Howard M. Cooper <hcooper@toddweld.com>; David H. Rich <drich@toddweld.com>; Matthew S. Furman <mfurman@toddweld.com>; Samuel Myers <smyers@toddweld.com>; William Gildea <wgildea@toddweld.com>; Amy Andrews <AAndrews@rshc-law.com>; Abbie Peluso <apeluso@rshc-law.com>; Ronald Safer <rsafer@rshc-law.com>; Michael H. Fleck <MFleck@rshc-law.com>; Jonathan D. Mutch <jmutch@robinskaplan.com>; Timothy D. Wenger <TWenger@robinskaplan.com>; Michael Menapace <mmenapace@wiggin.com>; toddweldnorwoodteam@toddweld.com <toddweldnorwoodteam@toddweld.com>; Amanda Misisian <AMisisian@rshc-law.com>
**Subject:** Re: Kronfeld v. American Guarantee & Liability Ins. Co., et al. -- Defendants' Motion to Compel Compliance with Order No. 22

Thank you for that clarification. Are the ones being removed all of the documents that have been produced pursuant to Order 22?

Hon. Faith S. Hochberg

Hochberg ADR LLC
U.S. Federal Court Judge (ret.)
FCIArb
Fellow, College of Commercial Arbitrators
Member, American Law Institute
Distinguished Neutral, AAA, ICDR, ICC, USCIB, CPR, SIAC, WIPO, LCIA
Advisory Board, Innovation Center for Law & Technology, New York Law School


On Jul 28, 2026, at 10:19 PM, Yonah Jaffe <yjaffe@reidcollins.com> wrote:


Dear Judge Hochberg,

To directly answer your question: zero documents have been withheld that are not on a privilege log. Every document currently being withheld has already been logged on each of the prior privilege logs.

Plaintiff agreed, at Defendants' request, to provide this updated privilege log to **remove** the thousands of CREF emails on Plaintiff's most recent log (served in March) that have now been produced as a result of Order 22 and include only the documents still being withheld.

**Yonah Jaffe**
Partner
Reid Collins & Tsai LLP
212.344.5209 (Direct)
718.757.1820 (Cell)

---

**From:** Faith Hochberg <judgehochberg@judgehochberg.com>
**Sent:** Tuesday, July 28, 2026 9:43 PM
**To:** Yonah Jaffe <yjaffe@reidcollins.com>
**Cc:** Lucas Rael <LRael@rshc-law.com>; Hanna Cohen <hannacohen@hannacohen.com>; Daniela Thomas <daniela@judgehochberg.com>; Norwood <norwood@reidcollins.com>; Jessie Michelin <jmichelin@rshc-law.com>; Seth J. Robbins <srobbins@toddweld.com>; Howard M. Cooper <hcooper@toddweld.com>; David H. Rich <drich@toddweld.com>; Matthew S. Furman <mfurman@toddweld.com>; Samuel Myers <smyers@toddweld.com>; William Gildea <wgildea@toddweld.com>; Amy Andrews <AAndrews@rshc-law.com>; Abbie Peluso <apeluso@rshc-law.com>; Ronald Safer <rsafer@rshc-law.com>; Michael H. Fleck <MFleck@rshc-law.com>; Jonathan D. Mutch <jmutch@robinskaplan.com>; Timothy D. Wenger <TWenger@robinskaplan.com>; Michael Menapace <mmenapace@wiggin.com>; toddweldnorwoodteam@toddweld.com <toddweldnorwoodteam@toddweld.com>; Amanda Misisian <AMisisian@rshc-law.com>
**Subject:** Re: Kronfeld v. American Guarantee & Liability Ins. Co., et al. -- Defendants' Motion to Compel Compliance with Order No. 22

The time has Long passed for creating a new "updated" privilege log. Your client produced their final privilege log months and months ago. How many documents have been withheld that are not on a privilege log?

I need this answer by tomorrow morning


Hon. Faith S. Hochberg
Hochberg ADR LLC

U.S. Federal Court Judge (ret.)
FCIArb
Fellow, College of Commercial Arbitrators
Member, American Law Institute
Distinguished Neutral, AAA, ICDR, ICC, USCIB, CPR, SIAC, WIPO, LCIA
Advisory Board, Innovation Center for Law & Technology,
New York Law School

Sent from my iPhone

On Jul 28, 2026, at 7:31 PM, Yonah Jaffe <yjaffe@reidcollins.com> wrote:

Dear Judge Hochberg,

Thank you for the extension to file our responsive letter brief. In response to your inquiry yesterday afternoon, we understand from our vendor that there are currently 1,749 emails being withheld pursuant to Section IV.b(2) involving Kidney and/or Gendron and Todd & Weld (not counting those involving direct Todd & Weld work product requests withheld under Section IV.b(1)). Of those, approximately 200 emails include Todd & Weld, Kidney and/or Gendron, and no other CREF employee and 1,549 include Todd & Weld, Kidney and/or Gendron and at least one other CREF employee. These numbers may be adjusted somewhat as we complete a more granular review of the withheld documents in connection with preparing our updated CREF privilege log this week.

