**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**
***NUNC PRO TUNC* TO FILE OBJECTION AFTER 6:00 P.M.**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Rule 5.4(d), Plaintiff Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust ("Plaintiff"), hereby moves for an enlargement of time *nunc pro tunc* to deem Plaintiff's objection to Discovery Master Order No. 26, filed today at or about 6:14 p.m., timely filed on August 11, 2026, notwithstanding Local Rule 5.4(d) and respectfully states as follows:

On August 4, 2026, the Discovery Master issued Discovery Master Order No. 26 (ECF No. 281). On August 6, the Court allowed Plaintiff's Emergency Motion to stay Order 26 (ECF No. 284) and ordered that the "Objection shall be filed on August 11, 2026."

Plaintiff attempted to file the objection shortly before 6:00 p.m. on August 11, 2026, in accordance with LR 5.4(d), but despite several attempts, the CM/ECF system would not accept one of the exhibits to the Objection due to a technical issue. Accordingly, Plaintiff removed the exhibit from the filing and filed the Objection and all other exhibits, which was confirmed by CM/ECF email at 6:14 p.m. (ECF No. 285). Plaintiff rectified the technical issue and filed the

1

remaining exhibit shortly thereafter, with email confirmation of that filing received at 6:29 p.m. (ECF No. 286).

Plaintiff submits that the brief retroactive extension will not cause prejudice to any party and requests that the court exercise its discretion under the circumstances to excuse non-compliance with LR 5.4(d). *See Soo v. Bone Biologics Corp.,* No. 19-CV-11520-ADB, 2021 WL 1391458, at *4 (D. Mass. Apr. 13, 2021).

Defendants confirmed that they do not object to the extension request.

WHEREFORE, Plaintiff respectfully requests that the Court grant this request for a nunc pro tunc extension of time and/or deem the Objection timely filed on August 11, 2026.

Respectfully submitted,

**MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,**

By his Attorneys,

*/s/ Yonah Jaffe*

Howard M. Cooper (BBO No. 543842)
Seth J. Robbins (BBO No. 655146)
Josh L. Launer (BBO No. 673661)
Widmaier M. Charles (BBO No. 705208)
**TODD & WELD LLP**
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
hcooper@toddweld.com
srobbins@toddweld.com
jlauner@toddweld.com
wcharles@toddweld.com

William T. Reid IV (*pro hac vice*)
Jeremy Wells (*pro hac vice*)
Barbara Whiten Balliette (*pro hac vice*)
Julia P. Gokhberg (*pro hac vice*)
**REID COLLINS & TSAI LLP**
1301 S. Capital of Texas Hwy.
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 647-6100
wreid@reidcollins.com
jwells@reidcollins.com
bballiette@reidcollins.com
jgokhberg@reidcollins.com

Jeffrey E. Gross (*pro hac vice*)
Yonah Jaffe (*pro hac vice*)
**REID COLLINS & TSAI LLP**
420 Lexington Avenue, Suite 2515
New York, NY 10170
Tel.: (212) 344-5200
jgross@reidcollins.com
yjaffe@reidcollins.com

Dated: August 11, 2026

3

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff conferred with counsel for Defendants, and Defendants stated that they do not object to this Motion.

*/s/ Yonah Jaffe*
Yonah Jaffe