**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S OBJECTION TO DISCOVERY MASTER ORDER NO. 26**

Plaintiff Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust ("**Plaintiff**"), respectfully moves this Court for leave to file a reply brief in support of his Objection to Discovery Master Order No. 26. In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed his Objection to Discovery Master Order No. 26 (the "**Objection**") pursuant to the procedures established by this Court for review of the Discovery Master's orders.

2. Defendants filed a response to the Objection.

3. Plaintiff seeks leave to file a reply brief to address arguments raised in Defendants' response, particularly as they pertain to Plaintiff's August 17, 2026 production of 1,545 documents. A reply will assist the Court by allowing Plaintiff to respond to Defendants' arguments and clarify the issues presented in the Objection.

4. Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff conferred with counsel for Defendants, and Defendants do not oppose this Motion.

5. Plaintiff's proposed reply is attached hereto as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and permit the filing of the attached reply brief in support of Plaintiff's Objection to Discovery Master Order No. 26.

Respectfully submitted,

**MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,**

By his Attorneys,

*/s/ Yonah Jaffe*

Howard M. Cooper (BBO No. 543842)
Seth J. Robbins (BBO No. 655146)
Josh L. Launer (BBO No. 673661)
**TODD & WELD LLP**
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
hcooper@toddweld.com
srobbins@toddweld.com
jlauner@toddweld.com

William T. Reid IV (*pro hac vice*)
Jeremy Wells (*pro hac vice*)
Barbara Whiten Balliette (*pro hac vice*)
Julia P. Gokhberg (*pro hac vice*)
**REID COLLINS & TSAI LLP**
1301 S. Capital of Texas Hwy.
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 647-6100
wreid@reidcollins.com
jwells@reidcollins.com
bballiette@reidcollins.com
jgokhberg@reidcollins.com

Jeffrey E. Gross (*pro hac vice*)
Yonah Jaffe (*pro hac vice*)
**REID COLLINS & TSAI LLP**
420 Lexington Avenue, Suite 2515
New York, NY 10170
Tel.: (212) 344-5200
jgross@reidcollins.com
yjaffe@reidcollins.com

Dated: August 20, 2026

**RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff conferred with counsel for Defendants, and Defendants expressed no objection to this Motion.

*/s/ Yonah Jaffe*
Yonah Jaffe

**CERTIFICATE OF SERVICE**

I, Yonah Jaffe, Esq., hereby certify that the foregoing was filed through the Court's CM/ECF system on August 20, 2026, and will therefore be sent electronically to all counsel of record who have appeared in this matter as identified on the Notice of Electronic Filing (NEF).

*/s/ Yonah Jaffe*
Yonah Jaffe