**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**DECLARATION OF YONAH JAFFE IN SUPPORT OF PLAINTIFF'S OBJECTION TO DISCOVERY MASTER ORDER NO. 27**

I, Yonah Jaffe, do hereby declare and state as follows:

1. I am an attorney at Reid Collins & Tsai LLP ("Reid Collins"), and I represent Plaintiff Mark Kronfeld as Trustee of the SHC Creditor Trust ("Plaintiff") in this case. I submit this declaration in support of Plaintiff's Objection to Discovery Master Order No. 27 (ECF No. 295). I have personal knowledge of the facts stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of the declaration of Declaration of Yonah Jaffe, dated July 27, 2026 and submitted to the Discovery Master on that date.

3. Attached as **Exhibit 2** is a true and correct copy of an email exchange between myself and Defendants' counsel between July 22-24, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of Defendant's Letter Brief re: Motion to Compel, dated July 24, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of an email exchange between myself, the Discovery Master, and others between July 24-28, 2026.

6. Attached as **Exhibit 5** is a true and correct copy of a production letter from Yonah Jaffe to Defendants, dated July 20, 2026.

7. Attached as **Exhibit 6** is a true and correct copy of Plaintiff's Opposition to Defendant's Motion to Compel, dated July 31, 2026.

8. Attached as **Exhibit 7** is a true and correct copy of Plaintiff's Surreply, dated August 4, 2026.

9. Attached as **Exhibit 8** is a true and correct copy of Defendants' Letter Brief re: Mootness, dated August 14, 2026.

10. Attached as **Exhibit 9** is a true and correct copy of an email exchange between the Discovery Master and counsel between August 2-15, 2026.

11. Attached as **Exhibit 10** is a true and correct copy of Plaintiff's Letter Reply re: Mootness, dated August 18, 2026.

12. No depositions have occurred in this matter since Order 22 was entered in May 2026.

I, Yonah Jaffe, declare under penalty of perjury that the foregoing is true and correct. Executed on September 1, 2026.

/s/ *Yonah Jaffe*
Yonah Jaffe