**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action<br>No. 21-cv-11902-PBS |

**ORDER**

September 22, 2026

Saris, J.

After a review of the voluminous filings, the Court **DENIES** Plaintiff's objection (Dkt. 301) to the Magistrate Judge's order (Dkt. 296) on Plaintiff's objection to Discovery Master's Order No. 25 (Dkt. 271) on the ground that the Magistrate Judge's order is not clearly erroneous or contrary to law. Whether the review is deferential or de novo, the result is the same. The Magistrate Judge wrote a thoughtful and well-reasoned opinion. The Discovery Master's Order No. 25 was similarly persuasive. A third opinion is unnecessary.

SO ORDERED.

/s/ PATTI B. SARIS
Hon. Patti B. Saris
United States District Judge