**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**PLAINTIFF'S OBJECTION TO MAGISTRATE'S ORDER ADOPTING DISCOVERY MASTER ORDER NO. 26 (ECF NO. 297)**

Plaintiff Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust, respectfully objects to the Magistrate Judge's Order dated August 28, 2026 (ECF No. 297) (the "**Magistrate Order**"), which overruled Plaintiff's Objection to Discovery Master Order No. 26 (ECF No. 285) and adopted the Discovery Master's findings in Order No. 26 (ECF No. 281). The Magistrate Order is contrary to law because it erroneously strips attorney-client privilege from more than 1,700 communications between Steward and its counsel on the ground that Robert Gendron—the CEO of CREF, the company that served as Steward's functional real estate department—is not a "functional equivalent" of a Steward employee. That conclusion was legally and factually wrong when made by the Discovery Master, and it remains wrong now. For the reasons set forth below and in Plaintiff's prior briefing, the Magistrate Order should be reversed.

## I. FACTUAL & PROCEDURAL BACKGROUND

This dispute arises from a series of discovery rulings concerning Plaintiff's privilege assertions over communications involving CREF, a third-party company that served as Steward's functional internal real estate department. The sequence of briefing and rulings leading to Order No. 26 is summarized below.

9/22/26
Denied:
Patti B Saris