UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:21-cv-11902 – PBS |

**ASSENTED-TO MOTION FOR ADMISSION OF**
**J. BENJAMIN KING *PRO HAC VICE***

Now comes Seth J. Robbins, counsel of record for Plaintiff, and a member in good standing of the bar of the United States District Court for the District of Massachusetts and of the Massachusetts Supreme Judicial Court, and respectfully moves this Court to admit J. Benjmain King *pro hac vice* in this matter pursuant to Local Rule 83.5.3. In support of this Motion, Attorney Robbins states as follows:

1. J. Benjamin King is a partner practicing at the Dallas office of the law firm Reid Collins & Tsai LLP, located at 1445 Ross Avenue, Suite 2900, Dallas, Texas 75202.

2. In support of this Motion, the undersigned attorney states that the foregoing attorney is counsel for the Plaintiff, and as evidenced in the attached Certification (attached hereto as **Exhibit 1**), is a member of the bar in good standing in every jurisdiction where he has been admitted to practice (although his status in Maryland in “inactive”), is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar, and has not previous had a *pro hac vice* admission to this Court (or other admission for a limited purpose)

revoked for misconduct, and has read and agreed to comply with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Seth J. Robbins respectfully requests that this Court allow this Motion in its entirety.

Respectfully Submitted,

MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,

By his attorneys,

*/s/Seth J. Robbins*
Seth J. Robbins (BBO No. 655146)
Josh L. Launer (BBO No. 673661)
TODD &WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
srobbins@toddweld.com
jlauner@toddweld.com

Dated: October 19, 2026

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion. The other parties to this matter assent to this Motion.

*/s/Seth J. Robbins*
Seth J. Robbins

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 19, 2026, I filed a copy of the foregoing document with the Court's CM/ECF System, which will distribute a copy of the document to all counsel of record.

*/s/Seth J. Robbins*
Seth J. Robbins