**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MARK KRONFELD, as Trustee of the SHC Creditor Litigation Trust,

Plaintiff,

v.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,

Defendants.

Civil Action No. 1:21-cv-11902 – PBS

**DISCOVERY MASTER ORDER NO. 29:**
**Revised Case Schedule Recommendation**

At a hearing on June 26, 2026, the Court directed the parties to negotiate a revised case schedule for presentation to the Discovery Master because ongoing discovery disputes called into question the feasibility of the existing schedule. On July 8, 2026, the parties presented a revised schedule to the Discovery Master and have since proceeded under that schedule. The Discovery Master finds the revised schedule feasible and, pursuant to the Court's Order appointing the undersigned as Discovery Master (ECF 149), recommends that the Court adopt it as follows:

| Event | Current Deadline (Discovery Master Order No. 21) | Proposed New Deadline |
|---|---|---|
| Deadline for Plaintiff to move for Reconsideration to Discovery Master pursuant to Judge Saris's directives at Order 22 objection hearing | N/A | July 13, 2026 COMPLETED |
| Defendants' response to Plaintiff's reconsideration | N/A | July 24, 2026 COMPLETED |
| Plaintiff to Comply with SM Order No. 22 and complete production of all withheld documents subject to clawback | N/A | July 20, 2026 COMPLETED |
| Plaintiff to identify all documents produced pursuant to SM Order No. 22 asserted to be subject to clawback | N/A | July 31, 2026 COMPLETED |

| Event | Current Deadline (Discovery Master Order No. 21) | Proposed New Deadline |
|---|---|---|
| Deadline to complete any additional document production (limited solely to the new discovery relating to AGLIC's amended Answer) | Friday, July 31, 2026 | July 31, 2026 COMPLETED |
| Deadline for Defendants to identify any objection to Plaintiff's clawback assertions | N/A | August 14, 2026 COMPLETED |
| Deadline to submit parallel briefing to Special Master on any clawback disputes regarding documents produced pursuant to SM Order No. 22 | N/A | August 28, 2026 COMPLETED |
| Defendants' Rebuttal Expert Reports | August 5, 2026 | October 23, 2026 COMPLETED |
| Deadline to engage Mediator for October 24, 2026 – February 22, 2027 Window | November 18, 2026 | September 30, 2026 COMPLETED |
| Fact Discovery Closes | Wednesday, September 23, 2026 | December 16, 2026 (assuming finality on any clawback disputes by November 16, 2026) |
| Plaintiff to serve any Addenda to Expert Reports | Wednesday, October 7, 2026 | December 23, 2026 |
| Defendants to Serve Addenda to Rebuttal Expert Reports | Wednesday, August 5, 2026 | January 27, 2027 |
| Expert Discovery Completed | Friday, November 20, 2026 | February 24, 2027 |
| Opening Summary Judgment Motion/Briefing | Friday, December 18, 2026 | March 31, 2027 |
| Responsive Summary Judgment Briefing | Friday, January 22, 2027 | TBD by Court |
| Status Conference and Hearing on Summary Judgment Motions | TBD by Court | TBD by Court |

**SO ORDERED**

Dated: October 30, 2026

*<u>/s/ Faith S. Hochberg</u>*_________________
Hon. Faith S. Hochberg, U.S.D.J. (ret.)