Respectfully,

**Yonah Jaffe**
Partner
Reid Collins & Tsai LLP
212.344.5209 (Direct)
718.757.1820 (Cell)

---

**From:** Faith Hochberg <judgehochberg@judgehochberg.com>
**Sent:** Monday, July 27, 2026 5:23 PM
**To:** Yonah Jaffe <yjaffe@reidcollins.com>
**Cc:** Lucas Rael <LRael@rshc-law.com>; Hanna Cohen <hannacohen@hannacohen.com>; Daniela Thomas <daniela@judgehochberg.com>; Norwood <norwood@reidcollins.com>; Jessie Michelin <jmichelin@rshc-law.com>; Seth J. Robbins <srobbins@toddweld.com>; Howard M. Cooper <hcooper@toddweld.com>; David H. Rich <drich@toddweld.com>; Matthew S. Furman <mfurman@toddweld.com>; Samuel Myers <smyers@toddweld.com>; William Gildea <wgildea@toddweld.com>; Amy Andrews <AAndrews@rshc-law.com>; Abbie Peluso <apeluso@rshc-law.com>; Ronald Safer <rsafer@rshc-law.com>; Michael H. Fleck <MFleck@rshc-law.com>; Jonathan D. Mutch <jmutch@robinskaplan.com>; Timothy D. Wenger <TWenger@robinskaplan.com>; Michael Menapace <mmenapace@wiggin.com>; toddweldnorwoodteam@toddweld.com <toddweldnorwoodteam@toddweld.com>; Amanda Misisian <AMisisian@rshc-law.com>
**Subject:** Re: Kronfeld v. American Guarantee & Liability Ins. Co., et al. -- Defendants' Motion to Compel Compliance with Order No. 22

I will grant the extension until 8PM this Friday, July 31
Hon. Faith S. Hochberg
Hochberg ADR LLC
U.S. Federal Court Judge (ret.)
FCIArb
Fellow, College of Commercial Arbitrators
Member, American Law Institute
Distinguished Neutral, AAA, ICDR, ICC, USCIB, CPR, SIAC, WIPO, LCIA
Advisory Board, Innovation Center for Law & Technology, New York Law School


On Jul 27, 2026, at 4:58 PM, Yonah Jaffe <yjaffe@reidcollins.com> wrote:


Dear Judge Hochberg,

We are checking with our vendor and will provide the numbers when we receive them.

**Yonah Jaffe**
Partner
Reid Collins & Tsai LLP
212.344.5209 (Direct)
718.757.1820 (Cell)

---

**From:** Faith Hochberg <judgehochberg@judgehochberg.com>
**Sent:** Monday, July 27, 2026 4:03 PM
**To:** Yonah Jaffe <yjaffe@reidcollins.com>
**Cc:** Lucas Rael <LRael@rshc-law.com>; Hanna Cohen <hannacohen@hannacohen.com>; Daniela Thomas <daniela@judgehochberg.com>; Norwood <norwood@reidcollins.com>; Jessie Michelin <jmichelin@rshc-law.com>; Seth J. Robbins <srobbins@toddweld.com>; Howard M. Cooper <hcooper@toddweld.com>; David H. Rich <drich@toddweld.com>; Matthew S. Furman <mfurman@toddweld.com>; Samuel Myers <smyers@toddweld.com>; William Gildea <wgildea@toddweld.com>; Amy Andrews <AAndrews@rshc-law.com>; Abbie Peluso <apeluso@rshc-law.com>; Ronald Safer <rsafer@rshc-law.com>; Michael H. Fleck <MFleck@rshc-law.com>; Jonathan D. Mutch <jmutch@robinskaplan.com>; Timothy D. Wenger <TWenger@robinskaplan.com>; Michael Menapace <mmenapace@wiggin.com>; toddweldnorwoodteam@toddweld.com <toddweldnorwoodteam@toddweld.com>; Amanda Misisian <AMisisian@rshc-law.com>
**Subject:** Re: Kronfeld v. American Guarantee & Liability Ins. Co., et al. -- Defendants' Motion to Compel Compliance with Order No. 22

What is the number of the documents still withheld from production involving (a) Kidney and/or (b) Gendron with Todd & Weld on the email chain?
Hon. Faith S. Hochberg
Hochberg ADR LLC
U.S. Federal Court Judge (ret.)
FCIArb
Fellow, College of Commercial Arbitrators
Member, American Law Institute

Distinguished Neutral, AAA, ICDR, ICC, USCIB, CPR, SIAC, WIPO, LCIA
Advisory Board, Innovation Center for Law & Technology, New York Law School


On Jul 27, 2026, at 12:30 PM, Yonah Jaffe <yjaffe@reidcollins.com> wrote:


Dear Judge Hochberg,

I apologize, but it appears my prior email attached duplicate copies of the same declaration. To avoid any confusion, please refer to the attached copy of the declaration.

Respectfully,

**Yonah Jaffe**
Partner
Reid Collins & Tsai LLP
212.344.5209 (Direct)
718.757.1820 (Cell)

---

**From:** Yonah Jaffe <yjaffe@reidcollins.com>
**Sent:** Monday, July 27, 2026 11:56 AM
**To:** Faith Hochberg <judgehochberg@judgehochberg.com>
**Cc:** Lucas Rael <LRael@rshc-law.com>; Hanna Cohen <hannacohen@hannacohen.com>; Daniela Thomas <daniela@judgehochberg.com>; Norwood <norwood@reidcollins.com>; Jessie Michelin <jmichelin@rshc-law.com>; Seth J. Robbins <srobbins@toddweld.com>; Howard M. Cooper <hcooper@toddweld.com>; David H. Rich <drich@toddweld.com>; Matthew S. Furman <mfurman@toddweld.com>; Samuel Myers <smyers@toddweld.com>; William Gildea <wgildea@toddweld.com>; Amy Andrews <AAndrews@rshc-law.com>; Abbie Peluso <apeluso@rshc-law.com>; Ronald Safer <rsafer@rshc-law.com>; Michael H. Fleck <MFleck@rshc-law.com>; Jonathan D. Mutch <jmutch@robinskaplan.com>; Timothy D. Wenger <TWenger@robinskaplan.com>; Michael Menapace <mmenapace@wiggin.com>; toddweldnorwoodteam@toddweld.com <toddweldnorwoodteam@toddweld.com>; Amanda Misisian <AMisisian@rshc-law.com>
**Subject:** Re: Kronfeld v. American Guarantee & Liability Ins. Co., et al. -- Defendants' Motion to Compel Compliance with Order No. 22

Dear Judge Hochberg,

The requested declaration is attached. To be clear, Plaintiff requests that Plaintiff's responsive letter brief to this motion be due August 3. As set forth in the declaration, it is our position that Plaintiff has already produced all categories of documents ordered to be produced under Order 22.

Respectfully,

**Yonah Jaffe**
Partner
Reid Collins & Tsai LLP
212.344.5209 (Direct)

718.757.1820 (Cell)

---

**From:** Faith Hochberg <judgehochberg@judgehochberg.com>
**Sent:** Friday, July 24, 2026 9:46 PM
**To:** Yonah Jaffe <yjaffe@reidcollins.com>
**Cc:** Lucas Rael <LRael@rshc-law.com>; Hanna Cohen <hannacohen@hannacohen.com>; Daniela Thomas <daniela@judgehochberg.com>; Norwood <norwood@reidcollins.com>; Jessie Michelin <jmichelin@rshc-law.com>; Seth J. Robbins <srobbins@toddweld.com>; Howard M. Cooper <hcooper@toddweld.com>; David H. Rich <drich@toddweld.com>; Matthew S. Furman <mfurman@toddweld.com>; Samuel Myers <smyers@toddweld.com>; William Gildea <wgildea@toddweld.com>; Amy Andrews <AAndrews@rshc-law.com>; Abbie Peluso <apeluso@rshc-law.com>; Ronald Safer <rsafer@rshc-law.com>; Michael H. Fleck <MFleck@rshc-law.com>; Jonathan D. Mutch <jmutch@robinskaplan.com>; Timothy D. Wenger <TWenger@robinskaplan.com>; Michael Menapace <mmenapace@wiggin.com>; toddweldnorwoodteam@toddweld.com <toddweldnorwoodteam@toddweld.com>; Amanda Misisian <AMisisian@rshc-law.com>
**Subject:** Re: Kronfeld v. American Guarantee & Liability Ins. Co., et al. -- Defendants' Motion to Compel Compliance with Order No. 22

Ms. Jaffe,
I normally grant extensions as a courtesy to counsel.  However, I cannot grant an extension if there are still documents that were ordered to be produced by May 26—-that are still unproduced.  Can you submit a declaration as to where that production now stands?  Until I receive it, I cannot keep extending deadlines.
Please submit your declaration by Noon, Monday, July 27.

Regards,
Hon. Faith S. Hochberg
Hochberg ADR LLC
U.S. Federal Court Judge (ret.)
FCIArb
Fellow, College of Commercial Arbitrators
Member, American Law Institute
Distinguished Neutral, AAA, ICDR, ICC, USCIB, CPR, SIAC, WIPO, LCIA
Advisory Board, Innovation Center for Law & Technology, New York Law School


On Jul 24, 2026, at 7:52 PM, Yonah Jaffe <yjaffe@reidcollins.com> wrote:


Dear Judge Hochberg,

Plaintiff respectfully requests that your Honor allow Plaintiff until August 3rd to respond to Defendants' motion. Defendants' position is based on what Plaintiff sees as a misinterpretation of the plain language of Order 22. As shown in the attached email chain, Defendants refused to meaningfully meet and confer with Plaintiff about this issue before bringing this motion, and also rejected Plaintiff's compromise offer that would have mooted the motion.

Plaintiff is currently focused on meeting multiple imminent deadlines by July 31 pursuant to the parties' agreed schedule, including updating the privilege log and identifying all produced documents to be clawed back, as well as compiling other information Defendants have recently requested by that date. Requiring Plaintiff to divert resources to opposing this motion over the next week would undermine Plaintiff's ability to fulfill these commitments.

Plaintiff's proposed response date will cause no prejudice to Defendants. Defendants have already postponed all pending depositions, and the only imminent deadlines apply to Plaintiff, not Defendants. Plaintiff will continue to prepare the subject documents for production in the event it is determined that Plaintiff should produce them subject to clawback.

Thank you for your consideration and have a nice weekend.

Respectfully,

**Yonah Jaffe**
Partner
Reid Collins & Tsai LLP
212.344.5209 (Direct)
718.757.1820 (Cell)

---

**From:** Lucas Rael <LRael@rshc-law.com>
**Sent:** Friday, July 24, 2026 2:14 PM
**To:** Faith Hochberg <judgehochberg@judgehochberg.com>
**Cc:** Hanna Cohen <hannacohen@hannacohen.com>; Daniela Thomas <daniela@judgehochberg.com>; Yonah Jaffe <yjaffe@reidcollins.com>; Norwood <norwood@reidcollins.com>; Jessie Michelin <jmichelin@rshc-law.com>; Seth J. Robbins <srobbins@toddweld.com>; Howard M. Cooper <hcooper@toddweld.com>; David H. Rich <drich@toddweld.com>; Matthew S. Furman <mfurman@toddweld.com>; Samuel Myers <smyers@toddweld.com>; William Gildea <wgildea@toddweld.com>; Amy Andrews <AAndrews@rshc-law.com>; Abbie Peluso <apeluso@rshc-law.com>; Ronald Safer <rsafer@rshc-law.com>; Lucas Rael <LRael@rshc-law.com>; Michael H. Fleck <MFleck@rshc-law.com>; Jonathan D. Mutch <jmutch@robinskaplan.com>; Timothy D. Wenger <TWenger@robinskaplan.com>; Michael Menapace <mmenapace@wiggin.com>; toddweldnorwoodteam@toddweld.com <toddweldnorwoodteam@toddweld.com>; Amanda Misisian <AMisisian@rshc-law.com>
**Subject:** Kronfeld v. American Guarantee & Liability Ins. Co., et al. -- Defendants' Motion to Compel Compliance with Order No. 22

Dear Judge Hochberg:

On behalf of Defendants, I am submitting the attached motion which seeks to compel Plaintiff's full compliance with Discovery Master Order No. 22 and Judge Saris' June 26, 2026 ruling upholding Order No. 22. Defendants also seek appropriate sanctions pursuant to Rule 37(b)(2).

I have attached Defendants' letter brief, a Redfern chart, supporting exhibits, and a case cited in Defendants' letter brief.

Hard copies of these materials will be delivered to you. Please let us know if you would prefer us to send those materials to your Connecticut or New York address.

Best regards,

Lucas

Lucas T. Rael (bio)
**Riley Safer Holmes & Cancila LLP**
1 South Dearborn, Suite 2200
Chicago, Illinois 60603
(312) 471-8784
lrael@rshc-law.com
www.rshc-law.com
<image001.png>

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.
<Re_ [EXTERNAL EMAIL] Re_ Kronfeld v. American Guarantee & Liability Ins. Co., et al. -- Plaintiff's Production Volume 47 - Yonah Jaffe - Outlook.pdf>
<2026-07-27 YJ Declaration re Order 22.pdf>